IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DSITRICT OF ALABAMA

ROBERT ANDREW WERMUTH, ]
]
PLAINTIFF ]
]
-vs- ]
] CASE NUMBER: 2:05cv644.D
] ASSIGNED BY CLERK
SHANNON CARROL YOUNGBLOOD, ]
ET. AL., ]
]
DEFENDANT(S). ]

RECEIVED 2005 JUL 13 A 9:30

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby files this "Motion" pursuant to: 28 U.S.C., §1915, et. seq., and hereby moves this Honorable Court for an "Order" permitting him to proceed In Forma Pauperis without the prepayment of fees, costs, or, security thereof.

Plaintiff further prays for any further relief that this Court deems just, proper, and, necessary.

Executed this the __9th__ day of July, 2005.

ADDRESS OF PLAINTIFF:

ROBERT A. WERMUTH, PRO-SE
EASTERLING CORRECTIONAL FACILITY
ECF * #189991 * DORM 6/B-38
200 - WALLACE DRIVE
CLIO, ALABAMA 36017-2615

RESPECTFULLY SUBMITTED,

x _Robert Wermuth_
ROBERT A. WERMUTH,
PLAINTIFF, PRO-SE

## N O T A R Y   S T A T E M E N T

STATE OF ALABAMA ]
COUNTY OF BARBOUR ]

SWORN TO AND PRESCRIBED BEFORE ME THIS THE ___9___ DAY OF ___July___, 20_05_.

_____
NOTARY PUBLIC

_5-7-2006_
MY COMMISSION EXPIRES

-1-