2:05cv644-D

RECEIVED

2005 JUL 13 A 9:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

I, Robert Wermuth -189991, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. April 11th 2003   10⁰⁰

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?   YES ( )   NO (✓)

    B. Rent payments, interest, or dividends?   YES ( )   NO (✓)

    C. Pensions, annuities, or life insurance payments?   YES ( )   NO (✓)

    D. Gifts or inheritances?   YES ( )   NO (✓)

    E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. n/a

3. Do you own cash, or do you have money in a checking/savings account?
YES ( )   NO (✓)

If the answer is YES, state the total value of the items owned. __n/a__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

If the answer is YES, describe the property and state its approximate value. __n/a__

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

__n/a__

_Robert Weemuth_
**Plaintiff**

STATE OF ALABAMA
COUNTY OF _____

Subscribed and sworn to before me on this _____ day of _____, 199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires _____.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on __7-05-05__.

_Robert Weemuth_
**Plaintiff**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-05-05  .
            (date)

_Robert Wermuth_
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 6.20 on account to his credit at the _Easterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_See attached_

_Myra K. Peters Acct Clerk_
Authorized Officer of Institution

DATE  7-5-05

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 189991        NAME: WERMUTH, ROBERT A **              AS OF: 07/05/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JUL   | 26        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $0.00             | $0.00            |
| OCT   | 31        | $1.39             | $20.00           |
| NOV   | 30        | $0.20             | $0.00            |
| DEC   | 31        | $0.20             | $0.00            |
| JAN   | 31        | $0.20             | $0.00            |
| FEB   | 28        | $0.64             | $20.00           |
| MAR   | 31        | $0.19             | $0.00            |
| APR   | 30        | $12.45            | $20.00           |
| MAY   | 31        | $10.22            | $25.00           |
| JUN   | 30        | $2.18             | $35.00           |
| JUL   | 5         | $0.20             | $0.00            |