| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D. L. Sermon_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 7/18 |
| 1. Article Addressed to:<br><br>Shannon Carol Youngblood<br>Montgomery Police Department<br>320 Ripley Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV644-D<br>CSC                    ㊵ |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 2938 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   R. D. Calhoun
   Montgomery Police Department
   320 Ripley Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   7/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:05CV644-D
   C+S         40

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7005 1160 0001 3017 2945

3811, February 2004    Domestic Return Receipt    102595-02-M-1540