IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:05cv644 |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF MELVA C. DERAMUS

STATE OF ALABAMA           )

COUNTY OF MONTGOMERY  )

Before me, a Notary Public in and for said State and County, personally appeared **Melva C. Deramus** and, after first being duly sworn by me, did depose and state as follows:

My name is Melva C. Deramus and I am over nineteen (19) years of age. I am currently employed as a Police Officer with the Montgomery Police Department, and assigned to the Patrol Division, first shift.

On September 30, 2003 at approximately 3:50 a.m., my partner (J.C. Welch) and I were doing our routine patrol of the district. We pulled into the parking lot of the Kwik Shop located at Plantation and Northeast Boulevard and witnessed the cashier, Vabara Lewis, waving and motioning for us to stop the vehicle that was parked in front of the store. The vehicle was an older model red Jeep Cherokee with a black male (later identified as Robert Andrew Wermuth) in the driver's seat. I then drove up next to the vehicle and my partner and I got out. My partner went up to the subject's vehicle and asked him to exit his vehicle. The subject refused to comply with my partner's orders and, instead, persisted in trying to crank up the vehicle. I noticed that the subject was not using a key to try and crank the Jeep but, instead, was using a pair of needle nosed pliers. My partner and I continued to try and get the subject to exit the vehicle; and, my partner held on to the subject's

DEFENDANT'S EXHIBIT B

shoulder to assist him out of the vehicle while I was pulling on his arm. At that time, the subject got the vehicle cranked and drove off, dragging Officer Welch, who was still holding onto him, approximately thirty (30) feet. In the process of fleeing the parking lot, the subject also collided with our patrol vehicle causing damage to the right side quarter panel. The subject continued to drive, dragging my partner who was holding onto the door of the subject's vehicle. I was running on the other side motioning and yelling for the subject to stop but he would not. Shortly thereafter, my partner fell onto the ground and the subject picked up speed turning onto the Northeast Boulevard heading toward the interstate. A lookout was placed for the vehicle and the subject and, shortly thereafter, a pursuit ensued which resulted in the arrest of the subject who was identified as Robert Andrew Wermuth. My partner, J.C. Welch, received injuries to his right arm, hand and elbow due to this incident.

  Further Affiant saith not.

*M.C. Deramus* (signature)
Melva C. Deramus

SWORN to and SUBSCRIBED before me this the _24_ day of August, 2005.

_Nancy K. Engel_ (signature)
Notary Public

My commission expires _2-8-2008_