IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT ANDREW WERMUTH,** #189991, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:05cv644 |
| **SHANNON CARROL YOUNGBLOOD,** et al., | ) ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF RODRICK D. CALHOUN

STATE OF ALABAMA         )

COUNTY OF MONTGOMERY     )

Before me, a Notary Public in and for said State and County, personally appeared **Rodrick D. Calhoun** and, after first being duly sworn by me, did depose and state as follows:

My name is Rodrick D. Calhoun and I am over nineteen (19) years of age. I am currently employed as a Police Officer with the Montgomery Police Department, and assigned to Third Shift Patrol.

On Tuesday, September 30, 2003 at approximately 3:45 a.m., a call went out over the radio involving the pursuit of a subject (later identified as Robert Andrew Wermuth) who had attempted to run over Officer J.C. Welch. My partner, C. S. Barrier (who is no longer employed with the Montgomery Police Department), and I heard the call come over the radio and we followed the pursuit by radio as it came into our district.

During the pursuit, Wermuth made a sudden left hand turn and Sergeant Shannon Youngblood, who was the lead police unit directly behind Wermuth's vehicle, was not able to stop and collided into the rear of Wermuth's vehicle. Sergeant Youngblood's vehicle was disabled by the collision, but Wermuth continued to flee and other units continued in the pursuit. My partner and I



responded to Sergeant Youngblood's location and worked the accident. I prepared the accident report which is attached hereto as Exhibit A.

Neither Sergeant Youngblood nor I were present at the final destination where the pursuit ended and neither of us were involved in taking Wermuth into custody.

Further Affiant saith not.

_____
Rodrick D. Calhoun


**SWORN to and SUBSCRIBED** before me this the 24 day of August, 2005.


_____
Notary Public


My commission expires 2-8-08

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Local Case No. **02547**
Policy Dept. #0733  Sheet 1 of 1

## LOCATION AND TIME
- Date: 9/30/2003
- Time: 0411 PM
- Day of Week: M
- County: 23
- City: Montgomery
- Highway Classification: M—Municipal
- Local Zone: 12
- On Street, Road or Highway: Hill St.
- At Intersection of or Between (Node 1): Day St.
- Street or Road Code: 5154 / 2135
- Feet: 20.00 From Node 1
- Intersection Related: N — Not Int. Related
- Mile Post: 1
- Control Access Hway Loc: I-WIA
- First Harmful Event: 20
- Event Location: 1
- Distance to Fixed Object: 3 FT.
- No. of Vehicles: 2
- No Pedestrians: 0
- No. Injured: 0
- No. Fatalities: 0
- Unit 1 Type: 27
- First Harmful Event code: 20

## UNIT 1 — LEFT SCENE
- Driver Full Name: Robert Andrew Wermuth
- Street Address: 948 Garland Dr
- City and State: Montgomery AL
- ZIP: 36108
- DOB: 9/13/1970
- Race: B  Sex: M  DL State: N/A  Driver License No.: None
- DL Class: N  DL Status: N  List Restrictions Not Complied With: N  CDL Status: N  List Endorsements Not Complied With: N  Residence Less Than 25 Miles: Yes
- Place of Employment: UNEMPLOYED
- Liability Insurance Co.: NONE
- Social Security No.: 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
- Driver Condition: 5 - Unknown
- Sobriety: Officer's Opinion Alcohol: Unk  Drugs: Unk
- Type Test Given: 9 - No Test
- Test Results: N/A
- Maneuver: 18
- Travel Road Name: Hill St.  Road Code: 5154
- Travel Direction: E
- Other Contr Circumstance: 99
- Prime Harm Event: 20
- Event Loc: 1
- Veh Year: 1989  Make: JEP  Model: CHE  V.I.N.: 1J4FT58L1KL454041
- License Tag Number: 3A8297C  State: AL  Year: 04
- Owner's Name: Martha L. Humphrey  Street: 948 Garland Dr.  City: Montgomery  State: AL  ZIP: 36108
- Type: 3 - Pick Up
- Usage: 1 - Personal
- Hazardous Cargo: 1 - None
- Attachment: 1 - None
- Contributing Defect: 97 - None
- Wrecker/Tow: NA
- Speed Limit: 25 MPH  Est. Speed: 999 MPH
- Citation Offense Charged: None
- Damage Severity: 2 - Not Disabled
- Vehicle Towed Away?: No
- Occupants in Unit: 1
- Total Injuries in Unit: 0
- Enter Point of Initial Impact: 6
- Attachment: 11
- Vehicle Towed By Whom: N/A
- To Where: N/A

## UNIT 2 — 
- Driver/Pedestrian Full Name: Shannon Carroll Youngblood
- Street Address: 32 Circle L Trail
- City and State: Wetumpka AL
- ZIP: 36092
- Telephone No.: 234-241-2932
- DOB: 7/24/1969  Race: W  Sex: M  DL State: AL  Driver License No.: 6260532
- DL Class: D  DL Status: C  List Restrictions Not Complied With: N  CDL Status: —  List Endorsements: N  Residence Less Than 25 Miles: Yes
- Place of Employment: City of Montgomery - Police Department
- Liability Insurance Co.: Self Insured
- Social Security No.: 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
- Driver/Ped Condition: 1 - No Defect
- Sobriety Officer's Opinion Alcohol: No Unk  Drugs: No Unk
- Type Test Given: 9 - No Test
- Test Results: N/A
- Maneuver/Action: 98
- Travel Road Name: Hill St  Road Code: 5154
- Travel Direction: E
- Other Contr Circumstance: 99
- Prime Harm Event: 20
- Event Loc: 1
- Veh Year: 01  Make: Ford  Model: CV  Body: 4D  V.I.N.: 2FAFP71W11X137605
- License Tag Number: 36027 MU  State: AL  Year: NE
- Owner's Name: City of Montgomery City Shops  Street: 934 N. Ripley St.  City: Montgomery  State: AL  ZIP: 36104
- Type: 1 - Auto
- Usage: 10 - Police
- Hazardous Cargo: 1 - None
- Attachment: 1 - None
- Contributing Defect: 97 - None
- Wrecker/Tow: NA
- Speed Limit: 25 MPH  Est. Speed: 999 MPH
- Citation Offense Charged: None
- Damage Severity: 1 - None Visible / Not Disabled
- Vehicle Towed Away?: No
- Occupants in Unit: 1
- Total Injuries in Unit: 0
- Enter Point of Initial Impact: 8
- Attachment: 11
- Vehicle Towed By Whom: N/A
- To Where: N/A

## CODES
(Contributing Circumstances, Driver Maneuver, Pedestrian Action, Event Loc reference lists)



EXHIBIT A

## SEATING

Unit 1: 1, 2
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable
- Other Involved Safety Equipment

Unit 2: 2, 24
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable
- Other Involved Safety Equipment

## CODES — SAFETY EQUIPMENT
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)

**Lap Belt Only**
- 11 - Fastened
- 12 - Not Fastened

**Lap/Shoulder Harness**
- 21 - Lap Only Used
- 22 - Neither Used
- 23 - Shoulder Only Used
- 24 - Both Used

**Motorcycle Helmet**
- 31 - None Used
- 32 - Used

**Air Bags**
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used

**Child Restraints**
- 81 - Child Restraint Used
- 82 - Other Restraint Used
- 83 - None Used

**Pedal Cycle/Pedestrian**
- 91 - Contrasting Clothing
- 92 - Non-contrasting Clothing

## VICTIMS
N/A ☒

## CODES

**Injury Type**
- K - Killed
- A - Visible or Carried from Scene
- B - Bruise/Abrasion/Swelling
- C - Not Visible—Has Pain/Faint

**Ejected**
- N - Not
- T - Trapped
- F - Fully
- U - Unknown
- P - Partially
- A - Not Applicable

**First Aid By**
- A - Ambulance Attended
- M - Paramedic
- P - Police
- D - Doctor
- O - Other
- U - Unknown
- N - None

## NARRATIVE AND DIAGRAM

*Day St.* → ; Hill St. ; N ; Diagram not to scale

**Officer's Opinion of What Happened:** Vehicle 1 was attempting to flee from vehicle 2, at which time Vehicle 1 made a sudden left hand turn causing vehicle 2 to collied into the rear of vehicle 1. Vehicle 1 then continued south bound on Hill St.

## ROADWAY ENVIRONMENT

Unit 1: 1 (N/A)  
Unit 2: 2 (N/A)

**Contributing Road Defects:** (4) None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other

**Surface Construction:** (1) Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other

**Condition:** (1) Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other

**Accident In Or Related To Road Construction Zone?** No

**Material in Roadway (Contributing):** (1) None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other

**Material Source:** (1) Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 8 - Other; 9 - Unknown

**Character:** (1) Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Gr; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

**Vision Obscured By:** (97)(97) Not Obscured; 1 - Buildings; 2 - Signboard; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

**Traffic Control:** 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R. Cross Bucks/Pave. Mark; 5 - Pedestrian Control; (6)(6) Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 97 - None; 98 - Other

**Traffic Control Functioning:** Yes / Yes

**Opposing Lanes Separated By:** 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line; (5)(5) Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 98 - Other Barrier

**Trafficway Lanes:** 1 - One Lane; (2)(2) Two Lanes; 3 - Three Lanes; 4 - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More

**One-Way Street:** No / No

## INVESTIGATION

**Light:** 1 - Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit; (5) Darkness—Road Lit

**Weather:** (1) Clear; 2 - Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other

**Locale:** 1 - Open Country; (2) Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other

**Non-Vehicular Property Damage:** (1) None Visible; 2 - Light; 3 - Moderate; 4 - Severe

**Property Damage Description:** N/A  
**Owner:** N/A

Time Police Notified: —  
Time Police Arrived: —  
Time EMS Arrived: N/A  
Name of Photographer: N/A

Name of Investigating Officer: R.D. Calhon  
Officer ID: 1294  
Agency ORI: 0030100

Signature of Investigating Officer: R.D. Calhon #1294  
Date: 9/30/03