

alacourt.com's

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

| | | | | | | |
|---|---|---|---|---|---|---|
| County | 03 MONTGOMERY | Case Number | CC 2004 000106 00 | JID | TMH | DEF Status | P ST PRISON ESTS: A |
| Name | WERMUTH ROBERT ANDREW | | | Alias | WERTMUTH ROBERT | | |
| Address 1 | EASTERLING C.F. | | | Alias | | | |
| Address 2 | 200 WALLACE DRIVE | | | SID | AL 001125558 | YDate | |
| Zip | 36017 0000 CLIO AL US | | | AS | | PR | 2002 002606 00 |
| DLNO | AL | DOB | 09131970 | SSN | 424980085 | Race/Sex | B/M |
| Height | 6 02 | Weight | 180 | Eyes | BRO | Hair | BLK |
| Filed | 01202004 | AAGCY | S | Muni# | 00 | City | |
| Arrest | 09302003 | OffDT | 09302003 | ORI | 0030100 | OFFC | |
| Indict | 01162004 | Grand Jury | 266 | Atty 1 | HAR060 A | Tkt# | 2003-1640 |
| Bond | 0002000000 | Type | | Bond Co | | REL | 11242003 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | DC 2003 003265 00 / CC 2004 000106 60 / CC 2004 000106 61 | | | | | | |
| Date 1 | 05062004 | Que | 001 | Time | 0830 A | Desc | SENT |
| Charge 1 | ASS2 | ASSAULT 2ND DEGREE | | 13A-006-021 F PE | | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | PE |
| Comment | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date 1 | 05062004 | Que | 001 | Time | 0830 A | Desc | SENT SENTENCING DKT/HE |
| Date 2 | 03152004 | Que | 000 | Time | 0900 A | Desc | JTRL JURY TRIAL |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | | Atty 1 | HARTLEY JOHN W JR | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | 05132004 A | WARACT | 09222004 R | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CRT ACT | G GUILTY PLEA | CADATE | 04082004 | Jury | Y | More | N |
| Charge 1 | ASS2 ASSAULT 2ND DEGREE 13A-006-021 F P | | | Counts | 001 | CA | G 04082004 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000053500 | Warr:002 | SUBP:004 | Updated | 06272005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sent | 06102004 | Begin | 06102004 | End | | PRB BEG | |
| IMP CONF | 03 00 000 | SUSP CONF | 12 00 000 | TOTAL CONF | 15 00 000 | JAIL CRED | 00 00 062 |
| LICN SUSP | 00 00 000 | PROBATION | 03 00 000 | PRB REV | 00000000 | | |
| Monetary: | X COST | FINE IMP: 00000000 | SUSP: 00000000 | X CVCC | X HIS | | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU | | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | X WARR 002 | USF | | |
| | PREL | DRUG 00000000 | X RCUP 00015000 | X SUBP 004 | | | |
| | RES1 00000000 | | RES2 00000000 | | RES3 00000000 | | |

DEFENDANT'S EXHIBIT

| | | | | | | |
|---|---|---|---|---|---|---|
| | RES4 00000000 | | RES5 00000000 | | RES6 00000000 | |
| Confine: | X PENT     LIFE     LWOP     DEATH   X SPLIT     BOOT 000     EMON 00 | | | | | |
| | JAIL   X CCUR     CSEC     CTERM     RVSPL     GANG 000 | | | | | |
| Programs: | JDVR     IPROB     AASCH     DUI     DDC     CSV 0000   X SAPP | | | | | |
| | PTRL     BCSCH     MNTL     CRO     ASCH     ANGER     DRUGCT | | | | | |
| Enhanced: | PROJ     CNOT     SCH     N VDOB 00000000     X HOOF 003 | | | | | |
| | DRUG  CODE:               MEAS:      VOL: 00000000 | | | | | |
| SEC/CUR: | C 03 CC200100133600 00     00     000000000000 00     00     000000000000 | | | | | |
| Comment: | | | | | | |
| BAL DUE | 0000053500 | DUE | 07292007 | CRO | Updated | 06302004 |

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 01202004 | 1521 | JUDG | ASSIGNED TO: (TMH) TRUMAN M HOBBS (AR01) | REG |
| 01202004 | 1521 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | REG |
| 01202004 | 1521 | FILE | FILED ON: 01/20/2004 (AR01) | REG |
| 01202004 | 1521 | ARRS | DEFENDANT ARRESTED ON: 09/30/2003 (AR01) | REG |
| 01202004 | 1521 | INDT | DEFENDANT INDICTED ON: 01/16/2004 (AR01) | REG |
| 01202004 | 1521 | BOND | BOND SET AT: $20000.00 (AR01) | REG |
| 01202004 | 1521 | REDT | DEFENDANT RELEASED FROM JAIL: 11/24/2003 (AR01) | REG |
| 01202004 | 1521 | FILE | CHARGE 01: ASSAULT 2ND DEGREE/#CNTS: 001 (AR01) | REG |
| 01202004 | 1521 | DAT2 | SET FOR: ARRAIGNMENT ON 02/02/2004 AT 0830A(AR10) | REG |
| 01202004 | 1538 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | REG |
| 01222004 | 0211 | DOCK | NOTICE SENT: 01/22/2004 WERMUTH ROBERT ANDREW | REG |
| 01222004 | 0211 | DOCK | NOTICE SENT: 01/22/2004 MARTHA L HUMPHREY | REG |
| 02112004 | 1513 | TEXT | NOTICE OF DISC TO DEFT, INTENT TO USE PRIOR | REG |
| 02112004 | 1513 | TEXT | CONVICTIONS, INTENT TO INVOKE SENT ENHANCEMENTS, | REG |
| 02112004 | 1513 | TEXT | INTENT TO OFFER PROOF BY A CERTIFICATE OF | REG |
| 02112004 | 1513 | TEXT | ANALYSIS AND MO FOR DISC BY THE STATE | REG |
| 02172004 | 1631 | TEXT | NOTICE OF ADDITIONAL DISC TO DEFT | REG |
| 03012004 | 1007 | ATY1 | ATTORNEY FOR DEFENDANT: HARTLEY JOHN W JR (AR10) | REG |
| 03012004 | 1007 | DAT2 | SET FOR: JURY TRIAL ON 03/15/2004 AT 0900A (AR10) | REG |
| 03012004 | 1007 | DAT1 | SET FOR: STATUS CALL ON 03/08/2004 AT 0300P(AR10) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W001 M C DERAMUS (AW21) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W002 M D HALL (AW21) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W003 E L JOHNSON (AW21) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W004 J C WELCH (AW21) | REG |
| 03012004 | 1318 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | REG |
| 03192004 | 1515 | AWAR | ALIAS WARRANT ISSUED: 03/19/2004 (AR08) | REG |
| 03192004 | 1515 | BFOR | BOND FORFEITURE NOTICE SENT TO S001 (AR09) | REG |
| 04292004 | 1024 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: TMH | REG |
| 04292004 | 1024 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 04/08/2004 | REG |
| 04292004 | 1024 | DAT1 | SET FOR: SENTENCING DKT/HE ON 05/06/2004 AT 0830A | REG |
| 04292004 | 1024 | DISP | CHARGE 01: ASSAULT 2ND DEGREE /#CNTS: 001 (AR10) | REG |
| 04292004 | 1025 | ARCL | WARRANT RECALLED ON: 04/29/2004 AT: 10:25:19(AR08) | REG |
| 05132004 | 1300 | AWAR | ALIAS WARRANT ISSUED: 05/13/2004 (AR08) | REG |
| 06082004 | 0840 | AWPR | MARTHA L HUMPHREY DELETED S001 (AW21) | REG |
| 06082004 | 0840 | STAT | STATUS CHANGED TO: "J" - JAIL (AR01) | REG |
| 06302004 | 1108 | CH01 | DEFENDANT SENTENCED ON: 06/10/2004 (AR05) | DBH |
| 06302004 | 1108 | CH01 | WARRANT FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | PROBATION OF: 03 YEARS (AR05) | DBH |
| 06302004 | 1108 | CH01 | JAIL CREDIT: 062 DAYS (AR05) | DBH |
| 06302004 | 1108 | CH01 | SENTENCE TO BEGIN ON: 06/10/2004 (AR05) | DBH |
| 06302004 | 1108 | CH01 | TOTAL CONFINEMENT: 15 YEARS (AR05) | DBH |
| 06302004 | 1108 | CH01 | IMPOSED CONFINEMENT: 03 YEARS (AR05) | DBH |
| 06302004 | 1108 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | DBH |

```
06302004 1108 CH01  SUSPENDED CONFINEMENT: 12 YEARS (AR05)           DBH
06302004 1108 CH01  RCUP AMOUNT ORDERED: $150.00 (AR05)              DBH
06302004 1108 CH01  SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) DBH
06302004 1108 CH01  CONCURRENT SENTENCE ORDERED BY THE COURT (AR05)  DBH
06302004 1108 CH01  SPLIT SENTENCE PROVISION ORDERED BY THE COURT    DBH
06302004 1108 CH01  HABITUAL OFFENDER PROVISION ORDERED BY THE COURT DBH
06302004 1108 CH01  PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) DBH
06302004 1108 CH01  DOC PROVISION ORDERED BY THE COURT (AR05)        DBH
06302004 1108 CH01  HABITUAL OFFENDER - #OFFENSES: 003 (AR05)        DBH
06302004 1109 TRSC  TRANSCRIPT OF RECORD ISSUED: 06/30/2004 (AR08)   DBH
08192004 1124 TEXT  AFFIDAVIT OF SUBSTANTIAL HARDSHIP & ORDER        DBH
08262004 1124 TEXT  REPORTER'S TRANSCRIPT ORDER                      DBH
08302004 1124 ATTH  CAS ATTACHMENT PRINTED (AR08)                    DBH
08302004 1227 ATTH  CAS ATTACHMENT PRINTED (AR08)                    DBH
09102004 0213 ENFD  PAYMENT DELINQUENT NOTICE MAILED ON 09/11/2004   AOC
09102004 0947 ADD1  ADDR1 CHANGED FROM: 948 GARLAND DR (AR01)        REG
09102004 0947 CITY  HOME CITY CHANGED FROM: MONTGOMERY (AR01)        REG
09222004 1319 ARCL  WARRANT RECALLED ON: 09/22/2004 AT: 13:19:51(AR08) REG
09222004 1322 D001  PAYMENT DUE DATE SET TO: 07/29/2007 (FE52)       REG
11102004 1034 TEXT  MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS    TOR
12272004 1550 TEXT  MO REQUESTING AN ORDER TO ISSUE                  REG
03092005 1256 TEXT  MO FOR LEAVE TO AMEND RULE 32                    REG
03102005 1635 ADD1  ADDR1 CHANGED FROM: 200 WALKER DRIVE (AR01)      TOR
03102005 1635 ADD2  ADDR2 CHANGED FROM: EASTERLING CORRECTION FAC    TOR
03102005 1635 TRK#  PRIOR 2 ENTRIES RESULT FROM CC200400010660 (AR01) TOR
```