

# City of Montgomery, Alabama

Montgomery City Council Members

City Clerk  
Brenda Gale Blalock

**Bobby N. Bright**  
Mayor

Charles W. Jinright—President   Willie Cook    Glen O. Pruitt, Jr.  
James A. Nuckles—Pro tem       Tim Head       Martha Roby  
Cornelius Calhoun    Janet Thomas May    Jim Spear

August 5, 2004

Robert Wermuth  
948 Garland Drive  
Montgomery, AL 36108

Re:  Our Claim No. :  2003 0347  
     Date of Loss   :  09-30-2003  
     Property       :  Police Dept. Vehicle  
     Past Due Amt.  :  $229.47

Dear Mr. Wermuth:

We wrote to you on November 10, 2003, and again on April 2, 2004, requesting that you reimburse the City of Montgomery in the amount of $229.47, for damage to a Police Department Vehicle. To date, no reimbursements have been made.

If we do not hear from you within ten days from the date of this letter, we will, without further notice to you, refer this account to our attorney to begin legal action against you. We hope this will not be necessary.

You may contact this office by calling 334/241-2096, or in person at 103 North Perry Street, Room 135.

Sincerely,

Brenda Gale Blalock  
City Clerk

BGB:tbh

**DEFENDANT'S EXHIBIT G**

P. O. Box 1111 ♦ Montgomery, Alabama 36101-1111 ♦ Phone (334) 241-2096 ♦ Fax (334) 241-2056



**City of Montgomery, Alabama**

BOBBY N. BRIGHT
Mayor

MONTGOMERY CITY COUNCIL
MRS. ALICE D. REYNOLDS-Pres.
JAMES A. NUCKLES-Pres. Pro tem
WILLIE COOK
TERANCE D. DAWSON
CHARLES W. JINRIGHT

TRACY LARKIN
B. J. (BEN) MCNEILL
P. E. (PEP) PILGREEN
CHARLES W. SMITH

Robert Wermuth
948 Garland Drive
Montgomery, AL 36108

Date of Bill           :   November 10, 2003
**City Claim Number** :   2003 0347
Date of Loss           :   September 30, 2003
Vehicle Damage         :   $229.47

(PLEASE RETURN TOP PORTION WITH YOUR PAYMENT)

This bill is for damage which occurred at 565 Eastern Boulevard. Your vehicle was involved in an accident that damaged a Police Department vehicle belonging to the City of Montgomery. Since your vehicle was responsible, we must look to you for the total cost to repair this property.

Cost to Repair:

Labor/Man Hours (4.00 Hrs. @ $35.00).................................................................. $ 140.00
Parts/Sublet Costs ..................................................................................................... 89.47

Total Cost to Repair Vehicle..................................................................................... $ 229.47

Please make check or money order payable to the City of Montgomery. Please forward payment by December 10, 2003.

PLEASE PROCESS THIS BILL FOR PAYMENT OR PROMPTLY FORWARD IT TO YOUR INSURANCE CARRIER. IF YOU DID NOT HAVE INSURANCE, PLEASE CONTACT THIS OFFICE FOR PAYMENT ARRANGEMENTS.

NOTE: PLEASE REFER TO OUR CLAIM NUMBER ON ALL CORRESPONDENCE.

FORWARD PAYMENT TO :   CITY OF MONTGOMERY
                        CITY CLERK'S OFFICE
                        P.O. BOX 1111
                        MONTGOMERY, AL 36101-1111

For questions regarding this bill, contact the City Clerk's Office at 334/241-2096.

# 0731

## PRIVATE PROPERTY ACCIDENT INFORMATION SHEET

DATE: 9/30/03    TIME: 0420    LOCATION: 565 N. Eastern Blvd. Montg. AL.

VEHICLE # 1    NAME: J.L. Welch #
ADDRESS: 320 North Ripley St.
Montgomery, AL. 36104
PHONE: WORK (334) 241-2530    HOME:    STICKER ISSUED? yes

VEHICLE # 2    NAME: Robert Wermuth
ADDRESS: 948 Garland Dr.
Montg, AL. 36108
PHONE: WORK: 263-4035    HOME:    STICKER ISSUED? yes

REMARKS:

INVESTIGATING OFFICER: T.M. Jones #1338 / D.L. Young #759

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27 REV. 1/91
DNT
City Vehicle
Gate 2449
Police Dept
Patrol Div # 0731

Accident No. 2003-0347
Sheet 1 of 1    Microfilm No. 2003-0347

## Location and Time

- Date: 09/30/2003
- Time: 0345 PM
- Day of Week: T (Tuesday)
- County: 03
- City: Montgomery
- Highway Classification: M — Municipal
- Local Zone: 5
- On Street, Road or Highway: Kwik Shop Pk lot
- 565 Eastern Blvd.
- At Intersection of or Between (Node 1): N/A
- And (Node 2): N/A
- Intersection Related: Not Int. Related
- Mile Post: 1.N/A
- Control Access Hway Loc: N/A
- Prime Contr Circms: 27
- Prime Contr Unit No: 1
- Unit 1 Type: 54
- Unit 2 Type: —
- First Harmful Event: 3c
- Event Location: 5
- Distance to Fixed Object: N/A FT
- No. of Vehicles: 2
- No. Pedestrians: 0
- No. Injured: 0
- No. Fatalities: 0

### Noncollision/Collision Event Codes
(Standard code list — 01 Overturned ... 98 Other)

## UNIT 1 — LEFT SCENE

- Driver Full Name: Robert Weimuth
- Street Address: 948 Garland Dr.
- City and State: Montgomery, AL
- ZIP: 36108
- Telephone No.: 334-263-4075
- DOB: 09/13/1970
- Race: B
- Sex: M
- DL State: N/A
- Driver License No.: NONE
- DL Class: N
- DL Status: N
- COL Status: N
- Place of Employment: Unemployed
- Liability Insurance Co.: Medlife Insurance Co.
- Social Security No.: 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
- Driver Condition: 1 - No Defect
- Sobriety: Unknown
- Officer's Opinion Alcohol: Unk; Drugs: Unk
- Type Test Given: 9 - No Test
- Test Results: N/A
- Maneuver: 01
- Travel Road Name: Private Property
- Travel Direction: Not on Rd
- Other Contr Circumstance: 47
- Prime Harm Event: 3c
- Event Loc: 5
- Veh Year: 1989
- Make: Jeep
- Model: Che
- Body: N/A
- V.I.N.: 1J4FT58L1KL454041
- License Tag Number: 3A8297C
- State: AL
- Year: 2004
- Owner's Name: Martha L. Humphrey
- Street: Same
- Type: 3 - Pick Up
- Usage: 1 - Personal
- Hazardous Cargo: 1 - None
- Attachment: 1 - None
- Contributing Defect: 97 - None
- Speed Limit: 999 MPH
- Est. Speed: 999 MPH
- Citation Offense Charged: Leaving Scene Accident
- Damage Severity: 2 - Not Disabled
- Vehicle Towed Away: Yes
- Occupants in Unit: 1
- Total Injuries in Unit: 0
- Enter Point of Initial Impact: 8
- Vehicle Towed By Whom: Waldrip
- To Where: Waldrip

## UNIT 2 — VEHICLE OR PEDESTRIAN

- Driver/Pedestrian Full Name: Parked Vehicle
- Telephone No.: 334-241-2651
- Liability Insurance Co.: Self insured
- Maneuver/Action: 71
- Travel Road Name: Private Property
- Travel Direction: Not on Rd
- Prime Harm Event: 20
- Event Loc: 5
- Veh Year: 2002
- Make: Ford
- Model: CV
- Body: 4c
- V.I.N.: 2FAFP71W22X120426
- License Tag Number: 3E00MU
- State: AL
- Year: N/A
- Owner's Name: City of Montgomery Garage
- Street: 934 N. Ripley St.
- City: Montgomery
- State: AL
- ZIP: 36104
- Type: 1 - Auto
- Usage: 10 - Police
- Hazardous Cargo: 1 - None
- Attachment: 1 - None
- Contributing Defect: 97 - None
- Speed Limit: 0 MPH
- Est. Speed: 0 MPH
- Citation Offense Charged: None
- Damage Severity: 2 - Not Disabled
- Vehicle Towed Away: No
- Occupants in Unit: 0
- Total Injuries in Unit: 0
- Enter Point of Initial Impact: 2
- Vehicle Towed By Whom: N/A
- To Where: N/A

## CODES

Contributing Circumstances / Driver Maneuver / Pedestrian Action / Event Loc (standard reference code lists).

## SEATING

**Unit 1** — Other Involved Unit (Circle One): 1=22, 4, 5, 6, 10, 11 (Seat positions 1–11)
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment: [blank]

**Unit 2** — Other Involved Unit (Circle One): 15 circled
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment: 95

## CODES — SAFETY EQUIPMENT
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)

**Lap Belt Only**
- 11 - Fastened
- 12 - Not Fastened

**Lap/Shoulder Harness**
- 21 - Lap Only Used
- 22 - Neither Used
- 23 - Shoulder Only Used
- 24 - Both Used

**Motorcycle Helmet**
- 31 - None Used
- 32 - Used

**Air Bags**
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used

**Child Restraints**
- 81 - Child Restraint Used
- 82 - Other Restraint Used
- 83 - None Used

**Pedal Cycle/Pedestrian**
- 91 - Contrasting Clothing
- 92 - Non-contrasting Clothing

## VICTIMS — N/A ☒

(No victims listed)

## CODES

**Injury Type**: K - Killed; A - Visible or Carried from Scene; B - Bruise/Abrasion/Swelling; C - Not Visible—Has Pain/Faint
**Ejected**: N - Not; T - Trapped; F - Fully; U - Unknown; P - Partially; A - Not Applicable
**First Aid By**: A - Ambulance Attended; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown; N - None

## NARRATIVE AND DIAGRAM

Drawing not to scale. KWIK SHOP (north of scene). Arrow pointing north. Plantation Way (east-west). Fuel pumps shown with vehicles labeled near pumps.

**Officer's Opinion of What Happened:** Driver of unit 1 while attempting to get away from patrol, struck vehicle #2 and fled the scene. Driver of unit 1 was later taken into custody.

## ROADWAY ENVIRONMENT — N/A ☒ (Unit 1), N/A ☒ (Unit 2)

(Contributing Road Defects, Surface Construction, Condition, Accident In/Related To Road Construction Zone, Material In Roadway, Material Source, Character — none marked)

Vision Obscured By: Not Obscured
Traffic Control: [blank]
Opposing Lanes Separated By: [blank]
Trafficway Lanes: [blank]

## INVESTIGATION

- **Light**: 5 - Darkness—Road Lit (circled)
- **Weather**: 1 - Clear (circled)
- **Locale**: 3 - Shop'g or Business (circled)
- **Non-Vehicular Property Damage**: 1 - None Visible (circled)
- Property Damage Description: N/A
- Owner: N/A

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 0345 PM | 0356 PM | 0412 PM | Sgt. R. Lewis, 326 |

| Witness Full Name | Address | Telephone |
|---|---|---|
| J.C. Welch, 361 | 320 N. Ripley St., Montgomery, AL 36104 | 334-241-2651 |
| M.C. Deramus, 1222 | 320 N. Ripley St., Montgomery, AL 36104 | 334-241-2651 |

Name of Investigating Officer: T.M. Jones — Officer ID: 1338 — Agency ORI: 0030100 — Supervisor Reviewed: Sgt TRX

Name of Other Investigating Officer(s) at Scene: D.L. Young — Officer ID: 759 — Agency ORI: 0030100

Signature of Investigating Officer: T.M. Jones, 1338 — Date: 9-30-2003

# ACCIDENT/INCIDENT WORKSHEET

2003-0347

VEHICLE # ___6210-2948___   VIN.# ___2FAFP71W22X120426___

MAKE, YEAR & MODEL ___Ford    2002    Crown Vic___

DATE OF ACCIDENT ___9-30-03___

DATE BROUGHT TO SHOP ___10-2-03___   RETURNED TO SERVICE ___10-2-03___

SUMMARY OF COSTS:

LABOR/MAN HOURS __4.0 hrs__ @ $ __35.00__ =   $ ___140.00___

MATERIALS                                      $ _____

PARTS/SUBLET COSTS                             $ ___89.47___

WRECKER FEES                                   $ _____

VENDOR FEES                                    $ _____

TOTAL COST TO REPAIR VEHICLE                   $ ___229.47___

REMARKS:

```
5769SS1 V4R5M0 000526          Print Key Output                    CITY400          10/09/03  Page     1
                                                                                    10:32:55

Display Device . . . . . . . : GAR06
User . . . . . . . . . . . . : THOMAS


FM340101                        CITY SHOPS DEPARTMENT                               10/09/03
                              Display Labor Transactions                            10:32:26

Equip/Reference . . . . .  2948     / 6210-2948
Description . . . . . . .  POLICE PACKAGE, B&W
Control/Job order . . . .  332472 /             1
System  . . . . . . . . .  4300     BODY EXTERIOR
Discrepancy . . . . . . .  REPAIR WRECK DAMAGE
Incentive hours earned  .      .00    2 decimals
Adjusted  . . . . . . . .      .00    2 decimals
Total . . . . . . . . . .      .00    2 decimals

St date    Employee        Actn   ----Time----    -Hours worked-    -Labor rates-
End date    number         takn   On      Off     Reg.      O.T.    Reg.    O.T.     Cost
10/02/03   JONES  349      16     13:00   15:00   2.00       .00    35.00   52.50    70.00
10/02/03
10/02/03   JONES  349      18     10:00   12:00   2.00       .00    35.00   52.50    70.00
10/02/03

                          Totals:          Reg. hours + O.T. hours = Total hours     Total cost
                                           4.00          .00         4.00             140.00


F3=Exit    F12=Cancel
```

INVOICE

# PRO COLOR
## PAINT SUPPLY, INC.

1267 Newell Pkwy.   Montgomery, AL 36110
PHONE 334-270-9040 or 800-832-9040


PPG Platinum Distributor

SOLD TO: 20010   334-241-2009   PO: 6210-2948   DATE: 10/01/03
CITY OF MONTGOMERY                ST# 631-600132   INVOICE: 27082
% AUTOMOTIVE PARTS   0
934 N. RIPLEY ST.
MONTGOMERY   AL 36104   CO. DOC.   SLSMAN: BE-20
241-2009 TAMMY/RAVONDA

| ITEM # | LINE | DESCRIPTION X | QTY | PRICE | NET | AMOUNT T |
|---|---|---|---|---|---|---|
| DCC9300-Q | PPG | CONCEPT QT | 1 | 50.55 | 38.42 | 38.42 N |
| DCX61-Q | PPG | HIGH SOLIDS QT | 1 | 65.45 | 51.05 | 51.05 N |
| | | URETHANE HARDNER | | | | |

*handwritten:* 6210-2948 / 2948 / 332472 / 1 / AA9  LINE#2  PO#222292   Wreck damage

THANK YOU ILENE

SUBTOTAL       89.47
SALES TAX       0.00
TOTAL        $89.47

ALL MERCHANDISE RETURNS MAY BE SUBJECT TO HANDLING CHARGE, ACCOUNTS ARE DUE 10TH OF THE MONTH FOLLOWING DATE OF PURCHASE OR INTEREST AT 1½% PER MONTH WILL BE CHARGED ON ANY PAST DUE INVOICE, EFFECTIVE RATE 18% ANNUALLY. MINIMUM FINANCE CHARGE: $1.00. IN CASE THESE CHARGES ARE COLLECTED BY SUIT OR UPON DEMAND OF AN ATTORNEY, THE PURCHASER AGREES TO PAY REASONABLE ATTORNEY'S FEES AND COST FOR THE MAKING OF SUCH COLLECTION.

CHARGE INVOICE

NET 30   1:05 PM   RECEIVED BY *Jansin Jones*   20010   27082
ALL RETURNS MUST BE ACCOMPANIED BY THIS INVOICE, MIXED PAINT CANNOT BE RETURNED.

City vehicle
6210-3948
Police Dept
Patrol Div.

## MONTGOMERY POLICE DEPARTMENT
### Hit and Run Report / Investigation

Event # _0731_  _565 Northern Blv Monty, AL 36117_  Case # _____
Location

[X] Private Property / Sticker Issued: _____   [ ] State Report Required - Copy Attached

Date / Time of Accident: _9-30-03_ / _0345_ Hrs.   Date & Time of Report: _9-30-03_ / _0356_ Hrs.

Victim / Complainant: _City of Montgomery_   Will Warrant Be Signed? _yes_

[ ] Driver [X] Owner [ ] Ped. [ ] Other _____   Phone: Home: _____ Work: _____

Address: _320 N. Ripley St_   City: _Montgomery_   State: _AL_

Vehicle: Year: _2002_   Make: _Ford_   Model: _Crown Vic_   Color(s): _Blk/Whi_

Tag #: _38006MU_   State / Year _AL / NE_   Est. Repair Cost $ _____

Damage: [ ] None Visible  [X] Not Disabled  [ ] Disabled  [ ] Prior Damage

### WANTED VEHICLE INFORMATION

Year: _1989_   Make: _Jeep_   Model: _Cherokee_   Body: _SU_   Color(s): _Red_

Tag: _3A8297C_   State / Year: _AL / 2004_   V.I.N. _1JF4T58L1KL454041_

Registered Owner: Name: _Martha L. Humphrey_   Phone: _262-4025_

Address: _948 Garland Dr._   City: _Montgomery_   State: _AL_

Vehicle Last Seen Heading: _South_   On: (Road) _Northern Blvd._   Veh Insurance: _M.O.L.F.E_

Can Driver be Identified? _yes_   By Whom? _J.C. Welch, #361_

Evidence Obtained? _yes-photographs_   Impound Number: _____ or T.O.T. H/R Inv.

Number of Occupants in Vehicle? _1_   Vehicle Impounded? _yes_   Vehicle Impound # _3356_

### DRIVER OF WANTED VEHICLE

Name: _Robert Wermuth_   Race/Sex: _H/M_   D.O.B. _9-13-1970_   Age: _33_

Address: _948 Garland Dr._   City: _Montgomery_   State: _AL_   Phone: _262-4025_

Ht: _6'3_   Wt: _185_   Eyes: _Bro_   Hair: _Blk_   Build: _Med_   SSN: _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_   DL: _7477975_

Arrest: (Charge) _Theft of Property 3rd_   Citation Issued: (Charge) _Leaving scene of accident_

Investigating Officer(s): _Jones, T.M., 1338_   Division: _3rd shift patrol_
(MPD-06)   (List additional information on back of report)

**Naperville Field Claim Office**
P.O. Box 2013
Aurora, IL  60507
(800) 895-4146

# MetLife® Auto & Home

June 16, 2005

City Of Montgomery
Attn: Jamie G Ratliff
PO Box 1111
Montgomery, Alabama 36101-1111

Our Customer:       Martha L. Humphrey
Our Claim Number:   NSA19927  HA
Date of Accident:   September 30, 2003

Dear City Of Montgomery:

Per our conversation here is the payment issued to your office, for the total amount of $229.47.

Sincerely,



Maria Martinez
Metropolitan General Insurance Company
Claim Adjuster
Ext. 7212
Fax: (866)283-2373

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

MPL TEMPLATE                                                                                    Printed in U.S.A  0698

PO BOX 2013
AURORA    IL 60507

# MetLife® Auto & Home

MetLife Auto & Home is a brand of
Metropolitan Property and Casualty Insurance Company
and its Affiliates, Warwick, RI

NSA199270
CITY OF MONTGOMERY
ATTORNEYS OFFICE
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

*Claim # 2003-0347*

INSURED:    MARTHA L HUMPHREY
CLAIMANT:   CITY OF M GARAGE

PAYMENT FOR PROPERTY DAMAGE FROM LOSS OF
09-30-03

J5 HA HA 0969827    *

---

# MetLife® Auto & Home                    0893       1-2/210

PO BOX 2013
AURORA    IL 60507

PAYMENT FOR PROPERTY DAMAGE FROM LOSS OF
09-30-03

| TIN | Claim No. NSA199270 |

Check Number: **002271189**

Not Valid Before: 06-16-2005
Void Nine (9) Months After This Date

Amount: *********$229.47

Pay to the Order of:

CITY OF MONTGOMERY
ATTORNEYS OFFICE
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY  10081

*Anthony J. Williams*
SENIOR VICE-PRESIDENT AND TREASURER

⑈002271189⑈ ⑆021000021⑆ 0023008931⑈

VOID VOID VOID VOID VOID VOID VOID