# M E M O R A N D U M

TO     :     Walter Byars
             City Attorney

FROM   :     Brenda Gale Blalock
             City Clerk

DATE   :     November 7, 2003

RE     :     Driver of Vehicle   :   Robert Andrew Wermuth
             Claim Number        :   2003 0346

In reference to the above claim for the City of Montgomery, please find attached copy of the Alabama Uniform Traffic Accident Report and the Accident/Incident Worksheet showing the repair/replacement cost of $2,444.34 for vehicle number 6210-0388.

I am forwarding for your action.

When money is received please deposit in the following account:

        Police Dept Vehicle Acct. No.   :      001-6210-731-24-01

Thank you.

BGB/thb

ATTACHMENTS



# WALTER R. BYARS
### C I T Y   A T T O R N E Y
attorney@ci.montgomery.al.us



**KIMBERLY O. FEHL**
ASSISTANT CITY ATTORNEY
kfehl@ci.montgomery.al.us

**CHARLES ALI EVERAGE**
ASSISTANT CITY ATTORNEY
ceverage@ci.montgomery.al.us

November 12, 2003

Mr. Robert Wermuth
948 Garland Drive
Montgomery, AL 36108

> **Re:**   **Claim for Property Damages to City Vehicle**
> **Date of Incident:  September 30, 2003**
> **Claim Number:  2003-0346**

Dear Mr. Wermuth:

This letter serves as the City of Montgomery's claim for property damages incurred as a result of a traffic accident that occurred on September 30, 2003. The enclosed Traffic Accident Report reflects that your vehicle struck a vehicle owned by the City of Montgomery and that you were at fault. The City of Montgomery is seeking reimbursement from you for property damages in the amount of $2,444.34.

Please contact me to make arrangements for paying the bill. If you were insured at the time of the incident, please provide me with the name of your insurance company, policy number, and your agent's name and telephone number. If you were not insured, you may arrange to make regular payments to the City Clerk's Office until the amount is paid in full.

This letter is to notify you that if you do not contact us within ten (10) days of your receipt of this letter, the City will have no alternative but to initiate appropriate legal action.

Sincerely yours,

Walter R. Byars

WRB/alb

cc:   Brenda G. Blalock
        Jeff Downes
        Chief Wilson

Enclosure

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Police Dept    Patrol Div.   #0733    2005-0546

Sheet 1 of 1 Sheet(s)    Microfilm No. _____    Local Case No. _____

Areas To Be Used By Data Processing Only

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification: | Local Zone |
|---|---|---|---|---|---|---|---|
| 9 30 2003 | 0411 PM | M T W TH F S S | 23 | Montgomery | | I—Interstate S—State M—Municipal F—Federal C—County P—Private Prop. O—Other | 12 |

Month Day Year

On Street, Road or Highway: **Hill St.**

At Intersection of or Between (Node 1): **Day St.**

And (Node 2): _____

| | NONCOLLISION EVENT | |
|---|---|---|
| 01 - Overturned | 05 - Spill | 08 - Parts/Cargo Fell From Moving Vehicle |
| 02 - Fire/Explosion | 06 - Road/Bridge Collapsed | 09 - Trailer Hitch Came Loose |
| 03 - Immersion | 07 - Jackknifed | 12 - Other |
| 04 - Gas Inhalation | | |

Street or Road Code    Node 2 Code

| | COLLISION EVENT | |
|---|---|---|
| 15 - Pedestrian(s) | 61 - Mailbox(es) | 75 - Overpass/Underpass |
| 20 - Non-parked Vehicle | 62 - Gas Line | 76 - Other Fixed Object |
| 30 - Parked Vehicle | 63 - Barricade | 77 - Breakaway Sign |
| 35 - Train | 64 - Bridge Rail | 78 - Manhole |
| 40 - Pedal Cyclist | 65 - Culvert Headwall | 79 - Telephone Booth |
| 45 - Animal | 66 - Curbing | 80 - Guy Wire |
| 51 - Guardrail | 67 - Retaining Wall | 81 - Breakaway Light |
| 52 - Crash Cushion | 68 - Median Barrier | 82 - Overhead Object |
| 53 - Utility Pole | 69 - Sideslope | 84 - Bridge Abutment |
| 54 - Non-breakaway Light | 71 - Building | 87 - Animal with Rider |
| 55 - Tree | 72 - Fence | 90 - Foreign Material in Road |
| 56 - Fire Hydrant | 73 - Boulder | 93 - Pothole |
| 57 - Pier or Column | 74 - Ditch | 97 - None |
| 59 - Non-breakaway Sign | | 98 - Other |

Feet ☒ / Miles From 1 or 2 (Circle One): 20:00

| Intersection Related | Mile Post | Control Access Hwy Loc | | Prime Contr Circms | Prime Contr Unit No |
|---|---|---|---|---|---|
| 1 - Node 1   2 - Node 2 | | 1 - Main Rd   3 - Interchange   5 - Exit Ramp | | 21 | 1 |
| 2 N Not Int. Related | 1 WIA | 2 - Frontage Rd   4 - Entrance Ramp   6 - N/A | | | |

| First Harmful Event | Event Location | Distance to Fixed Object | No. of Vehicles | No. Pedestrians | No. Injured | No. Fatalities | Unit 1 Type | Unit 2 Type |
|---|---|---|---|---|---|---|---|---|
| 20 | 1 | 3 FT. | 2 | 0 | 0 | 0 | | |

## UNIT NO 1 — DRIVER (LEFT SCENE ☒)

| Driver Full Name | Street Address | City and State | ZIP | Telephone No. |
|---|---|---|---|---|
| Robert Andrew Wermuth | 948 Garland Dr | Montgomery AL | 36108 | |

| DOB | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 13 1920 | B | M | N/A | None | | | N | N | N | Yes No |

Place of Employment: **UNEMPLOYED**

Liability Insurance Co.: **NONE**

Social Security No.: **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**

| Driver Condition: | 1 - No Defect   3 - Fatigued   8 - Other   2 - Apparently Asleep   4 - Ill   9 - Unknown | Sobriety | Officer's Opinion: Alcohol: Yes No Unk   Drugs: Yes No Unk | Type Test Given: 9 - No Test | 1 - Blood Test   3 - Urine Test   2 - Breath Test   4 - Unable to Administer | 5 - Refused Test | Test Result: N/A |
|---|---|---|---|---|---|---|---|

| Maneuver | Travel Road Name | Road Code | Travel Direction N E S W A-Not on Rd U-Unk | Other Contr Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| 18 | Hill St. | | S | 99 | 20 | 1 |

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 1989 | Jeep CHE | N/A | 1J4FT58L1KL454041 | | 3A8297C | AL | 04 |

| Owner's Name | Street or R.F.D. | City | State | ZIP |
|---|---|---|---|---|
| Martha L. Humphrey | 948 Garland Dr. | Montgomery | AL | 36108 |

### Vehicle

| Type | Usage | Hazardous Cargo | Attachment | Contributing Defect | Circle areas Damaged On Diagram |
|---|---|---|---|---|---|
| 1 - Auto   11 - Moped | 1 - Personal   10 - Police | 1 - None | 1 - None   7 - Camper Trailer | 97 - None   9 - Windows/W. Shield | 10 - Under Carriage |
| 2 - StaWagon   12 - M. Scooter | 2 - Driver Trng.   11 - Other Business | 2 - Explosive | 2 - Mobile Home   8 - Towed Vehicle | 1 - Brakes | |
| 3 - Pick Up   13 - Pedal Cycle | 3 - Construction | 3 - Gas | 3 - Semi Trailer   9 - Tanker | 2 - Steering   10 - Restraint Sys. | |
| 4 - Van   14 - Farm Mach. | 4 - Ambulance/Paramedical | 4 - Flam/Combust Liq. | 4 - Utility Trailer   10 - Pole Trailer | 3 - Power Plant   11 - Wheels | |
| 5 - Truck Tractor   15 - Train | 5 - Military   13 - Fire Fighting | 5 - Flammable Solids | 5 - 4-Wheel Trailer   11 - Double Trailer | 4 - Suspension   12 - Truck Coupling | |
| 6 - Other Truck   16 - Road Equip. | 6 - Taxi   98 - Other | 6 - Oxidizer/Peroxide | 6 - Boat Trailer   98 - Other | 5 - Tires | |
| 7 - Comm. Bus   17 - Ridden Animal | 7 - Transport Prop. | 7 - Poison | | 6 - Exhaust   13 - Cargo | |
| 8 - School Bus   18 - M. Home (R.V.) | 8 - Agriculture | 8 - Radioactive Matl. | Oversized Load (Req. Permit) | 7 - Lights   14 - Fuel System | |
| 9 - Other Bus   19 - ATV | 9 - Wrecker/Tow | 9 - Corrosive Material | If Yes, Did Owner Have Permit? | 8 - Turn Signal   98 - Other | |
| 10 - Motorcycle   98 - Other | Placard Yes No NA | 98 - Other | Yes No NA   Yes No NA | 99 - Unknown | |

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Total Injuries in Unit | Enter Point of Initial Impact |
|---|---|---|---|---|---|---|---|
| 25 MPH | 999 MPH | None | 1 - None Visible   2 - Not Disabled   3 - Disabled | Yes No | 1 | 0 | 6   11 - Attachment |

Vehicle Towed By Whom: **N/A**    To Where: **N/A**

## UNIT NO 2 — DRIVER

| Driver/Pedestrian Full Name | Street Address | City and State | ZIP | Telephone No. |
|---|---|---|---|---|
| Shannon Carroll Youngblood | 32 Circle L Trail | Wetumpka AL | 36092 | 241-2932 334 |

| DOB | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 24 1966 | W | M | AL | 6260532 | D | C | | N | | Yes No |

Place of Employment: **City of Montgomery - Police Department**

Liability Insurance Co.: **Self Insured**

Social Security No.: **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**

| Driver/Ped Condition: | 1 - No Defect   3 - Fatigued   8 - Other   2 - Apparently Asleep   4 - Ill   9 - Unknown | Sobriety | Officer's Opinion: Alcohol: Yes No Unk   Drugs: Yes No Unk | Type Test Given: 9 - No Test | 1 - Blood Test   3 - Urine Test   2 - Breath Test   4 - Unable to Administer | 5 - Refused Test | Test Results: N/A |
|---|---|---|---|---|---|---|---|

| Maneuver/Action | Travel Road Name | Road Code | Travel Direction N E S W A-Not on Rd U-Unk | Other Contr Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| 98 | Hill St | | S | 94 | 20 | 1 |

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 01 | Ford | CV | 4D | 2FAFP71W11X137605 | 36227 MU | AL | NE |

| Owner's Name | Street or R.F.D. | City | State | ZIP |
|---|---|---|---|---|
| City of Montgomery City Shops | 934 N. Ripley St. | Montgomery | AL | 36104 |

### Vehicle

| Type | Usage | Hazardous Cargo | Attachment | Contributing Defect | Circle areas Damaged On Diagram |
|---|---|---|---|---|---|
| 1 - Auto   11 - Moped | 1 - Personal   10 - Police | 1 - None | 1 - None   7 - Camper Trailer | 97 - None   9 - Windows/W. Shield | 10 - Under Carriage |
| 2 - StaWagon   12 - M. Scooter | 2 - Driver Trng.   11 - Other Business | 2 - Explosive | 2 - Mobile Home   8 - Towed Vehicle | 1 - Brakes | |
| 3 - Pick Up   13 - Pedal Cycle | 3 - Construction | 3 - Gas | 3 - Semi Trailer   9 - Tanker | 2 - Steering   10 - Restraint Sys. | |
| 4 - Van   14 - Farm Mach. | 4 - Ambulance/Paramedical | 4 - Flam/Combust Liq. | 4 - Utility Trailer   10 - Pole Trailer | 3 - Power Plant   11 - Wheels | |
| 5 - Truck Tractor   15 - Train | 5 - Military   13 - Fire Fighting | 5 - Flammable Solids | 5 - 4-Wheel Trailer   11 - Double Trailer | 4 - Suspension   12 - Truck Coupling | |
| 6 - Other Truck   16 - Road Equip. | 6 - Taxi   98 - Other | 6 - Oxidizer/Peroxide | 6 - Boat Trailer   98 - Other | 5 - Tires | |
| 7 - Comm. Bus   17 - Ridden Animal | 7 - Transport Prop. | 7 - Poison | | 6 - Exhaust   13 - Cargo | |
| 8 - School Bus   18 - M. Home (R.V.) | 8 - Agriculture | 8 - Radioactive Matl. | Oversized Load (Req. Permit) | 7 - Lights   14 - Fuel System | |
| 9 - Other Bus   19 - ATV | 9 - Wrecker/Tow | 9 - Corrosive Material | If Yes, Did Owner Have Permit? | 8 - Turn Signal   98 - Other | |
| 10 - Motorcycle   98 - Other | Placard Yes No NA | 98 - Other | Yes No NA   Yes No NA | 99 - Unknown | |

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Total Injuries in Unit | Enter Point of Initial Impact |
|---|---|---|---|---|---|---|---|
| 25 MPH | 999 MPH | None | 1 - None Visible   2 - Not Disabled   3 - Disabled | Yes No | 1 | 0 | 8   11 - Attachment |

Vehicle Towed By Whom: **N/A**    To Where: **N/A**

## CODES

| Contributing Circumstances | Driver Maneuver | Pedestrian Action | Event Loc |
|---|---|---|---|
| 01 - Improper Passing | 13 - Improper Driving-Environ | 25 - Veh Pushed by Person | 01 - Go Straight Ahead | 13 - Right Turn | 63 - PedlCyc Ride Against Traffic off Rd | 01 - Cross/Enter—Intersection | 1 - On Roadway |
| 02 - Improper Lane Change/Usage | 14 - Road Defect | 26 - Veh Left Road | 02 - Pass on Left | 14 - Left Turn | | 02 - Cross/Enter—Other | 2 - Off Roadway |
| 03 - Improper Turn/U-Turn | 15 - Vision Obstruction | 27 - Driver Not in Control | 03 - Pass on Right Way Street | 15 - U-Turn | 64 - PedlCyc Ride Across Road | 03 - Walk in Road—With Traffic | 3 - Median |
| 04 - Following Too Close | 16 - Defective Equipment | 28 - Load Shift | 04 - Pass on Right | 16 - Start from Park | 65 - PedlCyc Ride in Bike Path | 04 - Walk in Road—Against Traffic | 4 - Driveway |
| 05 - Misjudge Stopping Dist | 17 - DUI | 29 - Parts/Cargo from Veh | 05 - Go Straight—Left Turn Lane | 17 - Start in Traffic | 70 - Enter Parked Position | 05 - Stand in Roadway | 5 - Private Road Property |
| 06 - Over Speed Limit | 18 - Under Min Speed | 30 - Ped Violation | 06 - Go Straight—Right Turn Lane | 18 - Slowing/Stopping | 71 - Parked—Legally | 06 - Get on/off Vehicle | 6 - In Intersection |
| 07 - Avoid Object/Person/Veh | 19 - Improper Load/Size | 31 - Veh Wgt/Wgt/Lngth | 07 - Change Lanes—Left | 19 - Stopped in Traffic | 72 - Parked—Illegally | 07 - Push/Work on Vehicle | |
| 08 - Unseen Object/Person/Veh | 20 - Improper Attachment | 32 - Ped Under Influence | 08 - Change Lanes—Right | 20 - Backing | 80 - Backing | 08 - In Road—Other Work | |
| 09 - Improper Signal | 21 - Fail to Yield Right-of-Way | 33 - Illegal/Improper Parking | 09 - Merge—Left | 21 - Exiting Private Road/Property | 86 - Pushed By Vehicle | 09 - In Road—Playing | |
| 10 - Inop Traffic Control | 22 - Driver Condition | 97 - None | 10 - Merge—Right | 60 - PedlCyc Ride with Traffic off Road | 87 - Pushed By Pedestrian | 10 - In-Road—Playing | |
| 11 - Improper/No Signal | 23 - Wrong Side of Road | 98 - Other | 11 - Wrong Side of Road | 61 - PedlCyc Ride with Traffic off Road | 98 - Other | 97 - None | |
| 12 - Fail to Heed Sign/Signal | 24 - Veh Pushed/Towed by Veh | 99 - Unknown | 12 - Wrong Way—1-Way | 62 - PedlCyc Ride Against Traffic in Rd | 99 - Unknown | 98 - Other   99 - Unknown | |

## SEATING

**Unit 1** — [grid: 1 2 3 10 / 4 5 6 11 / 7 8 9], value: 1, 12

**Other Involved Unit (Circle One)**
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable
Other Involved Safety Equipment

**Unit 2** — [grid: 1 2 3 10 / 4 5 6 11 / 7 8 9], value: 2, 24

**Other Involved Unit (Circle One)**
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable
Other Involved Safety Equipment

### CODES — SAFETY EQUIPMENT

**(None)**
01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)

**Lap Belt Only**
11 - Fastened
12 - Not Fastened

**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used

**Motorcycle Helmet**
31 - None Used
32 - Used

**Air Bags**
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used

**Child Restraints**
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used

**Pedal Cycle/Pedestrian**
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS — N/A ☒

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Taken To / Taken By

| Name | Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Taken To / Taken By

## CODES

**Injury Type**
K - Killed
B - Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
C - Not Visible—Has Pain/Faint

**Ejected**
N - Not    T - Trapped
F - Fully    U - Unknown
P - Partially    A - Not Applicable

**First Aid By**
A - Ambulance Attended    M - Paramedic    P - Police
D - Doctor    O - Other    U - Unknown
N - None

## NARRATIVE AND DIAGRAM

Day St.

Hill St.

N

Diagram not to scale

**Officer's Opinion of What Happened:** Vehicle 1 was attempting to flee from vehicle 2, at which time Vehicle 1 made a sudden left hand turn causing vehicle 2 to collied into the rear of vehicle 1. Vehicle 1 then continued south bound on Hill St.

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

**Unit 1:** value 1 — **Unit 2:** value 2  (N/A boxes for 1 and 2)

**Contributing Road Defects**
(4) 4 - None
1 - Shoulders Low
2 - Shoulders High
3 - Holes, Bumps, Etc.
8 - Other

**Surface Construction**
(1) 1 - Asphalt
2 - Concrete
3 - Brick
4 - Unpaved
8 - Other

**Condition**
(1) 1 - Dry
2 - Wet
3 - Icy
4 - Snowy/Slushy
5 - Muddy
8 - Other

**Accident In Or Related To Road Construction Zone?**
Yes — Yes
(No) — (No)

**Material In Roadway (Contributing)**
(1) 1 - None    5 - Gravel
2 - Rocks    6 - Oil/Petrol
3 - Trees/Limbs    8 - Other
4 - Dirt

**Material Source**
(1) 1 - Not Applicable
2 - Natural Environment
3 - Dropped From Vehicle
4 - Already in Road, But Fell From Vehicle
8 - Other
9 - Unknown

**Character**
(1) 1 - Straight—Level    6 - Curve—Down Grade
2 - Straight—Down Grade    7 - Curve—Up Grade
3 - Straight—Up Grade    8 - Curve—Hillcrest
4 - Straight—Hillcrest
5 - Curve—Level

**Vision Obscured By:**
(97) 97 - Not Obscured
1 - Buildings
2 - Signboard
3 - Trees, Crops, Bushes
4 - Blowing Snow/Sand
5 - Hillcrest
6 - Curve in Road
7 - Fog
8 - Parked Vehicle
9 - Moving Vehicle(s)
10 - Blinded by Sunlight
11 - Fire/Smoke
12 - Dust
13 - Blinded by Headlights
14 - Embankment
15 - Rain on Windshield
16 - Snow on Windshield
98 - Other
99 - Unknown

**Traffic Control**
1 - Police Officer
2 - R.R. Crossing Gates
3 - R.R. Flashing Lights
4 - R.R. Cross Bucks/Pave. Mark
5 - Pedestrian Control
(6) 6 - Traffic Signal
7 - Flashing Beacon
8 - Stop Sign
9 - Yield Sign
10 - Lane Control Device
11 - Flagger
12 - No Passing Zone
97 - None
98 - Other

**Traffic Control Functioning**
(Yes) (Yes)    No    No    N/A    N/A

DOT Railroad Crossing No.

**Opposing Lanes Separated By:**
97 - None
1 - Paved Surface
2 - Unpaved Surface
3 - Broken Painted Line
4 - Solid Painted Line
(5) 5 - Concrete Barrier
6 - Metal Guard Rail
7 - Fence
98 - Other Barrier

**Trafficway Lanes**
1 - One Lane
(2) 2 - Two Lanes
3 - Three Lanes
4 - Four Lanes
5 - Five Lanes
6 - Six Lanes or More

**One-Way Street**
Yes    Yes
(No)    (No)

## INVESTIGATION

**Light**
1 - Daylight
2 - Dawn
3 - Dusk
4 - Darkness—Road Not Lit
(5) 5 - Darkness—Road Lit

**Weather**
(1) 1 - Clear    5 - Sleet/Hail
2 - Cloudy    6 - Crosswind
3 - Rain    7 - Fog
4 - Snow    8 - Other

**Locale**
1 - Open Country    5 - School
(2) 2 - Residential    6 - Playground
3 - Shop'g or Business    8 - Other
4 - Mfg. or Industrial

**Non-Vehicular Property Damage**
(1) 1 - None Visible    3 - Moderate
2 - Light    4 - Severe

**Property Damage Description**
Description: N/A
Owner:
Address:
Telephone:

Time Police Notified — AM/PM/MT
Time Police Arrived — AM/PM/MT
Time EMS Arrived — N/A AM/PM/MT
Name of Photographer: N/A

Witness Full Name / Address / Telephone
Witness Full Name / Address / Telephone

Name of Investigating Officer: R.D. Calhen
Officer ID: 1894
Agency ORI: 0030100
Supervisor Reviewed

Name of Other Investigating Officer(s) at Scene

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: R.D. Calhen #1894
Date: 9/30/03

# ACCIDENT/INCIDENT WORKSHEET

VEHICLE # ___ 6210-0388 ___   VIN # ___ 2FAFP71W11X137605 ___

MAKE, YEAR & MODEL ___ Ford   2001   Crown Vic ___

DATE OF ACCIDENT ___ 9-30-03 ___

DATE BROUGHT TO SHOP ___ 9-30-03 ___   RETURNED TO SERVICE ___ 10-8-03 ___

## SUMMARY OF COSTS:

LABOR/MAN HOURS ___ 32.00 hrs. ___ @ $ ___ 35.00 ___ =   $ ___ 1120.00 ___

MATERIALS   $ _____

PARTS/SUBLET COSTS   $ ___ 1324.34 ___

WRECKER FEES   $ _____

VENDOR FEES   $ _____

TOTAL COST TO REPAIR VEHICLE   $ ___ 2444.34 ___

REMARKS:

```
5769SS1 V4R5M0 000526           Print Key Output        CITY400              11/05/03    Page 1
                                                                                         10:49:50

Display Device  . . . . :   GAR06
User  . . . . . . . . . :   THOMAS

FM371101                        CITY SHOPS DEPARTMENT                          11/05/03
                               Display Parts Transactions                      10:49:12

Equip/Reference/Desc  . :   388 / 6210-0388 / POLICE PACKAGE B&W
Control/Job order/system :  332471 / 43000 BODY EXTERIOR
Discrepancy  . . . . . :    REPAIR WRECK DAMAGE

Type option, press Enter.
5=Display

Opt  Trans   Issue     Loc.  Part number/        Cost   Quantity        Cost    Post
     type    date             Description         chg.   issued                  date
     IO    10/08/03    AP    1 22                  P      3.00          17.90    10/08/03
                             ADDITIVES -  26340 P MASKING TAPE 2"  26340 MASKING TAPE 2"
     IO    10/08/03    AP    1 24                  P      2.00           4.43    10/08/03
                             ADDITIVES -  26334 MASKING TAPE  3M 3/4 INCH OLD
     IO    10/06/03    AP    1 43 000054           P      1.00          37.98    10/06/03
                             PAINTS & SANDPAPER -  012051320 DA SANDING DISC 012051 +

                                           Totals:     Extended cost  1324.34 +
                                                       Markup amount     .00  =
                                                       Total cost     1324.34

F3=Exit    F12=Cancel
```

```
5769SS1 V4R5M0 000526         Print Key Output         CITY400              11/05/03    Page    1
                                                                                        10:49:55

Display Device . . . . . : GAR06
User . . . . . . . . . . : THOMAS

FM371101                      CITY SHOPS DEPARTMENT                          11/05/03
                              Display Parts Transactions                     10:49:12

Equip/Reference/Desc . . : 3880 / 6210-0388 / POLICE PACKAGE B&W
Control/job order/system . : 332471 / 1 / 4300 BODY EXTERIOR
Discrepancy . . . . . . . . : REPAIR WRECK DAMAGE

Type option, press Enter.
5=Display

        Trans    Issue           Part number/          Cost    Quantity                 Cost    Post
Opt     type     date    Loc.    Description            chg.    issued                   date
        IR     10/17/03    N      AAA9                    P      50.00                    24.20   10/17/03
        IR     10/17/03    N      AAA9 02023 SAND PAPER (WRECK DAMAGE)  INVD575511      1032.08   10/17/03
        IR     10/17/03    N      AAA9 FARTS FOR WRECK DAMAGE (GRILL, BUMPER COVER,      WHEEL
        IR     10/17/03    N      AAA9 1W7Z15A201AB LAMP ASSEMBLY-INV273657PX1  85.75            10/17/03
                                       Extended cost    Markup amount         =          Total cost
                                Totals:    1324.34     +    .00                            1324.34

F3=Exit    F12=Cancel
```

```
5769SS1 V4R5M0 000526                CITY400                    11/05/03    page   1
                                                                           10:50:00
Print Key Output

Display Device  . . . . . . . : GAR06
User  . . . . . . . . . . . . : THOMAS

FM371101                    CITY SHOPS DEPARTMENT                         11/05/03
                         Display Parts Transactions                      10:49:12

Equip/Reference/desc . . . : 388 / 6210-0388 / POLICE PACKAGE B&W
Control/job order/system . : 332471 / 4300 BODY EXTERIOR
Discrepancy  . . . . . . . : REPAIR WRECK DAMAGE

Type option, press Enter.
5=Display

    Trans    Issue             Part number/        Cost    Quantity            Post
Opt type     date    Loc.      Description         chg.     issued     Cost     date
    LR     10/20/03   N        AAA9                 P       1.00      122.00  10/20/03
           222292             PAINT TO REPAINT WRECK DAMAGE INV27093

                  Extended cost   Markup amount        Total cost
         Totals:    1324.34    +       .00       =       1324.34


F3=Exit    F12=Cancel
```

```
5769SS1 V4R5M0 000526                    Print Key Output      CITY400                         11/05/03   Page   1
                                                                                                          10:50:50
  Display Device . . . . : GAR06
  User . . . . . . . . . : THOMAS

FM340101                                CITY SHOPS DEPARTMENT                                     11/05/03
                                      Display Labor Transactions                                  10:50:47

  Equip/Reference . . . . : 388 / 6210-0388
  Description . . . . . . : POLICE/PACKAGE B&W
  Control/Job order . . . : 332471 / 1
  System . . . . . . . . : 4300 BODY EXTERIOR
  Discrepancy . . . . . . : REPAIR WRECK DAMAGE
  Incentive hours earned : .00  2 decimals
  Adjusted . . . . . . . : .00  2 decimals
  Total . . . . . . . . . : .00  2 decimals

 St date                           Actn  ----Time----  -Hours worked-  -Labor rates-      -Cost-
 End date    Employee number       taken   On   Off    Reg.    O.T.    Reg.    O.T.     Reg.     O.T.
 10/08/03
 10/08/03    MOSELEY      395        16   6:30  9:30    3.00     .00    35.00  52.50   105.00     .00
 9/29/03
 9/29/03     MOSELEY      395        40   6:30 14:00    7.50     .00    35.00  52.50   262.50      +

                          Totals:     Reg. hours    +   O.T. hours   =   Total hours      Total cost
                                        32.00              .00             32.00            1120.00

 F3=Exit    F12=Cancel
```

```
5769SS1 V4R5M0 000526          Print key output          CITY400                    11/05/03  Page
                                                                                     10:50:50     1

  Display Device . . . . . . :  GAR06
  User . . . . . . . . . . . :  THOMAS

FM340101                        CITY SHOPS DEPARTMENT                                 11/05/03
                               Display labor transactions                            10:50:47

  Equip/Reference . . . . :  388 / 6210-0388
  Description . . . . . . :  POLICE PACKAGE B&W
  Control/Job order . . . :  332471      1
  System . . . . . . . . :  4300  BODY EXTERIOR
  Discrepancy . . . . . . :  REPAIR WRECK DAMAGE
  Incentive hours earned .  :  .00  2 decimals
  Adjusted . . . . . . . . :  .00  2 decimals
  Total . . . . . . . . . :  .00  2 decimals

                           Actn  ---Time---   -Hours worked-  -Labor rates-
  St date   Employee       takn  On     Off   Reg.    O.T.    Reg.    O.T.        Cost
  End date  number
  9/30/03                        6:30  14:00   7.50    .00     35.00   52.50     262.50
  9/30/03   MOSELEY  395   40
  10/01/03                       6:30  14:00   .00     .00     35.00   52.50     262.50
  10/01/03  MOSELEY  395   40
                                                                                         +

                         Totals:  Reg. hours   O.T. hours    Total hours     Total cost
                                    32.00          .00          32.00         1120.00

F3=Exit    F12=Cancel
```

```
5769SS1 V4R5M0 000526              Print Key Output              CITY400                    11/05/03   Page 1
                                                                                                       10:51:01

FM340101                        CITY SHOPS DEPARTMENT
                              Display Labor Transactions                                     11/05/03
                                                                                             10:51:47

Display Device . . . . :  GAR06
User . . . . . . . . . :  THOMAS

Equip/Reference . . . :  388 / 6210-0388
Description . . . . . :  POLICE PACKAGE B&W
Control/Job order . . :  332471 / 1
System . . . . . . . :  4300   BODY EXTERIOR
Discrepancy . . . . . :  REPAIR WRECK DAMAGE
Incentive hours earned :  .00    2 decimals
Adjusted . . . . . . :     .00    2 decimals
Total . . . . . . . . :    .00    2 decimals

St date   End date    Employee    Actn     ---Time---    -Hours worked-   -Labor rates-
                      number      takn     On    Off     Reg.    O.T.     Reg.    O.T.     Cost
10/01/03  10/01/03    MOSELEY 395  40      6:30  9:00     2.50    .00     35.00   52.50    87.50
10/02/03  10/02/03    MOSELEY 395  40      6:30  9:00     2.50    .00     35.00   52.50    87.50
10/03/03  10/03/03    MOSELEY 395  40      6:30  9:00     2.50    .00     35.00   52.50    87.50

                             Totals:    Reg. hours   +   O.T. hours   =   Total hours          Total cost
                                         32.00            .00              32.00                1120.00

F3=Exit   F12=Cancel
```

```
5769ss1 VAR5MØ  ØØØ526        Print Key Output        CITY4ØØ                        11/Ø5/Ø3   Page   1
                                                                                                10:51:Ø6

Display Device  . . . . . . :  GARØ6
User  . . . . . . . . . . . :  THOMAS

FM34Ø1Ø1                              CITY SHOPS DEPARTMENT                          11/Ø5/Ø3
                                    Display Labor Transactions                     10:5Ø:47

Equip/Reference  . . . . . . :     3ØØ / 6216-Ø3ØØ
Description  . . . . . . . . :     POLICE PACKAGE B&W
Control/Job order  . . . . . :     332471 /                1
System . . . . . . . . . . . :     43ØØ   BODY EXTERIOR
Discrepancy  . . . . . . . . :     REPAIR WRECK DAMAGE
Incentive hours earned . . . :       .ØØ  2 decimals
Adjusted . . . . . . . . . . :       .ØØ  2 decimals
Total  . . . . . . . . . . . :       .ØØ  2 decimals

St date      Employee     Actn    ---Time---    -Hours worked-    -Labor rates-
End date     number       takn    On    Off     Req.      O.T.    Req.      O.T.      Cost
1Ø/Ø9/Ø3       395          4Ø    6:3Ø  8:ØØ    1.5Ø      .ØØ     35.ØØ     52.5Ø     52.5Ø
1Ø/Ø9/Ø3  MOSELEY

                Totals:      Reg. hours  +  O.T. hours  =  Total hours         Total cost
                              32.ØØ           .ØØ            32.ØØ               112Ø.ØØ

F3=Exit   F12=Cancel
```

PO BOX 2013
AURORA    IL 60507

# MetLife Auto & Home

MetLife Auto & Home is a brand of
Metropolitan Property and Casualty Insurance Company
and its Affiliates, Warwick, RI

NSA205880
CITY OF MONTGOMERY CITY SHOPS
934 RIPLEY ST.
MONTGOMERY, AL 36109

INSURED:    MARTHA L HUMPHREY
CLAIMANT:   City Of Montgomery Cit y Shops

PAYMENT FOR SATISFACTION OF SUBROGATION CLAIM
FOR LOSS OF 09-30-03



RECEIVED
AUG 4 2005

J5 GI GI 0967087    *

---

# MetLife Auto & Home

0893    1-2/210

PO BOX 2013
AURORA    IL 60507

PAYMENT FOR SATISFACTION OF SUBROGATION CLAIM
FOR LOSS OF 09-30-03

| TIN | Claim No. NSA205880 |
| --- | --- |

Check Number
002385556

Not Valid Before
07-29-2005
Void Nine (9) Months
After This Date

Amount
********$2,444.34

Pay to the Order of:

CITY OF MONTGOMERY CITY SHOPS
934 RIPLEY ST.
MONTGOMERY, AL 36109

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY 10081

SENIOR VICE-PRESIDENT AND TREASURER

⑈00 2385556⑈ ⑈02 10000 2⑈ 00 2300893⑈