**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                    TELEPHONE (334) 954-3600

September 16, 2005

## NOTICE OF ASSIGNMENT

Re:    Robert Andrew Wermuth v. Shannon Carrol Youngblood et al
        Civil Action No.2:05cv644-D

The above-styled case has been referred to Magistrate Judge Charles S. Coody to conduct all proceedings and order the entry of judgment in accordance with 28 USC 636 c and FRCP 73.

Please note that the case number is now 2:05cv644-C. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk