**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

September 16, 2005

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Robert Andrew Wermuth v. Shannon Carroll Youngblood et al

Case No.:   2:05cv644-C
            Document 9 Order Reassigning Case

This Notice of Correction was filed in the referenced case this date to attach the Order of Reference pdf which was inadvertently excluded.   The pdf is attached to this Notice of Correction and document #9 has been corrected.

Case 2:05-cv-00644-CSC    Document 10    Filed 09/16/2005    Page 2 of 2