UNITED STATES DISRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

ROBERT ANDREW WERMUTH
189991
PLAINTIFF

VS.

SHANNON CARROLL YOUNGBLOOD,
et., al.,
DEFENDANT

2005 SEP 27 A 9:57

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05cv644-D

---

## AFFIDAVIT

Before me, the undersigned authority, personally appeared one: ROBERT ANDREW WERMUTH, who; first being duly sworn by me, did depose and say, under penalty of perjury, and, to the best of his knowlege and belief, the following, to wit;

1) That I am the affiant in this instant "AFFIDAFFIT" and that I do have personal knowlege of the contents contained herein, and;

2) That I am over the age of (21) years, and;

3) That I am a bona-fide resident of the state of Alabama in the foresaid county of Montgomery, and;

4) That I make this instant "AFFIDAVIT" of my own free will, without any coecion, duress, or threats and that I make this "AFFIDAVIT" to help correct what I feel are wrongs done to myself by the Defendants actions, named herein.

## STATEMENT

On September 30, 2003 while on my way home, at the corner of S. Holt st. and Dat st. Officer Youngblood slammed his patrol unit into the rear of my Jeep as I was turning right. Officer Youngblood, at the corner of Day st. and h

(1)

Exhibit "JJ"

Hill st slammed his patrol unit into the rear of my Jeep for the second time at the corner of Hill st. and Day st. this time pushing me into the four lane intersection of Hill and Day st.

When I got home I stopped my car in the driveway, stepped out, voluntarily walked to the rear of the Jeep and laid face down with my arms in plain view.

Officer Hill, who was approaching with his gun drawn came over and knelt down on top of me.

While looking over my left shoulder talking to Officer Hill, Officer Johnson approached and without warning released a police dog and commanded him to attack me. The attack lasted for serveral minutes. I was scared for my life. During the attack there were several other officers present and none attempted to help me. My friend with whom I live had been contacted by phone when the registration of the Jeep was checked, witnessed the attack first hand. While questioning the events she was told "go back inside" by police. I was seriously injured and needed immediate medical attention. Instead of taking me to the Emergency Room, they t took me to headquarters instead where a "USE OF FORCE" report was filed and photographs were taken. I was eventually taken to the E.R. where I was treated for my injuries.

Affiant says nothing further.

NOTARY STATEMENT

Sworn before me this 23 day of September, 2005.

_B. K. Clmny_
NOTARY

5-7-2006
COMMISSION EXPIRES

_Robert Weemuth_
AFFIANT

(2)