IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT ANDREW WERMUTH, #189991, §
　　　　PLAINTIFF, §
　　　　　 §
　　　-vs- §　CIVIL CASE NO.: 2:05-cv-644-D
　　　　　 §
SHANNON CARROLL YOUNGBLOOD, §
et. al., §
　　　　　 §
　　　　DEFENDANTS. §

MOTION FOR LEAVE TO AMEND DEFENDANTS AND PLAINTIFF'S COMPLAINT

　　Plaintiff, Robert Andrew Wermuth, pursuant to Rules 15(a) and 19(a), Federal Rules of Civil Procedure, requests leave to file an Amended Complaint adding parties.

　　1). Plaintiff in his original Complaint named R. D. Calhoun and Shannon Carroll Youngblood, and defendant's A, B, C, D, E, and F, as defendants.

　　2). Since the filing of Plaintiff's Complaint the Plaintiff has determined, from Defendant Calhoun and Youngblood's "response that there exists additional parties who are also culpable of violating Plaintiff's Constitutional Rights and that those further culpable parties pursuant to Defendant's A, B, C, D, E, and F are now named as follows:

　　　　a). Everette L. Johnson, and;
　　　　b). Defendant Hill, and;
　　　　c). Lieutenant Byrne.

　　3). This Court should grant leave freely to amend Defendants and Plaintiff's Complaint. See Forman-v-Davis, 371 U.S. 178, 182, 83 S.Ct. 227; Interroyal Corp.-v-Sponseller, 889 F. 2d. 108, 112, cert. denied, 494 U.S. 1091.

Executed this the 23 day of september, 2005.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　x _Robert Wermuth_
　　　　　　　　　　　　　　　　ROBERT ANDREW WERMUTH,
　　　　　　　　　　　　　　　　PLAINTIFF, PRO-SE

NOTARY STATEMENT

STATE OF ALABAMA ]
COUNTY OF BARBOUR ]

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 23 DAY OF Sept. 2005

_____　　　　　　　　　　5-7-2006
NOTARY PUBLIC　　　　　　　　　　　　　　　MY COMMISSION EXPIRES

-1-