**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

September 28, 2005

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Wermuth v. Youngblood et al

Case No.:   2:05cv644-C
Document 13 Motion for Leave to Amend Complaint w/Proposed Amendment to Complaint

This Notice of Correction was filed in the referenced case this date to associate the correct pdf documents with the Motion to Amend Complaint and the Proposed Amendment to Complaint.