U.S. District Court
For the
Middle District of Alabama

Robert Andrew Weemuth
189991
Plaintiff

vs.

Shannon Carroll Youngblood,
et., Al.,
Defendant

2:05-CV-644-D

2005 SEP 28 A 9:13

## Motion to Correct Clerical Error

Comes Now, Robert Andrew Weemuth, Pro Se, and moves this Court for Permission to Correct a Clerical Error, and Presents the Following:

1) Paragraph (6) Six of the "Amendment to Complaint" Reads "As to the Facts Alleged in Ground one and Ground two of this Complaint Defendant Youngblood is no longer implicated."

2) Paragraph (6) Six of the "Amendment to Complaint" should Read "As to the Facts Alleged in Ground one and Ground two of this Complaint Defendant R.D. Calhoun is no longer implicated."

I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. Mail, Postage Prepaid and Properly Addressed on this 27th day of September, 2005 to the following:

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Robert A. Weemuth
Plaintiff

Robert A. Weemuth 189991
E.C.F.
200 Wallace Dr.
Clio, AL 36017