IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05-CV-644-C |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to correct clerical error in amendment to the complaint filed by the plaintiff on September 28, 2005 (Court Doc. No. 16), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 30th day of September, 2005.

                                                  /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE