U.S. DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

ROBERT ANDREW WERMUTH
189991
PLAINTIFF

VS.                                               2:05-cv644-D

SHANNON CARROLL YOUNGBLOOD,
et., al.,
DEFENDANT

---

## MOTION TO CORRECT CLERICAL MISTAKE

Comes now, ROBERT ANDREW WERMUTH, Plaintiff, Pro Se, pursuant to Rule 60(a), Federal Rules Civil Procedure, and moves this Court for leave to correct clerical mistake submitted into the record, and cause for such presents the following:

1)   Document marked "AMENDMENT TO COMPLAINT" submitted on September 26, 2005, page (4) four Paragraph (6) six reads "As to facts alleged in ground one and ground two of the original complaint Defendant Youngblood is no longer implicated."

2)   Clearly, this is a clerical mistake made while typing the amendment, paragraph (6), six should read " as to the facts alleged in ground one and ground two of the original complaint, R.D. Calhoun is no longer implicated."

3)   As alleged in ground two in the original complaint and the amended complaint, Defendant Youngblood is still accused o of "ASSAULT WITH A VEHICLE" in violation of Plaintiff's Eighth Amendment Right to the Unuted States Constitution.

I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. mail, postage prepaid and properly addressed on this 28  day of 2005 to the following:

| KIMBERLY O. FEHL | OFFICE OF THE CLERK | Robert A. Wermuth |
| CITY OF MONTGOMERY | U.S. DISTRICT COURT | Plaintiff |
| LEAGAL DEPARTMENT | P.O. BOX 711 | ROBERT WERMUTH 18999 |
| 103 N. Perry st. | MONTGOMERY, AL | E.C.F. 6b-38 |
| Montgomery, Al 36104 | 36101-0711 | 200 Wallace dr. |
| | | Clio, AL 36017 |