IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-CV-644-C |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to correct clerical mistake in the amendment filed by the plaintiff on October 5, 2005 (Court Doc. No. 21), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 14th day of October, 2005.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE