IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #18991 | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:05-CV-644-C ) |
| SHANNON CARROL YOUNGBLOOD et al., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER

Defendants, by and through undersigned counsel, submit this Notice of Compliance with the Order of this Court dated September 30, 2005, by providing to Plaintiff the following attached documents:

1. A copy of the incident report relevant to the incident which occurred on September 30, 2003.

2. The medical records of Plaintiff, Robert Andrew Wermuth, and the medical records of Officer Welch relevant to the incident which occurred on September 30, 2003.

Dated this the 19th day of October, 2005.

_____
KIMBERLY O. FEHL (FEH001)
Assistant City Attorney

CITY OF MONTGOMERY
**Legal Department**
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 19th day of October, 2005:

Robert Andrew Wermuth
ECF# 189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

_____
KIMBERLY O. FEHL