IN THE U.S. DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

ROBERT ANDREW WERMUTH,
Plaintiff,
  VS.
SHANNON CARROLL YOUNGBLOOD,
et., al.,
Defendants

CV 2:05-cv-644-C

MOTION FOR LEAVE TO "AMEND COMPLAINT"

PLAINTIFF, ROBERT ANDREW WERMUTH, pursuant to Rule 15(a), Federal Rules Civil Proceedure, request leave to file AMENDED RELIEF" to "AMENDED COMPLAINT" and presents the following:

Plaintiff filed a "AMENDED COMPLAINT" on September 26, 2005 and wishes to submit the following relief.
This Court should grant the following leave to freely amend "original complaint". See Forman-v-Davis, 371 U.S. 178, 182, 83 S. Ct. 227; Interroyal Corp.-Spenceller, 889 F. 2d 108, 112, cert. denied, 494 U.S. 1091.

Executed this __17__ day of __October__, 2005.

RESPECTFULLY SUBMITTED,

_Robert Wermuth_
ROBERT ANDREW WERMUTH,
PLAITIFF, PRO-SE

NOTARY STATEMENT

STATE OF ALABAMA]
COUNTY OF BARBOUR]
    Sworn and subscribed this __17th__ day of __October__, 2005.

_____                    my commission expires March 19, 2007
NOTARY                                 MY COMMISSION EXPIRES

(1)

U. S. District Court
For the
Middle District of Alabama

Robert Andrew Wermuth,
189991,
Plaintiff

V.                                                          CV 2:05-644-C

Shannon Carroll Youngblood,
et., Al.,
Defendants

## Certificate of Service

I hereby certify that I have served a copy of the forgoing document by causing it to be placed in the U.S. mail, properly post marked and addressed on this 24th day of October 2005 to the following:

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

Kimberly O. Fehl
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, Alabama
36104

Robert A. Wermuth 189991
Plaintiff