IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, ) | |
| #189991, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-644-C |
| ) | |
| SHANNON CARROL YOUNGBLOOD, et al), | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on October 26, 2005 (Court Doc. No. 25), in which the plaintiff seeks production of all reports relevant to his arrest on September 30, 2003 and all medical records of treatment provided to officer Welch as a result of his involvement in the plaintiff's arrest, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before November 16, 2005, the defendants shall object or otherwise respond to the discovery requests.

Done this 27th day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE