IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-644-C |
| ) | |
| SHANNON CARROL YOUNGBLOOD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on October 26, 2005 (Court Doc. No. 26), in which the plaintiff seeks to supplement his complaint, and for good cause, it is

ORDERED that:

1. The motion for leave to amend be and is hereby GRANTED.

2. The written report of the defendants shall address the allegations contained in the complaint and amendments thereto.

3. No further amendments will be allowed unless the plaintiff establishes *extraordinary circumstances* justifying why such claims were not previously presented to the court. Any proposed amendment must be accompanied by a motion for leave to amend which sets forth the requisite circumstances warranting amendment of the complaint.

Done this 27th day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE