IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) Case No. 2:05cv644 ) ) |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF JAMES C. WELCH

STATE OF ALABAMA      )

COUNTY OF MONTGOMERY  )

Before me, a Notary Public in and for said State and County, personally appeared **James C. Welch** and, after first being duly sworn by me, did depose and state as follows:

My name is James C. Welch and I am over nineteen (19) years of age. I am currently employed as a Jail Corrections Supervisor with the Montgomery Police Department, and assigned to the City Jail on Second Shift.

On September 30, 2003 at approximately 3:45 a.m., my partner (M. Deramus) and I were on routine patrol of the Kwik Shop located at 581 North East Boulevard when we were flagged down by one of the clerks who pointed at a red Jeep vehicle in the parking lot. When I approached the vehicle, I noticed that the steering column had been popped and the driver (later identified as Robert Andrew Wermuth) was attempting to start the engine with a screw driver. It was at that time that I asked the driver to exit the vehicle but he kept trying to start the vehicle and refused to acknowledge my commands. I then reached in the vehicle and attempted to remove the subject but, instead, he got the vehicle cranked and drove off while I was still holding onto him. I was dragged approximately thirty (30) feet before I was able to release myself. I struck the pavement several times and received injuries to my right arm and hand. Fire medics responded to the scene and treated my injuries, and I

DEFENDANT'S EXHIBIT A

went to Jackson Hospital for further treatment. I was diagnosed with a contusion to the right elbow as well as abrasions to the right hand and arm.* My medical expenses in the amount of $2,282.69 were covered by worker's compensation. A copy of the State of Alabama Employer's First Report of Injury or Occupational Disease is attached hereto as Exhibit A.

A lookout was made for the subject and the red Jeep Cherokee and after a long pursuit the suspect, Robert Andrew Wermuth, was taken into custody and charged with Theft of Property and Assault Attempted Assault I.

Further Affiant saith not.

_____
James C. Welch

SWORN to and SUBSCRIBED before me this the 23 day of August, 2005.

_____
Notary Public

My commission expires 2-8-2008

*Follow-up treatment at Alabama Orthopaedic Specialists revealed a fracture to the right head of the radius bone.

2

THE USE OF THIS FORM IS REQUIRED UNDER THE PROVISIONS OF THE ALABAMA WORKMEN'S COMPENSATION LAW

WCC Form 2
Rev. 1985

# STATE OF ALABAMA
## EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE

Send to: Your workmen's compensation insurance carrier, in duplicate

PRINT OR TYPE

OSHA CASE OR FILE NUMBER

Carrier's File No.

**1. EMPLOYER'S NAME AND MAILING ADDRESS** (No. & Street, City, County, State, ZIP)
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-1111

**LOCATION, IF DIFFERENT FROM MAILING ADDRESS**
Montgomery Police Department
P.O. Box 159
Montgomery, Al 36101-0159

TELEPHONE NUMBER  334-241-2015

**2. EMPLOYER IDENTIFICATION** (U.C. ACCOUNT) NUMBER

**3. CARRIER OR SELF-INSURANCE REGISTRATION NUMBER**

**4. NATURE OF BUSINESS** (Manufacturing, Trade, Transportation, etc.)
Municipal Government

**SPECIFIC PRODUCTS**
Law Enforcement

**5. WORKMEN'S COMPENSATION PROVIDED BY:** INSURANCE CARRIER ( ) SELF-INSURANCE (X) GROUP FUND ( )
IF INSURANCE CARRIER, GIVE NAME AND ADDRESS

**6. EMPLOYEE'S NAME** (Last)(First)(Middle)
Welch, James C.

**7. SEX** MALE (X) FEMALE ( )

**8. AGE**

**9. SOCIAL SECURITY NO.**

**10. EMPLOYEE'S HOME ADDRESS** (No. & Street or RFD, City, County, State, ZIP)

**11. MARITAL STATS:** SINGLE ( ) MARRIED (X) DIVORCED ( ) SEPARATED ( ) WIDOWED ( )

**12. HOME TELEPHONE**

**13. REGULAR OCCUPATION**
Police Officer

**14. WORKING IN WHAT DEPARTMENT WHEN HURT**  Police

**15. PLACE OF ACCIDENT OR EXPOSURE** (Address or location, include County)
565 N. E. Boulevard Montgomery, AL 36109

**16. ON EMPLOYER'S PREMISES?** YES (X) NO ( )

**17. Date of Occurrence**  09/30/03

**18. TIME OF DAY**  3:45  a.m. (X)  p.m. ( )

**19. Date Disability Began**  N/A

**20. Date Employer Notified**  09/30/03

**21. DESCRIBE THE INJURY OR ILLNESS IN DETAIL AND INDICATE THE PART OF THE BODY AFFECTED.**
(E.g., amputation of right index finger at second joint, fracture of 2 ribs, lead poisoning, dermatitis of left hand, etc.)
Minor Scratches to right hand and pain and abrasions to right elbow. Right elbow radial head fracture.

**22. IF FATAL, GIVE DATE OF DEATH**  N/A

**23. WHAT THING DIRECTLY PRODUCED THIS INJURY OR ILLNESS?**
(Name object struck against or struck by; vapor, poison, chemical or radiation; if strain or hernia, the thing being lifted, pulled, pushed, etc.; if injury resulted solely from bodily motion, the stretching, twisting, etc. which resulted in injury)
Contact with a moving vehicle and pavement

**24. HOW DID THE ACCIDENT OR EXPOSURE OCCUR?**
(Begin by telling what the employee was doing just before the accident or exposure. Be specific. If employee was using tools or equipment, or handling material, name them and tell what employee was doing with them.)
While attempting to arrest a subject, POF Welch was drug by the suspects vehicle for several feet resulting in abrasions and injury to his elbow.
(Now describe fully the events which resulted in injury or illness. Tell what happened and how it happened. Specify how objects or substances were involved. Give full details of all factors which led or contributed to the accident or exposure.)

**25. NAME AND ADDRESS OF TREATING PRACTITIONER**
Dr. S.D. Lansens
1501 Forest Avenue
Montgomery AL 36104

**NAME AND ADDRESS OF HOSPITAL**  N/A
HOSPITALIZED ( )
OUT-PATIENT ( )
EMERGENCY TREATMENT (X)

**25. Has injured Returned to Work?** Yes (X) No ( )

**27. If so, Date**  09/30/03

**28. At What Wage?**  Same

**29. At What Occupation?**  Same

**30. LENGTH OF TIME IN YOUR EMPLOY?**  8 years

**31. LENGTH OF TIME IN PRESENT JOB**  10 Months

**32. NUMBER OF DEPENDENTS**  0

**33. Average Weekly Wage**

**34. Weekly Value of Remuneration Other Than Wages** (Food, Lodging, etc.)  $

**35. DID EMPLOYEE RECEIVE FULL PAY FOR DAY OF INJURY?**  YES (X) NO ( )

**36. Date of this Report**  09/30/03

**37. Signed by**  D.W. O'Banion 345

**38. Signature**  D.W. O'Banion

**39. Official Position or Title**  Sergeant

Side column: Do Not Write in The Space Below — Employer U.C. / Control Number / SIC / Carrier-Fund / Soc. Sec. No. / Sex / Marital Status / Dependents / Age / Occupation / Event County / On Premises / Event Date / Employer Knew / Injury Source / Accident Type / Nature of Injury / Part of Body / Date of Death / Stopped Work / Time Employed / Time In Job / Weekly Wage / Report Date / Report Received / Back to Work / Case Closed



EXHIBIT A