IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:05cv644 |
| v. | ) ) |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF SHANNON CARROL YOUNGBLOOD

STATE OF ALABAMA         )

COUNTY OF MONTGOMERY     )

Before me, a Notary Public in and for said State and County, personally appeared **Shannon Carrol Youngblood** and, after first being duly sworn by me, did depose and state as follows:

My name is Shannon Carrol Youngblood and I am over nineteen (19) years of age. I am currently employed as a Sergeant with the Montgomery Police Department and assigned to Third Shift Patrol.

On Tuesday, September 30, 2003 at approximately 3:45 a.m., Officers Welch and Deramus responded to the Kwik Shop located at 565 N.E. Boulevard on a possible stolen vehicle, a red Jeep Cherokee. When Officer Welch approached the vehicle and asked the individual (later identified as the Plaintiff, Robert Andrew Wermuth) to step out of the vehicle, Mr. Wermuth sped off dragging Officer Welch a short distance and causing physical injury to Officer Welch.

I was traveling east on Atlanta Highway when I observed a red Jeep Cherokee occupied by one subject traveling west on Atlanta Highway. When I turned around to catch up with the vehicle, the vehicle increased his speed and began making quick turns onto side streets without slowing down or stopping first. I ran a check with dispatch to see if the Jeep was stolen and was advised that it did not come back as being stolen. I then had dispatch contact the owner of the Jeep to inquire if the

DEFENDANT'S EXHIBIT C

vehicle was stolen or if they knew where their Jeep was and who was driving it. I also inquired if there were any other charges against the driver of the Jeep (later identified as the Plaintiff, Robert Andrew Wermuth) other than the misdemeanor charge of Theft 3rd. I was advised by Officer Welch that the driver was also wanted in reference to a code 26 (hit and run) with a police vehicle and also for striking a police officer.

The Jeep turned onto Interstate 85 traveling toward Day Street and another Unit (Hill and Horner) fell in behind me. At this time, I had not attempted to stop the vehicle. As the Jeep approached the I-85/I-65 interchange, I attempted to initiate a traffic stop using both my lights and sirens but the Jeep continued onto Day Street. The Jeep continued to ignore my attempts to pull him over, turning on neighborhood streets, approaching speeds of 55 mph. As the jeep turned left onto Rosa L. Parks Avenue, I then asked a rear unit to call the pursuit and 310 (Hill and Horner) began to call the pursuit. The Jeep traveled on Rosa L. Parks Avenue to Mildred Street when it turned left traveling to S. Holt Street when it turned left traveling back toward Day Street. The Jeep turned right onto Day Street traveling west crossing over Oak Street. As the Jeep approached Hill Street, I attempted to slow as the vehicle began to turn left onto Hill Street; however, the brakes on my until failed to stop my vehicle at which time I struck the red Jeep. The Jeep was able to continue across Day Street on Hill and I was able to get my vehicle stopped in the turning lane from Hill Street onto Day Street by using my emergency brake. I did not rejoin the pursuit.

The pursuit continued on to Hill Street turning onto Carlisle Street and stopping on Garland Street where the suspect was taken into custody. Unit 312 (Officers Calhoun and Barrier) responded to my location and completed an accident report for my vehicle (attached hereto as Exhibit A). Attached hereto as Exhibit B is a memorandum dated 09-30-2003 from me to Lt. R. F. Byrne which memorializes my involvement in the pursuit involving the Plaintiff, Robert Andrew Wermuth.

Further affiant saith not.

_Shannon Youngblood_
Shannon C. Youngblood

SWORN to and SUBSCRIBED before me this the 23 day of August, 2005.

_Nancy K. Ezell_
Notary Public

My commission expires 2-8-08

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Case 2:05-cv-00644-CSC   Document 30-4   Filed 11/14/2005   Page 4 of 9

Form AST-27 Rev. 1/91 — Montgomery Police Dept.

**Sheet #0733**, 1 of 1

**Date:** 9/22/2003  **Time:** 0411 AM  **Day of Week:** T  **County:** 03 Montgomery

**Highway Classification:** State  **Local Zone:** 12

**On Street/Road/Highway:** Hill St (5154)  **At Intersection of / Between:** Day St (2135)

Feet From Node 1, Prime Contr Circms 27, Unit No 1

**No. of Vehicles:** 2  **No. Pedestrians:** 0  **No. Injured:** 0  **No. Fatalities:** 0

**First Harmful Event:** 20  **Event Location:** 1  **Distance to Fixed Object:** 3 FT

**ZIP:** 36108

---

## UNIT 1 — LEFT SCENE

**Driver Full Name:** Robert Andrew Wermuth
**Address:** 948 Garland Dr, Montgomery, AL 36108
**DOB:** 9/13/1970  **Race:** B  **Sex:** M  **DL State:** N/A  **DL No.:** None
**SSN:** 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
**Place of Employment:** UNEMPLOYED
**Liability Insurance:** NONE
**Alcohol:** Yes  **Drugs:** Unk
**Type Test Given:** No Test
**Sobriety:** Fatigued
**Other Contr Circumstances:** 99  **Prime Harm Event:** 20  **Event Loc:** 1
**Travel Road Name:** Hill St  **Road Code:** 5154
**Maneuver:** 18
**License Tag:** 3AQ297K  **State:** AL  **Year:** 04
**Veh Year:** 1989  **Make:** Jeep  **Model:** GrCherokee  **VIN:** 1J4FT58L1KL454041
**Owner:** Martha L. Humphrey, 948 Garland Dr, Montgomery, AL 36108
**Type:** 3 - Pick Up
**Usage:** 1 - Personal
**Hazardous Cargo:** None  **Attachment:** None  **Contributing Defect:** None
**Speed Limit:** 25 MPH  **Est. Speed:** 999 MPH
**Citation Offense Charged:** None
**Damage Severity:** 2 - Not Disabled
**Vehicle Towed Away:** Yes  **Occupants in Unit:** 1  **Total Injuries in Unit:** 0
**Enter Point of Initial Impact:** 6
**Vehicle Towed By:** N/A

---

## UNIT 2

**Driver/Pedestrian Full Name:** Shannon Carroll Youngblood
**Address:** 32 Circle L Trail, Wetumpka, AL 36092
**Telephone:** 241-2932
**DOB:** 7/24/1969  **Race:** W  **Sex:** M  **DL State:** AL  **DL No.:** 6260532
**DL Class:** D  **DL Status:** C
**SSN:** 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
**Place of Employment:** City of Montgomery - Police Department
**Liability Insurance:** Self Insured
**Alcohol:** No  **Drugs:** No  **Type Test Given:** No Test
**Other Contr Circumstances:** 99  **Prime Harm Event:** 20
**Travel Road Name:** Hill St  **Road Code:** 5154
**Maneuver:** 98
**License Tag:** 36287 MU  **State:** AL  **Year:** NE
**Veh Year:** 01  **Make:** Ford  **Model:** CV  **Body:** 40  **VIN:** 2FAFP71W11X137605
**City:** Montgomery, AL 36104
**Owner:** City of Montgomery City Shops, 934 N. Ripley St.
**Type:** 1 - Auto
**Usage:** 10 - Police
**Contributing Defect:** None
**Speed Limit:** 25 MPH  **Est. Speed:** 999 MPH
**Citation Offense Charged:** None
**Damage Severity:** 1 - None Visible
**Vehicle Towed Away:** No
**Enter Point of Initial Impact:** 8
**Vehicle Towed By:** N/A

---


EXHIBIT A

# SEATING

Other Involved Unit (Circle One)
11 - Driver
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance / Codes Not Applicable

Unit 1: 1, 2 circled (position 2 marked "12")

Other Involved Unit (Circle One)
11 - Driver
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance / Codes Not Applicable

Unit 2: 2 circled (position marked "24")

Other Involved Safety Equipment

# CODES — SAFETY EQUIPMENT
01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
**Lap Belt Only**
11 - Fastened
12 - Not Fastened
**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
**Motorcycle Helmet**
31 - None Used
32 - Used
**Air Bags**
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
**Child Restraints**
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
**Pedal Cycle/Pedestrian**
91 - Contrasting Clothing
92 - Non-contrasting Clothing

# VICTIMS — N/A ☒

| Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|

Name / Address / Taken By / Taken To

## CODES
**Injury Type**
K - Killed
B - Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
F - Fully
C - Not Visible—Has Pain/Faint

**Ejected**
N - Not
F - Fully
P - Partially
T - Trapped
U - Unknown
A - Not Applicable

**First Aid by**
A - Ambulance Attended
D - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

# NARRATIVE AND DIAGRAM

(Diagram shows Day St. running east-west, Hill St. running north-south, with vehicles 1 and 2 at intersection. North arrow shown. "Diagram not to scale")

**Officer's Opinion of What Happened:** Vehicle 1 was attempting to flee from vehicle 2 at which time Vehicle 1 made a sudden left hand turn causing vehicle 2 to collide into the rear of vehicle 1. Vehicle 1 then continued south bound on Hill St.

# ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1: **1**  N/A ☐
Unit 2: **2**  N/A ☐

**Contributing Road Defects** (circled: 4 - None for both)
1 - Shoulders Low
2 - Shoulders High
3 - Holes, Bumps, Etc.
4 - None
8 - Other

**Surface Construction** (circled: 1 - Asphalt)
1 - Asphalt
2 - Concrete
3 - Brick
4 - Unpaved
8 - Other

**Condition** (circled: 1 - Dry)
1 - Dry
2 - Wet
3 - Icy
4 - Snowy/Slushy
5 - Muddy
8 - Other

**Accident In Or Related To Road Construction Zone?**  Yes / **No** (circled)

**Material in Roadway (Contributing)** (circled: 1 - None)
1 - None
2 - Rocks
3 - Trees/Limbs
4 - Dirt
5 - Gravel
6 - Oil/Petrol
8 - Other

**Material Source** (circled: 1 - Not Applicable)
1 - Not Applicable
2 - Natural Environment
3 - Dropped From Vehicle
4 - Already in Road, But Fell From Vehicle
8 - Other
9 - Unknown

**Character** (circled: 1 - Straight—Level)
1 - Straight—Level
2 - Straight—Down Grade
3 - Straight—Up Grade
4 - Straight—Hillcrest
5 - Curve—Level
6 - Curve—Down Gr
7 - Curve—Up Grad
8 - Curve—Hillcrest

**Vision Obscured By** (circled: 9 - Not Obscured, both)
1 - Buildings
2 - Signboard
3 - Trees, Crops, Bushes
4 - Blowing Snow/Sand
5 - Hillcrest
6 - Curve in Road
7 - Fog
8 - Parked Vehicle
9 - Moving Vehicle(s)
10 - Blinded by Sunlight
11 - Fire/Smoke
12 - Dust
13 - Blinded by Headlights
14 - Embankment
15 - Rain on Windshield
16 - Snow on Windshield
98 - Other
99 - Unknown

**Traffic Control** (circled: 6 - Traffic Signal)
1 - Police Officer
2 - R.R. Crossing Gates
3 - R.R. Flashing Lights
4 - R.R. Cross Bucks/Pave. Mark
5 - Pedestrian Control
6 - Traffic Signal
7 - Flashing Beacon
8 - Stop Sign
9 - Yield Sign
10 - Lane Control Device
11 - Flagger
12 - No Passing Zone
97 - None
98 - Other

**Traffic Control Functioning:** Yes / No / N/A — Yes circled

**Opposing Lanes Separated By** (circled: 5 - Concrete Barrier)
97 - None
1 - Paved Surface
2 - Unpaved Surface
3 - Broken Painted Line
4 - Solid Painted Line
5 - Concrete Barrier
6 - Metal Guard Rail
7 - Fence
98 - Other Barrier

**Trafficway Lanes** (circled: 2 - Two Lanes)
1 - One Lane
2 - Two Lanes
3 - Three Lanes
4 - Four Lanes
5 - Five Lanes
6 - Six Lanes or More

**One-Way Street:** Yes / No (No circled)

**Light** (circled: 5 - Darkness—Road Lit)
1 - Daylight
2 - Dawn
3 - Dusk
4 - Darkness—Road Not Lit
5 - Darkness—Road Lit

**Weather** (circled: 1 - Clear)
1 - Clear
2 - Cloudy
3 - Rain
4 - Snow
5 - Sleet/Hail
6 - Crosswind
7 - Fog
8 - Other

**Locale** (circled: 2 - Residential)
1 - Open Country
2 - Residential
3 - Shop'g or Business
4 - Mfg. or Industrial
5 - School
6 - Playground
8 - Other

**Non-Vehicular Property Damage** (circled: 1 - None Visible)
1 - None Visible
2 - Light
3 - Moderate
4 - Severe

**Property Damage Description:** N/A
**Owner:** N/A

# INVESTIGATION

Time Police Notified / Time Police Arrived / Time EMS Arrived: N/A
Name of Photographer: N/A

Witness Full Name / Address / Telephone
Witness Full Name / Address / Telephone

Name of Investigating Officer: R.D. Colborn
Officer ID: 1294
Agency ORI: 0030100

Name of Other Investigating Officer(s) at Scene:

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: R.D. Colborn #1294
Date: 9/30/03

To : Lt. R. F. Byrne

From : Sgt. S. C. Youngblood

Date : 09-30-2003

Subject : Vehicle Pursuit/Vehicle Accident (388)

    On Tuesday, 09-30-2003 at approximately 0345 hours, unit 322 (Welch and Deramus) themselves out at 565 N. E. Blvd. (Kwick Shop) on a possible code 23 of a red Jeep Cherokee that took off from the store when they attempted to stop it, knocking Pof. Welch to the ground and striking unit 322's marked patrol vehicle. I was traveling east on Atlanta Hwy. when I observed a red Jeep Cherokee traveling west on Atlanta Hwy. occupied by one subject.

    When I turned around to catch up with the vehicle, the vehicle sped up. The vehicle turned left onto California St. then with out stopping, turned right onto Mt. Meigs Rd. traveling west on Highland Av. turning south onto Forrest Av. I inquired with channel one to see if the Jeep was stolen. Channel one advised that the vehicle did not come back as being stolen. I then had channel one contact the owner of the Jeep to inquire if the vehicle was stolen or if they knew where their Jeep was. I inquired if unit 322 had any other charges other than the misdemeanor charge of Theft 3rd. at which time Pof. Welch stated that the driver was also wanted in reference to a code 26 with a police unit and striking a police officer.

    The Jeep turned onto I-85, traveling toward Day St. as unit 310 (Hill and Horner) fell in behind this unit. At this time I had not attempted to stop the vehicle. As the Jeep approached I-85 the interchange, I attempted to initiate a traffic stop on the jeep, as it continued onto Day. St., turning right onto Day St. I advised that speeds were 50 mph as the Jeep turned right onto Oak. St. The Jeep traveled on Oak St. approaching speeds of 55 mph as it turned onto Mobile Rd. traveling to Hugh St. where it turned right traveling 40 mph. The Jeep continued on Hugh St. until it turned right onto Chappell. The Jeep continued turning left onto Hill St. toward Day. St., turning left onto Carlisle, then left onto Alma Dr. then left onto Chappell, reaching speeds of 35mph. The Jeep continued on Chappell, turning right onto Garland then left onto Mill St. crossing over Hill St. reaching speeds of 55mph. I then asked a rear unit to call the pursuit as the Jeep turned left onto Rosa L. Parks Av.

    At this time, unit 310 began to call the pursuit. The jeep traveled on Rosa L. Parks Av. To Mildred St. where it turned left traveling to S. Holt St. where it turned left traveling back toward Day St. The Jeep turned right onto Day St. traveling west crossing over Oak. St. As the Jeep approached Hill St. I attempted to slow as the vehicle began to turn left onto Hill St. The brakes in unit 388 failed to stop my vehicle, at which time I struck the red Jeep. The Jeep was able to continue across Day St. on Hill and I was able to get my vehicle stopped in the turning lane from Hill St. onto Day St. by using my emergency brake. I did not rejoin the pursuit.

    The pursuit continued to on Hill St. turning onto Carlisle St. and stopping on Garland St. where the suspect was taken into custody. Unit 312 (Calhoun and Barrier) responded to my location and completed an accident report for vehicle 388. I took photos


EXHIBIT B

of the damage to vehicle 388 which consisted of the front bumper, passenger side marker and turn lenses broken and the driver side turn lens broken. Vehicle 388 was driven to Headquarters.

*S.C. Youngblood #343*
S.C. Youngblood #343

# PURSUIT REVIEW FORM

DATE: September 30, 2003

SUPERVISOR: Lt. G. D. Salum #408

PURSUING OFFICER(S): Sergeant S. C. Youngblood #343

DEFENDANT: Robert A Wermuth, B/M, 9-13-70, 948 Garland Dr.

DETAILS OF PURSUIT:
On 09-30-03, at approx. 0345 Unit 322, J. C. Welch #1222 & M. C. Deramus # approached a vehicle wanted for possibly being stolen and a theft in the parking lot of the Quick Shop located at 565 N. East Boulevard. The officers approached the vehicle, a red Jeep Cherokee at which time the driver; later identified as B/M, Robert Wermuth, age 23, of 948 Garland Dr. fled the scene dragging Officer Welch and striking their police vehicle, vehicle 2948. At approximately 0347 hrs, Unit 331, Sergeant S. C. Youngblood observed the vehicle and Unit 310, Hill & Horner assisted in atttempting to stop the vehicle at the intersection of Day Street and Hill Street. The vehicle refused to stop and fled towards Mildred Street. The vehicle was traveling at approximately 50 mph in the areas of Oak St., Mobile Rd. , to the area of Carlisle, Hill, and Garland, ending at 948 Garland Dr; where the suspect was taken into custody by K9 at 0409 attempting to flee the vehicle.

REASON FOR PURSUIT: Assault 1st Degree of a Police Officer

CONDITIONS OF PURSUIT:

a. Time of day: 0347 hrs
b. Traffic Conditions: Light
c. Weather Conditions: Good
d. Roadway Lighting: Street Lights
e. Vehicle Speed: 50 mph
f. Roadway Character: Straight, level and curved. Two and four lanes.
g. Number of MPD Vehicles Involved: 2
h. Number of MPD Officers Involved: 3
i. Other Agencies and Vehicles Involved: N/A
j. Description of Offender's Vehicle:

Color: Red        Year: 2001        Make: Jeep
Model: Cherokee   Tag No: 3A8297C   Condition: Good

Was any action taken against the suspect vehicle?
NO

What circumstances necessitated this action?
N/A

What role did assisting agencies have in the pursuit?
NONE

Supervisor's Review and Recommendations:
The vehicle was possibly stolen, involved in a theft from the Quick Shop, 565 N. East Blvd. and the assault on a officer attempting to apprehend him. The pursuit reached speeds of 50 mph with no traffic. The risk of danger to the Public was minimal due to the time and absence of traffic. The suspect was apprehended attempting to flee the vehicle. Unit 388, driven by SGT Youngblood received minor damage to the front end when his brakes failed, striking the rear of the suspect vehicle. The pursuit was conducted within the guidelines of the Departmental Rules and Regulations.

S. C. Youngblood #343                    G.D. Salum 408

Memorandum

To      : Captain T. B. Essex

From    : Lieutenant R. F. Byrne #181

Date    : September 29, 2003

Subject : Vehicle Pursuit

I have reviewed the pursuit form concerning the pursuit on September 29, 2003 at 0347 hours. The officers acted in accordance with the Rules and Regulations of the Montgomery Police Department. Their response was within the scope of their authority.

*[signature]*
Lieutenant R. F. Byrne #181