IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:05cv644 |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF RODRICK D. CALHOUN

STATE OF ALABAMA    )

COUNTY OF MONTGOMERY    )

Before me, a Notary Public in and for said State and County, personally appeared **Rodrick D. Calhoun** and, after first being duly sworn by me, did depose and state as follows:

My name is Rodrick D. Calhoun and I am over nineteen (19) years of age. I am currently employed as a Police Officer with the Montgomery Police Department, and assigned to Third Shift Patrol.

On Tuesday, September 30, 2003 at approximately 3:45 a.m., a call went out over the radio involving the pursuit of a subject (later identified as Robert Andrew Wermuth) who had attempted to run over Officer J.C. Welch. My partner, C. S. Barrier (who is no longer employed with the Montgomery Police Department), and I heard the call come over the radio and we followed the pursuit by radio as it came into our district.

During the pursuit, Wermuth made a sudden left hand turn and Sergeant Shannon Youngblood, who was the lead police unit directly behind Wermuth's vehicle, was not able to stop and collided into the rear of Wermuth's vehicle. Sergeant Youngblood's vehicle was disabled by the collision, but Wermuth continued to flee and other units continued in the pursuit. My partner and I



DEFENDANT'S EXHIBIT D

responded to Sergeant Youngblood's location and worked the accident. I prepared the accident report which is attached hereto as Exhibit A.

Neither Sergeant Youngblood nor I were present at the final destination where the pursuit ended and neither of us were involved in taking Wermuth into custody.

Further Affiant saith not.

*R. W. Calhoun #1294*
_____
Rodrick D. Calhoun

SWORN to and SUBSCRIBED before me this the 24 day of August, 2005.

_____
Notary Public

My commission expires 2-8-08

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

**Accident No:** 022442
**Local Case No:** #0733
**Sheet:** 1 of 1
**Highway Classification:** S - State
**Local Zone:** 12

## Location and Time
- **Date:** 9/22/2003, 0411 AM, Monday
- **County/City:** 03 Montgomery
- **On Street:** Hill St
- **At Intersection of:** Day St
- **Road Code:** 5154 / 2135
- **Feet/Miles:** 22.20, From N
- **First Harmful Event:** 20
- **Event Location:** 1
- **Distance to Fixed Object:** 3 FT
- **No. of Vehicles:** 2
- **No. Pedestrians:** 0
- **No. Injured:** 0
- **No. Fatalities:** 0
- **Unit 1 Type:** 27
- **Unit 2 Type:** 1
- Not Int. Related

## UNIT NO 1 — LEFT SCENE
- **Driver:** Robert Andrew Wermuth
- **Address:** 948 Garland Dr, Montgomery AL 36108
- **DOB:** 9/13/1922, B, M, N/A, None
- **SSN:** 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
- **Place of Employment:** UNEMPLOYED
- **Liability Ins:** NONE
- **Sobriety:** Alcohol No, Drugs No, Unk; No Test Given
- **Driver Condition:** 1 - No Defect
- **Other Contr Circumstance:** 99
- **Prime Harm Event:** 20
- **Event Loc:** 1
- **Maneuver:** 18
- **Travel Road Name:** Hill St
- **Road Code:** 5154
- **Travel Direction:** W
- **License Tag:** 3A8297C, AL, 04
- **Veh Year:** 1989
- **Make:** Jeep
- **Model:** SHE
- **Body:** 40
- **VIN:** 1J4FT58L1KL454041
- **City:** Montgomery, AL 36108
- **Owner:** Martha L. Humphrey, 948 Garland Dr
- **Type:** 1 - Auto
- **Usage:** 1 - Personal
- **Hazardous Cargo:** 1 - None
- **Attachment:** 1 - None
- **Contributing Defect:** 97 - None
- **Vehicle Towed Away:** Yes
- **Occupants in Unit:** 1
- **Total Injuries in Unit:** 2
- **Point of Initial Impact:** 6
- **Speed Limit:** 25 MPH
- **Est. Speed:** 999 MPH
- **Citation Offense:** None
- **Damage Severity:** 2 - Not Disabled
- **Vehicle Towed By:** N/A

## UNIT NO 2 — ON PEDESTRIAN
- **Driver:** Shannon Carroll Youngblood
- **Address:** 32 Circle L Trail, Wetumpka AL 36092
- **Phone:** 241-2932
- **DOB:** 7/24/1969, W, M, AL
- **DL:** 6260532
- **OL Class:** D, OL Status: C
- **Liability Ins:** Self Insured
- **SSN:** 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
- **Place of Employment:** City of Montgomery - Police Department
- **Sobriety:** Alcohol No, Drugs No; No Test Given
- **Driver Condition:** 1 - No Defect
- **Other Contr Circumstance:** 99
- **Prime Harm Event:** 20
- **Maneuver:** 98
- **Travel Road Name:** Hill St
- **Road Code:** 5154
- **Travel Direction:** W
- **License Tag:** 36027 MU, AL
- **Veh Year:** (blank)
- **Make:** Ford
- **Model:** CV
- **Body:** 40
- **VIN:** 2FAFP71W11X137605
- **City:** Montgomery, AL 36104
- **Owner:** City of Montgomery City Shops, 934 N. Ripley St
- **Type:** 1 - Auto
- **Usage:** 10 - Police
- **Hazardous Cargo:** 1 - None
- **Attachment:** 1 - None
- **Contributing Defect:** 97 - None
- **Vehicle Towed Away:** No
- **Occupants in Unit:** 1
- **Total Injuries in Unit:** 0
- **Point of Initial Impact:** 8
- **Speed Limit:** 25 MPH
- **Est. Speed:** 999 MPH
- **Citation Offense:** None
- **Damage Severity:** 2 - Not Disabled
- **Vehicle Towed By:** N/A



EXHIBIT A

# Accident Report Form

## Seating / Safety Equipment Codes

**Unit 1 seating:** 1 (circled)
**Unit 2 seating:** 2 (circled)

Codes:
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance / Codes Not Applicable

**Safety Equipment Codes:**
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)
- Lap Belt Only: 11 - Fastened, 12 - Not Fastened
- Lap/Shoulder Harness: 21 - Lap Only Used, 22 - Neither Used, 23 - Shoulder Only Used, 24 - Both Used
- Motorcycle Helmet: 31 - None Used, 32 - Used
- Air Bags: 41 - Deployed, Belts Used; 42 - Not Deployed, Belts Used; 43 - Deployed, Belts Not Used; 44 - Not Deployed, Belts Not Used
- Child Restraints: 81 - Child Restraint Used, 82 - Other Restraint Used, 83 - None Used
- Pedal Cycle/Pedestrian: 91 - Contrasting Clothing, 92 - Non-contrasting Clothing

## Victims: N/A (checked)

**Injury Type Codes:**
- K - Killed
- A - Visible or Carried from Scene
- B - Bruise/Abrasion/Swelling
- C - Not Visible — Has Pain/Faint

**Ejected:** N - Not, F - Fully, P - Partially, T - Trapped, U - Unknown, A - Not Applicable

**First Aid by:** A - Ambulance Attended, D - Doctor, M - Paramedic, O - Other, P - Police, U - Unknown, N - None

## Narrative and Diagram

Diagram shows Day St. (east-west) intersecting Hill St. (north-south), with Vehicle 1 and Vehicle 2 shown on Hill St. heading south. Diagram not to scale. North arrow shown.

**Officer's Opinion of What Happened:** Vehicle 1 was attempting to flee from vehicle 2 at which time vehicle 1 made a sudden left hand turn causing vehicle 2 to collied into the rear of vehicle 1. Vehicle 1 then continued south bound on Hill St.

## Roadway Environment

**Unit 1:** Contributing Road Defects: 4 - None; Surface Construction: 1 - Asphalt; Condition: 1 - Dry; Accident in or Related to Road Construction Zone: No; Material in Roadway: 1 - None; Material Source: 1 - Not Applicable; Character: 1 - Straight—Level

**Unit 2:** same as Unit 1

**Vision Obscured By:** 97 - Not Obscured (both units)

**Traffic Control:** 6 - Traffic Signal; Functioning: Yes

**Opposing Lanes Separated By:** 5 - Concrete Barrier

**Trafficway Lanes:** 2 - Two Lanes

**One-Way Street:** No

**Light:** 5 - Darkness—Road Lit

**Weather:** 1 - Clear

**Locale:** 2 - Residential

**Non-Vehicular Property Damage:** 1 - None Visible

**Property Damage Description:** N/A

## Investigation

- Time Police Notified: N/A
- Time Police Arrived: N/A
- Time EMS Arrived: N/A
- Name of Photographer: N/A
- Officer ID: 1294
- Agency ORI: 0030100
- Name of Investigating Officer: R.D. Calhen (signature)
- Signature of Investigating Officer: R.D. Calhen #1294
- Date: 9/30/0[?]