

| County | 03 MONTGOMERY | Case Number | CC 2004 000106 00 | JID | TMH | DEF Status | | P ST PRISON ESTS: A |
|---|---|---|---|---|---|---|---|---|
| Name | WERMUTH ROBERT ANDREW | | | Alias | WERTMUTH ROBERT | | | |
| Address 1 | EASTERLING C.F. | | | Alias | | | | |
| Address 2 | 200 WALLACE DRIVE | | | SID | AL 001125558 | YDate | | |
| Zip | 36017 0000 CLIO AL US | | | AS | | PR | 2002 002606 00 | |
| DLNO | AL | DOB | 09131970 | SSN | 424980085 | Race/Sex | B/M | |
| Height | 6 02 | Weight | 180 | Eyes | BRO | Hair | BLK | |
| Filed | 01202004 | AAGCY | S | Muni# | 00 | City | OFFC | |
| Arrest | 09302003 | OffDT | 09302003 | ORI | 0030100 | | | |
| Indict | 01162004 | Grand Jury | 266 | Atty 1 | HAR060 A | Tkt# | 2003-1640 | |
| Bond | 0002000000 | Type | | Bond Co | | REL | 11242003 | |
| Sure | | CWIT | | JDMD | | APPL | | |
| Tracking No's | DC 2003 003265 00 / CC 2004 000106 60 / CC 2004 000106 61 | | | | | | | |
| Date | 1 05062004 | Que | 001 | Time | 0830 A | Desc | SENT | |
| Charge 1 | ASS2 | ASSAULT 2ND DEGREE | | 13A-006-021 | F PE | Counts | 001 | |
| Charge 2 | | | | | | Counts | | |
| Charge 3 | | | | | | Counts | | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | PE | |
| Comment | | | | | | | | |
| Date 1 | 05062004 | Que | 001 | Time | 0830 A | Desc | SENT SENTENCING DKT/HE | |
| Date 2 | 03152004 | Que | 000 | Time | 0900 A | Desc | JTRL JURY TRIAL | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | | |
| Prosecutor | | Atty 1 | HARTLEY JOHN W JR | Atty 2 | | | | |
| Flag | N | Flag | Y | Flag | | | | |
| WARISS | 05132004 A | WARACT | 09222004 R | WARLOC | | | | |
| BP ISS | | BP RTN | | | | | | |
| CRT ACT | G GUILTY PLEA | CADATE | 04082004 | Jury | Y | More | N | |
| Charge 1 | ASS2 ASSAULT 2ND DEGREE 13A-006-021 F P | | | Counts | 001 | CA | G 04082004 | |
| Charge 2 | | | | Counts | | CA | | |
| Charge 3 | | | | Counts | | CA | | |
| Admin | | Why | | TBNV1 | | TBNV2 | | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N | |
| Comment | | | | | | | | |
| CMP:N | | SPRO:Y | | Due | 0000053500 | Warr:002 | SUBP:004 | Updated | 06272005 |
| Sent | 06102004 | Begin | 06102004 | End | | PRB BEG | | |
| IMP CONF | 03 00 000 | SUSP CONF | 12 00 000 | TOTAL CONF | 15 00 000 | JAIL CRED | 00 00 062 | |
| LICN SUSP | 00 00 000 | PROBATION | 03 00 000 | PRB REV | 00000000 | | | |
| Monetary: | X COST | FINE IMP: 00000000 | SUSP: 00000000 | X CVCC | X HIS | | | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU | | | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | X WARR 002 | USF | | | |
| | PREL | DRUG 00000000 | X RCUP 00015000 | X SUBP 004 | | | | |
| | RES1 00000000 | | RES2 00000000 | RES3 00000000 | | | | |

DEFENDANT'S EXHIBIT

|           | RES4 00000000 | RES5 00000000 | RES6 00000000 |         |            |
|-----------|---------------|---------------|---------------|---------|------------|
| Confine:  | X PENT   LIFE   LWOP   DEATH   X SPLIT   BOOT 000   EMON 00 |||||
|           | JAIL   X CCUR   CSEC   CTERM   RVSPL   GANG 000 |||||
| Programs: | JDVR   IPROB   AASCH   DUI   DDC   CSV 0000   X SAPP |||||
|           | PTRL   BCSCH   MNTL   CRO   ASCH   ANGER   DRUGCT |||||
| Enhanced: | PROJ   CNOT   SCH   N VDOB 00000000   X HOOF 003 |||||
|           | DRUG CODE:   MEAS:   VOL: 00000000 |||||
| SEC/CUR:  | C 03 CC200100133600 00   00   000000000000 00   00   000000000000 |||||
| Comment:  |         |         |         |         |            |
| BAL DUE   | 0000053500   | DUE   | 07292007   | CRO     | Updated 06302004 |

| Date | Time | Code | Comments | Operator |
|------|------|------|----------|----------|
| 01202004 | 1521 | JUDG | ASSIGNED TO: (TMH) TRUMAN M HOBBS (AR01) | REG |
| 01202004 | 1521 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | REG |
| 01202004 | 1521 | FILE | FILED ON: 01/20/2004 (AR01) | REG |
| 01202004 | 1521 | ARRS | DEFENDANT ARRESTED ON: 09/30/2003 (AR01) | REG |
| 01202004 | 1521 | INDT | DEFENDANT INDICTED ON: 01/16/2004 (AR01) | REG |
| 01202004 | 1521 | BOND | BOND SET AT: $20000.00 (AR01) | REG |
| 01202004 | 1521 | REDT | DEFENDANT RELEASED FROM JAIL: 11/24/2003 (AR01) | REG |
| 01202004 | 1521 | FILE | CHARGE 01: ASSAULT 2ND DEGREE/#CNTS: 001 (AR01) | REG |
| 01202004 | 1521 | DAT2 | SET FOR: ARRAIGNMENT ON 02/02/2004 AT 0830A(AR10) | REG |
| 01202004 | 1538 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | REG |
| 01222004 | 0211 | DOCK | NOTICE SENT: 01/22/2004 WERMUTH ROBERT ANDREW | REG |
| 01222004 | 0211 | DOCK | NOTICE SENT: 01/22/2004 MARTHA L HUMPHREY | REG |
| 02112004 | 1513 | TEXT | NOTICE OF DISC TO DEFT, INTENT TO USE PRIOR | REG |
| 02112004 | 1513 | TEXT | CONVICTIONS, INTENT TO INVOKE SENT ENHANCEMENTS, | REG |
| 02112004 | 1513 | TEXT | INTENT TO OFFER PROOF BY A CERTIFICATE OF | REG |
| 02112004 | 1513 | TEXT | ANALYSIS AND MO FOR DISC BY THE STATE | REG |
| 02172004 | 1631 | TEXT | NOTICE OF ADDITIONAL DISC TO DEFT | REG |
| 03012004 | 1007 | ATY1 | ATTORNEY FOR DEFENDANT: HARTLEY JOHN W JR (AR10) | REG |
| 03012004 | 1007 | DAT2 | SET FOR: JURY TRIAL ON 03/15/2004 AT 0900A (AR10) | REG |
| 03012004 | 1007 | DAT1 | SET FOR: STATUS CALL ON 03/08/2004 AT 0300P(AR10) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W001 M C DERAMUS (AW21) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W002 M D HALL (AW21) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W003 E L JOHNSON (AW21) | REG |
| 03012004 | 1240 | PRTY | PARTY ADDED W004 J C WELCH (AW21) | REG |
| 03012004 | 1318 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | REG |
| 03192004 | 1515 | AWAR | ALIAS WARRANT ISSUED: 03/19/2004 (AR08) | REG |
| 03192004 | 1515 | BFOR | BOND FORFEITURE NOTICE SENT TO S001 (AR09) | REG |
| 04292004 | 1024 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: TMH | REG |
| 04292004 | 1024 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 04/08/2004 | REG |
| 04292004 | 1024 | DAT1 | SET FOR: SENTENCING DKT/HE ON 05/06/2004 AT 0830A | REG |
| 04292004 | 1024 | DISP | CHARGE 01: ASSAULT 2ND DEGREE /#CNTS: 001 (AR10) | REG |
| 04292004 | 1025 | ARCL | WARRANT RECALLED ON: 04/29/2004 AT: 10:25:19(AR08) | REG |
| 05132004 | 1300 | AWAR | ALIAS WARRANT ISSUED: 05/13/2004 (AR08) | REG |
| 06082004 | 0840 | AWPR | MARTHA L HUMPHREY DELETED S001 (AW21) | REG |
| 06082004 | 0840 | STAT | STATUS CHANGED TO: "J" - JAIL (AR01) | REG |
| 06302004 | 1108 | CH01 | DEFENDANT SENTENCED ON: 06/10/2004 (AR05) | DBH |
| 06302004 | 1108 | CH01 | WARRANT FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | PROBATION OF: 03 YEARS (AR05) | DBH |
| 06302004 | 1108 | CH01 | JAIL CREDIT: 062 DAYS (AR05) | DBH |
| 06302004 | 1108 | CH01 | SENTENCE TO BEGIN ON: 06/10/2004 (AR05) | DBH |
| 06302004 | 1108 | CH01 | TOTAL CONFINEMENT: 15 YEARS (AR05) | DBH |
| 06302004 | 1108 | CH01 | IMPOSED CONFINEMENT: 03 YEARS (AR05) | DBH |
| 06302004 | 1108 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | DBH |

| | | | | |
|---|---|---|---|---|
| 06302004 | 1108 | CH01 | SUSPENDED CONFINEMENT: 12 YEARS (AR05) | DBH |
| 06302004 | 1108 | CH01 | RCUP AMOUNT ORDERED: $150.00 (AR05) | DBH |
| 06302004 | 1108 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | DBH |
| 06302004 | 1108 | CH01 | HABITUAL OFFENDER PROVISION ORDERED BY THE COURT | DBH |
| 06302004 | 1108 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | DOC PROVISION ORDERED BY THE COURT (AR05) | DBH |
| 06302004 | 1108 | CH01 | HABITUAL OFFENDER - #OFFENSES: 003 (AR05) | DBH |
| 06302004 | 1109 | TRSC | TRANSCRIPT OF RECORD ISSUED: 06/30/2004 (AR08) | DBH |
| 08192004 | 1124 | TEXT | AFFIDAVIT OF SUBSTANTIAL HARDSHIP & ORDER | DBH |
| 08262004 | 1124 | TEXT | REPORTER'S TRANSCRIPT ORDER | DBH |
| 08302004 | 1124 | ATTH | CAS ATTACHMENT PRINTED (AR08) | DBH |
| 08302004 | 1227 | ATTH | CAS ATTACHMENT PRINTED (AR08) | DBH |
| 09102004 | 0213 | ENFD | PAYMENT DELINQUENT NOTICE MAILED ON 09/11/2004 | AOC |
| 09102004 | 0947 | ADD1 | ADDR1 CHANGED FROM: 948 GARLAND DR (AR01) | REG |
| 09102004 | 0947 | CITY | HOME CITY CHANGED FROM: MONTGOMERY (AR01) | REG |
| 09222004 | 1319 | ARCL | WARRANT RECALLED ON: 09/22/2004 AT: 13:19:51(AR08) | REG |
| 09222004 | 1322 | D001 | PAYMENT DUE DATE SET TO: 07/29/2007 (FE52) | REG |
| 11102004 | 1034 | TEXT | MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS | TOR |
| 12272004 | 1550 | TEXT | MO REQUESTING AN ORDER TO ISSUE | REG |
| 03092005 | 1256 | TEXT | MO FOR LEAVE TO AMEND RULE 32 | REG |
| 03102005 | 1635 | ADD1 | ADDR1 CHANGED FROM: 200 WALKER DRIVE (AR01) | TOR |
| 03102005 | 1635 | ADD2 | ADDR2 CHANGED FROM: EASTERLING CORRECTION FAC | TOR |
| 03102005 | 1635 | TRK# | PRIOR 2 ENTRIES RESULT FROM CC200400010660 (AR01) | TOR |