

# City of Montgomery, Alabama

<u>Montgomery City Council Members</u>

| City Clerk | Bobby N. Bright | Charles W. Jinright—President | Willie Cook | Glen O. Pruitt, Jr. |
| Brenda Gale Blalock | Mayor | James A. Nuckles—Pro tem | Tim Head | Martha Roby |
| | | Cornelius Calhoun | Janet Thomas May | Jim Spear |

August 5, 2004

Robert Wermuth
948 Garland Drive
Montgomery, AL 36108

                   Re:    Our Claim No. : 2003 0347
                                Date of Loss   : 09-30-2003
                                Property       : Police Dept. Vehicle
                                Past Due Amt. : $229.47

Dear Mr. Wermuth:

We wrote to you on November 10, 2003, and again on April 2, 2004, requesting that you reimburse the City of Montgomery in the amount of $229.47, for damage to a Police Department Vehicle. To date, no reimbursements have been made.

If we do not hear from you within ten days from the date of this letter, we will, without further notice to you, refer this account to our attorney to begin legal action against you. We hope this will not be necessary.

You may contact this office by calling 334/241-2096, or in person at 103 North Perry Street, Room 135.

                                              Sincerely,

                                              Brenda Gale Blalock
                                              City Clerk

BGB:tbh



DEFENDANT'S EXHIBIT G

**City of Montgomery, Alabama**

BOBBY N. BRIGHT
Mayor

MONTGOMERY CITY COUNCIL
MRS. ALICE D. REYNOLDS-Pres.
JAMES A. NUCKLES-Pres. Pro tem
WILLIE COOK
TERANCE D. DAWSON
CHARLES W. JINRIGHT

TRACY LARKIN
B. J. (BEN) MCNEILL
P. E. (PEP) PILGREEN
CHARLES W. SMITH

Robert Wermuth
948 Garland Drive
Montgomery, AL 36108

Date of Bill          :   November 10, 2003
City Claim Number :   2003  0347
Date of Loss         :   September 30, 2003
Vehicle Damage    :   $229.47

(PLEASE RETURN TOP PORTION WITH YOUR PAYMENT)

This bill is for damage which occurred at 565 Eastern Boulevard. Your vehicle was involved in an accident that damaged a Police Department vehicle belonging to the City of Montgomery. Since your vehicle was responsible, we must look to you for the total cost to repair this property.

Cost to Repair:

Labor/Man Hours (4.00 Hrs. @ $35.00).................................................................... $ 140.00
Parts/Sublet Costs ..........................................................................................................   89.47

Total Cost to Repair Vehicle........................................................................................ $ 229.47

Please make check or money order payable to the City of Montgomery. Please forward payment by December 10, 2003.

PLEASE PROCESS THIS BILL FOR PAYMENT OR PROMPTLY FORWARD IT TO YOUR INSURANCE CARRIER. IF YOU DID NOT HAVE INSURANCE, PLEASE CONTACT THIS OFFICE FOR PAYMENT ARRANGEMENTS.

NOTE:  PLEASE REFER TO OUR CLAIM NUMBER ON ALL CORRESPONDENCE.

FORWARD PAYMENT TO :   CITY OF MONTGOMERY
                                               CITY CLERK'S OFFICE
                                               P.O. BOX 1111
                                               MONTGOMERY, AL 36101-1111

For questions regarding this bill, contact the City Clerk's Office at 334/241-2096.

P.O. BOX 1111 MONTGOMERY ALABAMA 36101-1111        FAX (334) 241-2266        PH (334) 241-4400

# 0731

**PRIVATE PROPERTY ACCIDENT INFORMATION SHEET**

DATE: 9/30/02   TIME: 0420   LOCATION: 565 W. Eastern Blvd. Montg. AL.

VEHICLE #1 NAME: J. L. Welch #
ADDRESS: 320 North Ripley St.
Montgomery, AL. 36104
PHONE: WORK (334) 241-2530 HOME: _____   STICKER ISSUED? yes

VEHICLE #2 NAME: Robert Wermuth
ADDRESS: 948 Garland Dr.
Monty, AL. 36108
PHONE: WORK: 263-4005   HOME: _____   STICKER ISSUED? yes

REMARKS:

INVESTIGATING OFFICER: T.M Jones #1338/ D.L. Young #759

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

**Top margin notes:** T-27 V.1/91 — DNT City Vehicle 6310-2946 Police Dept Patrol Div # 0731

**Microfilm No.:** 2003-0347
**Sheet:** 1 of 1
**Highway Classification:** M - Municipal
**Local Zone:** 5

## Location and Time

| Field | Value |
|---|---|
| Date | 09 / 30 / 2003 |
| Time | 0345 PM |
| Day of Week | T |
| County | 03 |
| City | Montgomery |
| On Street/Road/Highway | Kwik Shop pk lot |
| At Intersection of or Between (Node 1) | N/A |
| And (Node 2) | N/A |
| 565 Eastern Blvd. | |
| Control Access Hwy | 1 - N/A |
| Prime Contr Circms | 27 |
| Prime Contr Unit No | 1 |
| No. of Vehicles | 2 |
| No. Pedestrians | 0 |
| No. Injured | 0 |
| No. Fatalities | 0 |
| First Harmful Event | 30 |
| Event Location | 5 |
| Distance to Fixed Object | N/A FT |

## Unit 1 — Driver

- Driver Full Name: Robert Weimuth
- Street Address: 948 Garland Dr.
- City and State: Montgomery, AL
- ZIP: 36108
- Telephone No.: 334-262-4075
- DL Class: N
- DOB: 09 / 13 / 1970
- Race: B  Sex: M  DL State: N/A
- Driver License No.: NONE
- Liability Insurance Co.: Midlife Insurance Co.
- Social Security No.: 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
- Alcohol: No  Drugs: No  Type Test Given: 9 - No Test
- Test Results: N/A
- Place of Employment: Unemployed
- Other Contr Circumstance: 97
- Prime Harm Event: 30
- Event Loc: 5
- Travel Direction: Not on Rd
- License Tag Number: 3AE2970
- State: AL  Year: 2004
- Maneuver: 01
- Travel Road Name: Private Property
- V.I.N.: 1J4FT58L1KL454041
- Veh Year: 1989  Make: Jeep  Model: Che  Body: N/A
- Street or R.F.D.: Same
- Owner's Name: Martha L. Humphrey
- Usage: 1 - Personal
- Type: 3 - Pick Up
- Hazardous Cargo: None
- Attachment: None
- Contributing Defect: 97 - None
- Oversized Load: No
- Damage Severity: 2 - Not Disabled
- Vehicle Towed Away: Yes
- Occupants in Unit: 1
- Total Injuries in Unit: 0
- Enter Point of Initial Impact: 8
- Speed Limit: 999 MPH  Est. Speed: 999 MPH
- Citation Offense Charged: Leaving Scene Accident
- To Where: Waldrip
- Telephone No.: 334-241-2651
- Vehicle Towed By Whom: Waldrip

Left Scene: X

## Unit 2 — Parked Vehicle

- Driver/Pedestrian Full Name: Parked Vehicle
- Liability Insurance Co.: Self insured
- Type Test Given: 9 - No Test
- Prime Harm Event: 20
- Event Loc: 5
- Travel Direction: Not on Rd
- License Tag Number: 3800MV
- State: AL  Year: N/A
- Maneuver: 71
- Travel Road Name: Private Property
- V.I.N.: 2FAFP71W22X120426
- Body: 4D
- City: Montgomery  ZIP: 36104
- Veh Year: 2002  Make: Ford  Model: CV
- Street or R.F.D.: 934 N. Ripley St.
- Owner's Name: City of Montgomery Garage
- Usage: 10 - Police
- Type: 1 - Auto
- Hazardous Cargo: None
- Attachment: None
- Contributing Defect: 97 - None
- Damage Severity: 2 - Not Disabled
- Vehicle Towed Away: Yes
- Occupants in Unit: 0
- Enter Point of Initial Impact: 2
- Citation Offense Charged: None
- To Where: N/A
- Vehicle Towed By Whom: N/A

Vehicle: X

(Coded legends for Contributing Circumstances, Driver Maneuver, and Pedestrian Action printed at bottom of form.)



# ACCIDENT/INCIDENT WORKSHEET

2003-0347

VEHICLE # _6210-2948_     VIN # _2FAFP71W22X120426_

MAKE, YEAR & MODEL _Ford    2002    Crown Vic_

DATE OF ACCIDENT _9-30-03_

DATE BROUGHT TO SHOP _10-2-03_    RETURNED TO SERVICE _10-2-03_

SUMMARY OF COSTS:

LABOR/MAN HOURS _4.0 hrs_ @ $ _35.00_ =     $ _140.00_

MATERIALS                                     $ _____

PARTS/SUBLET COSTS                            $ _89.47_

WRECKER FEES                                  $ _____

VENDOR FEES                                   $ _____

TOTAL COST TO REPAIR VEHICLE                  $ _229.47_

REMARKS:

```
5769SS1 V4R5M0 000526                Print Key Output                              CITY400              10/09/03  10:32:55
                                                                                                                 Page   1

Display Device . . . . . . :   GAR06
User . . . . . . . . . . . :   THOMAS

FM340101                                                      CITY SHOPS DEPARTMENT                       10/09/03
                                                           Display Labor Transactions                     10:32:26

Equip/Reference . . . . . :   2948    /  6210-2948
Description . . . . . . . :   POLICE PACKAGE B&W
Control/Job order . . . . :   3332472 /                 1
System  . . . . . . . . . :   4300      BODY EXTERIOR
Discrepancy . . . . . . . :             REPAIR WRECK DAMAGE
Incentive hours earned  . :   .00           2 decimals
Adjusted  . . . . . . . . :   .00           2 decimals
Total . . . . . . . . . . :   .00           2 decimals

                                  ----Time----      -Hours worked-    -Labor rates-
St date   Employee   Actn          On       Off      Reg.      O.T.    Reg.    O.T.    Cost
End date   number    takn
10/02/03  JONES 349   16          13:00    15:00     2.00      .00     35.00   52.50   70.00
10/02/03
10/02/03  JONES 349   18          10:00    12:00     2.00      .00     35.00   52.50   70.00
10/02/03
                          Totals:                Reg. hours  + O.T. hours  =  Total hours       Total Cost
                                                     4.00         .00            4.00              140.00

F3=Exit    F12=Cancel
```



# PRO COLOR
## PAINT SUPPLY, INC.
1267 Newell Pkwy.   Montgomery, AL 36110
PHONE 334-270-9040 or 800-832-9040

```
SOLD TO: 20010    334-241-2009   PO: 6210-2948        DATE: 10/01/03
  CITY OF MONTGOMERY           ST# 631-600132          INVOICE: 27082
  % AUTOMOTIVE PARTS     0
  934 N. RIPLEY ST.                CO. DOC.            SLSMAN: RE-20
  MONTGOMERY    AL 36104
  241-2009 TAMMY/RAVONDA
```

| ITEM # | LINE | DESCRIPTION | X | QTY | PRICE | NET | AMOUNT | T |
|---|---|---|---|---|---|---|---|---|
| DCC9300-Q | PPG | CONCEPT           QT | | 1 | 50.55 | 38.42 | 38.42 | N |
| DCX61-Q | PPG | HIGH SOLIDS  QT URETHANE HARDNER | | 1 | 65.45 | 51.05 | 51.05 | N |

*handwritten:*
6210-2948
2948
332472
1
AA9   LINE#2
      PO#222292                    Wreck damage

THANK YOU ILENE

SUBTOTAL      89.47
SALES TAX      0.00
TOTAL        $89.47

ALL MERCHANDISE RETURNS MAY BE SUBJECT TO HANDLING CHARGE. ACCOUNTS ARE DUE 10TH OF THE MONTH FOLLOWING DATE OF PURCHASE OR INTEREST AT 1½% PER MONTH WILL BE CHARGED ON ANY PAST DUE INVOICE, EFFECTIVE RATE 18% ANNUALLY. MINIMUM FINANCE CHARGE: $1.00. IN CASE THESE CHARGES ARE COLLECTED BY SUIT OR UPON DEMAND OF AN ATTORNEY, THE PURCHASER AGREES TO PAY REASONABLE ATTORNEY'S FEES AND COST FOR THE MAKING OF SUCH COLLECTION.

CHARGE INVOICE

NET 30      1:05 PM    RECEIVED BY  Jansin Jones    20010    27082

ALL RETURNS MUST BE ACCOMPANIED BY THIS INVOICE, MIXED PAINT CANNOT BE RETURNED.

*(handwritten margin note, top left):* ty vehicle to 948 ice Dept trol Div.

## MONTGOMERY POLICE DEPARTMENT
### Hit and Run Report / Investigation

Event # 0731    Location: 565 Northern Bv, Monty, AL 36117    Case # _____

[X] Private Property / Sticker Issued: _____    [ ] State Report Required - Copy Attached

Date / Time of Accident: 9-30-03 / 0345 Hrs.    Date & Time of Report: 9-30-03 / 0356 Hrs.

Victim / Complainant: City of Montgomery    Will Warrant Be Signed? yes

[ ] Driver  [X] Owner  [ ] Ped.  [ ] Other _____    Phone: Home: _____  Work: _____

Address: 320 N. Ripley St    City: Montgomery    State: AL

Vehicle: Year: 2002    Make: Ford    Model: Crown Vic    Color(s): Blk/Whi

Tag #: 38006MU    State / Year: AL / NE    Est. Repair Cost $ _____

Damage: [ ] None Visible  [X] Not Disabled  [ ] Disabled  [ ] Prior Damage

### WANTED VEHICLE INFORMATION

Year: 1999    Make: Jeep    Model: Cherokee    Body: SU    Color(s): Red

Tag: 3A8297C    State / Year: AL / 2004    V.I.N. 1JF4T58L1KL454041

Registered Owner: Name: Martha L. Humphrey    Phone: 262-4025

Address: 948 Garland Dr.    City: Montgomery    State: AL

Vehicle Last Seen Heading: South    On: (Road) Northern Blvd.    Veh Insurance: m/o life

Can Driver be Identified? yes    By Whom? J.C. Welch, #361

Evidence Obtained? yes-photographs    Impound Number: _____    or T.O.T. H/R Inv.

Number of Occupants in Vehicle? 1    Vehicle Impounded? yes    Vehicle Impound # 3356

### DRIVER OF WANTED VEHICLE

Name: Robert Wermuth    Race/Sex: H/M    D.O.B. 9-13-1970    Age: 33

Address: 948 Garland Dr.    City: Montgomery    State: AL    Phone: 262-4025

Ht: 6'3    Wt: 185    Eyes: Bro    Hair: Blk    Build: Med    SSN: 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    DL: 7477975

Arrest: (Charge) Theft of Property 3rd    Citation Issued: (Charge) Leaving scene of accident

Investigating Officer(s): Jones, T.M., 1338    Division: 3rd shift patrol
(MPD-06)    (List additional information on back of report)

Naperville Field Claim Office
P.O. Box 2013
Aurora, IL 60507
(800) 895-4146

**MetLife® Auto & Home**

June 16, 2005

City Of Montgomery
Attn: Jamie G Ratliff
PO Box 1111
Montgomery, Alabama 36101-1111

Our Customer:       Martha L. Humphrey
Our Claim Number:   NSA19927 HA
Date of Accident:   September 30, 2003

Dear City Of Montgomery:

Per our conversation here is the payment issued to your office, for the total amount of $229.47.

Sincerely,



Maria Martinez
Metropolitan General Insurance Company
Claim Adjuster
Ext. 7212
Fax: (866)283-2373

RECEIVED JUL 25 2005 CITY ATTORNEY'S OFFICE

MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its Affiliates, Warwick, RI

Printed in U.S.A 0698

MPL TEMPLATE

PO BOX 2013
AURORA   IL 60507

**MetLife Auto & Home**
MetLife Auto & Home is a brand of
Metropolitan Property and Casualty Insurance Company
and its Affiliates, Warwick, RI

NSA199270
CITY OF MONTGOMERY
ATTORNEYS OFFICE
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

Claim # 2003-0347

INSURED:   MARTHA L HUMPHREY
CLAIMANT:  CITY OF M GARAGE

PAYMENT FOR PROPERTY DAMAGE FROM LOSS OF
09-30-03

J5 HA HA 0969827    *

---

**MetLife Auto & Home**                                                    0893    1-2/210

PO BOX 2013
AURORA   IL 60507

PAYMENT FOR PROPERTY DAMAGE FROM LOSS OF
09-30-03

| | Check Number |
|---|---|
| | 002271189 |

| TIN | Claim No. | Not Valid Before |
|---|---|---|
| | NSA199270 | 06-16-2005 |

Void Nine (9) Months After This Date

Amount
*********$229.47

Pay to the Order of:
CITY OF MONTGOMERY
ATTORNEYS OFFICE
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY 10081

SENIOR VICE-PRESIDENT AND TREASURER