# MEMORANDUM

TO : Walter Byars
City Attorney

FROM : Brenda Gale Blalock
City Clerk

DATE : November 7, 2003

RE : Driver of Vehicle : Robert Andrew Wermuth
Claim Number : 2003 0346

In reference to the above claim for the City of Montgomery, please find attached copy of the Alabama Uniform Traffic Accident Report and the Accident/Incident Worksheet showing the repair/replacement cost of $2,444.34 for vehicle number 6210-0388.

I am forwarding for your action.

When money is received please deposit in the following account:

Police Dept Vehicle Acct. No. : 001-6210-731-24-01

Thank you.

BGB/thb

ATTACHMENTS


DEFENDANT'S EXHIBIT

**WALTER R. BYARS**
CITY ATTORNEY
attorney@ci.montgomery.al.us

KIMBERLY O. FEHL
ASSISTANT CITY ATTORNEY
kfehl@ci.montgomery.al.us

CHARLES ALI EVERAGE
ASSISTANT CITY ATTORNEY
ceverage@ci.montgomery.al.us

November 12, 2003

Mr. Robert Wermuth
948 Garland Drive
Montgomery, AL 36108

Re: Claim for Property Damages to City Vehicle
Date of Incident: September 30, 2003
Claim Number: 2003-0346

Dear Mr. Wermuth:

This letter serves as the City of Montgomery's claim for property damages incurred as a result of a traffic accident that occurred on September 30, 2003. The enclosed Traffic Accident Report reflects that your vehicle struck a vehicle owned by the City of Montgomery and that you were at fault. The City of Montgomery is seeking reimbursement from you for property damages in the amount of $2,444.34.

Please contact me to make arrangements for paying the bill. If you were insured at the time of the incident, please provide me with the name of your insurance company, policy number, and your agent's name and telephone number. If you were not insured, you may arrange to make regular payments to the City Clerk's Office until the amount is paid in full.

This letter is to notify you that if you do not contact us within ten (10) days of your receipt of this letter, the City will have no alternative but to initiate appropriate legal action.

Sincerely yours,

Walter R. Byars

WRB/alb

cc: Brenda G. Blalock
    Jeff Downes
    Chief Wilson

Enclosure

# Alabama Uniform Traffic Accident Report

**Police Dept. Patrol Div. #0733** — Sheet 1 of 1

**Accident No.:** (illegible)
**Local Case No.:** (blank)
**Local Zone:** 12
**Highway Classification:** M—Municipal

## Accident Information

- **Date:** 9/30/2003
- **Time:** 0411 AM
- **Day of Week:** T (Tuesday)
- **County/City:** 03 Montgomery
- **On Street, Road or Highway:** Hill St.
- **At Intersection of or Between (Node 1):** Day St.
- **Feet/Miles From Node:** 00:00, From 1 (Circle One)
- **Intersection Related:** Not Int. Related
- **Control Access Hwy Loc:** I-N/A
- **No. of Vehicles:** 2
- **No. Pedestrians:** 0
- **No. Injured:** 0
- **No. Fatalities:** 0
- **Unit 1 Type:** 1
- **Unit 2 Type:** (blank)
- **Prime Contr Circms:** 21
- **Prime Contr Unit No:** 1
- **First Harmful Event:** 20
- **Event Location:** 1
- **Distance to Fixed Object:** 3 FT

## Unit 1 - Driver

- **Driver Full Name:** Robert Andrew Wermuth
- **Street Address:** 948 Garland Dr
- **City and State:** Montgomery AL
- **ZIP:** 36108
- **DOB:** 9/13/1920
- **Race/Sex:** B M
- **DL State:** N/A
- **Driver License No:** None
- **DL Class:** N
- **DL Status:** N
- **Restrictions Not Complied With:** (blank)
- **CDL Status:** N
- **Endorsements Not Complied With:** (blank)
- **Residence Less Than 25 Miles:** Yes
- **Liability Insurance Co:** None
- **Social Security No:** 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
- **Place of Employment:** Unemployed
- **Sobriety:** Unknown
- **Alcohol:** No, **Drugs:** No (Unk)
- **Type Test Given:** 9 - No Test
- **Test Results:** N/A
- **Driver Condition:** 1 - No Defect
- **Travel Direction:** S
- **Road Code:** (blank)
- **Other Contr Circumstances:** 99
- **Prime Harm Event:** 20
- **Event Loc:** 1
- **Maneuver:** 18
- **Travel Road Name:** Hill St.
- **License Tag Number:** 3AQ297C
- **State:** AL
- **Year:** 04
- **Veh Year:** 1989
- **Make:** Jeep
- **Model:** CHE
- **Body:** 44
- **VIN:** 1J4FT58L1KL454041
- **City:** Montgomery
- **State:** AL
- **ZIP:** 36108
- **Owner's Name:** Martha L. Humphrey
- **Street:** 948 Garland Dr
- **Type:** 3 - Pick Up
- **Usage:** 1 - Personal
- **Hazardous Cargo:** 1 - None
- **Attachment:** 1 - None
- **Contributing Defect:** 97 - None
- **Speed Limit:** 25 MPH
- **Est. Speed:** 999 MPH
- **Citation Offense Charged:** None
- **Damage Severity:** 2 - Not Disabled
- **Vehicle Towed Away?:** No
- **Occupants in Unit:** 1
- **Total Injuries in Unit:** (circled)
- **Enter Point of Initial Impact:** 6
- **Vehicle Towed By Whom:** N/A
- **To Where:** N/A

## Unit 2 - Driver

- **Driver/Pedestrian Full Name:** Shannon Carroll Youngblood
- **Street Address:** 32 Circle L Trail
- **City and State:** Wetumpka AL
- **ZIP:** 36092
- **Telephone No:** 334-241-2932
- **DOB:** 7/24/1964
- **Race/Sex:** W M
- **DL State:** AL
- **Driver License No:** 6260532
- **DL Class:** D
- **DL Status:** C
- **CDL Status:** N
- **Residence Less Than 25 Miles:** Yes
- **Liability Insurance Co:** Self Insured
- **Social Security No:** 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
- **Place of Employment:** City of Montgomery - Police Department
- **Sobriety:** No Defect
- **Alcohol:** No, **Drugs:** No
- **Type Test Given:** 9 - No Test
- **Test Results:** N/A
- **Driver/Ped Condition:** 1 - No Defect
- **Travel Direction:** E
- **Other Contr Circumstances:** 99
- **Prime Harm Event:** 20
- **Event Loc:** 1
- **Maneuver/Action:** 98
- **Travel Road Name:** Hill St.
- **License Tag Number:** 36237 MU
- **State:** AL
- **Year:** NE
- **Veh Year:** 01
- **Make:** Ford
- **Model:** CV
- **Body:** 40
- **VIN:** 2FAFP71W11X137605
- **City:** Montgomery
- **State:** AL
- **ZIP:** 36104
- **Owner's Name:** City of Montgomery City Shops
- **Street:** 934 N. Ripley St.
- **Type:** 1 - Auto
- **Usage:** 10 - Police
- **Hazardous Cargo:** 1 - None
- **Attachment:** 1 - None
- **Contributing Defect:** 97 - None
- **Speed Limit:** 25 MPH
- **Est. Speed:** 999 MPH
- **Citation Offense Charged:** None
- **Damage Severity:** 2 - Not Disabled
- **Vehicle Towed Away?:** No
- **Occupants in Unit:** 1
- **Enter Point of Initial Impact:** 8
- **Vehicle Towed By Whom:** N/A
- **To Where:** N/A

## SEATING

Unit 1: 1 / 12
- (Circle One)
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

Unit 2: 2 / 24
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

### SAFETY EQUIPMENT CODES
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)

**Lap Belt Only**
- 11 - Fastened
- 12 - Not Fastened

**Lap/Shoulder Harness**
- 21 - Lap Only Used
- 22 - Neither Used
- 23 - Shoulder Only Used
- 24 - Both Used

**Motorcycle Helmet**
- 31 - None Used
- 32 - Used

**Air Bags**
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used

**Child Restraints**
- 81 - Child Restraint Used
- 82 - Other Restraint Used
- 83 - None Used

**Pedal Cycle/Pedestrian**
- 91 - Contrasting Clothing
- 92 - Non-contrasting Clothing

## VICTIMS — N/A ☒

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|------|---------|---------|----------|-------------|-----|-----|----------|--------------|
|      |         |         |          |             |     |     |          |              |

Taken To / Taken By

## CODES

**Injury Type**
- K - Killed
- B - Bruise/Abrasion/Swelling
- A - Visible or Carried from Scene
- C - Not Visible - Has Pain/Faint

**Ejected**
- N - Not
- F - Fully
- P - Partially
- T - Trapped
- U - Unknown
- A - Not Applicable

**First Aid By**
- A - Ambulance Attended
- D - Doctor
- M - Paramedic
- O - Other
- P - Police
- U - Unknown
- N - None

## NARRATIVE AND DIAGRAM

Day St. ← →
Hill St.
N ▽
Diagram not to scale

**Officer's Opinion of What Happened:** Vehicle 1 was attempting to flee from vehicle 2, at which time vehicle 1 made a sudden left hand turn causing vehicle 2 to collied into the rear of vehicle 1. Vehicle 1 then continued south bound on Hill St.

## ROADWAY ENVIRONMENT

Unit 1: 1 — Contributing Road Defects: (4) 4 - None; Surface Construction: (1) 1 - Asphalt; Condition: (1) 1 - Dry

Unit 2: 2

Accident In Or Related To Road Construction Zone? No

Material in Roadway (Contributing): (1) 1 - None

Material Source: (1) 1 - Not Applicable

Character: (1) 1 - Straight—Level

Vision Obscured By: (97) 97 - Not Obscured

Traffic Control: (6) 6 - Traffic Signal

Traffic Control Functioning: Yes

Opposing Lanes Separated By: (5) 5 - Concrete Barrier

Trafficway Lanes: (2) 2 - Two Lanes

One-Way Street: No / No

**Light:** (5) 5 - Darkness—Road Lit
**Weather:** (1) Clear
**Locale:** (2) Residential
**Non-Vehicular Property Damage:** (1) None Visible

Property Damage Description: N/A
Owner: N/A

## INVESTIGATION

Time Police Notified: —
Time Police Arrived: —
Time EMS Arrived: N/A
Name of Photographer: N/A

Witness Full Name: —
Witness Full Name: —

Name of Investigating Officer: R.D. Colban
Officer ID: 1094
Agency ORI: 0030100

Name of Other Investigating Officer(s) at Scene: —

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: R.D. Colban #1094
Date: 9/30/03

# ACCIDENT/INCIDENT WORKSHEET

VEHICLE # __6210-0388__   VIN # __2FAFP71W11X137605__

MAKE, YEAR & MODEL __Ford   2001   Crown Vic__

DATE OF ACCIDENT __9-30-03__

DATE BROUGHT TO SHOP __9-30-03__   RETURNED TO SERVICE __10-8-03__

SUMMARY OF COSTS:

LABOR/MAN HOURS __32.00 hrs__ @ $ __35.00__ =   $ __1120.00__

MATERIALS   $ _____

PARTS/SUBLET COSTS   $ __1324.34__

WRECKER FEES   $ _____

VENDOR FEES   $ _____

TOTAL COST TO REPAIR VEHICLE   $ __2444.34__

REMARKS:

```
576651 VAR5M0 000526       print key output        CITY400                         11/05/03

                                                                                   Page     1
                                                                                   11/05/03
                                                                                   10:49:50

Display Device . . . . . :   GAR06
User . . . . . . . . . . :   THOMAS

FM371101
                             CITY SHOPS DEPARTMENT
                             Display Parts Transactions

Equip/Reference/Desc . . :   300   / 6210-0388   / POLICE PACKAGE B&W
Control/Job order/system :   332471             / 4300 BODY EXTERIOR
Discrepancy  . . . . . . :   REPAIR WRECK DAMAGE

Type option, press enter.
  5=Display

                                                                                              Post
Trans            Issue             Part number/              Quantity                         date
Opt type   To    date      Loc.    description       cost chg.    issued    cost
    10           10/08/03   AP     26340              P  MASKING TAPE 2"  26340      17.00    10/08/03
                                   ADDITIVES -         2.00                                   4.43  MASKING TAPE
    10           10/06/03   AP     26334              P  MASKING TAPE 3M 3/4 INCH OLD         10/06/03
                                   ADDITIVES -         2.00                         37.98
    10           10/06/03   AP     000054             P  012051026104  SAMPLING DESC          10/06/03
                                   ADDITIVES -         1.00                      1,205.4+
                                   paints & samppaper                                         total cost
                                                                                              1324.34
                                   totals:
                                   Extended cost       1324.34
                             Masking amount due         .00 +

F3=Exit   F12=Cancel
```

```
5769351 V4R5M0 000526                                                    11/05/03    Page:    1
                              Print Key Output           CITY400                     10:49:55

Display Device  . . . . . :  GAR06
User  . . . . . . . . . . :  THOMAS
FM371101                                                                        11/05/03
                              CITY SHOPS DEPARTMENT                             10:49:12
                              Display Parts Transactions

Equip/Reference/Desc  . . :  368 / 6210-0388   /     / 4300 POLICE PACKAGE B&W
Control/Job order/system  :       333171   /  1                 BODY EXTERIOR
Discrepancy . . . . . . . :  REPAIR WRECK DAMAGE

Type option, press Enter.
 5=Display

                                                                                         Post
Tran         Issue                  Part number/                  Quantity               date
Type    Loc. date                   Description            Cost   Issued      Cost
 IR     N    10/17/03               AAA9                   chg.                          10/17/03
                                    02053 SAND PAPER (WRECK DAMAGE)    50.00     24.20
 IR     N    10/24/03               AAA9                                                 10/17/03
                                    PARTS FOR WRECK DAMAGE (GRILL, BUMPER COVER    WRECK1
                                    1032.08                                       10/17/03
 IR     N    10/17/03               AAA9                                                 10/17/03
                                    1W7215A201AR LAMP ASSEMBLY-TRV7173657P#1
                                                                       1.00     85.75
                                                           Totals:              Total cost
                                                           Extended cost       1324.34
                                                           Markup amount     + .00
                                                                         =    1324.34

F3=Exit    F12=Cancel
```

5765ssi vAR5M0 000526    Print key output    CITYA00    11/05/03    page
                                                                   10:50:00   1

Display Device . . . . . . :   GAR06
User . . . . . . . . . . . :   THOMAS

FN371101                   CITY SHOPS DEPARTMENT                  11/05/03
                          Display Parts Transactions              10:49:12

Equip/Reference/Desc    :  388 / 6210-0388 / POLICE PACKAGE B&W
Control/job order/system:  332471 / 1 / 0300 BODY EXTERIOR
Discrepancy             :  REPAIR WRECK DAMAGE

Type option, press enter.
5=Display

                                                                  Post
Trans   Issue               Loc.                                  date
opt     date                                                      
        10/20/03            N
        IR    222202

part     part                                          cost
number   description              Qty.    Quantity     each        Cost
                                          issued
AAA9     PAINT TO REPAINT WRECK DAMAGE INV27093 1.00   122.00      122.00
                                                                  10/20/03

                                Totals:
                                Extended cost  Markup amount   Total cost
                                1324.34        +  .00        = 1324.34 +

F3=Exit    F12=cancel

```
5760931 V4R5M0 060526                    Print Key Output                  11/05/03
                                                                           Page   1
Display Device . . . . . :   GAR06                                         11/05/03
User . . . . . . . . . . :   THOMAS                                        10:50:47
FM340101
                              CITY SHOPS DEPARTMENT                        CITYA00
                            Display Labor Transactions                     10:50:50

Equip/Reference . . . . . :   308 / 6210-0388
Description . . . . . . . :   POLICE PACKAGE B&W
Control/Job order . . . . :   332471 / 1
System . . . . . . . . . . :   4300     BODY EXTERIOR
                              REPAIR   WRECK DAMAGE
Discrepancy . . . . . . . :   .00     2 decimals
Incentive hours earned . . :   .00     2 decimals
Adjusted . . . . . . . . . :   .00     2 decimals
Total . . . . . . . . . . :           2 decimals

           Employee                      ----Time----  -Hours worked-  -Labor rates-
St date    number    Acth      on   off   Reg.   O.T.   Reg.    O.T.    Cost
End date             rate
10/08/03   MOSHLEY   395   16  6:30  9:30  3.00    .00  35.00   52.50   105.00
10/29/03   MOSHLEY   395   40  6:30 14:00  7.50    .00  35.00   52.50   262.50
10/29/03   MOSHLEY   395   40          .00          .00

                       Totals:      Reg. hours     O.T. hours    Total hours  Total cost
                                    32.00           .00          32.00        1120.00

F3=Exit   F12=Cancel
```

```
5760051 V4R5M0 000526                Print Key Output              CITY400         11/05/03     Page    1
                                                                                              10:50:50
Display Device . . . . :   GAR06                                                   11/05/03
User . . . . . . . . . :   THOMAS                                                  10:50:47

FM340101                         CITY SHOPS DEPARTMENT
                              Display Labor Transactions

                                 388 / 6210-0388
Equip/Reference . . . . . . :   33347/  POLICE PACKAGE B&W
Description  . . . . . . . . :   4300    BODY EXTERIOR
Control/Job order  . . . . . :           REPAIR WRECK DAMAGE
System . . . . . . . . . . . :           .00
Discrepancy  . . . . . . . . :           .00  2 decimals
Incentive hours earned . . . :           .00  2 decimals
Adjusted . . . . . . . . . . :           .00  2 decimals
Total  . . . . . . . . . . . :

                              -----Time-----    ---hours worked---    --Labor rates--
St date    employee                                                                       Cost
End date   number       name       On      Off    Reg    O.T.        Reg     O.T.
9/30/03      395      MOSELEY     6:30   14:00    7.50    .00       35.00    52.50       262.50
10/01/03     395      MOSELEY     6:30   14:00    7.50    .00       35.00    52.50       262.50 +
                                     40

                        Totals:        Reg. hours        O.T. hours      Total hours    Total Cost
                                        32.00             .00             32.00          120.00

F3=Exit   F12=Cancel
```

```
5769551 V4R5M0 000526          Print Key Output                    CITY400                11/05/03
Display Device . . . . :  GAR06                                                           Page: 1
User . . . . . . . . . :  THOMAS                                                          10:51:01
FM340401                      CITY SHOPS DEPARTMENT                                       11/05/03
                            Display Labor Transactions                                    10:50:47

Equip/Reference        . . . :   388 / 6210-0388
Description            . . . :   POLICE PACKAGE B&W
Control/Job order      . . . :   332471
System                 . . . :   4300    BODY EXTERIOR
Discrepancy            . . . :   2       REPAIR WRECK DAMAGE
Incentive hours earned . . . :    .00    2 decimals
Adjusted               . . . :    .00    2 decimals
Total                  . . . :    .00    2 decimals

                  ---Time---   -Hours worked-   -Labor rates-
 st date  Employee  On   Off   Reg.   O.T.      Reg.   O.T.     Cost
 end date  number  tak1
 10/01/03   395    40  6:30  9:00   2.50    .00       35.00  52.50    87.50
 10/02/03   MOSELEY
 10/02/03   395    40  6:30  9:00   2.50    .00       35.00  52.50    87.50
 10/03/03   MOSELEY
                                             ...

         Totals:       Reg. hours  O.T. hours   Total hours    Total Cost
                        32.00       .00          32.00         1120.00

F3=Exit   F12=Cancel
```

```
5769551 VAR5M0 000526    Print Key Output                  CITY400           11/05/03   Page    1
                                                                                        10:51:05

Display device  . . . . . :   GAR06
User  . . . . . . . . . . :   VTHOMAS

FM340101                                CITY SHOPS DEPARTMENT                         11/05/03
                                     Display Labor Transactions                       10:59:47

Equip/reference . . . . . . . . . . . . . :   300 / 6210-0300
Description . . . . . . . . . . . . . . . :   POLICE PACKAGE B&W
Control/job order . . . . . . . . . . . . :   332471
Description . . . . . . . . . . . . . . . :   430D     BODY EXTERIOR
System  . . . . . . . . . . . . . . . . . :   REPAIR   WRECK DAMAGE
Discrepancy . . . . . . . . . . . . . . . :            2 decimals
Incentive hours earned  . . . . . . . . . :    .00     2 decimals
Adjusted  . . . . . . . . . . . . . . . . :    .00     2 decimals
Total . . . . . . . . . . . . . . . . . . :    .00

Employee                   Actn    -------Time-------   -hours worked-  -labor rates-
 number                    taken    On       Off        Reg.      O.T.  Reg.     O.T.      cost
   395                      40     6:30     8:00        1.50      0.00  35.00    52.50    52.50

                                   Totals:
                                   Req. hours       O.T. hours       total hours          total cost
                                       32.00             0.00            32.00              1120.00

F3=Exit   F12=cancel
```

PO BOX 2013
AURORA   IL 60507

**MetLife Auto & Home**

MetLife Auto & Home is a brand of
Metropolitan Property and Casualty Insurance Company
and its Affiliates, Warwick, RI

NSA205880
CITY OF MONTGOMERY CITY SHOPS
934 RIPLEY ST.
MONTGOMERY, AL 36109

INSURED:    MARTHA L HUMPHREY
CLAIMANT:   City Of Montgomery City Shops

PAYMENT FOR SATISFACTION OF SUBROGATION CLAIM
FOR LOSS OF 09-30-03



RECEIVED
AUG 4 2005

J5 GI GI 0967087   *

---

**MetLife Auto & Home**

PO BOX 2013
AURORA   IL 60507

PAYMENT FOR SATISFACTION OF SUBROGATION CLAIM
FOR LOSS OF 09-30-03

| TIN | Claim No. |
|---|---|
|   | NSA205880 |

0893   1-2/210

Check Number
002385556

Not Valid Before
07-29-2005
Void Nine (9) Months
After This Date

Amount
********$2,444.34

Pay to the Order of:

CITY OF MONTGOMERY CITY SHOPS
934 RIPLEY ST.
MONTGOMERY, AL 36109

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY 10081

Anthony J. [signature]

SENIOR VICE-PRESIDENT AND TREASU[RER]

⑈002385556⑈ ⑆021000021⑆ 002300893⑈