**CERTIFIED COPY** #346

Cpt J. McCl[signature]

## DETECTIVE DIVISION
## MONTGOMERY POLICE DEPARTMENT

CASE NUMBER: **03-025505**
RESTITUTION DUE
(OWE VICTIM)

TRIAL DATE:
DISPOSITION:

FINAL VERDICT:

DEFENDANT: Robert Wermuth    948 Garland Drive Montgomery, AL    B    M    9/13/70

COMPLAINANT: POF J.C. Welch #361    320 North Ripley Street Montgomery, AL    (334)241-2932

OFFENSE: Attempted Assault 1st    9/30/03    0350 hrs.    565 North East Blvd. Montg., AL

ARRESTED BY: CPL M.D. Hall #413    9/30/03 0409 hours    320 North Ripley Street Montg., AL

WITNESSES:
(1) POF J.C. Welch #361    MPD    (334)241-2932
(2) POF M.C. Deramus #1222    MPD    (334)241-2932
(3) SGT E.L. Johnson #367    MPD    (334)241-2932
(4) CPL M.D. Hall #413    MPD    (334)241-2831

TESTIMONY: Witness #1 will testify as the victim. Witness #2 will testify as being at the scene. Witness #3 will testify as taking the defendant into custody. Witness #4 will testify as the case agent.

ELEMENTS: On Tuesday, 9/30/03, the defendant did attempt to cause the victim serious physical injury by dragging him with a vehicle.

PROOF OF CASE: Physical and Oral testimony.

APPROVED

NOV 23 2003

BY: [signature]

FILE SENT TO D.A.    DATE: 11/11/03    CASE AGENT: CPL M.D. Hall #413


DEFENDANT'S EXHIBIT

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| | | |
|---|---|---|
| ☐ INCIDENT  ☒ OFFENSE | 2 CASE # | 3 SFX |
| ☐ SUPPLEMENT | 025505 | |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 7 IF SUPPLEMENT |
|---|---|---|---|
| 0 0 3 0 1 0 0 | 0 9 3 0 0 7 3  0505  ☐ AM ☒ PM ☐ MIL | Montgomery Police Department | ORIGINAL OFFENSE DATE |

| 8 REPORTED BY  ☒ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE ( ) |
|---|---|---|

**VICTIM, WIT., I.E. OFFICERS**

| 12 VICTIM (LAST, FIRST, MIDDLE NAME)  ☐13 ☐14 ☐15 | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|
| POF J.C. Welch #361 | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|
| City of Montgomery | Police Officer | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 19 ☐ RESIDENT ☒ NON-RESIDENT | 20 INJURY ☒N ☐Y | 21 RACE ☒W ☐A ☐B ☐U | 22 SEX ☒ MALE ☐ FEMALE | 23 HGT 6'0.5" | 24 WGT 210 | 25 DOB 1 1 0 2 9 6 7 1 | 26 AGE 31 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐Y ☒N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) |
|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE  ☒ FEL. ☐ MISD. | 31 DEGREE (CIRCLE)  ① 2 3 | 32 STATE CODE/LOCAL ORDINANCE |
|---|---|---|
| Attempted Assault | | 13A1(3) |

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE)  1 2 3 | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|

| 38 PLACE OF OCCURRENCE | | 39 SECTOR |
|---|---|---|
| 565 North Eastern Boulevard Montgomery, AL   (Kwik Shop) | | 2 2 |

| 40 POINT OF ENTRY | 41 METHOD OF ENTRY | 42 ASSAULT | 43 TREATMENT FOR ☐ Y |
|---|---|---|---|
| ☐ DOOR ☐ ROOF  ☐ WINDOW ☐ OTHER | ☐ FORCIBLE ☐ ATT. FORCIBLE  ☐ NO FORCE | ☐ SIMPLE ☐ AGGR. | ASSAULT INJURY ☐ N |

| OCCURRED ON OR BETWEEN | 45 TIME 0350 ☐ AM ☒ PM ☐ MIL | 47 LIGHTING | 48 WEATHER | 49 PREMISE | |
|---|---|---|---|---|---|
| 0 9 3 0 0 7 3 | 52 TIME ☐ AM ☐ PM ☐ MIL | ☐ NATURAL ☐ MOON ☒ ART. EXT ☐ ART. INT ☐ UNK | ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☒ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER |

| 54 VERIFY FOR ☒ Y | 55 TREAT. FOR ☒ Y | 56 CIRCUMSTANCES  Homicide & Assault | |
|---|---|---|---|
| RAPE EXAM ☐ N | RAPE EXAM ☐ N | LOCATION TYPE | |

| 58 WEAPON USED | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE  ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|
| ☐ FIREARM ☐ HANDS, FISTS, VOICE, ETC.  ☐ KNIFE ☒ OTHER DANGEROUS | 1989 Jeep Cherokee |

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE STOLEN | DAMAGED | 63 RECOVERED DATE | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | Initial Unit 446/Hall | | | | |
| | ☐ CONTINUED IN NARRATIVE | | | | |

**DOLLAR VALUE**

| 64 MOTOR VEHICLE | S R O C | 65 CURRENCY, NOTES | S R O C | 66 JEWELRY | S R O C | 67 CLOTHING/FURS | S R O C | 68 FIREARMS | S R O C | 69 OFFICE EQUIPMENT | S R O C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 ELECTRONICS | S R O C | 71 HOUSEHOLD | S R O C | 72 CONSUMABLE GOODS | S R O C | 73 LIVESTOCK | S R O C | 74 MISCELLANEOUS | S R O C | | |

**VEHICLES**

| 75 CHECK CATEGORIES |
|---|
| ☐ STOLEN ☐ RECOVERED ☒ SUSPECT'S VEH. ☐ VICTIM'S VEH. ☐ UNAUTH. USE ☐ ABANDONED |

| 76 # STOLEN | 77 LIC. 3A8297C | 78 LIS. AL | 79 LIY. 2003 | 80 TAG COLOR Red/White | 81 VIN  1 J 4 F T 5 8 L 1 K L 4 5 4 0 4 1 |
|---|---|---|---|---|---|

| 82 VYR 1989 | 83 VMA Amer | 84 VMO Che | 85 VST SU | 86 VCO: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|
| | | | | TOP: Red  BOTTOM: Red | |

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP  TAG RECEIPT ☐ BILL OF SALE  VERIFIED BY: ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ YES ☐ NO # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO  WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO  WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC-32 REV 8-02

INCHES | | 1 | 2 | 3 | 4 | 5 | 6 |  7/7

# ALABAMA UNIFORM INCIDENT / OFFENSE REPORT SUPPLEMENT

*OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION*

**EVENT**

| 1 ORI# | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # | 5 SFX |
|---|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 1 1 1 7 0 3 20:30 ☒MIL ☐AM ☐PM | 0 3 - 0 2 5 5 0 5 | |

| 6 VICTIMS NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| POF J.C. Welch #361 | 0 9 3 0 0 3 | ☐ CONTINUATION ☒ FOLLOW-UP |

| 9 ORIGINAL INCIDENT / OFFENSE | 10 UCR CODE | 11 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| Attempted Assault 1st | | |

| 12 NEW INCIDENT I OFFENSE | 13 UCR CODE | 14 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| | | |

| 15 HAS AN ARREST BEEN HAVE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR PREMISE |
|---|---|---|---|---|
| ☒ YES ☐ NO | 0 9 3 0 0 3 | ☒ YES ☐ NO WARRANT # 2003F-1640 | 0 9 3 0 0 3 | YEAR _____ WEAPON _____ |

| 20 ☒ DEFENDANT ☐ SUSPECT | | | | | 21 ☐ DEFENDANT ☐ SUSPECT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME: Robert Wermuth | | | | | NAME: | | | | |
| RACE ☒W ☐B ☐A ☐I | SEX ☒M ☐F | DOB 0 9 1 3 7 0 | AGE 33 | | RACE ☐W ☐B ☐A ☐I | SEX ☐M ☐F | DOB M D Y | AGE | |

**NARRATIVE**

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility.

| 22 LOCAL USE | | | U | | | U | K |
|---|---|---|---|---|---|---|---|

23 STATE USE

**DOLLAR VALUE**

| 24 MOTOR VEHICLE | 25 CURRENCY, NOTES | 26 JEWELRY | 27 CLOTHING / FURS | 28 FIREARMS | 29 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S | S | S | S | S | S |
| R | R | R | R | R | R |
| D | D | D | D | D | D |
| C | C | C | C | C | C |

| 30 ELECTRONICS | 31 HOUSEHOLD | 32 CONSUMABLE GOODS | 33 LIVESTOCK | 34 MISCELLANEOUS |
|---|---|---|---|---|
| S | S | S | S | S |
| R | R | R | R | R |
| D | D | D | D | D |
| C | C | C | C | C |

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 24xx UCR Code | 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐ Yes ☐ No WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐ Yes ☐ No WHERE? |
|---|---|---|

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | 39 CASE # | 40 SFX | 41 CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

**ADMINISTRATIVE**

| 44 CASE STATUS ☐ PENDING ☐ INACTIVE ☒ CLOSED ENTERED ACIC / NCIC ☐ Yes ☐ No DATE | 45 CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV) ☒ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | ☐ EXCEPTIONAL CLEARANCE. ☐ SUSPECT I OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 46 REPORTING OFFICER Cpl M.D. Hall | ID # 413 |
|---|---|---|---|---|
| | | | 47 ASSISTING OFFICER | ID # |
| | | | 48 SUPERVISOR APPROVAL       ID # | 49 WATCH CMDR.       ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-33 REV. 11-94

## MONTGOMERY POLICE DEPARTMENT
## SUPPLEMENTARY OFFENSE REPORT

03-025505

| Victim Name as on Original Report: (Last, First, Middle) | | Date, Time of Offense: | Date, Time of Supplement: |
|---|---|---|---|
| POF J.C. Welch #361 | | 9/30/03 0350 | 9/30/03 1950 |
| Has arrest been made: Yes / No | Date of Arrest: | Offense as Reported: | |
| Yes | 9/30/03 | Attempted Assault 1st Degree | |
| Has warrant/petition Been signed: Yes / No | Date Warrant/ Petition Signed: | Offense after investigation: | |
| Yes | 9/30/03 | Attempted Assault 1st Degree | |

**COMPLAINT:**

On Tuesday, September 30, 2003, at approximately 0350 hours, City of Montgomery Police Officer J.C. Welch #361, while working as a Third Shift Patrol Officer, was injured in the course of his duties as a Patrol Officer.

**INITIAL INVESTIGATON:**

On 9/30/03 this writer was informed by Sergeant Barnett that POF J.C. Welch #361 received injuries when he when he attempted to take black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive, into custody. SGT Barnett further advised that the defendant had been taken into custody by patrol and K-9 officers.

The defendant was transported to the City of Montgomery Police Department by patrol units. This writer met them on the second floor of the Police Department in an interior hallway. The defendant had blood on his head and also on his right arm. K-9 Unit 145, Corporal E.L. Johnson #367 had taken the defendant into custody with his K-9 partner and the defendant had received bog bites to his head and to his right arm. This writer took photographs of the defendant's injuries which will be added to the case file. The defendant was transported to the emergency room to receive treatment for his injuries.

POF Welch responded to the Detective Division and was escorted to my office located within the Detective Division. At approximately 0451 hours, I took a detailed audio taped statement from POF Welch. He had a bandage on his right hand and was unable to provide a written statement.

POF Welch explained that he and his partner, Police Officer M.C. Deramus #1222, were on routine patrol with POF Deramus driving and POF Welch in the passenger's seat. As they drove through the parking lot of the Kwik Shop, located at 565 North Eastern Boulevard, they observed through the front glass of the business that the clerk was speaking to someone on the telephone and was waving at them and pointing to a vehicle in the parking lot that was occupied by one black male subject. POF Deramus drove the patrol vehicle parallel to the vehicle, which was a 1989 red Jeep Cherokee, and POF Welch exited the vehicle. POF Welch approached the vehicle noticed that the steering column on the vehicle was busted and the subject inside, black male Robert Wermuth, was attempting to start the vehicle with a pair of needle nose pliers. POF Welch then attempted to remove Wermuth from the vehicle but was unable to and Wermuth then started the vehicle with POF Welch holding on to him and the vehicle. Wermuth drove the vehicle across the parking lot of the Kwik Shop with POF Welch trying to run along side still holding on to Wermuth and the vehicle. When Wermuth accelerated the vehicle, POF welch released his hold on Wermuth and the vehicle and fell to the ground causing injuries to his right hand and arm. Wermuth was taken into custody a short time later. It was later determined that Wermuth had stolen two, eighteen packs of Budweiser Beer from the Kwik Shop. Both packs of beer were located in the vehicle with Wermuth when he was taken into custody.

The taped statement ended at approximately 0502 hours and will be transcribed and added to the case file.

After the statement was completed, POF Welch was taken to the emergency room to receive treatment for his injuries.

POF Deramus will provide a statement that will be added to the case file. CPL Johnson will also provide a statement detailing Wermuth being taken into custody be his K-9 partner and himself.

Due to Wermuth attempting to drag POF Welch with his vehicle, which could have resulted in serious physical injuries, a warrant was secured against him for Attempted Assault 1st Degree with a $20,000.00 bond.

After receiving treatment for his injuries, Wermuth was escorted to the Detective Division and to my office by a patrol unit. At approximately 0627 hours, I read Wermuth his Miranda Rights and he stated that he did not wish to give a statement with out a lawyer. Wermuth was then escorted to the Montgomery City Jail and placed there on a Theft of Property 3rd Degree warrant, which was secured against him by the clerk from the Kwik Shop, black female Varaba Lewis, with a hold placed on him for the Montgomery County Detention Facility.

Show this case continuing.

| Unfounded | Exc. Cleared | Investigator |
|---|---|---|
| Cleared By Arrest | Inactivated | Cpl M.D. Hall #413 |

**MONTGOMERY POLICE DEPARTMENT**
**SUPPLEMENTARY OFFENSE REPORT**

03-025505

| Victim Name as on Original Report:<br>(Last, First, Middle) | | Date,<br>Time of Offense: | Date,<br>Time of Supplement: |
|---|---|---|---|
| POF Welch, J.C. #361 | | 9/30/03 0350 | 11/17/03 2024 |

| Has arrest been made:<br>Yes / No | Date of Arrest: | Offense as Reported: |
|---|---|---|
| Yes | 9/30/03 | Attempted Assault 1st |

| Has warrant/petition<br>been signed: Yes / No | Date Warrant/Petition | Offense after investigation: |
|---|---|---|
| Yes | 9/30/03 | Attempted Assault 1st |

**DISPOSITION:**

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility on a $20,000.00 bond.

| Unfounded | Exc. Cleared | Investigator |
|---|---|---|
| Cleared By Arrest | Inactivated | Cpl M.D. Hall #413 |

# CITY OF MONTGOMERY, ALABAMA
## DEPARTMENT OF POLICE

B/M Robert Wermuth  9/13/70
_____

Name (R/S, DOB: mm/dd/yyyy).

10th grade
_____

Education Level.

MPD/PAB  320 North Ripley Street
_____

Place.

9/30/03 0627
_____

Date/Time.

Attempted Assault 1st Degree
_____

Charge/Investigation.


Before asking you any questions, I must explain to you that you can remain silent, that anything you say can be used against you, that you can talk to a lawyer first and that you have the right to the advice and presence of a lawyer even though you cannot afford to hire one.  If you cannot afford to hire a lawyer and want to have one present during interrogation, the Court will appoint one before we question you.  If you want to answer questions now, you can do so, but you can stop at any time.


_____Cpl M.D. Hall # 413_____
Officer


I fully understand the foregoing statement and I do willing agree to answer questions.  I understand and known what I am doing.  No promise or threats have been made to me by anyone and no pressure of any kind has been made against me by anyone.


_____


WINTESSES:


_____


_____                    Refused

**MONTGOMERY POLICE DEPARTMENT**
**DETECTIVE DIVISION**

## WITNESS LOCATOR

WITNESS
NAME:   Robert Wermuth

RESIDENCE
PHONE:  262-4025

OTHER NBR(S)    *PAGER*                          *CELLULAR*

RACE: B    SEX: M    WT 6'03    HT 170    DOB: 9/13/70    AGE:  33    SSN:  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

RESIDENCE
ADDRESS:    948 Garladn Drive                                 Montgomery
                         (STREET)                              (CITY)
                    Montgomery                                 AL
                         (COUNTY)                             (STATE)

EMPLOYER:                                    TELEPHONE:

EMPLOYER
ADDRESS:                                                       Montgomery
                         (STREET)                              (CITY)
                    Montgomery                                 AL
                         (COUNTY)                             (STATE)

POSITION HELD AND IMMEDIATE SUPERVISOR:

ALTERNATE CONTACT:

NAME:  Marth Humphrey                         TELEPHONE:    SAA

ADDRESS:    SAA

RELATIONSHIP TO WITNESS:    Friend

## I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

AGENCY:    MONTGOMERY POLICE DEPT.

( WITNESS )

DIVISION:    DETECTIVE

OFFICER:    Cpl M.D. Hall #413

9/30/03
(DATE)

## MONTGOMERY POLICE DEPARTMENT
### DETECTIVE DIVISION

### WITNESS LOCATOR

WITNESS
NAME:  POF J.C. Welch # 361

RESIDENCE
PHONE:  270-0941

OTHER NBR(S)    *PAGER*                          *CELLULAR*

RACE: W    SEX: M    WT 210    HT 6'05    DOB: 10/26/71    AGE: 31    SSN:

RESIDENCE
ADDRESS:    3824 Sherwood Drive                                    Montgomery
                        (STREET)                                      (CITY)
                        Montgomery                                    AL
                        (COUNTY)                                      (STATE)

EMPLOYER:    City of Montgomery              TELEPHONE:    334-241-2932

EMPLOYER
ADDRESS:    320 North Ripley Street                          Montgomery
                        (STREET)                                      (CITY)
                        Montgomery                                    AL
                        (COUNTY)                                      (STATE)

POSITION HELD AND IMMEDIATE SUPERVISOR:        Police Officer


ALTERNATE CONTACT:

NAME:  Ttracy Welch                          TELEPHONE:    SAA

ADDRESS:    SAA

RELATIONSHIP TO WITNESS:    Wife


## I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

AGENCY:    MONTGOMERY POLICE DEPT.
                                                            ( WITNESS )

DIVISION:    DETECTIVE

OFFICER:    Cpl M.D. Hall #413                          9/30/03
                                                            (DATE)

VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective          BUREAU: Robbery/Homicide          DATE: 9/30/03

NAME: Officer J. C. Welch, #361                    AGE: 31 SEX/RACE: M/W
ADDRESS: 3824 Sherwood Drive                       PHONE: 270-0941

CONCERNING: Attempted Assault 1st Degree of a Police Officer

LOCATION OF INTERVIEW  PAB: YES NO (SPECIFY): Room 212

STATEMENT TAKEN BY: Corporal M. D. Hall, #413

Beginning time 0451 Hours.

Q:  State your name for me please?
A:  Officer J. C. Welch.

Q:  Mr. Welch, are you employed by the City of Montgomery?
A:  Yes, I am.

Q:  How are you employed by the City of Montgomery?
A:  Third Shift Patrol, Police Officer.

Q:  Okay, and earlier tonight at approximately 0350 in the morning, were you
    employed as a Police Officer?
A:  Yes.

Q:  Were you working as a Police Officer on Third Shift?
A:  Yes.

Q:  Okay, and were you at the Kwik Shop located at 565 North Eastern
    Boulevard?
A:  Yes, on routine patrol.

Rm/E7280

_M. D. Hall #413_
Detective Signature                           Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts,
values and/or descriptions given by me in this statement are the whole
truth to the best of my knowledge and belief.

                              Page 1 of 6    Time:

Q:  Okay, were you riding with a partner?
A:  Yes.

Q:  And what's your partner's name?
A:  Officer Melva Deramus.

Q:  Okay, what'd I'd like for you to do for me is explain to me exactly what
    happened when you arrived at the Kwik Shop?
A:  Well that night or approximately 350 Hours, we were riding in just
    routine patrol.  Did a, we were riding through the convenience store
    just to do a routine check to make sure everything was alright.  At
    which time we saw the store clerk on the, on the phone and waving us
    down.  She started pointing at a vehicle that was located in the parking
    lot of the Kwik Shop and the vehicle was a red Jeep Cherokee, occupied
    by a Hispanic looking male.  At which time I approached the vehicle, the
    door was still open to the vehicle and as I approached the vehicle I saw
    the steering column was, you know was popped to the vehicle and...

Q:  Okay, let me stop you just a minute.  When you say the vehicle, describe
    the vehicle to me?
A:  The vehicle is an older style Jeep Cherokee red in color.  Possibly
    earl, late 80's, early 90's model, box style.  Its not a newer type
    model.

Q:  Okay, now go ahead and ____(Inaudible)_____
A:  I approached the vehicle, saw the steering column was popped, I reached
    inside the vehicle to, to take custody of the subject and asked him to
    step out of the vehicle.  At which time the subject never, you know,
    made eye contact with me, never spoke to me.  He just continued to, to
    jimmy with the pliers that were located on the steering column, trying
    to crank the vehicle.  As he continued to crank the vehicle I steadily
    was trying to pull him out of the vehicle.  At which time with, without
    any success he, he was able to crank the vehicle and once he got the
    vehicle cranked he pushed off on me and I had to release, I
    had to release one hand from his arm.  I had my left hand on his arm.  I
    had to release that hand and I still had contact with shoulder and neck
    area trying to pull him out.  He took of, he, he started the vehicle,
    put it in drive and took off.  At which time he hit our vehicle, our
    patrol car and that would be the passenger side front quarter panel with

Rm/E7280

_____

_M. D. Hall # 413_                    _____
Detective Signature                   Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts,
values and/or descriptions given by me in this statement are the whole
truth to the best of my knowledge and belief.

_____        Page 2 of 6    Time:

his left side, driver side quarter panel and with me still halfway in the vehicle, now running along side of the vehicle. I continued to run along side the vehicle, halfway in until I was thrown from the vehicle and at which time I got on the radio and, and advised of what had happened.

Q: Okay, did, you said you were still halfway in the vehicle and you were, and he was driving across the parking lot, right. Was he dragging you on the ground?

A: He was not dragging me on the ground. He was, I was steadily running along side of the vehicle trying to prevent me from being drug on the ground. I had one hand, now on the door of the vehicle. It was still open and the other one was located on, still on his shoulder at, or you know halfway inside the vehicle.

Q: Do you re, did you receive any kind of injury?

A: I received several lacerations or scrapes to the palm of my left, right hand and a pretty good scrape to the el, to the right elbow and...

Q: Is that from making contact with the ground?

A: Yes.

Q: Okay, and this was after you let go of the vehicle...

A: Yes.

Q: ...and he, and he kept traveling out of the parking lot, correct?

A: He, and he headed south on, on North East Boulevard.

Q: Okay, you said that the clerk waved ya'll down. Did the clerk advise you of what this subject had done?

A: Once we, once we pulled off my partner went inside the store to find out what had, you know transpired before we got there. The clerk advised the subject had taken two half cases of beer which were, which when I did approach the vehicle I did see the beer inside his vehicle.

Q: Okay, you said earlier that he never made eye contact with you. Did you ever identify yourself to him as a Police Officer?

A: Yes.

Rm/E7280

_____

_____M.D. Hall # 413_____          _____
Detective Signature                      Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____          Page 3 of 6    Time:

Q:  Okay.
A:  And my vehicle was pulled right next to his vehicle.

Q:  Were your me, were your emergency lights activated or any time did the
    lights on the vehicle were activated?
A:  No.

Q:  Okay, when ya'll first pulled up in the parking lot and the clerk waved
    ya'll down, was he already inside that vehicle...
A:  He was...

Q:  ...or was he standing outside of it?
A:  ...he was already inside the vehicle attempting to crank the vehicle
    with the ___(Inaudible)___

Q:  Okay, and then when you approached the vehicle and you noticed that the
    steering column was popped what did that lead you to believe?
A:  It led me to believe that the vehicle was possibly stolen and at which
    time I was trying to get the, the subject out of the vehicle to do a
    field interview.

Q:  Did he ever at any time say anything to you?
A:  No, he did not.

Q:  He never spoke to you at any time?
A:  No, he never spoke to me at any time.  He just continued to try and
    crank the vehicle.

Q:  Okay, and then once he was able to you were holding on to, once he was
    able to start the vehicle, when he started driving away he, you said he
    initially he, he backed into your vehicle?
A:  No, he, he just pulled forward, turned sharply to the left, striking our
    vehicle.

Q:  Okay, so were you parked behind him or were you parked...


*BRIEF PAGING INTERRUPTION*


Rm/E7280

_____

___M. D. Hall #413___                    _____
Detective Signature                       Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts,
values and/or descriptions given by me in this statement are the whole
truth to the best of my knowledge and belief.

_____          Page 4 of 6    Time:

Q: Where were you parked in relation to his vehicle in the parking lot?
A: We were parked side by side.  We, you know I was parked, my, the passenger side of my vehicle was parked right next to his driver side door.

Q: Okay, so, so, okay.
A: It would be like...

Q: Side by side...
A: Side by side.

Q: ...in the parking lot.  Okay, and the reason its parked that way is because you weren't going in, your initial intention of going through the parking lot was just to check on the clerk in the store, correct?
A: Just to check on the clerk on the, in the store and we were just doing a courtesy drive, drive through.

Q: And then when she, once she flagged ya'll down ya'll just stopped where you were to see what was going on, correct?
A: Exactly.

Q: Alright, did your partner receive any kind of injuries?
A: No, she never received any injuries.  She was on the driver's side of the vehicle and once she saw the vehicle either, you know she thought the dr, vehicle was dragging me.  Once she saw the, you know, me running along side the vehicle she tried to run behind me and then got on the radio.

Q: Okay, you said he struck the patrol vehicle, did he strike anything else in the parking lot that you saw, any other objects or anything?
A: Not to my knowledge.

Q: Was he the only subject inside the vehicle?
A: Yes, he was.

Q: And you advised earlier that you did see two 12 packs of...
A: Budweiser.


Rm/E7280

_____

_M. D. Hall # 413_                                    _____
Detective Signature                                   Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____                    Page 5 of 6    Time:

Q:   ...inside the vehicle that he had taken from the store without paying
     for it...?
A:   Yes.

Q:   ...correct?  And that's what you found out later from the clerk?
A:   Later found out that the, the beer was unpaid for.

Q:   Okay, so basically he stole the beer from them?
A:   Yes.

Q:   And that...
A:   That's why the clerk had the phone to her ear when we pulled up.

Q:   And that's why she was, and waving ya'll down?
A:   Yes, because she was on the phone with the Police Department trying to
     call in a beer run or a 34 to the business.

Q:   Okay, and a theft to the business, okay.
A:   Uh-huh.

Q:   And then once, after you were able to get yourself back together you
     were able to get onto the radio and give a description of the vehicle,
     correct?
A:   I...

Q:   And his direction of travel?
A:   Yes, I was able to give a, you know, somewhat of a detailed description
     of a box style Jeep Cherokee with a possible Hispanic male, wearing
     glasses and a red shirt.

Q:   Okay, and the, what color was the Jeep?
A:   The Jeep was also red.

Q:   Red, okay.  Okay.

Ending time 0502 Hours.


Rm/E7280

_____

_M.D.Hall*413_____
Detective Signature                    Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts,
values and/or descriptions given by me in this statement are the whole
truth to the best of my knowledge and belief.

_____        Page 6 of 6    Time:

Memorandum

To        : Sergeant R. Lewis #326

From     : Officer M. C. Deramus #1222

Subject : Attempting to apprehend B/M Suspect

Date     : September 30, 2003


On September 30, 2003 at approximately 0350 hrs, Unit 322, Welch and Deramus were doing our routine patrol of the district. We pulled up in the Quick Shop at Plantation and Northeast Blvd, we witnessed the cashier, Vabara Lewis waving and motioning us to stop the vehicle that was parked in front of the store which was an older model red Jeep Cherokee with a black male in the drivers seat. I then drove up next to the vehicle, me and my partner got out and my partner went up to the defendant's vehicle. At which time my partner asked the defendant to exit his vehicle and he would not. The defendant persisted on trying to crank up the vehicle. At which time I noticed he wasn't using a key but some needle nose pliers to crank up the vehicle. I then with my partner tried to get the defendant to exit the vehicle. At that time my partner held on to the defendant's shoulder to assist the driver out of the vehicle and I was pulling on his arm. At that time the defendant cranked up the vehicle and persisted to drive off and in the process collided into our patrol vehicle causing damage to the right side quarter panel. At that time my partner was still holding on to the defendant's vehicle. The defendant continued to drive while my partner was holding on the door. I was running on the other side motioning and yelling for the defendant to stop but he would not. Then shortly after my partner fell onto the ground as the defendant picked up speed turning on the Northeast Blvd going toward the interstate. My partner received injuries to the right side of his arm due to his falling.


*Officer M. C. Deramus #1222*

Officer M. C. Deramus #1222

To: Lt. W.W. Caulfield

From: Cpl. E.L. Johnson #367

Date:  09-30-03

Subject:  Apprehension of Robert Andrew Wermuth

Sir, on 09-30-03 at approximately 0345 hours Unit# 322 (Welch/Deramus) put a look out on the radio of a red Jeep Cherokee wanted in reference to Assault of a Police Officer and Theft of Property 3rd from the Qwik Serve at 565 North East Blvd.  The subject was a light skin black male with a red shirt.  The vehicle was last seen going west on the Boulevard.

A short time later Unit #331 observed a Cherokee matching the description on Mt. Meigs at California.  He followed the vehicle to Day St. were he attempted to stop it.  After a lengthy pursuit, I fell in as an assisting unit at Mill St. and Hill St.  We followed the pursuit at a safe distance to Day St. and Hill St. were the subject wrecked into Unit #331's vehicle. I then followed the vehicle to 948 Garland St. were the subject bailed from the vehicle. He matched the description of the look out put out by Unit #322.  The subject was given a warning to stand still which he did not heed to.  I then released my K-9 Partner Jethro. He then engaged the suspect and took him into custody.

The suspect was B/M Robert Andrew Wermuth (09-13-70) of 948 Garland.  He was charged with Assault 1st at the time of this writing.  He had a two-inch laceration on the right side of his head and several scratches on his right bicep. He was transported Baptist South by Patrol for treatment of dog bites.

Cpl. E.L. Johnson #367

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION*

**IDENTIFICATION**

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 0 3 - 0 2 5 5 0 5 | |

5 LAST, FIRST, MIDDLE NAME
Wermuth, Robert

6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ A ☐ B ☐ O ☐ I | 6'03 | 170 | Bro | Blk | Light | ☐ SCARS ☐ MARKS ☐ TATTOOS ☐ AMPUTATIONS |

15 PLACE OF BIRTH (CITY, COUNTY, STATE)
Montgomery, AL

16 SSN 4 2 4 - 9 8 - 0 0 8 5

17 DATE OF BIRTH 0 9 1 3 7 0

18 AGE 33

19 MISCELLANEOUS ID #

20 SID #   21 FINGERPRINT CLASS KEY   MAJOR   PRIMARY   SCOV   SUB-SECONDARY   FINAL   22 DL #   23 ST

24 FBI #   HENRY CLASS   NCIC CLASS   25 IDENTIFICATION COMMENTS

26 ☒ RESIDENT  ☐ NON-RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP)
948 Garland Drive Montgomery, AL 36108

28 RESIDENCE PHONE ( 334 ) 262-4025

29 OCCUPATION (BE SPECIFIC) none

30 EMPLOYER (NAME OF COMPANY/SCHOOL)   31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)   32 BUSINESS PHONE ( )

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP)
948 Garland Drive Montgomery, AL 36108

34 SECTOR #   1 3

35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO
☒ IN STATE ☐ OUT STATE ☐ AGENCY

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ DRINKING | ☐ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ OFFICER ☒ ARRESTEE ☐ NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |
|---|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 9 3 0 0 3 | 04 09 ☐ 1 AM ☒ 2 PM ☒ MIL | S M T X T F S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

46 CHARGE-1 ☒ FEL ☐ MISD
Attempted Assault 1st

47 CHARGE-2 ☐ FEL ☐ MISD   49 DATE ISSUED   M D Y

50 STATE CODE/LOCAL ORDINANCE
51 WARRANT # 2003F-1647
52 DATE ISSUED 0 9 3 0 0 3
53 STATE CODE/LOCAL ORDINANCE   54 WARRANT #   55 DATE ISSUED M D Y

56 CHARGE-3 ☐ FEL ☐ MISD   58 CHARGE-4 ☐ FEL ☐ MISD   59 DATE ISSUED M D Y

60 STATE CODE/LOCAL ORDINANCE   61 WARRANT #   62 DATE ISSUED   63 STATE CODE/LOCAL ORDINANCE   64 WARRANT #   65 DATE ISSUED M D Y

66 ARREST DISPOSITION
☐ HELD ☐ TOT-LE
☐ BAIL ☐ OTHER
☐ RELEASED

67 IF OUT ON RELEASE WHAT TYPE ?

68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

78 VIN   79 IMPOUNDED? ☐ YES ☐ NO   80 STORAGE LOCATION / IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED   ☐ CONTINUED IN NARRATIVE

**JUVENILE**

82 JUVENILE ☐ HANDLED AND RELEASED ☐ REF. TO WELFARE AGENCY ☐ REF. TO ADULT COURT
DISPOSITION: ☐ REF. TO JUVENILE COURT ☐ REF. TO OTHER POLICE AGENCY

83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)   85 ADDRESS (STREET, CITY, STATE, ZIP)   86 PHONE ( )

87 PARENTS EMPLOYER   88 OCCUPATION   89 ADDRESS (STREET, CITY, STATE, ZIP)   90 PHONE ( )

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 0 9 3 0 0 3 ☐ 1 AM ☒ 2 PM ☒ MIL | CPL M.D. Hall | MPD/Detective | 413 |

95 RELEASED TO:   98 AGENCY/DIVISION M.C.D.F.   97 AGENCY ADDRESS 250 S.McDonough Street

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL   99 PROPERTY NOT RELEASED/HELD AT:   100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)
Dog bites to head and right arm received during the apprehension of the defendant.

102 SIGNATURE OF RECEIVING OFFICER

103 SIGNATURE OF RELEASING OFFICER
Cpl M.D. Hall # 413

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE# | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

111 ARRESTING OFFICER (LAST, FIRST, M.)
CPL M.D. Hall

112 ID # 413

113 ARRESTING OFFICER (LAST, FIRST, M.)   114 ID #   115 SUPERVISOR ID #   116 WATCH CMDR. ID #

## TYPE OR PRINT IN BLACK INK ONLY

ACJIC-34 REV. 10-90

DISTRICT COURT OF MONTGOMERY, ALABAMA

2003P-1640

INSTRUCTIONS: Complete the following information on OFFENSE OFFENDER

Defendant's Name: B/M Robert Wermuth          D.O.B. 9/13/70

Defendant's SSN:   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      Height: 6'03          Weight: 170

Defendant's Address: 948 Garland Drive Montgomery, AL 36108

Date & Time of Offense: 9/30/03  0350 hours

Place of Occurrence: 565 North Eastern Boulevard Montgomery, AL      (Kwik Shop)

Person or Property Attacked:   POF J.C. Welch #361

How Attacked:   1989 Jeep Cherokee

Damage Done or Property Attacked:  Lacerations to right hand and arm

Value of Property:

Details of Offense:
On the date and time listed, the defendant did attempt to cause serious physical injury to the victim. The defendant was taken into custody in the vehicle a short time after the offense.

THIS IS IN VIOLATION OF CRIMINAL CODE 13A-6-20.

This offense did occur in Montgomery County, Montgomery, Alabama.

I make this affidavit for the purpose of securing a warrant against the said
B/M Robert Wermuth                    . I understand that I am instituting a criminal
proceeding and cannot drop this case. I further understand that if any of the forgoing facts
are untrue, I many, in addition to any other punishment provided by law, be taxed with
court costs in this proceeding.

Sworn to and subscribed before me
this 30th     day of September    20 03              Cpl M.D. Hall #413
                                                      Complainant
VC Beeman
     Judge - Clerk - Magistrate
WITNESSES: (Name, Address, Telephone Number)

| | | | |
|---|---|---|---|
| 1) | POF J.C. Welch #361 | MPD | 334-241-2932 |
| 2) | POF M.C. Deramus #1222 | MPD | 334-241-2932 |
| 3) | CPL M.D. Hall #413 | MPD | 334-241-2831 |
| 4) | | | |

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT AND<br>AFFIDAVIT | THE DISTRICT COURT<br>CASE NO. |
|---|---|---|

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Montgomery County, Alabama, personally appeared

CPL. M. D. HALL

who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe, that within twelve months within said County on or about (date) SEPTEMBER 30, 2003 one ROBERT WERMUTH did (13A-6-20)

with the intent to commit the crime of ASSAULT 1ST

attempt to commit said offense by ATTEMPTING TO DRAG VICTIM WITH THE VEHICLE

in violation of 13A-4-2 of the Code of Alabama, against the peace and dignity of the State of Alabama,

Sworn to and Subscribed before me this the 30TH

day of SEPTEMBER 2003

_VC Beeman_
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

_Cpl M.D. Hall #413_
Complainant's Signature

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT OF ARREST | THE DISTRICT COURT |
|---|---|---|

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are hereof commanded to arrest one ROBERT WERMUTH

and bring him/her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of

ATTEMPTED (ASSAULT 1ST)

and have you then and there this writ with your return thereon

Dated this 30TH day of SEPTEMBER 2003

_VC Beeman_
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

The Sheriff will take bond in the sum of $ 20,000.00

---

WARRANT NO. 2003F-1640

**WARRANT OF ARREST**
THE DISTRICT COURT OF
MONTGOMERY COUNTY, ALABAMA

THE STATE OF ALABAMA

v.

**STATE WITNESSES**

POF. J. C. WELCH #361
320 N. RIPLEY ST.
MONTGOMERY, AL 36104

POF. M. C. DERAMUS #1222
320 N. RIPLEY ST.
MONTGOMERY, AL 36104

CPL. M. D. HALL #413
320 N. RIPLEY ST.
MONTGOMERY, AL 36104

Defendant's Address:
948 GARLAND DR.
MONTGOMERY, AL

Race: BLACK          Sex: MALE

DOB: 9-13-70

DL No.:

S.S. Number: 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

Employment:

Executed the within Warrant by Arresting
the within named Defendant and
Taking Appearance Bond
Committing Defendant to Jail



B0327300016  WERMUTH,ROBERT A
DOB: 09/13/70   Age: 33Y   MR #:544158
Admit Date/Time:  09/30/03    0502A
916 SHAW,RONALD A

**Baptist Health**
# Emergency Room
# Discharge Instructions

Page 1 of 1

## DISCHARGE INSTRUCTIONS – MEDICAL CHART

| Weight | Phone | Allergies | | Location South |
|---|---|---|---|---|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND |
|---|---|---|

| | Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | Keflex 250 - 40 | 10 | QID x 10 days | ☑ | |
| 2. | Lortat 7 5/07.5 | 94 - 6 | 11" pain | ☑ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

| INSTRUCTION SHEET(S) GIVEN | | | |
|---|---|---|---|
| ☐ Asthma | ☐ Crutches | ☐ Head Injury | ☐ Threatened Ab |
| ☐ Back Pain | ☐ Fever | ☐ Otitis Media | ☐ Vomiting / Diarrhea |
| ☐ Cast / Splint Care | ☐ Fracture | ☐ Sprains / Bruises | ☐ Wound Care |
| | | ☐ STD | ☐ Other(s) |

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:
1) follow wound care instructions
2) wound recheck in 3 days
3) take medicine as directed
4) suture removal in 7 days

| Referred to: | |
|---|---|
| ☑ Dr. your doctor or ER | ☐ Return to Emergency Dept. in _____ hours / days for recheck |
| Phone: | ☐ If no improvement or your condition worsens, call your private physician |
| ☑ Call on next business day for follow-up appointment | or return to the Emergency Department for a recheck. |
| in ___ ☐ days ☐ weeks   ☐ next available | ☐ Learning needs assessed   ☐ Instructions Modified: _____ |
| | ☑ Education provided on new medication _keflex, lorcet_ |

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X ___ S. W. Horner
X _pt unable to sign verbalized
understanding_

☐ Patient
☐ Relative
☐ Other

Time Released > 0 5 5 5 Hrs.

Instructed By: _____   Physician: _____

---

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for_____ days*
Restrictions: _____
☐ -------------------------- was here with relative/ child.
☐ Other: _____

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician, unless otherwise stated.

BSB-0082 (06/02)












**MONTGOMERY POLICE DEPARTMENT**

**VEHICLE IMPOUND REPORT**

DATE 9-30-03        TIME 0500        IMPOUND RPT# 3356

SAFE STREETS IMPOUND: YES/NO        I/O#_____

VEH MAKE Amer.        VEH MODEL Cherokee        VEH YEAR 1989

VEH BODY SU        VEH COLOR(S) Red

VIN# 1J4FT58L1KL454041        TAG# 3AY297C        ST AL        YEAR___

WHERE FOUND 948 Garland Dr Mont. AL.

REASON IMPOUNDED Subject In Custody

OWNERS NAME Martha Humphrey        DRIVER'S NAME Robert Wermuth

ADDRESS 948 Garland Dr        ADDRESS 948 Garland

CITY/ST Mont. AL.        CITY/ST Mont. AL

PHONE (334) - 262-4025        PHONE ___ - ___

NCIC CHECKED Yes        NCIC RESULTS Neg

IF STOLEN, OWNER NOTIFIED_____ DATE/TIME NOTIFIED_____

NOTIFIED BY_____ ID#____ KEYS W/VEHICLE NO

CAN VEHICLE BE RELEASED? Yes        IF NO, WHY?_____

IMPOUNDING OFFICER N.B. Fitzpatrick        ID# 902

TOWING FIRM WinDrip        TIME RELEASED TO WRECKER 0515 HRS

WRECKER DRIVER'S SIGNATURE _____

*****************************************************

VEHICLE RELEASED TO: NAME_____

ADDRESS_____ CITY_____ ST___ ZIP_____

SIGNATURE_____ D/L#_____ ST_____

SAFE STREETS AUTHORIZED DRIVER (IF NOT OWNER) D/L#:_____

NAME:_____ SIGNATURE:_____

DATE/TIME RELEASED_____

OFFICER ISSUING RELEASE_____ ID# _____

## MONTGOMERY POLICE DEPARTMENT
## PROPERTY INVENTORY

Date **9-30-03**   Time **0524**   [X] A.M.   [ ] P.M.

OFFICE USE ONLY

Property No. **238525**

Area/Bin No.

Type Property:   Evidence [X]   Personal   Found

### WEAPONS ONLY

| Ex-Felon Check | YES | NO | NCIC CHECK | YES | NO |
|---|---|---|---|---|---|
| Ex-Felon | YES | NO | If Stolen attach Print Out | | |
| DOB | / | / | Stolen | YES | NO |
| | | | Removed from NCIC | YES | NO |

Officers Name **H.D. Hall**    ID **413**    Division **Detective**    PX **241-2849**

Where Found _____

Property Owner _____
Name        Address        Zip Code    Telephone

Offense **Attempted Assault 1st Degree**    Report No. **03-025505**

Defendant's Name **Robert Wermuth**

Description of Property:

1- Video tape from Kwik Shop - 565 N.E. Blvd.

Release Authorization: Release to **Any Persons Detective**    BY **Cpl H.D. Hall #413**

DATE **9-30-03**    TIME **0524**

PERSONAL OR FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF. (334) 241-2523

Property Received By **Cadet W.G. Darby #717**

WHITE COPY-SUPPLY/GREEN COPY-OWNER/BLUE COPY-OFFICER

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

**19-0773**

| | | | | 1 ☐ INCIDENT  ☒ OFFENSE  ☐ SUPPLEMENT | 2 CASE # **025505** | | SFX |
|---|---|---|---|---|---|---|---|

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | | 6 AGENCY NAME | | | 7 |
|---|---|---|---|---|---|---|
| 0 0 3 0 1 0 0 | 0 9 3 0 0 3 0505 | ☐AM ☒PM ☐MIL | Montgomery Police Department | | | |

| 8 REPORTED BY ☒ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | | 10 PHONE ( ) |
|---|---|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|
| POF J.C. Welch #361 | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |
| 15 EMPLOYER/SCHOOL City of Montgomery | 16 OCCUPATION Police Officer | 17 ADDRESS 320 North Ripley Street Montgomery, AL 36104 | 18 PHONE (334) 241-2932 |

| 19 ☒RESIDENT ☐NON-RESIDENT | 20 INJURY | 21 RACE ☒W ☐B | 22 SEX ☒MALE ☐FEMALE | 23 HGT 6 0 5 | 24 WGT 210 | 25 DOB 1 0 2 6 7 1 | 26 AGE 31 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐Y ☒N | 28 RELATIONSHIP |

| 30 TYPE INCIDENT OR OFFENSE ☐FEL. ☐MISD. | 31 DEGREE (CIRCLE) ① 2 3 | 33 STATE CODE/LOCAL ORDINANCE 13C1(13) |
| Attempted Assault | | |
| 34 TYPE INCIDENT OR OFFENSE ☐FEL. ☐MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 37 STATE CODE/LOCAL ORDINANCE 3-2 |

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
| 565 North Eastern Boulevard Montgomery, AL (Kwik Shop) | 2 2 |

| 40 POINT OF ENTRY ☐DOOR ☐WINDOW ☐ROOF ☐OTHER | 41 METHOD OF ENTRY ☐FORCIBLE ☐NO FORCE ☐ATT. FORCIBLE | 42 ASSAULT ☐SIMPLE ☐AGGR. | 43 TREATMENT FOR ☐Y ASSAULT INJURY ☐N |

| OCCURRED ON OR BETWEEN 0 9 3 0 0 3 | 46 TIME 0350 ☐AM ☒PM ☐MIL | 47 LIGHTING ☒NATURAL ☐MOON ☐ART.EXT ☐ART.INT ☐UNK | 48 WEATHER ☒CLEAR ☐CLOUDY ☐RAIN ☐FOG ☐SNOW ☐HAIL ☐UNK | 49 PREMISE ☐HWY.-ST.-ALLEY ☐RAILROAD ☐RESIDENCE ☐CHURCH ☐SCHOOL ☒CONVENIENCE ☐INDUSTRIAL ☐SERVICE STA. ☐BANK ☐DRUG STORE ☐APT./TWN.HSE. ☐SHOPPING CENTER ☐PARKING LOT ☐OTHER COMMER. ☐OTHER |

| 54 VERIFY FOR ☒Y | 55 TREAT. FOR ☒Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT |
| RAPE EXAM ☐Y | RAPE EXAM ☐N | LOCATION: RAPE |

| 58 WEAPON USED ☐FIREARM ☐KNIFE ☒HANDS, FISTS, VOICE, ETC. ☐OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐HANDGUN ☐RIFLE ☐SHOTGUN ☐UNKNOWN 1989 Jeep Cherokee |

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED | 62 DOLLAR VALUE STOLEN / DAMAGED | 63 RECOVERED DATE / VALUE |
|---|---|---|---|
| | $346 | | |
| | Initial Unit 446/Hall | | |

**CERTIFIED COPY**

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS | |

| 75 CHECK CATEGORIES | ☐STOLEN ☐RECOVERED ☒SUSPECT'S VEH. ☐VICTIM'S VEH. ☐UNAUTH. USE ☐ABANDONED |
| 76 # STOLEN | 77 LIC. 3A8297C | 78 LIS. AL | 79 LIY. 2003 | 80 TAG COLOR Red/White | 81 VIN 1J4FT58L1KL540411 |
| 82 VYR 1989 | 83 VMA Amer | 84 VMO Che | 85 VST SU | 86 VCO: TOP: Red BOTTOM: Red | 87 ADDITIONAL DESCRIPTION |
| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐BUS. ☐RES. ☐RUR. | 89 OWNERSHIP ☐TAG RECEIPT ☐BILL OF SALE ☐TITLE ☐OTHER VERIFIED BY: | | 90 WARRANT SIGNED ☐YES ☐NO # |
| 91 AUTO INSURER NAME (COMPANY) ADDRESS | | | 92 PHONE ( ) |
| MOTOR VEH. RECOVERY ONLY | 93 STOLEN IN YOUR JURISDICTION? ☐YES ☐NO WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐YES | |

**TYPE OR PRINT IN BLACK INK**  ACJIC-32 REV 8-02

# ALABAMA UNIFORM INCIDENT / OFFENSE REPORT SUPPLEMENT

DATA PROCESSED

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI# | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # | 5 SFX |
|---|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 1 1 1 7 0 3  20 30  ☐AM ☐PM ☒MIL | 0 3 - 0 2 5 5 0 5 | |

**EVENT**

| 6 VICTIMS NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| POF J.C. Welch #361 | 0 9 3 0 0 3 | ☐CONTINUATION ☒FOLLOW-UP |

| 9 ORIGINAL INCIDENT / OFFENSE | 10 UCR CODE | 11 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| Attempted Assault 1st | | |

| 12 NEW INCIDENT I OFFENSE | 13 UCR CODE | 14 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| | | |

| 15 HAS AN ARREST BEEN HAVE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR PREMISE |
|---|---|---|---|---|
| ☒YES  ☐NO | 0 9 3 0 0 3 | ☒YES ☐NO  WARRANT # 2003F-1640 | 0 9 3 0 0 3 | YEAR WEAPON |

| 20 ☒DEFENDANT ☐SUSPECT | | | 21 ☐DEFENDANT ☐SUSPECT | | |
|---|---|---|---|---|---|
| NAME: Robert Wermuth | | | NAME: | | |

| RACE ☐W ☐A ☒B ☐I | SEX ☒M ☐F | DOB 0 9 1 3 7 0 | AGE 33 | RACE ☐W ☐A ☐B ☐I | SEX ☐M ☐F | DOB M D Y | AGE |
|---|---|---|---|---|---|---|---|

**NARRATIVE**

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility.

(3-2) # 200300005003

RECEIVED
NOV 2 6 2003

| 22 LOCAL USE | U | | U K |
|---|---|---|---|
| 23 STATE USE | | | |

**DOLLAR VALUE**

| 24 MOTOR VEHICLE | 25 CURRENCY, NOTES | 26 JEWELRY | 27 CLOTHING / FURS | 28 FIREARMS | 29 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 30 ELECTRONICS | 31 HOUSEHOLD | 32 CONSUMABLE GOODS | 33 LIVESTOCK | 34 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐Yes ☐No WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐Yes ☐No WHERE? |
|---|---|---|

**ADMINISTRATIVE**

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | 39 CASE # | 40 SFX | 41 CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 44 CASE STATUS ☐PENDING ☐INACTIVE ☒CLOSED | 45 CASE DISPOSITION: | EXCEPTIONAL CLEARANCE. | 46 REPORTING OFFICER | ID # |
|---|---|---|---|---|
| | ☐CLEARED BY ARREST (JUV) ☒CLEARED BY ARREST (ADULT) ☐UNFOUNDED ☐ADM. CLEARED | ☐SUSPECT I OFFENDER DEAD ☐OTHER PROSECUTION ☐EXTRADITION DENIED ☐LACK OF PROSECUTION ☐JUVENILE, NO REFERRAL ☐DEATH OF VICTIM | Cpl M.D. Hall | 413 |
| ENTERED ACIC / NCIC ☐Yes ☐No DATE | | | 47 ASSISTING OFFICER | ID # |
| | | | 48 SUPERVISOR APPROVAL   ID # | 49 WATCH CMDR.   ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-33 REV. 11-94

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted
- [ ] Yes
- [ ] No

RSA Completed
- [ ] Yes
- [ ] No

**OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION***

## IDENTIFICATION

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,0,3,0,1,0,0 | Montgomery Police Department | 0 3 - 0 2 5 5 0 5 | |

5 LAST, FIRST, MIDDLE NAME: Wermuth, Robert

6 ALIAS AKA:

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | SCARS | MARKS | TATTOOS | AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☐ W ☐ A ☒ B ☐ I | 6'03 | 170 | Bro | Blk | Light | | ☐ | ☐ | ☐ | ☐ |

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Montgomery, AL

| 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| 4 2 4 - 9 8 - 0 0 8 5 | 0 9 1 3 7 0 | 33 | |

20 SID #: 

21 FINGERPRINT CLASS KEY — MAJOR — PRIMARY — SCDV — SUB-SECONDARY — FINAL

22 DL #: 

23 ST: 

24 FBI #: 

HENRY CLASS

NCIC CLASS

25 IDENTIFICATION COMMENTS: 

26 ☒ RESIDENT ☐ NON-RESIDENT

27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 948 Garland Drive Montgomery, AL 36108

28 RESIDENCE PHONE: (334) 262-4025

29 OCCUPATION (BE SPECIFIC): none

30 EMPLOYER (NAME OF COMPANY/SCHOOL): 

31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP): 

32 BUSINESS PHONE: 

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): 948 Garland Drive Montgomery, AL 36108

34 SECTOR #: 1 3

35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE ☐ AGENCY

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☐ SOBER ☒ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☐ NONE ☐ OFFICER ☒ ARRESTEE | ☐ Y ☒ N | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 9 3 7 0 0 3 | 04:09 ☐ 1 AM ☒ 2 PM ☐ MIL | 1 2 3 ☒4 5 6 7 | ☐ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

46 CHARGE-1 ☒ FEL ☐ MISD: Attempted Assault 1st

47 CHARGE-2 ☐ FEL ☐ MISD

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | 2003F-1647 | 0 9 3 0 0 3 | | | |

56 CHARGE-3 ☐ FEL ☐ MISD

58 CHARGE-4 ☐ FEL ☐ MISD

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

66 ARREST DISPOSITION:
- [ ] HELD
- [ ] BAIL
- [ ] RELEASED
- [ ] TOT-LE
- [ ] OTHER

67 IF OUT ON RELEASE WHAT TYPE?

68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME):

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME):

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

78 VIN:

79 IMPOUNDED? ☐ YES ☐ NO

80 STORAGE LOCATION / IMPOUND #:

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED:

☐ CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION:
- [ ] HANDLED AND RELEASED
- [ ] REF. TO JUVENILE COURT
- [ ] REF. TO WELFARE AGENCY
- [ ] REF. TO OTHER POLICE AGENCY
- [ ] REF. TO ADULT COURT

83 RELEASED TO:

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME):

85 ADDRESS (STREET, CITY, STATE, ZIP):

86 PHONE:

87 PARENTS EMPLOYER:

88 OCCUPATION:

89 ADDRESS (STREET, CITY, STATE, ZIP):

90 PHONE:

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 0 9 3 0 0 3 ☐ 1 AM ☒ 2 PM ☐ MIL | CPL M.D. Hall | MPD/Detective | 413 |

95 RELEASED TO: M.C.D.F.

96 AGENCY/DIVISION:

97 AGENCY ADDRESS: 250 S.McDonough Street

98 PERSONAL PROPERTY RELEASED TO ARRESTEE: ☐ YES ☐ NO ☐ PARTIAL

99 PROPERTY NOT RELEASED/HELD AT:

100 PROPERTY #:

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): Dog bites to head and right arm received during the apprehension of the defendant.

102 SIGNATURE OF RECEIVING OFFICER:

103 SIGNATURE OF RELEASING OFFICER: Cpl M.D. Hall # 413

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE Y N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| CPL M.D. Hall | 413 | | | | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC-34 REV. 10-90