IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:05cv644 |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) ) ) |
| Defendants. | ) ) |

## AMENDED SUPPLEMENTAL AFFIDAVIT OF SERGEANT EVERETTE JOHNSON

STATE OF ALABAMA        )

COUNTY OF MONTGOMERY    )

Before me, a Notary Public in and for said State and County, personally appeared Everette Johnson and, after first being duly sworn by me, did depose and state as follows:

My name is Everette Johnson and I am over nineteen (19) years of age. I am currently employed as a Sergeant with the Montgomery Police Department, and assigned to Second Shift Patrol Division. On September 30, 2003, I was in the K-9 Bureau assigned to third shift. My K-9 partner was named Jethro.

The K-9 partners are used in limited situations such as in felony apprehension or to conduct searches, as well as, in the case of handler protection. On September 30, 2003, my partner and I were involved in the felony apprehension of suspect, Robert Wermuth, for the assault of another police officer.

Jethro was released and the other officers on the scene remained away from suspect until they were given the all clear by me. In the course of training, all police officers are instructed to stay away from police K-9's until given the all clear by the handler.

On September 30, 2003, I prepared a Montgomery Police Department K-9 Incident Report for Lieutenant William Caulfield regarding the apprehension of Robert Wermuth for Assault 1st. In

the report it states that I complied with all K-9 rules and regulations. I have attached a copy of the incident report with my comments to this Affidavit.

Further Affiant saith not.

_____
Sergeant Everette Johnson

SWORN to and SUBSCRIBED before me this the  14th  day of November, 2005.

_____
Notary Public

My commission expires  Mae 7, 2009

2

MONTGOMERY POLICE DEPARTMENT
K-9 UNIT INCIDENT REPORT

```
| M  | D  | Y  | ML TIME | OFFICER            | K-9    | TEAM # |
| 09 | 30 | 03 | 0405    | CPL. E.L. JOHNSON  | JETHRO | 145    |
```

TYPE OF INCIDENT           { } BUILDING SEARCH      { } STOLEN VEHICLE
(CHECK ONE OR MORE)        { } TRACK                { } CROWD CONTROL
ASSAULT 1st                { } AREA SEARCH          {X} OTHER

LOCATION OF INCIDENT
948 GARLAND ST.

### SUSPECT INFORMATION

| SUSPECT 1 | NAME (LAST, FIRST MI) | H | W | R | S | DOB |
|---|---|---|---|---|---|---|
| {X} IN CUSTODY | WERMUTH, ROBERT | 6'3 | 170 | B | M | 09-13-70 |
| { } WANTED | CLOTHING DESCRIPTION | INJURY | LOCATION | | E.R. | |
| | BLUE JEANS, RED SHIRT | {X}Y { }N | HEAD, ARM | | YES | |

| SUSPECT 2 | NAME (LAST, FIRST MI) | H | W | R | S | DOB |
|---|---|---|---|---|---|---|
| { } IN CUSTODY | | | | | | |
| { } WANTED | CLOTHING DESCRIPTION | INJURY | LOCATION | | E.R. | |

### NARRATIVE (COPY OF STATEMENT MAY BE ATTACHED)

FILL IN IF APPLICABLE                UNIT OR AGENCY REQUESTING ASSISTANCE:

WEATHER CONDITIONS
{X} CLEAR              INJURY TO K-9 { }YES {X}NO
{ } CLOUDY             TYPE OF INJURY: _____
{ } RAIN               LOCATION OF TREATMENT: _____
{ } FOG
{ } SNOW                        K-9 SUPERVISOR COMMENTS
{ } HAIL
                       CPL. JOHNSON COMPLIED WITH ALL K-9 RULES
APPROX TEMP  55        AND REGULATIONS.

{X} DARKNESS
{ } DUSK
{ } LIGHT
{ } DAWN

WIND CONDITIONS
{ } HIGH
{ } MILD
{X} NONE NOTICED
                       SIGNATURE: _[signature]_ #204

| REPORTING OFFICER | ID  | ASSISTING OFFICER | ID |
|---|---|---|---|
| CPL. E.L. JOHNSON | 367 | | |

OTHER ASSISTING OFFICERS

REPORTING OFFICER SIGNATURE  _Cpl E John 367_