IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #18991 ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Case No. 2:05-CV-644-C |
| ) ) | |
| SHANNON CARROL YOUNGBLOOD et al., ) ) ) | |
| Defendant. ) | |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER

Defendants, by and through undersigned counsel, submit this Notice of Compliance with the Order of this Court dated October 27th, 2005, by providing to Plaintiff the following attached documents:

1. Copy of assault and theft file for the incident of September 30, 2003.

2. Copy of the medical records pertaining to the treatment of Officer Welch from the incident which occurred on September 30, 2003. Defendants previously provided the medical records of Officer Welch pursuant to this Courts Order of September 30, 2005.

Dated this the 16th day of November, 2005.

_____
KIMBERLY O. FEHL (FEH001)
Assistant City Attorney

CITY OF MONTGOMERY
**Legal Department**
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 16th day of November, 2005:

Robert Andrew Wermuth
ECF# 189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

_____
KIMBERLY O. FEHL