CERTIFIED COPY

*#546*

Cpl Dane Hall

**DETECTIVE DIVISION**
**MONTGOMERY POLICE DEPARTMENT**

CASE NUMBER: **03-025505**
RESTITUTION DUE
(OWE VICTIM)

TRIAL DATE:
DISPOSITION:

FINAL VERDICT:

DEFENDANT: Robert Wermuth    948 Garland Drive Montgomery, AL    B    M    9/13/70

COMPLAINANT: POF J.C. Welch #361    320 North Ripley Street Montgomery, AL    (334)241-2932

OFFENSE: Attempted Assault 1st    9/30/03    0350 hrs.    565 North East Blvd. Montg., AL

ARRESTED BY: CPL M.D. Hall #413    9/30/03 0409 hours    320 North Ripley Street Montg., AL

WITNESSES:
(1) POF J.C. Welch #361       MPD    (334)241-2932
(2) POF M.C. Deramus #1222    MPD    (334)241-2932
(3) SGT E.L. Johnson #367     MPD    (334)241-2932
(4) CPL M.D. Hall #413        MPD    (334)241-2831

TESTIMONY: Witness #1 will testify as the victim. Witness #2 will testify as being at the scene. Witness #3 will testify as taking the defendant into custody. Witness #4 will testify as the case agent.

ELEMENTS: On Tuesday, 9/30/03, the defendant did attempt to cause the victim serious physical injury by dragging him with a vehicle.

PROOF OF CASE: Physical and Oral testimony.

APPROVED

NOV 2 3 2003

BY: _____

LE SENT TO D.A.    DATE: 11/11/03    CASE AGENT: CPL M.D. Hall #413

**EXHIBIT**
*1*

**MONTGOMERY POLICE DEPARTMENT**
**PROPERTY INVENTORY SHEET**

PROPERTY INVENTORY NUMBERS:

(1)  3356

(2)  238525

(3)  238526

(4)  239029

NOTHING FOLLOWS

NOTHING FOLLOWS

NOTHING FOLLOWS

NOTHING FOLLOWS

☐ INCIDENT  ☒ OFFENSE  ☐ SUPPLEMENT   2 CASE# **025505**   3 SFX

7 IF SUPPLEMENT ORIGINAL OFFENSE DATE

VICTIM/SSN   COMPLAINANT/SSN

4 ORI #  0 0 3 0 1 0 0   5 DATE AND TIME OF THIS REPORT 0 9 3 0 0 3   0505  ☐ AM ☒ PM ☐ MIL   6 AGENCY NAME Montgomery Police Department

10 REPORT# ( )

8 REPORTED BY  ☒ VICTIM OR   9 ADDRESS (STREET, CITY, STATE, ZIP)   14 PHONE (334) 241-2932

12 VICTIM (LAST, FIRST, MIDDLE NAME)  POF J.C. Welch #361   13 ADDRESS (STREET, CITY, STATE, ZIP) 320 North Ripley Street Montgomery, AL 36104   16 PHONE (334) 241-2932

15 EMPLOYER/SCHOOL City of Montgomery  16 OCCUPATION Police Officer   17 ADDRESS (STREET, CITY, STATE, ZIP) 320 North Ripley Street Montgomery, AL 36104   28 VICTIM WAS (EXPLAIN RELATIONSHIP)   29 CODE

19  20 INJURY ☐Y ☒N  21 RACE ☒W ☐A ☐B ☐  22 SEX ☒MALE ☐FEMALE  23 HGT 6'0.5"  24 WGT 210  25 DOB 1 1 0 2 6 7 1  26 AGE 31  27 WAS OFFENDER KNOWN TO VICTIM? ☐Y ☒N   31 DEGREE (CIRCLE) (1) 2 3   33 STATE CODE/LOCAL ORDINANCE 13A-1-13

30 TYPE INCIDENT OR OFFENSE Attempted Assault  ☒ FEL ☐ MISD.   35 DEGREE (CIRCLE) 1 2 3   37 STATE CODE/LOCAL ORDINANCE

34 TYPE INCIDENT OR OFFENSE  ☐ FEL ☐ MISD.   39 SECTOR 2 2

38 PLACE OF OCCURRENCE 565 North Eastern Boulevard Montgomery, AL   (Kwik Shop)   42 ASSAULT ☐ SIMPLE ☐ AGGR.   43 TREATMENT FOR ☐Y ☐N  ASSAULT INJURY ☐Y ☐N

40 POINT OF ENTRY ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER   41 METHOD OF ENTRY ☐ FORCIBLE ☐ ATT. FORCIBLE ☐ NO FORCE   47 LIGHTING ☐ NATURAL ☐ MOON ☒ ART. EXT ☐ ART. INT ☐ UNK.   48 WEATHER ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK.   49 PREMISE ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☒ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER

OCCURRED ON OR BETWEEN 0350  ☐ AM ☒ PM ☐ MIL  46 TIME 0 9 3 0 0 3  52 TIME ☐ AM ☐ PM ☐ MIL   66 CIRCUMSTANCES HOMICIDE & ASSAULT

54 VERIFY FOR ☒ Y ☐ N  57 TREAT. FOR ☒ Y ☐ N   LOCATION: RAPE   68 HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN
RAPE EXAM ☐ Y ☐ N   RAPE EXAM ☐ Y ☐ N   69 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE 1989 Jeep Cherokee

58 WEAPON USED ☐ FIREARM ☐ KNIFE ☒ HANDS, FISTS, VOICE, ETC. ☒ OTHER DANGEROUS   62 DOLLAR VALUE STOLEN / DAMAGED   63 RECOVERED DATE / VALUE

60 QUANTITY  61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.)

Initial Unit 446/Hall

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | S R D C | 65 CURRENCY, NOTES | S R D C | 66 JEWELRY | S R D C | 67 CLOTHING/FURS | S R D C | 68 FIREARMS | S R D C | 69 OFFICE EQUIPMENT | S R D C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 ELECTRONICS | S R D C | 71 HOUSEHOLD | S R D C | 72 CONSUMABLE GOODS | S R D C | 73 LIVESTOCK | S R D C | 74 MISCELLANEOUS | S R D C |

75 CHECK CATEGORIES  ☐ STOLEN ☐ RECOVERED ☒ SUSPECTS VEH. ☐ VICTIM'S VEH. ☐ UNAUTH. USE ☐ ABANDONED

76 # STOLEN  77 LIC. 3A8297C  78 LIS. AL  79 LY. 2003  80 TAG COLOR Red/White  81 VIN 1 J 4 F T 5 8 L 1 K L 4 5 4 0 4 1  87 ADDITIONAL DESCRIPTION

82 VYR 1989  83 VMA Amer  84 VMO Che  85 VST SU  86 VCO: TOP: Red  BOTTOM: Red   90 WARRANT SIGNED ☐ YES ☐ NO #

STOLEN MTR. VEH ONLY  88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR.  89 OWNERSHIP ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER  VERIFIED BY:   92 PHONE ( )

91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP)   94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO WHERE?

MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24hr UCR CODE  93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO WHERE?   ACJIC-32 REV 8-02

TYPE OR PRINT IN BLACK INK

INCHES   1   2   3   4   5   6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 9 3 0 0 3 | 0505 | AM PM MIL | 96 CASE # 025505 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) Wermuth, Robert | 100 NICKNAME/ALIAS | 101 RACE ☐W ☐A ☒B ☐ | 102 SEX ☒M ☐F | 103 DOB 0 9 1 3 7 0 | 104 AGE 33 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 948 Garland Drive Montgomery, AL | 106 HGT 6'03" | 107 WGT 170 | 108 EYE Bro | 109 HAIR Blk | 110 COMPLEXION Light |

| 111 PROBABLE DESTINATION M.C.D.F. | 112 ARMED ☐Y ☒N ☐UNK. | 113 WEAPON |

| 114 CLOTHING Red tee shirt, black jeans | ☐ SCARS ☐ MARKS ☐ TATOOS | 115 WEAPON ☒ ARRESTED ☐ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐W ☐A ☐B ☐ | 119 SEX ☐M ☐F | 120 DOB M    D    Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED ☐Y ☐N ☐UNK. | 130 WEAPON |

| 131 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATOOS | 132 WEAPON ☐ ARRESTED ☐ WANTED |

| WITNESS | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|---|
| | # 1 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐ M   D   Y | | ( ) | ( ) |
| | # 2 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐ M   D   Y | | ( ) | ( ) |
| | # 3 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐ M   D   Y | | ( ) | ( ) |
| | # 4 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐ M   D   Y | | ( ) | ( ) |

WITNESS #1 SSN        WITNESS #2 SSN        WITNESS #3 SSN        WITNESS #4 SSN

137

On the date and time listed, the defendant attempted to cause serious physical injury to the victim.

NARRATIVE

CONTINUED ON SUPPLEMENT ☐Y ☒N

| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE

139 STATE USE

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |

| ADMINISTRATION | 147 CASE STATUS ☐ PENDING ☐ INACTIVE ☒ CLOSED | 148 CASE DISPOSITION ☐ CLEARED BY ARREST (JUV.) ☒ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | ☐ EXCEPTIONAL CLEARANCE ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 149 REPORTING OFFICER CPL M.D. Hall | ID # 413 |
| | ENTERED ACIC/NCIC ☐Y ☐N DATE | | | 150 ASSISTING OFFICER | ID # |
| | | | | 151 SUPERVISOR APPROVAL        ID # | 152 WATCH CMDR.        ID # |

ALABAMA UNIFORM INCIDENT / OFFENSE REPORT / SUPPLEMENT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ORI# | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | | 4 CASE # | 5 SFX |
|---|---|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | M 1 1 D 1 Y 7 0 3  20:30  ☐AM ☒PM ☐MIL | | 0 3 - 0 2 5 5 0 5 | |

**EVENT**

| 6 VICTIMS NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| POF J.C. Welch #361 | M 0 9 D 3 0 Y 0 3 | ☐ CONTINUATION  ☒ FOLLOW-UP |

| 9 ORIGINAL INCIDENT / OFFENSE | 10 UCR CODE | 11 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| Attempted Assault 1st | | |

| 12 NEW INCIDENT / OFFENSE | 13 UCR CODE | 14 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| | | |

| 15 HAS AN ARREST BEEN HAVE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR  PREMISE |
|---|---|---|---|---|
| ☒ YES  ☐ NO | M 0 9 D 3 0 Y 0 3 | ☒ YES ☐ NO  WARRANT # 2003F-1640 | M 0 9 D 3 0 Y 0 3 | YEAR ___ WEAPON ___ |

| 20 ☒ DEFENDANT  ☐ SUSPECT | 21 ☐ DEFENDANT ☐ SUSPECT |
|---|---|
| NAME: Robert Wermuth | NAME: |

| RACE ☐W ☐A ☒B ☐I | SEX ☒M ☐F | DOB M 0 9 D 1 3 Y 7 0 | AGE 33 | RACE ☐W ☐A ☐B ☐I | SEX ☐M ☐F | DOB M   D   Y | AGE |
|---|---|---|---|---|---|---|---|

**NARRATIVE**

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility.

| 22 LOCAL USE |
|---|
| U        U K |
| 23 STATE USE |
| |

**DOLLAR VALUE**

| 24 MOTOR VEHICLE | S R D | 25 CURRENCY, NOTES | S R D | 26 JEWELRY | S R D | 27 CLOTHING / FURS | S R D | 28 FIREARMS | S R D | 29 OFFICE EQUIPMENT | S R D C |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 30 ELECTRONICS | S R D C | 31 HOUSEHOLD | S R D C | 32 CONSUMABLE GOODS | S R D C | 33 LIVESTOCK | S R D C | 34 MISCELLANEOUS | S R D C |
|---|---|---|---|---|---|---|---|---|---|

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 2xxx UCR CODE | 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐ Yes  ☐ No  WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐ Yes  ☐ No  WHERE? |
|---|---|---|

**ADMINISTRATIVE**

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | 39 CASE # | 40 SFX | 41 CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 44 CASE STATUS ☐ PENDING ☐ INACTIVE ☒ CLOSED  ENTERED ACIC / NCIC ☐Yes ☐No  DATE | 45 CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV)  ☒ CLEARED BY ARREST (ADULT)  ☐ UNFOUNDED  ☐ ADM. CLEARED | ☐ EXCEPTIONAL CLEARANCE: ☐ SUSPECT / OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 46 REPORTING OFFICER  Cpl M.D. Hall                          413 |
|---|---|---|---|
| | | | 47 ASSISTING OFFICER                                  ID # |
| | | | 48 SUPERVISOR APPROVAL      ID #   49 WATCH CMDR.      ID # |

TYPE OR PRINT IN BLACK INK ONLY                    ACJIC-33 REV. 11-94

MONTGOMERY POLICE DEPARTMENT
SUPPLEMENTARY OFFENSE REPORT

03-025505

| Victim Name as on Original Report:<br>(Last, First, Middle) | | Date,<br>Time of Offense: | Date,<br>Time of Supplement: |
|---|---|---|---|
| POF J.C. Welch #361 | | 9/30/03 0350 | 9/30/03 1950 |
| Has arrest been made:<br>Yes / No | Date of Arrest: | Offense as Reported: | |
| Yes | 9/30/03 | Attempted Assault 1st Degree | |
| Has warrant/petition<br>Been signed: Yes / No | Date Warrant/<br>Petition Signed: | Offense after investigation: | |
| Yes | 9/30/03 | Attempted Assault 1st Degree | |

**COMPLAINT:**

On Tuesday, September 30, 2003, at approximately 0350 hours, City of Montgomery Police Officer J.C. Welch #361, while working as a Third Shift Patrol Officer, was injured in the course of his duties as a Patrol Officer.

**INITIAL INVESTIGATON:**

On 9/30/03 this writer was informed by Sergeant Barnett that POF J.C. Welch #361 received injuries when he when he attempted to take black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive, into custody. SGT Barnett further advised that the defendant had been taken into custody by patrol and K-9 officers.

The defendant was transported to the City of Montgomery Police Department by patrol units. This writer met them on the second floor of the Police Department in an interior hallway. The defendant had blood on his head and also on his right arm. K-9 Unit 145, Corporal E.L. Johnson #367 had taken the defendant into custody with his K-9 partner and the defendant had received bog bites to his head and to his right arm. This writer took photographs of the defendant's injuries which will be added to the case file. The defendant was transported to the emergency room to receive treatment for his injuries.

POF Welch responded to the Detective Division and was escorted to my office located within the Detective Division. At approximately 0451 hours, I took a detailed audio taped statement from POF Welch. He had a bandage on his right hand and was unable to provide a written statement.

POF Welch explained that he and his partner, Police Officer M.C. Deramus #1222, were on routine patrol with POF Deramus driving and POF Welch in the passenger's seat. As they drove through the parking lot of the Kwik Shop, located at 565 North Eastern Boulevard, they observed through the front glass of the business that the clerk was speaking to someone on the telephone and was waving at them and pointing to a vehicle in the parking lot that was occupied by one black male subject. POF Deramus drove the patrol vehicle parallel to the vehicle, which was a 1989 red Jeep Cherokee, and POF Welch exited the vehicle. POF Welch approached the vehicle noticed that the steering column on the vehicle was busted and the subject inside, black male Robert Wermuth, was attempting to start the vehicle with a pair of needle nose pliers. POF Welch then attempted to remove Wermuth from the vehicle but was unable to and Wermuth then started the vehicle with POF Welch holding on to him and the vehicle. Wermuth drove the vehicle across the parking lot of the Kwik Shop with POF Welch trying to run along side still holding on to Wermuth and the vehicle. When Wermuth accelerated the vehicle, POF welch released his hold on Wermuth and the vehicle and fell to the ground causing injuries to his right hand and arm. Wermuth was taken into custody a short time later. It was later determined that Wermuth had stolen two, eighteen packs of Budweiser Beer from the Kwik Shop. Both packs of beer were located in the vehicle with Wermuth when he was taken into custody.

The taped statement ended at approximately 0502 hours and will be transcribed and added to the case file.

After the statement was completed, POF Welch was taken to the emergency room to receive treatment for his injuries.

POF Deramus will provide a statement that will be added to the case file. CPL Johnson will also provide a statement detailing Wermuth being taken into custody be his K-9 partner and himself.

Due to Wermuth attempting to drag POF Welch with his vehicle, which could have resulted in serious physical injuries, a warrant was secured against him for Attempted Assault 1st Degree with a $20,000.00 bond.


After receiving treatment for his injuries, Wermuth was escorted to the Detective Division and to my office by a patrol unit. At approximately 0627 hours, I read Wermuth his Miranda Rights and he stated that he did not wish to give a statement with out a lawyer. Wermuth was then escorted to the Montgomery City Jail and placed there on a Theft of Property 3rd Degree warrant, which was secured against him by the clerk from the Kwik Shop, black female Varaba Lewis, with a hold placed on him for the Montgomery County Detention Facility.

Show this case continuing.

| Unfounded | Exc. Cleared | Investigator |
|-----------|--------------|--------------|
| Cleared By Arrest | Inactivated | Cpl M.D. Hall #413 |

MONTGOMERY POLICE DEPARTMENT
SUPPLEMENTARY OFFENSE REPORT

03-025505

| Victim Name as on Original Report:<br>(Last, First, Middle) | | Date,<br>Time of Offense: | Date,<br>Time of Supplement: |
|---|---|---|---|
| POF Welch, J.C. #361 | | 9/30/03 0350 | 11/17/03 2024 |

| Has arrest been made:<br>Yes / No | Date of Arrest: | Offense as Reported: |
|---|---|---|
| Yes | 9/30/03 | Attempted Assault 1st |

| Has warrant/petition<br>been signed: Yes / No | Date Warrant/Petition | Offense after investigation: |
|---|---|---|
| Yes | 9/30/03 | Attempted Assault 1st |

**DISPOSITION:**

Show this case cleared by the arrest of black male Robert Wermuth,
DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in
the Montgomery County Detention Facility on a $20,000.00 bond.

| Unfounded | Exc. Cleared | Investigator |
|---|---|---|
| Cleared By Arrest ✓ | Inactivated | Cpl M.D. Hall #413 |

# CITY OF MONTGOMERY, ALABAMA
## DEPARTMENT OF POLICE

B/M Robert Wermuth  9/13/70
Name (R/S, DOB: mm/dd/yyyy).

10th grade
Education Level.

MPD/PAB 320 North Ripley Street
Place.

9/30/03 0627
Date/Time.

Attempted Assault 1st Degree
Charge/Investigation.

Before asking you any questions, I must explain to you that you can remain silent, that anything you say can be used against you, that you can talk to a lawyer first and that you have the right to the advice and presence of a lawyer even though you cannot afford to hire one. If you cannot afford to hire a lawyer and want to have one present during interrogation, the Court will appoint one before we question you. If you want to answer questions now, you can do so, but you can stop at any time.

_Cpl M.D. Hall #413_
Officer

I fully understand the foregoing statement and I do willing agree to answer questions. I understand and known what I am doing. No promise or threats have been made to me by anyone and no pressure of any kind has been made against me by anyone.

WINTESSES:

_Refused_

MONTGOMERY POLICE DEPARTMENT
DETECTIVE DIVISION

## WITNESS LOCATOR

WITNESS
NAME:  Robert Wermuth

RESIDENCE
PHONE:  262-4025

OTHER NBR(S)    *PAGER* _____    *CELLULAR* _____

RACE: B ____ SEX: M ___ WT 6'03 ___ HT 170 ___ DOB: 9/13/70 ___ AGE: 33 ___ SSN: 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

RESIDENCE
ADDRESS:     948 Garladn Drive                                    Montgomery
                     (STREET)                                          (CITY)
                     Montgomery                                       AL
                     (COUNTY)                                         (STATE)

EMPLOYER: _____          TELEPHONE: _____

EMPLOYER
ADDRESS: _____                              Montgomery
                     (STREET)                                          (CITY)
                     Montgomery                                       AL
                     (COUNTY)                                         (STATE)

POSITION HELD AND IMMEDIATE SUPERVISOR: _____

ALTERNATE CONTACT:

NAME:  Marth Humphrey                          TELEPHONE:   SAA

ADDRESS:   SAA

RELATIONSHIP TO WITNESS:   Friend

## I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

AGENCY:   MONTGOMERY POLICE DEPT.
                                                            ( WITNESS )

DIVISION:   DETECTIVE

OFFICER:   Cpl M.D. Hall #413
                                                            9/30/03
                                                            (DATE)

**MONTGOMERY POLICE DEPARTMENT**
**DETECTIVE DIVISION**

## WITNESS LOCATOR

WITNESS
NAME: POF J.C. Welch # 361

RESIDENCE
PHONE: ▮▮▮▮▮

OTHER NBR(S)   *PAGER*   *CELLULAR*

RACE: W   SEX: M   WT 210   HT 6'05   DOB: ▮▮▮▮   AGE: ▮▮   SSN:

RESIDENCE
ADDRESS: ▮▮▮▮▮   ▮▮▮▮▮
(STREET)   (CITY)

▮▮▮▮▮   ▮▮▮▮▮
(COUNTY)   (STATE)

EMPLOYER: City of Montgomery   TELEPHONE: 334-241-2932

EMPLOYER
ADDRESS: 320 North Ripley Street   Montgomery
(STREET)   (CITY)

Montgomery   AL
(COUNTY)   (STATE)

POSITION HELD AND IMMEDIATE SUPERVISOR:   Police Officer

ALTERNATE CONTACT:

NAME: ▮▮▮▮▮   TELEPHONE: SAA

ADDRESS: SAA

RELATIONSHIP TO WITNESS: ▮▮▮▮▮

## I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

AGENCY: MONTGOMERY POLICE DEPT.

_____
( WITNESS )

DIVISION: DETECTIVE

OFFICER: Cpl M.D. Hall #413

9/30/03
(DATE)

VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective        BUREAU: Robbery/Homicide        DATE: 9/30/03

NAME: Officer J. C. Welch, #361                AGE: ███  SEX/RACE: M/W
ADDRESS: ████████████                          PHONE: ████

CONCERNING: Attempted Assault 1st Degree of a Police Officer

LOCATION OF INTERVIEW  PAB: YES NO (SPECIFY): Room 212

STATEMENT TAKEN BY: Corporal M. D. Hall, #413

Beginning time 0451 Hours.

Q:   State your name for me please?
A:   Officer J. C. Welch.

Q:   Mr. Welch, are you employed by the City of Montgomery?
A:   Yes, I am.

Q:   How are you employed by the City of Montgomery?
A:   Third Shift Patrol, Police Officer.

Q:   Okay, and earlier tonight at approximately 0350 in the morning, were you
     employed as a Police Officer?
A:   Yes.

Q:   Were you working as a Police Officer on Third Shift?
A:   Yes.

Q:   Okay, and were you at the Kwik Shop located at 565 North Eastern
     Boulevard?
A:   Yes, on routine patrol.

Rm/E7280

_____
*M. D. Hall #413*
Detective Signature                              Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts,
values and/or descriptions given by me in this statement are the whole
truth to the best of my knowledge and belief.

                                    Page 1 of 6    Time:

Q:     Okay, were you riding with a partner?
A:     Yes.

Q:     And what's your partner's name?
A:     Officer Melva Deramus.

Q:     Okay, what'd I'd like for you to do for me is explain to me exactly what happened when you arrived at the Kwik Shop?
A:     Well that night or approximately 350 Hours, we were riding in just routine patrol. Did a, we were riding through the convenience store just to do a routine check to make sure everything was alright. At which time we saw the store clerk on the, on the phone and waving us down. She started pointing at a vehicle that was located in the parking lot of the Kwik Shop and the vehicle was a red Jeep Cherokee, occupied by a Hispanic looking male. At which time I approached the vehicle, the door was still open to the vehicle and as I approached the vehicle I saw the steering column was, you know was popped to the vehicle and...

Q:     Okay, let me stop you just a minute. When you say the vehicle, describe the vehicle to me?
A:     The vehicle is an older style Jeep Cherokee red in color. Possibly earl, late 80's, early 90's model, box style. Its not a newer type model.

Q:     Okay, now go ahead and ___(Inaudible)_____
A:     I approached the vehicle, saw the steering column was popped, I reached inside the vehicle to, to take custody of the subject and asked him to step out of the vehicle. At which time the subject never, you know, made eye contact with me, never spoke to me. He just continued to, to jimmy with the pliers that were located on the steering column, trying to crank the vehicle. As he continued to crank the vehicle I steadily was trying to pull him out of the vehicle. At which time with, without any success he, he was able to crank the vehicle and once he got the vehicle cranked he pushed out, pushed off on me and I had to release, I had to release one hand from his arm. I had my left hand on his arm. I had to release that hand and I still had contact with shoulder and neck area trying to pull him out. He took of, he, he started the vehicle, put it in drive and took off. At which time he hit our vehicle, our patrol car and that would be the passenger side front quarter panel with

Rm/E7280

_____M.D. Hall #413_____                    _____
Detective Signature                           Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____          Page 2 of 6     Time:

his left side, driver side quarter panel and with me still halfway in the vehicle, now running along side of the vehicle. I continued to run along side the vehicle, halfway in until I was thrown from the vehicle and at which time I got on the radio and, and advised of what had happened.

Q:  Okay, did, you said you were still halfway in the vehicle and you were, and he was driving across the parking lot, right. Was he dragging you on the ground?

A:  He was not dragging me on the ground. He was, I was steadily running along side of the vehicle trying to prevent me from being drug on the ground. I had one hand, now on the door of the vehicle. It was still open and the other one was located on, still on his shoulder at, or you know halfway inside the vehicle.

Q:  Do you re, did you receive any kind of injury?

A:  I received several lacerations or scrapes to the palm of my left, right hand and a pretty good scrape to the el, to the right elbow and...

Q:  Is that from making contact with the ground?

A:  Yes.

Q:  Okay, and this was after you let go of the vehicle...

A:  Yes.

Q:  ...and he, and he kept traveling out of the parking lot, correct?

A:  He, and he headed south on, on North East Boulevard.

Q:  Okay, you said that the clerk waved ya'll down. Did the clerk advise you of what this subject had done?

A:  Once we, once we pulled off my partner went inside the store to find out what had, you know transpired before we got there. The clerk advised the subject had taken two half cases of beer which were, which when I did approach the vehicle I did see the beer inside his vehicle.

Q:  Okay, you said earlier that he never made eye contact with you. Did you ever identify yourself to him as a Police Officer?

A:  Yes.

Rm/E7280

_____

_M.D. Hall # 413_
Detective Signature                           Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____

Q:  Okay.
A:  And my vehicle was pulled right next to his vehicle.

Q:  Were your me, were your emergency lights activated or any time did the lights on the vehicle were activated?

A:  No.

Q:  Okay, when ya'll first pulled up in the parking lot and the clerk waved ya'll down, was he already inside that vehicle...

A:  He was...

Q:  ...or was he standing outside of it?
A:  ...he was already inside the vehicle attempting to crank the vehicle with the ___(Inaudible)

Q:  Okay, and then when you approached the vehicle and you noticed that the steering column was popped what did that lead you to believe?

A:  It led me to believe that the vehicle was possibly stolen and at which time I was trying to get the, the subject out of the vehicle to do a field interview.

Q:  Did he ever at any time say anything to you?
A:  No, he did not.

Q:  He never spoke to you at any time?
A:  No, he never spoke to me at any time.  He just continued to try and crank the vehicle.

Q:  Okay, and then once he was able to you were holding on to, once he was able to start the vehicle, when he started driving away he, you said he initially he, he backed into your vehicle?

A:  No, he, he just pulled forward, turned sharply to the left, striking our vehicle.

Q:  Okay, so were you parked behind him or were you parked...

*BRIEF PAGING INTERRUPTION*

Rm/E7280

_____M. D. Hall # 413_____          _____
Detective Signature                 Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____
                                    Page 4 of 6    Time:

Q: Where were you parked in relation to his vehicle in the parking lot?
A: We were parked side by side. We, you know I was parked, my, the passenger side of my vehicle was parked right next to his driver side door.

Q: Okay, so, so, okay.
A: It would be like...

Q: Side by side...
A: Side by side.

Q: ...in the parking lot. Okay, and the reason its parked that way is because you weren't going in, your initial intention of going through the parking lot was just to check on the clerk in the store, correct?
A: Just to check on the clerk on the, in the store and we were just doing a courtesy drive, drive through.

Q: And then when she, once she flagged ya'll down ya'll just stopped where you were to see what was going on, correct?
A: Exactly.

Q: Alright, did your partner receive any kind of injuries?
A: No, she never received any injuries. She was on the driver's side of the vehicle and once she saw the vehicle either, you know she thought the dr, vehicle was dragging me. Once she saw the, you know, me running along side the vehicle she tried to run behind me and then got on the radio.

Q: Okay, you said he struck the patrol vehicle, did he strike anything else in the parking lot that you saw, any other objects or anything?
A: Not to my knowledge.

Q: Was he the only subject inside the vehicle?
A: Yes, he was.

Q: And you advised earlier that you did see two 12 packs of...
A: Budweiser.


Rm/E7280

_____

_M. D. Hall # 413_                              _____
Detective Signature                            Witness Signature

Signature of Person Giving Statement: I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____        Page 5 of 6    Time:

Q:   ...inside the vehicle that he had taken from the store without paying for it...?

A:   Yes.

Q:   ...correct?  And that's what you found out later from the clerk?

A:   Later found out that the, the beer was unpaid for.

Q:   Okay, so basically he stole the beer from them?

A:   Yes.

Q:   And that...

A:   That's why the clerk had the phone to her ear when we pulled up.

Q:   And that's why she was, and waving ya'll down?

A:   Yes, because she was on the phone with the Police Department trying to call in a beer run or a 34 to the business.

Q:   Okay, and a theft to the business, okay.

A:   Uh-huh.

Q:   And then once, after you were able to get yourself back together you were able to get onto the radio and give a description of the vehicle, correct?

A:   I...

Q:   And his direction of travel?

A:   Yes, I was able to give a, you know, somewhat of a detailed description of a box style Jeep Cherokee with a possible Hispanic male, wearing glasses and a red shirt.

Q:   Okay, and the, what color was the Jeep?

A:   The Jeep was also red.

Q:   Red, okay.  Okay.

Ending time 0502 Hours.


Rm/E7280

_____          _____
M.D. Hall #413                            Witness Signature
Detective Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____

                                  Page 6 of 6    Time:

Memorandum


To       :  Sergeant R. Lewis #326

From    :  Officer M. C. Deramus #1222

Subject :  Attempting to apprehend B/M Suspect

Date    :  September 30, 2003


On September 30, 2003 at approximately 0350 hrs, Unit 322, Welch and Deramus were doing our routine patrol of the district. We pulled up in the Quick Shop at Plantation and Northeast Blvd, we witnessed the cashier, Vabara Lewis waving and motioning us to stop the vehicle that was parked in front of the store which was an older model red Jeep Cherokee with a black male in the drivers seat. I then drove up next to the vehicle, me and my partner got out and my partner went up to the defendant's vehicle. At which time my partner asked the defendant to exit his vehicle and he would not. The defendant persisted on trying to crank up the vehicle. At which time I noticed he wasn't using a key but some needle nose pliers to crank up the vehicle. I then with my partner tried to get the defendant to exit the vehicle. At that time my partner held on to the defendant's shoulder to assist the driver out of the vehicle and I was pulling on his arm. At that time the defendant cranked up the vehicle and persisted to drive off and in the process collided into our patrol vehicle causing damage to the right side quarter panel. At that time my partner was still holding on to the defendant's vehicle. The defendant continued to drive while my partner was holding on the door. I was running on the other side motioning and yelling for the defendant to stop but he would not. Then shortly after my partner fell onto the ground as the defendant picked up speed turning on the Northeast Blvd going toward the interstate. My partner received injuries to the right side of his arm due to his falling.


_Mba La Lamus #1222_
Officer M. C. Deramus #1222

To: Lt. W.W. Caulfield

From: Cpl. E.L. Johnson #367

Date: 09-30-03

Subject: Apprehension of Robert Andrew Wermuth

Sir, on 09-30-03 at approximately 0345 hours Unit# 322 (Welch/Deramus) put a look out on the radio of a red Jeep Cherokee wanted in reference to Assault of a Police Officer and Theft of Property 3rd from the Qwik Serve at 565 North East Blvd. The subject was a light skin black male with a red shirt. The vehicle was last seen going west on the Boulevard.

A short time later Unit #331 observed a Cherokee matching the description on Mt. Meigs at California. He followed the vehicle to Day St. were he attempted to stop it. After a lengthy pursuit, I fell in as an assisting unit at Mill St. and Hill St. We followed the pursuit at a safe distance to Day St. and Hill St. were the subject wrecked into Unit #331's vehicle. I then followed the vehicle to 948 Garland St. were the subject bailed from the vehicle. He matched the description of the look out put out by Unit #322. The subject was given a warning to stand still which he did not heed to. I then released my K-9 Partner Jethro. He then engaged the suspect and took him into custody.

The suspect was B/M Robert Andrew Wermuth (09-13-70) of 948 Garland. He was charged with Assault 1st at the time of this writing. He had a two-inch laceration on the right side of his head and several scratches on his right bicep. He was transported Baptist South by Patrol for treatment of dog bites.

_____
Cpl. E.L. Johnson #367

## ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

R84 Completed  ☐ Yes  ☐ No

| 3 CASE # |
|---|
| 0 3 - 0 2 5 5 0 5 |

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 4 ALIAS AKA |
|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | |

5 LAST, FIRST, MIDDLE NAME: Wermuth, Robert

☐ SCARS  ☐ MARKS  ☐ TATTOOS  ☐ AMPUTATIONS

| 7 SEX ☒ M | 8 RACE ☒ W | 9 HGT. 6'03 | 10 WGT. 170 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN Light | 14 | 17 DATE OF BIRTH 0 9 1 3 7 0 | 18 AGE 33 | 19 MISCELLANEOUS ID # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|---|---|

16 SSN: 4 2 4 - 9 8 - 0 0 8 5   22 DL #

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Montgomery, AL

24 IDENTIFICATION COMMENTS

| 20 SID # | 21 FINGERPRINT CLASS KEY | | | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS / NCIC CLASS | | | | |

26 ☒ RESIDENT  ☐ NON-RESIDENT

28 RESIDENCE PHONE (334) 262-4025   29 OCCUPATION (BE SPECIFIC) none

27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 948 Garland Drive Montgomery, AL 36108

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): 948 Garland Drive Montgomery, AL 36108

34 SECTOR # 1 1 3

35 ARRESTED FOR YOUR JURISDICTION? ☒ YES  ☐ NO
☐ IN STATE  ☐ OUT STATE

| 38 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN | ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|

37 RESIST ARREST? ☐ YES ☒ NO

38 INJURIES? ☐ NONE

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ DRINKING | ☐ SOBER ☐ DRUGS | 37 RESIST ARREST ☐ OFFICER ☒ ARRESTEE | 44 TYPE ARREST ☐ ON VIEW ☐ CALL ☒ WARRANT | 45 ARRESTED BEFORE? ☐ UNKNOWN |
|---|---|---|---|---|---|

41 DATE OF ARREST: 0 9 3 0 0 3   42 TIME OF ARREST 04 09 ☐ AM ☒ MIL   43 DAY OF ARREST S M ☒T W TH F S

46 CHARGE-1 ☒ FEL ☐ MISD: Attempted Assault 1st

50 STATE CODE/LOCAL ORDINANCE   51 WARRANT # 2003F-1647

52 DATE ISSUED 0 9 3 0 0 3

| 56 CHARGE-3 ☐ FEL ☐ MISD | 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED |
|---|---|---|---|

58 CHARGE-4 ☐ FEL ☐ MISD   63 STATE CODE/LOCAL ORDINANCE   64 WARRANT #   65 DATE ISSUED

68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

| 66 ARREST DISPOSITION | ☐ HELD ☐ BAIL ☐ RELEASED | ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE ? |
|---|---|---|---|

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMD | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

78 VIN

79 IMPOUNDED? ☐ YES ☐ NO   80 STORAGE LOCATION / IMPOUND #

☐ CONTINUED IN NARRATIVE

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED   83 RELEASED TO

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|---|---|---|

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)   89 ADDRESS (STREET, CITY, STATE, ZIP)   90 PHONE ( )

| 87 PARENTS EMPLOYER | 88 OCCUPATION | | 94 ID # |
|---|---|---|---|

**RELEASE**

92 RELEASING OFFICER NAME: CPL M.D. Hall   93 AGENCY/DIVISION MPD/Detective   94 ID # 413

91 DATE AND TIME OF RELEASE: 0 9 3 0 0 3   ☐ AM ☒ MIL   96 AGENCY/DIVISION M.C.D.F.   97 AGENCY ADDRESS 250 S.McDonough Street

95 RELEASED TO:   99 PROPERTY NOT RELEASED/HELD AT   100 PROPERTY #

98 PERSONAL PROPERTY RELEASED TO ARRESTEE  ☐ YES  ☐ NO  ☐ PARTIAL

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): Dog bites to head and right arm received during the apprehension of the defendant.

103 SIGNATURE OF RELEASING OFFICER: Cpl M. D. Hall # 413

102 SIGNATURE OF RECEIVING OFFICER

| 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|

MULTIPLE CASES CLOSED

| 111 ARRESTING OFFICER (LAST, FIRST, M.) CPL M.D. Hall | 112 ID # 413 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|---|

ACJIC-34 REV. 10—

**TYPE OR PRINT IN BLACK INK ONLY**

DISTRICT COURT OF MONTGOMERY, ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Defendant's Name: B/M Robert Wermuth                    D.O.B. 9/13/70

Defendant's SSN: 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        Height: 6'03        Weight: 170

Defendant's Address: 948 Garland Drive Montgomery, AL 36108

Date & Time of Offense: 9/30/03  0350 hours

Place of Occurrence: 565 North Eastern Boulevard Montgomery, AL    (Kwik Shop)

Person or Property Attacked:    POF J.C. Welch #361

How Attacked:    1989 Jeep Cherokee

Damage Done or Property Attacked:  Lacerations to right hand and arm

Value of Property:

Details of Offense:
On the date and time listed, the defendant did attempt to cause serious physical injury to the victim. The defendant was taken into custody in the vehicle a short time after the offense.

THIS IS IN VIOLATION OF CRIMINAL CODE 13A-6-20.

This offense did occur in Montgomery County, Montgomery, Alabama.

I make this affidavit for the purpose of securing a warrant against the said
B/M Robert Wermuth                        . I understand that I am instituting a criminal
proceeding and cannot drop this case. I further understand that if any of the forgoing facts
are untrue, I many, in addition to any other punishment provided by law, be taxed with
court costs in this proceeding.
Sworn to and subscribed before me
this  30th    day of September  20  03          Cpl M.D. Hall #413
                                                        Complainant

VCBeeman
        Judge - Clerk - Magistrate
WITNESSES: (Name, Address, Telephone Number)

1)  POF J.C. Welch #361        MPD        334-241-2932
2)  POF M.C. Deramus #1222    MPD        334-241-2932
3)  CPL M.D. Hall #413          MPD        334-241-2831
4)

| STATE OF ALABAMA | AFFIDAVIT | CASE NO. |
| MONTGOMERY COUNTY | | |

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Montgomery County, Alabama, personally appeared

CPL. M. D. HALL

who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months within said County on or about (date) SEPTEMBER 30, 2003 one ROBERT WERMUTH , did ( 13A-6-20 ) with the intent to commit the crime of ASSAULT 1ST attempt to commit said offense by ATTEMPTING TO DRAG VICTIM WITH THE VEHICLE

in violation of 13A-4-2 of the Code of Alabama, against the peace and dignity of the State of Alabama,

Sworn to and Subscribed before me this the 30TH

day of _____ SEPTEMBER _____, 2003 ____

_VCBleman_
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

_Cpl M.D. Hall #413_
Complainant's Signature

| STATE OF ALABAMA | WARRANT OF ARREST | THE DISTRICT COURT |
| MONTGOMERY COUNTY | | |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are thereof commanded to arrest ROBERT WERMUTH and bring him/her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of

ATTEMPTED (ASSAULT 1ST)

and have you then and there this writ with your return thereon

Dated this 30TH day of SEPTEMBER 2003 _VCBleman_
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

The Sheriff will take bond in the sum of $ 20,000.00

| WARRANT NO. 2003F-1640 | STATE WITNESSES | Defendant's Address: 948 GARLAND DR. MONTGOMERY, AL |
| WARRANT OF ARREST THE DISTRICT COURT OF MONTGOMERY COUNTY, ALABAMA | POF. J. C. WELCH #361 320 N. RIPLEY ST. MONTGOMERY, AL 36104 | Race: BLACK    Sex: MALE DOB: 9-13-70 |
| THE STATE OF ALABAMA v. | POF. M. C. DERAMUS #1222 320 N. RIPLEY ST. MONTGOMERY, AL 36104 | DL No.: S.S. Number: 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 |
| | CPL. M. D. HALL #413 320 N. RIPLEY ST. MONTGOMERY, AL 36104 | Employment: Received the within Warrant by Arresting the within named Defendant and Taking Appearance Bond |



**Baptist Health**
**Emergency Room**
**Discharge Instructions**

B0327300016  WERMUTH, ROBERT A
DOB: 09/13/70   Age: 33Y   MR #:544158
Admit Date/Time:   09/30/03    0502A
916 SHAW, RONALD A

## DISCHARGE INSTRUCTIONS – MEDICAL CHART

Location
South

| Weight | Phone | Allergies |
|--------|-------|-----------|

**VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND**

**MEDICINES PRESCRIBED**    If non, check this box: ☐

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---------------|--------|---------------------|-----------|---------|
| 1. Keflex 500 mg Tab. i po QID x 10 days | | | ☑ | |
| 2. Lorcet F *10 Tab q4-6 for pain | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | | |
| 5. | | | | |

**INSTRUCTION SHEET(S) GIVEN**

☐ Asthma          ☐ Crutches        ☐ Head Injury      ☐ Threatened Ab
☐ Back Pain       ☐ Fever           ☐ Otitis Media     ☐ Vomiting / Diarrhea
☐ Cast / Splint Care   ☐ Fracture    ☐ Sprains / Bruises    ☐ Wound Care
                                     ☐ STD              ☐ Other(s)

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:
(1) follow wound care instructions
(2) wound recheck in 3 days
(3) take medicine as directed
(4) suture removal in 7 days

Referred to: own doctor or ER
☑ Dr. _____
Phone: _____
☑ Call on next business day for follow-up appointment   ☐ next available
in ___3___ (days)/weeks

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified: _____

☑ Education provided on new medication  keflex, lorcet

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☐ Patient
☐ Relative
☐ Other

Time Released  >  0 5 5 5  Hrs.

X __ S. W. Horn __
pt unable to sign verbalized understanding

Physician: _____

Instructed By: _____

## WORK/ SCHOOL STATEMENT from the Emergency Department

Patient Name _____    Date _____

☐ Patient was seen by Dr. _____
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days
Restrictions: _____
☐ -------------------------- was here with relative/ child.
☐ Other: _____

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician, unless otherwise stated.

BSB-0082 (06/02)













# MONTGOMERY POLICE DEPARTMENT

## VEHICLE IMPOUND REPORT

DATE 9-30-03   TIME 0500   IMPOUND RPT# 3356

SAFE STREETS IMPOUND: YES/NO   I/O#_____

VEH MAKE Amer.   VEH MODEL Cherokee   VEH YEAR 1989

VEH BODY SU   VEH COLOR(S) Red

VIN# 1J4FTS8L1KL454041   TAG# 3AY297C   ST AL   YEAR___

WHERE FOUND 948 Garland Dr Montg. AL.

REASON IMPOUNDED Subject In Custody

OWNERS NAME Martha Humphrey   DRIVER'S NAME Robert Wermuth

ADDRESS 948 Garland Dr   ADDRESS 948 Garland

CITY/ST Montg AL.   CITY/ST Monts AL

PHONE (334) - 262-4025   PHONE ___ - ___

NCIC CHECKED Yes   NCIC RESULTS Neg

IF STOLEN, OWNER NOTIFIED_____   DATE/TIME NOTIFIED_____

NOTIFIED BY_____   ID#____ KEYS W/VEHICLE NO

CAN VEHICLE BE RELEASED? Yes   IF NO, WHY?_____

IMPOUNDING OFFICER N.B. Fitzpatrick   ID# 902

TOWING FIRM WhiDrip   TIME RELEASED TO WRECKER 0515 HRS

WRECKER DRIVER'S SIGNATURE _____

*******************************************************

VEHICLE RELEASED TO: NAME_____

ADDRESS_____   CITY_____   ST___ ZIP_____

SIGNATURE_____   D/L#_____   ST_____

SAFE STREETS AUTHORIZED DRIVER (IF NOT OWNER) D/L#:_____

NAME:_____   SIGNATURE:_____

DATE/TIME RELEASED_____

OFFICER ISSUING RELEASE_____   ID#_____

Case 2:06-cv-00518-WKW Document 31-2 Filed 11/16/2006 Page 1 of 65

# MONTGOMERY POLICE DEPARTMENT
# PROPERTY INVENTORY

OFFICE USE ONLY

| | |
|---|---|
| Date  9-30-03 | Time  0524  ☒ A.M. / P.M. |

**Property No.**  238525

**Area/Bin No.**

**Type Property:** Evidence ☒  Personal  Found

## WEAPONS ONLY

| | | | | | | |
|---|---|---|---|---|---|---|
| Ex-Felon Check | YES | NO | NCIC CHECK | YES | NO | |
| Ex-Felon | YES | NO | If Stolen attach Print Out | | | |
| DOB | / / | | Stolen | YES | NO | |
| | | | Removed from NCIC | YES | NO | |

**Officers Name**  M.D. Hall  **Name**   **ID** 413  **Division** Detective   241-2849  **PX**

**Where Found**

**Property Owner**  **Name**   **Address**   **Zip Code**   **Telephone**

**Offense**  Attempted Assault 1st Degree   **Report No.** 03-025505

**Defendant's Name**  Robert Wermuth

**Description of Property:**

1- Video tape from Kwik Shop - 565 N.E. Blvd.

**Release Authorization: Release to** Any Persons Detective  **BY** Cpl M.D. Hall #413

**DATE** 9-30-03   **TIME** 0524

PERSONAL OR FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF (334) 241-2523

**Property Received By** Cadet W.G. Darby #717

WHITE COPY-SUPPLY/GREEN COPY-OWNER/BLUE COPY-OFFICER

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

19-0773

☐ INCIDENT ☒ OFFENSE
☐ SUPPLEMENT

2 CASE # 025505

| 4 ORI # | | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|
| 0 0 3 0 1 0 1 0 0 | | 0 9 3 0 0 7 3  0505 ☐ AM ☒ PM MIL | Montgomery Police Department | |

8 REPORTED BY ☒ VICTIM OR
9 ADDRESS (STREET, CITY, STATE, ZIP)
10 PHONE ( )

**VICTIMS/MULTI LE OFFICERS / EVENT**

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|
| POF J.C. Welch #361 | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 15 EMPLOYER/SCHOOL | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|
| City of Montgomery | 16 OCCUPATION Police Officer | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 19 ☒ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE ☒ W ☐ A ☐ B ☐ I | 22 SEX ☒ MALE ☐ FEMALE | 23 HGT 6'0.5" | 24 WGT 210 | 25 DOB 1 0 2 6 7 1 | 26 AGE 31 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☒ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | CODE |

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL. ☐ MISD. Attempted Assault | 31 DEGREE (CIRCLE) ① 2  3 | 33 STATE CODE/LOCAL ORDINANCE DCI (13) |
|---|---|---|
| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1  2  3 | 37 STATE CODE/LOCAL ORDINANCE 3-2 |

| 38 PLACE OF OCCURRENCE | | 39 SECTOR |
|---|---|---|
| 565 North Eastern Boulevard Montgomery, AL    (Kwik Shop) | | 2 2 |

| 40 POINT OF ENTRY ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ☐ Y ASSAULT INJURY ☐ N |
|---|---|---|---|

| OCCURRED ON OR BETWEEN | 45 TIME 0350 ☐ AM ☒ PM ☐ MIL | 46 S M T W T F S  5 2 | 47 LIGHTING ☒ NATURAL ☐ MOON ☐ ART. EXT ☐ ART. INT ☐ UNK. | 48 WEATHER ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | 49 PREMISE ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☒ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER |
|---|---|---|---|---|---|---|
| 0 9 3 0 0 7 3  M M D D Y Y | 52 TIME ☐ AM ☐ PM ☐ MIL | 53 S M T W T F S  1 2 | | | | |

| 54 VERIFY FOR ☒ Y | 55 TREAT. FOR ☐ Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | CODE |
|---|---|---|---|
| RAPE EXAM ☐ N | RAPE EXAM ☐ N | LOCATION: RAPE | |

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☒ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN   1989 Jeep Cherokee |
|---|---|

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |

Initial Unit 446/Hall

CERTIFIED COPY

☐ CONTINUED IN NARRATIVE

**DOLLAR VALUE**

| 64 MOTOR VEHICLE | | 65 CURRENCY, NOTES | | 66 JEWELRY | | 67 CLOTHING/FURS | | 68 FIREARMS | | 69 OFFICE EQUIPMENT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S R D C | | S R D C | | S R D C | | S R D C | | S R D C | | S R D C |

| 70 ELECTRONICS | | 71 HOUSEHOLD | | 72 CONSUMABLE GOODS | | 73 LIVESTOCK | | 74 MISCELLANEOUS | |
|---|---|---|---|---|---|---|---|---|---|
| | S R D C | | S R D C | | S R D C | | S R D C | | S R D C |

**VEHICLES**

75 CHECK CATEGORIES: ☐ STOLEN ☐ RECOVERED ☒ SUSPECTS VEH. ☐ VICTIM'S VEH. ☐ UNAUTH. USE ☐ ABANDONED

| 76 # STOLEN | 77 LIC. 3A8297C | 78 LIS. AL | 79 LYR. 2003 | 80 TAG COLOR Red/White | 81 VIN  1 J 4 F T 5 8 L 1 K L 4 5 4 0 4 1 |
|---|---|---|---|---|---|

| 82 VYR 1989 | 83 VMA Amer | 84 VMO Che | 85 VST SU | 86 VCO: TOP: Red   BOTTOM: Red | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ YES ☐ NO  # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 2441 UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO  WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO  WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC-32 REV 6-02

INCHES | 1 | 2 | 3 | 4 | 5 | 7/7 | 6

USE ON MUG INFORMATION ONLY

DATA PROCESSED

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI# | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | | 4 CASE # | 5 SFX |
|---|---|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 1 1 1 7 0 3   20 30 ☐AM ☒PM ☐MIL | | 0 3 - 0 2 5 5 0 5 | |

**EVENT**

| 6 VICTIMS NAME (ORIGINAL REPORT) | | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|---|
| POF J.C. Welch #361 | | 0 9 3 0 0 3 | ☐CONTINUATION ☒FOLLOW-UP |

| 9 ORIGINAL INCIDENT / OFFENSE | | 10 UCR CODE | 11 STATE CODE / LOCAL ORDINANCE |
|---|---|---|---|
| Attempted Assault 1st | | | |

| 12 NEW INCIDENT / OFFENSE | | 13 UCR CODE | 14 STATE CODE / LOCAL ORDINANCE |
|---|---|---|---|

| 15 HAS AN ARREST BEEN HAVE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR PREMISE |
|---|---|---|---|---|
| ☒YES ☐NO | 0 9 3 0 0 3 | ☒YES ☐NO  WARRANT # 2003F-1640 | 0 9 3 0 0 3 | YEAR WEAPON |

| 20 ☒DEFENDANT ☐SUSPECT | | 21 ☐DEFENDANT ☐SUSPECT | |
|---|---|---|---|
| NAME: Robert Wermuth | | NAME: | |

| RACE ☐W ☐A ☒B ☐I | SEX ☒M ☐F | DOB 0 9 1 3 7 0 | AGE 33 | RACE ☐W ☐A ☐B ☐I | SEX ☐M ☐F | DOB M D Y | AGE |
|---|---|---|---|---|---|---|---|

**NARRATIVE**

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility.

(3-2) # 200300005003

RECEIVED
NOV 2 6 2003

| | 22 LOCAL USE |
|---|---|
| | U      U K |
| | 23 STATE USE |

**DOLLAR VALUE**  S C R D

| 24 MOTOR VEHICLE | 25 CURRENCY, NOTES | 26 JEWELRY | 27 CLOTHING / FURS | 28 FIREARMS | 29 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D | S R D | S R D | S R D | S R D | S R D |

| 30 ELECTRONICS | 31 HOUSEHOLD | 32 CONSUMABLE GOODS | 33 LIVESTOCK | 34 MISCELLANEOUS |
|---|---|---|---|---|
| S R D | S R D | S R D | S R D | S R D |

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 24hr UCR CODE | 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐Yes ☐No  WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐Yes ☐No  WHERE? |
|---|---|---|

**ADMINISTRATIVE**

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | 39 CASE # | 40 SFX | 41 CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE Y N |
|---|---|---|---|---|---|---|---|

| 44 CASE STATUS ☐PENDING ☐INACTIVE ☒CLOSED ENTERED ACIC / NCIC ☐Yes DATE | 45 CASE DISPOSITION: ☐CLEARED BY ARREST (JUV) ☒CLEARED BY ARREST (ADULT) ☐UNFOUNDED ☐ADM. CLEARED | ☐EXCEPTIONAL CLEARANCE. ☐SUSPECT I OFFENDER DEAD ☐OTHER PROSECUTION ☐EXTRADITION DENIED ☐LACK OF PROSECUTION ☐JUVENILE, NO REFERRAL ☐DEATH OF VICTIM | 46 REPORTING OFFICER Cpl M.D. Hall ID # 413 |
|---|---|---|---|
| | | | 47 ASSISTING OFFICER ID # |
| | | | 48 SUPERVISOR APPROVAL ID # | 49 WATCH CMDR. ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-33 REV. 11-94

Fingerprinted ☐ No    R&I Completed ☐ No

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 3 CASE # | 4 SFX |
|---|---|
| 0 3 1 - 0 2 5 5 0 5 | 1 |

**IDENTIFICATION**

| 1 ORI# | 2 AGENCY NAME | 6 ALIAS AKA |
|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | |

5 LAST, FIRST, MIDDLE NAME: Wermuth, Robert

| 7 SEX ☒ M ☐ F | 8 RACE ☐ W ☒ B ☐ | 9 HGT 6'03 | 10 WGT 170 | 11 EYES Bro | 12 HAIR Blk | 13 SKIN Light | 14 | ☐ SCARS | ☐ MARKS | ☐ TATTOOS | ☐ AMPUTATIONS | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 22 DL # | 23 ST |
|---|---|---|---|---|---|
| Montgomery, AL | 4 2 4 - 9 8 - 0 0 8 5 | 0 9 1 3 7 0 | 33 | | |

| 20 SID # | 21 FINGERPRINT CLASS KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | |

| 24 FBI # | NCIC CLASS | 28 RESIDENCE PHONE (334) 262-4025 | 29 OCCUPATION (BE SPECIFIC) none |
|---|---|---|---|

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 948 Garland Drive Montgomery, AL 36108 |
|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 948 Garland Drive Montgomery, AL 36108 | 34 SECTOR 1 1 3 | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE ☐ AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☐ SOBER ☒ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ OFFICER ☒ ARRESTEE ☐ NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN | ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST 0 9 3 0 0 3 | 42 TIME OF ARREST 04 09 ☐ AM ☒ PM ☐ MIL | 43 DAY OF ARREST S M T W T☒ F S | 44 TYPE ARREST ☒ ON VIEW ☐ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 ☒ FEL ☐ MISD Attempted Assault 1st | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # 2003F-1647 | 52 DATE ISSUED 0 9 3 0 0 3 | 56 CHARGE-4 ☐ FEL ☐ MISD |
|---|---|---|---|

| 58 CHARGE-3 ☐ FEL ☐ MISD | 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE ? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION / IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | 82 RELEASED TO | ☐ CONTINUED IN NARRATIVE |
|---|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 86 PHONE ( ) |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 94 ID # |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE 0 9 3 0 0 3 ☐ AM ☒ PM ☐ MIL | 92 RELEASING OFFICER NAME CPL M.D. Hall | 93 AGENCY/DIVISION MPD/Detective 413 |
|---|---|---|

| 95 RELEASED TO: M.C.D.F. | 96 AGENCY/DIVISION M.C.D.F. | 97 AGENCY ADDRESS 250 S.McDonough Street | 100 PROPERTY # |
|---|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT |
|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

Dog bites to head and right arm received during the apprehension of the defendant.

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER Cpl M.D. Hall # 413 | 106 SFX | 107 SFX | 108 CASE# | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) CPL M.D. Hall | 112 ID # 413 | 113 ARRESTING OFFICER (LAST, FIRST, M.) |
|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-34 REV. 10-9

## CASE ACTION SUMMARY
### MONTGOMERY MUNICIPAL COURT

| City of Montgomery vs<br>ROBERT ANDREW WERMUTH (SSN: ) | 10/01/2003 | Docket No. |
|---|---|---|
| Street Address<br>948 GARLAND DR | Date of Birth<br>09/13/1970 | 2003CRA007029A |
| City, State, ZIP<br>MONTGOMERY | Sex | Race<br>B |

| Offense |
|---|
| 05C   THEFT OF PROPERTY 3 |

| Date of Arrest<br>09/29/2003 | Officer<br>VARBARA LEWIS |
|---|---|

| Bondsman | Bond Amount<br>0.00 |
|---|---|

| First Appearance<br>10/01/2003 | Type of Plea  N G | Findings  6 | Date of Disposition  11/18/03 |
|---|---|---|---|

UPON HEARING THE EVIDENCE IN THIS CASE, THE DEFENDANT IS AD-
JUDGED GUILTY AND IS ORDERED TO:

1. SERVE _____ DAYS IN JAIL, SUSPEND _____ DAYS
2. SERVE _____ DAYS IN JAIL, SUSPEND _____ DAYS AND PAY FINE
   OF $_____ DOLLARS, PLUS COURT COST $_____
3. PAY FINE OF $___294___ DOLLARS, PLUS COURT COST $___91___
4. OTHER _____
      X     6

SO ORDERED

_____
JUDGE, CITY OF MONTGOMERY

DEFENSE COUNSEL

McCantha

| Date | Actions, Judgements, Case notes |
|---|---|
| OCT 01 2003 | S A P   11-17-8 4P  7PM |
| | NOV 2003<br>COLLECTIONS |
| | JUN 2005<br>COMMUTE TO<br>DAYS |
| | |
| | |
| | |
| | |
| | |
| | |

STATE OF ALABAMA
COUNTY OF MONTGOMERY

## **GENERAL RELEASE**

For and in consideration of the City of Montgomery, Alabama, forebearing criminal prosecution against _____, in Case No.(s) _____, presently pending in the Municipal Court of Montgomery, Alabama, the undersigned and the undersigned's heirs, executors, or administrators, do hereby release, remise, acquit and forever discharge the City of Montgomery and all of its agents, servants, employees, officers, successors, administrators, assigns, parent companies, subsidiary companies, associated companies, insurance carriers, attorneys, and the released parties, from any and all past, present and future claims, demands, actions, causes of action, suits, damages, loss and expenses, including litigation expenses and attorneys' fees, of whatever kind or nature, and whether known or unknown, including, but not limited to, any and all actions or claims for damages to property, bodily, or personal injury, resulting from false arrest, false imprisonment, or malicious prosecution, arising under the laws or Constitution of the State of Alabama or the United States, for or on account of or resulting or to result from the incident which occurred on or about _____, the facts and circumstances giving rise to Case No.(s) _____ and/or Claim No.(s) _____, and from any other claim, of every type and nature whatsoever, that could be made against the released parties for any act occurring up to the date of the execution of this Release.

The released parties do not admit liability of any sort but to the contrary expressly deny the same, and said released parties have made no agreement or promise to do or omit to do any act or thing not herein set forth, and the undersigned further understands that this Release is being executed to terminate all controversy and/or claims for injuries or damages of whatsoever nature, known or unknown, including future developments thereof, in any way growing out of or connected with said incident.

The undersigned acknowledges and agrees that he/she has read, and/or has had read out loud to him/her the foregoing Release and fully understands its contents.

I am signing this Release freely and voluntarily and intend to be bound by it.

Executed, this the _____ day of _____, _____.

_____
(Name of the accused)

_____
(Witness)

_____
(Witness)

State of Alabama
Unified Judicial System

Form C-64(a)(front)  Rev. 11/92

**DEPOSITION**

Warrant Number

*2003m4837*

Case Number

---

IN THE **MUNICIPAL** COURT OF **MONTGOMERY,** **ALABAMA**

(Circuit, District or Municipal)  (Name of Municipality or County)

☐ STATE OF ALABAMA  ☒ MUNICIPALITY OF **MONTGOMERY**

v. _____ , Defendant

---

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

Name of Accused (or Alias)  Robert Andrew Wermuth

Telephone Number

| Social Security Number | Driver's License Number | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|
| 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 | AL - | 9-13-70 | 33 | Black | Male |

| Height | Weight | Hair | Eyes | Complexion |
|---|---|---|---|---|
| 6'3" | 190 | Black | Brown | Light mixed w/ something |

Address of Accused  948 Garland Drive   City  Montgomery   State  AL   Zip  36108

Name of Employer

Employer's Telephone Number

Address of Employer   City   State   Zip

---

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense: _____ Theft of Property 3rd

Date and Time of Offense: 3:45 A.m. - 29 Sept. 03

Place of Occurrence: Kwik Shop #120 - 565 N Easton Blvd, Mtgy, AL 36117

Person Attacked or Property Damaged: Stole 2-18pk Bud bser

How Attacked: Walked out with 2-18pk of beer

Did Accused Possess or Use a Weapon?  ☐ Yes  ☒ No   Type:

Damage Done or Injuries Received:

Value of Property: 2-18pk - $28.58

Details of Offense: - Tall- 5'10" mixed male (white, black hispanic) walked to the beer cooler asked how much was the 18 pack beer. After he was told. He brought 3-18pk to the counter for purchase. I proceed to ask him how is he going to pay for this purcha. He said cash. I asked him where was his money he said he had it. And was going to go ahead an take the 2-18pk to the car and come back. I told him no you can not you pay fur it first then you can leave with it. He then pick-up the 2-18pk and walked out the door to his vehicle I told him I will be calling the police. At the time I was calling the police, police unit cruid up in the parking lot. And I motion to them in the window to stop the vehich. Police pulled up and got out at their vehicle to stop the man. The man continue to try and start his vehicle the police kept asking him to shut the vehicle off. The man got the car started and he throw the car in drive with police officer hanging on to him and the vehicle He throw the police officer off the vehicle as he exit the parking lot at the store and speedy up the service road - The beer value was $28.58 Police identified him as Robert A. Wermuth

| Form C-64 (a) (back)    Rev. 11/92 | **DEPOSITION** |
|---|---|

Any Law Enforcement Agency Contacted? ☒ Yes ☐ No
If yes, which one? MPD

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ABOUT YOURSELF

Name of Complainant  Varbara Lewis    Telephone Number

| Social Security Number | Driver's License Number | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|

| Home Address | | City | State | Zip |
|---|---|---|---|---|

Name of Employer  Kwik Shop #120    Employer's Telephone Number (334)-273-8355

Address of Employer  565 N. Eastern Blvd    City Montgomery    State AL    Zip 36116

I make this statement for the purpose of securing a **WARRANT/SUMMONS** against the named accused. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and Subscribed before me this
30th day of
Sept. , 2003.

_Varbar M. Lewis_
Complainant

Judge/Clerk/Magistrate

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|

## MAGISTRATE NOTES

Warrant or Summons Issued? ☐ Yes ☐ No    Warrant Number:

State of Alabama
Unitied Judicial System

Case 2:05-cv-00644-CSC    Document 31-2    Filed 11/16/2005    Page 40 of 65

Court Number
2003M04837
Case Number

# COMPLAINT

(Felonies, Misdemeanors, or Violations -
District or Municipal Court)

Form CR-6         Rev. 8/98

**IN THE** _____ **MUNICIPAL** _____ **COURT OF** _____ **MONTGOMERY** _____, **ALABAMA**
(Circuit, District, or Municipal)                    (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF MONTGOMERY v.    ROBERT ANDREW WERMUTH  (000723910A)
Defendant (NWS Jacket Number)

---

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe that _____ ROBERT ANDREW WERMUTH _____

, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about 09/30/2003 (date of occurrence) commit the offense of _____ **THEFT OF PROPERTY, THIRD DEGREE** _____

within the
☐ County of _____
☒ City/Town of _____ **MONTGOMERY** _____ or in the police jurisdiction thereof, in that he/she did: (State specific facts here. Continue on a separate sheet of paper if needed.) (select as appropriate):

☒ did knowingly obtain or exert unauthorized control over the following property, to wit: (2) 18 PACKS OF BUDWEISER BEER

_____

_____

_____,

the property of, to wit: QWIK SHOP #120 _____, and having a value not in excess of $500.00 dollars, with the intent to deprive the owner of the said property;

☐ did knowingly obtain, by deception, control over the following property, to wit: _____

_____

_____

_____,

the property of, to wit: _____, and having a value not in excess of $500.00 dollars, with the intent to deprive the owner of the said property,

in violation of
☐ Section _____, Alabama Code 1975.
☐ Municipal Ordinance Number _____ which embraces Section _____ Alabama Code 1975, previously adopted, effective and in force at the time the offense was committed.
☒ Other Municipal Ordinance Number 125-79, which embraces ACT 2003-335, Alabama Legislature, 2003 Regular Session, previously adopted, effective and in force at the time the offense was committed.

Sworn to and Subscribed before me this
_30ᵗʰ_ _____ day of
_Sept_ , _2003_

_Vardaman M. Lewis_
Complainant

_565 N. Eastern Blvd Mtgy, AL 36117_
Address

_(334) - 273-8355_
Telephone Number

_____
Judge/Magistrate/Warrant Clerk

---

## WITNESSES

| Name | Address | Telephone Number |
|------|---------|------------------|
|      |         |                  |
|      |         |                  |
|      |         |                  |
|      |         |                  |

Additional Witnesses on Reverse Side.

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>2003M04837 |
|---|---|---|
| Form CR-58 (front)          Rev. 8/98 | | Case Number |

IN THE _____ **MUNICIPAL** _____ COURT OF _____ **MONTGOMERY** _____ , ALABAMA
(Circuit, District, or Municipal)                                    (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF MONTGOMERY v. _____ ROBERT ANDREW WERMUTH   (000723910A) _____
Defendant (NWS Jacket Number)

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)

ROBERT ANDREW WERMUTH

charging the offense of   **THEFT OF PROPERTY, THIRD DEGREE**
_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of _____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon.
If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $   **500.00**   with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.
     ---OR---

☒ If the accused person posts an appearance bond in the amount of $   **500.00**

☐ On his or her personal recognizance.

Tuesday, September 30, 2003  05:38 AM
Date

_____
Judge/Court Clerk/Magistrate/Warrant Clerk

Form CR-58 (back)   Rev. 8/98

**WARRANT OF ARREST**
**(Felonies, Misdemeanors, or Violations)**

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **WARRANT OF ARREST** by arresting the accused person named (or described ) therein at _0555_ o'clock [X] a.m. [ ] p.m. on the _30_ day of _09_ , 20 _03_ in **MONTGOMERY** COUNTY, ALABAMA.

After arrest, the accused person was:

[ ] Released as authorized at _____ o'clock [ ] a.m. [ ] p.m. _____ , 20 _____

[ ] Taken before [ ] Judge [ ] Magistrate at _____ o'clock [ ] a.m. [ ] p.m.

_____ , 20 _____

_09-30-2003_
Date

_Cpl. M. D. Fox 288_
Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | Telephone Number |
|---|---|
| ROBERT ANDREW WERMUTH | 334/262/4025 |

| Social Security Number | Drivers License Number & State | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|
| 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 | | 09/13/1970 | | B | M |

| Height | Weight | Hair | Eyes | Complexion |
|---|---|---|---|---|
| 603 | 170 | Black | Brown | |

| Address of Accused | City | State | Zip Code |
|---|---|---|---|
| 948 GARLAND DR | MONTGOMERY | AL | 36108 |

| Name of Employer | Telephone Number |
|---|---|
| | |

| Address of Employer | City | State | Zip Code |
|---|---|---|---|
| | | | |

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

## ACKNOWLEDGEMENT BY ACCUSED PERSON

[ ] I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place:   320 NORTH RIPLEY STREET, MONTGOMERY, ALABAMA 36104-2722  (334) 241-2776

Date: _____ , 20 _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharged.

[ ] I promise to appear as directed before the court, as follows:

Place:   320 NORTH RIPLEY STREET, MONTGOMERY, ALABAMA 36104-2722  (334) 241-2776

Date: _____ , 20 _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharged.

_____
Date

_____
Signature of Accused Person

# MONTGOMERY MUNICIPAL COURT

# CASE ACTION SUMMARY SUPPLEMENT SHEET

| Defendant: | Robert A Wermuth | Docket No.: | |
|---|---|---|---|

| Date | Actions, Judgements, Case Notes |
|---|---|
| 6-1-05 | all pending cases to be run cc w/ state prison time — early release is '07 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 03/09/2004

INST:   017
CODE: CRSUM

CBR716-3

*******************************************************************

AIS: 001899913    INMATE: WERMUTH, ROBERT ANDREW          RACE: B   SEX: M

INST: 017 - RCC                        DORM:   00   JAIL CR: 000Y 02M 02D

DOB: 09/13/1970   SSN: 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

ALIAS: WERMUTH, BOBBY                   ALIAS: WERMUTH, ROBER

ALIAS: WERTMUT, ROBERT                  ALIAS: WORLEY, ROBERT

ADM DT: 06/21/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: MED-5   CURRENT CUST DT: 08/09/2004  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT449 LAW IN CLASS IV         CURRENT CLASS DATE:   06/10/2004
INMATE IS EARNING : STRAIGHT TIME

COUNTY         SENT DT  CASE NO  CRIME                      JL-CR      TERM
MONTGOMERY 06/11/04 N01001336 THEFT OF PROPERTY II      02920 000Y 00M 00D CS
                          3YRS PROBATION
        ATTORNEY FEES : $0000000  HABITUAL OFFENDER : Y
        COURT COSTS   : $0000062  FINES : $0000000   RESTITUTION : $0000033
MONTGOMERY 06/10/04 N04000106 ASSAULT II               00920 000Y 00M 00D CC
                          3YRS PROBATION
        ATTORNEY FEES : $000150   HABITUAL OFFENDER : Y
        COURT COSTS   : $0000335  FINES : $0000000   RESTITUTION : $0000050

  TOTAL TERM      MIN REL DT     GOOD TIME BAL    GOOD TIME REV    LONG DATE
 000Y 00M 00D    04/07/2007     000Y 00M 00D    000Y 00M 00D    04/07/2007

INMATE LITERAL: ENROLL IN SAP; GIVE 60 DAY NOTICE PRIOR TO EOS
*******************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*******************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.O.C.I.S. RECORDING BEGAN IN 1978
*******************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

| State of Alabama<br>Unified Judicial System<br><br>Form C-87    Rev. 11/92 | NOTICE TO SHOW CAUSE FOR FAILURE<br>TO PAY FINE, COSTS,<br>RESTITUTION, OR OTHER COSTS | Case Number:<br><br>03TRT034641 |
|---|---|---|

IN THE _____MUNICIPAL_____ COURT OF _____MONTGOMERY_____ ALABAMA
          *(Circuit, District, or Municipal)*           *(Name of Municipality or County)*

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF ____MONTGOMERY____

V.  ROBERT WERMUTH   DOB: 09/13/1970  (TR) _____ • Defendant

---

It being made known to the Court that the above-named defendant, having failed to pay any fines, court costs, restitution or other costs, as previously Ordered by this Court,

It has been ORDERED and ADJUDGED that the above-named defendant shall pay the following sums to the Clerk of this Court by (date) ___DECEMBER 30, 2004 AT 2:00 PM___, or appear in Court on the date and show cause, if any, as to why he/she should not be jailed or incarcerated for contempt of court or punished pursuant to Rule 26.11, ARCRP for his/her willful failure to pay fine, costs, restitution, victim compensation assessment, or other costs as ordered.

6-1-05- D is
currently incarcerated in
state prison- Early                                                                           

| | FINES | $ 2,798.00 |
|---|---|---|
| | COSTS | $_____ |
| | RESTITUTION | $_____ |
| | OTHER | $_____ |
| | TOTAL | $ 2,798.00 |

6-1-05- D is
currently incarcerated in
state prison- Early
release date is '07.
D removed from PPS
and placed on d. supv.

In the event the defendant fails to comply with this Order or give sufficient cause or reason for noncompliance by (date) ___DECEMBER 30, 2004 AT 2:00 PM___, the court clerk may be directed to issue a warrant for arrest and have the defendant incarcerated or jailed according to law.

This the ____20TH____ day of _____DECEMBER_____,20__04__

_____
Judge/Clerk

---

*Original: Court*
*Copy: Defendant*

# PROFESSIONAL PROBATION SERVICES, INC.
## COLLECTION DELINQUENCY REPORT

**Name:** Robert Wermuth

**Date:** December 30, 2004

**Case No(s):** 03TRT034642; 03TRT034641; 03CRA007029A

**To:** Judge Massey

**Offense(s):** Driving Without Driving License; Leaving Scene Of Accident; Theft Of Property 3RD

**From:** T. Robinson, P.O.

**Court:** Montgomery Municipal

**Sentence Date:** 11/18/03

**County:** Montgomery

============================================================

**Circumstances of Delinquency:**

The defendant violated CONDITION #1, in that he/she failed to make his monthly fine payments in the amount of $50.00 per month to Professional Probation Services, Inc., resulting in a fine arrearage of $500.00. The defendant violated CONDITION #3, in that he/she failed to report as directed on February 13, 2004.

============================================================

**Summary of Behavior Under Supervision:**

The defendant was sentenced to collections on November 18, 2003. In court on November 18, 2003, the defendant expressed a complete understanding for the conditions of his/her sentence. However, the defendant has failed to make adequate payments resulting in a fine arrearage of $500.00 toward a fine balance of $2,798.00.

The defendant has paid a total of $100.00 toward his/her fines since sentenced in November 2003. The balance remaining on the fines total $2,798.00. The defendant appears to have absconded from supervision in that he/she did not make his monthly payments as directed nor did he report. A Showcause was mailed to the defendant's last known address on December 22, 2004. The defendant is currently in the custody of Alabama's Department Of Corrections with a release date of April 7, 2007.

**Probation  Recommendations:**
**[] Issuance of Warrant**                    **[X] Showcause**

The probation department respectfully recommends that due to the above stated violations, that the defendant be revoked from probation.

_Tonya Robinson_                              _12/30/04_

**Probation Supervisor (Signature)**          **Date**

FINDINGS:

❑     DEFENDANT FTA
❑     COMMUTED TO DAYS
❑     PAY AT WINDOW
❑     ISSUANCE OF RE-ARREST AND COMMIT WARRANT

cc: Court File
Probation Office

Court: __MONTGOMERY__   CASE #'S _____   Judge: _Knight_

## CASE HISTORY / FIELD SHEET

### I - PERSONAL                    PPSI#

| | | |
|---|---|---|
| NAME (LAST) Wermuth | (FIRST) Robert | (MIDDLE) Andrew |

| | |
|---|---|
| SS# 424·198·0085 | D.O.B. 9·13·70 |
| HOME ADDRESS 948 Garland Drive | HOME PHONE: 262·4025 |
| CITY/STATE/ZIP Montgomery, AL 36108 | CELL PHONE: N/A |
| EMPLOYER  Unemployed | |
| WORK ADDRESS | PHONE |
| CITY/STATE/ZIP | COUNTY |

| SEX M | RACE B | HT 6'2 | WGT 175 lbs. | EYES Brown | HAIR Black |
|---|---|---|---|---|---|

DISABILITIES:
[X] PHYSICAL [ ] DRUGS [ ] SCARS/TATTOOS  Diabetic, Cane 1/w
[ ] MENTAL [ ] ALCOHOL [ ] R/W

### II - COURT DATA

| OFFENSE | FINE | NUMBER | TERM | COUNT | DATES | |
|---|---|---|---|---|---|---|
| Driving w/o DL | 178 | 03trt 034642 | | 1 | SENTENCE: | 11·18·03 |
| Leaving Scene of Accident | 208 | 03trt 03464N | | 1 | START: | 12·1·03 |
| Theft of Property 3rd | 493 | 03CRA 007029.4 | | 1 | EXPIRATION: | |
| | | | | | NEW EXP: | |
| | | | | | TOLLING: | |
| | | | | | UNTOLLING: | |
| | | | | | NEW EXP: | |

### III - SPECIAL CONDITIONS

FINES 874           S have hold for County
(MONTHLY) 50

REVOCATION HEARING DATE _____   DATE COMPLETED _____   MODIFICATION _____

DATE RELEASED FROM PROBATION _____   COMMENTS _____

_____        Bnsbrn
DATE              OFFICER                    I.D.#

## IV - EMERGENCY CONTACT

| NAME Jessie Mae Smith | NAME Martha Humphrey |
|---|---|
| ADDRESS | ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| PHONE 265. 9335 | PHONE 221. 4698 |
| RELATIONSHIP friend | RELATIONSHIP friend |

## V - PRIOR ARRESTS/TICKETS

| DATE | PLACE | OFFENSE | DISPOSITION | DATE | PLACE | OFFENSE | DISPOSITION |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## VI - SUPPLEMENTAL

| | psf arr | fine arr | FB |
|---|---|---|---|
| FIRST OFFICE CONTACT DATE : 11/18/03 Δ was in city | | | |
| jail  noc 12/2/03 @ 9:00am Ⓢ | | | |
| 12/1/03 FOC w/Δ; Δ pd Ø | | | |
| no atc; info verified | | | 874.ⓄⓄ |
| Δ expressed understanding. Ⓑⓒ | | | |
| noc: 12-12-03 @ 10:00am | | | |
| 12/12/03 OC w/Δ. Δ pd 15⁰⁰. | | | |
| no atc; info verified | | | |
| noc: 12/19/03 @ 4:00 ⒸⒹ | | | |
| 12-19-03 OC. Δ pd 35⁰⁰ | 35 | 859 | |
| no atc; | | | |
| NOC 1-15-04 9:30HH | Ø | 824 | |
| 1-15-04 OC W/Δ; Δ pd 50. | 50 Ø | 774 | |
| NO atc; info verified | | | |
| NOC 2-13-04 @ 9:00 | | | |
| 2/13/04 FTR | | | |
| 6/13/04 ATHC w/Δ = Spoke w/Female | | | |
| Louise, Δ is in Montgomery CO | 50 | 774 | |
| jail. TZ | | | |

Name _Wermuth Robert_          Monthly Payment _50.⁵⁰_

| Date | Amount | Supplemental Data | psf arr | fine arr | FB |
|------|--------|-------------------|---------|----------|-----|
| 12/11/04 | | P.O contact Montgomery Co jail △ is not in custody is in Prison in Troy Easterlyn P.O verified info w/release date 4/7/07. | | | 774 |
| | | | | | |
| 12/9/04 | | Showcase typed. △ hearing set for 12/30/04 @ 2:00. △ mailed copy | | | |
| | | | | | |
| 12/8/04 | | DR typed hearing set 12/30/04 @ 2:00. | | 500 | 2748 |

**PPS Payment History**    **12/29/2004**

PPSI: 310100110006708

SSN: 424980085

DOB: 09/13/1970

WERMUTH, ROBERT ANDREW

948 GARLAND DRIVE

MONTGOMERY

| REC# | DATE | ID | TYPE | AMOUNT | DESC |
|------|------|-----|------|--------|------|
| 28324 | 12/12/2003 | 2003TRT034642 | COLL | 15.00 | TS |
| 28869 | 12/18/2003 | 2003TRT034642 | COLL | 35.00 | PARKER |
| 30988 | 01/15/2004 | 2003CRA007029A | COLL | 50.00 | TS |
| | | | **TOTAL PAID:** | **100.00** | |



# City of Montgomery, Alabama

ROBERT WERMUTH                                                        May 18, 2005
#189991
200 WALLACE DRIVE
CLIO, ALABAMA  36017

Dear Mr. Wermuth,

   I received your letter concerning your probation revocation.  You have a total of eight
charges with our court.  Six charges were placed on probation November 18, 2003.  You
were revoked December 20, 2004 and those cases along with two new traffic citations
were put in rearrest status.  If you want the judge to put a final disposition on the traffic
tickets, please complete the enclosed Plea of Guilty/Waiver of Rights forms.  Have the
forms notarized with a raised seal and return them as soon as possible.  The court will
also need official documentation that shows your incarceration date, the length of your
sentence, and your release date.  The judges will not make a ruling without it.

   If I can be of any further assistance to you, please do not hesitate to contact me at the
Municipal Court.


                                                        Sincerely Yours,

                                                        Marilyn D. Hopkins
                                                        Marilyn D. Hopkins

## MEMORANDUM

To:     ROBERT ANDREW WERMUTH    DOB 09/13/1970

From:   **Montgomery Municipal Court**
        **320 N. Ripley Street**
        **Montgomery, AL 36104**
        **(334) 241-2776**

Subject:    Letter/Request

Date:       MAY 18,2005

The letter/request you sent to the Court has been read and your case(s) have been reviewed. The following action has been taken pursuant to your letter/request:

☐ The case(s) in your file have been carefully reviewed and it has been determined that all cases were properly attributed against you.

☐ The case(s) in your file have been carefully reviewed and it has been determined that all cases were not properly attributed against you. Your new release date is _____ or your payout is _____

☐ Your request for community service has been **denied.**

☐ Your request for community service has been **granted.** See the enclosed Order for Community Service.

☐ Your request for the Driver Improvement Program (DIP) has been **granted.** See the enclosed DIP form.

☐ Your request for the Driver Improvement Program has been **denied.**

☐ Your request for early release has been **denied.**

☐ Your request for early release has been **granted** and your release date is _____

☐ Your jail sentence was correctly calculated and no adjustment is due to your release date.

☐ An adjustment was made to your jail sentence and your new release date is _____

☐ Your request to run your jail term from another jail facility concurrently with your Municipal Court sentence has been **denied.**

☐ Your request to run your jail term from another jail facility concurrently with your Municipal Court sentence has been **granted.**

☐ You must pay a total fine and costs for your case(s) in the amount of $ _____ no later _____ or appear before the Court at 320 N. Ripley Street at 8:00 a.m. on that date.

☐ Records show that you have served _____ days in the City Jail and your payout is $_____ as of this date. You are being credited for $ _____ for each day served in jail.

☐ You must call the Court at (334) 241-2776 to schedule a court appearance.

☐ You may plead guilty by signing the enclosed Waiver of Rights/Plea of Guilty Form(s).

☐ You must return the Waiver of Rights/Plea of Guilty Form(s) no later than _____

☐ The Court will notify you of the total fine and cost assessed and due upon your conviction.

☒ The fine, court cost and fees for your case is $ 2,426.00 _____    Total payment due: OVERDUE_____

☒ Copies of your file are enclosed.

☐ Your request for an earlier court date has been **granted.** Your new court date is _____

☐ Your request for an earlier court date has been **denied.**

☐ Your request to change your plea has been **denied.**

☐ Your request to change your plea has been **granted.** You will be called to appear before the Court.

☐ Your court date is _____

☐ The Cannons of Judicial Ethics prohibits communication with the Judge outside the presence or knowledge of the City Prosecutor. Any requests/motions you make must be done in court with the knowledge and presence of the City Prosecutor. You may call the above-listed number and schedule a court date if you wish to appear in court and make your request/motion. You are responsible for taking action by the due date on your ticket.

☐ The bond amount has been reduced for your, case(s). The amount required for your release is $ _____

☐ You have an outstanding charge(s) that has no final disposition. You may plead not guilty and a court date shall be set upon your release from the state/federal correctional facility. Or, you may plead guilty and the court will notify you of the disposition of your case. If you wish to plead guilty, a Public Defender with the Municipal Court will be appointed to represent you.

☐ The Court has placed a detainer upon you so you may be transferred to the Montgomery City Jail upon your release from the state/federal correctional facility.

cc: Defendant File

**\* \* \* SEE REVERSE SIDE FOR OTHER COMMENTS \* \* \***

City of Montgomery
V.
Robert Wermuth

CASE #
Municipal Court of
Montgomery

## Motion to Revoke Probation

Comes now, Defendant, Robert Wermuth, Pro Se, Persuant to Rule 27.5 (b)(1)(2) Ala.R.Crim.P., Defendant Respectfully moves this Honorable Municipal Court of the City of Montgomery to Revoke Probation in the Above Styled cause. Defendant voluntarily Admits, under the Requirements of Rule 27.6 (c), Ala.R.Crim.P., that he committed the violation(s); of Failure to Report;And Failure to Pay court cost, Fines/or Restitution.

Due to being incarcerated in Alabama Department of Corr., Persuant to Rule 27.6 (A)(b), Defendant wishish to Knowingly And Voluntarily Waive his Right to A hearing And Right to be Present And Right to be Represented by counsel.

Pursuant to Rule 27.6 (c)(1-4), Ala.R.Crim.P., Defendant Admits that he fully understand the Provisions set out in this Rule And moves this Honorable Court to Accept this motion As An Admission that Defendant has Violated the terms of his Probation.

Pursuant to Rule 27.6 (e), Ala.R.Crim.P., Defendant moves this Honorable court to find him guilty, due to the Above stated cause And hereby Revoke his Probation.

Pursuant to Rule 26.11 (i) Ala.R.Crim.P., Defendant moves this Honorable court, that After consideration of the defendant's situation, means, And conduct with Regaurd to the non-payment of the Fine And/or Restitution, the court shall determine the Period of incarceration in default of payment And sentence him, According to Rule 26.11 (i)(1)(i), Ala.R.Crim.P.

Respectfully submitted on this 25th day of April 2005.

Robert Wermuth
Defendant

I hereby certify that a true and correct copy of the above and foregoing was served upon the Honorable Clerk of the City of Montgomery, by placing the same in the United States mail, properly and post marked on this 25th day of April 2005.

Robert Wermuth
189991   bA·30
Easterling Corr. Facility
200 Wallace dR
Clio, Ala 36017

Honorable Clerk;

    I do not have the case number to this cause.
I was sentenced on Nov.18,2003. Would you please
find it and properly Mark this enclosed motion.

                    Thank You,
                    Robert Wermuth





Home | Contacts | Se

**DOC INFO**
Latest News
History
Newsletters

**INDUSTRIES**
Overview
Custom Signs
Online Catalog

**PUBLIC INFO**
Statistical Reports
Inmate Search

**CORRECTIONAL FACILITIES**
Facility Map
Facility Addresses

**EMPLOYMENT OPPORTUNITIES**
Officers
Other Positions

# Inmate Search

| Data Last Updated on **12/10/2004** | General Search Info |
|---|---|

**Search Criteria**

**AIS Number**

**First Name**
robert

**Last Name**
wermuth

[ **Find Records** ]

**General Search Info**

- This database only contains currently incarcerated inmates. Histo not available on-line at this time.

- The AIS (Alabama Institutional Serial) number field takes prece searches. The AIS number is the unique six-digit number assig inmate incarcerated by the Alabama Department of Corrections an the quickest way to find a particular inmate. If you enter data in the search field, the only record shown will be the one where the AIS r database exactly matches the data you've entered. The First Na Name fields are ignored anytime data is entered in the AIS Number

- The First and Last Name search fields can be used separately or ir to find inmate records. If data is entered in both name fields, matching both fields will be shown. The data entered in these field an open-ended search of the inmate records. In other words, if yo **char** in the last name field, you'll see all inmates with last names b those four letters.

- Records are always shown in alphabetical order by the inmate's nar

- The maximum number of records that will be displayed at one time search results in more than 50 records being selected, only the firs order, will be shown.

| AIS | Inmate Name | Race | Sex | Birth Date | Current Location | Release |
|---|---|---|---|---|---|---|
| 189991 | WERMUTH, ROBERT ANDREW | B | M | 09/13/1970 | Easterling CF | 04/07/2007 |

**Results Key:**

**Current Location** - The inmate's assigned location as of the date of the last data update noted at the top of this page. Alab Department of Corrections facilities are designated as CF (Correctional Facility), WR (Work Release) o of special locations, spelled out completely (i.e. Red Eagle Honor Farm, Frank Lee Youth Center, etc). containing the word **County** indicate an inmate assigned to a local facility within that county. Locations the letters **SIR** indicate an inmate assigned to the Supervised Intensive Release program in that county currently assigned to other states will appear with the name of that state in the current location field.

**Release Date** - Current projected release date. This date is subject to change if the inmate loses good time due to disc or escape.

**Code** - Special sentence codes to explain records without release dates. The codes are as follows:
**DR** = Death Row
**LW** = Life Without Parole
**LB** = Life & Barred from Parole
**LP** = Life with Parole Possible
**BP** = Barred from Parole

## PPS Collection Activity - 01/01/2004 thru 01/31/2004

| Name: | | | SSN: | DOB: | OFFENSES: |
|---|---|---|---|---|---|
| WERMUTH, ROBERT ANDREW | | | 424980085 | 09/13/1970 | THEFT OF PROPERTY |

| Rec No | Date | Citation | Amount | Court% | PPS% |
|---|---|---|---|---|---|
| 30988 | 01/15/2004 | 2003CRA007029A | 50.00 | 37.50 | 12.50 |
| | | | 50.00 | 37.50 | 12.50 |

2/20/2004
2003CRA007029A   211,342 18:18
37.50
MONTGOMERY MUNICIPAL COURT
R E C E I P T

2/20/2004    18:18:48
000211342          37.50
FOR DEPOSIT ONLY
GLANDRUM

# MONTGOMERY MUNICIPAL COURT
## PROBATION SERVICES - DEFENDANT PAYOUT WORKSHEET

DATE OF REPORT: Monday, January 03, 2005

DEFENDANT NAME: WERMUTH, ROBERT ANDREW (09/13/70)

MUNICIPAL COURT EMPLOYEE:

MRIVERS

| | CASE NUMBER | FINES AND COSTS | MC/GPS AMT PD | PPS AMT PAID | LESS CF CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 1 | 2003TRT034642 | $178.00 | $0.00 | $37.50 | $12.50 | $128.00 |
| 2 | 2003TRT034641 | $203.00 | $0.00 | $0.00 | $0.00 | $203.00 |
| 3 | 2003CRA007029A | $493.00 | $0.00 | $37.50 | $12.50 | $443.00 |
| 4 | 2003CRA003710B | $485.00 | $0.00 | $0.00 | $0.00 | $485.00 |
| 5 | 2003CRA003710A | $485.00 | $0.00 | $0.00 | $0.00 | $485.00 |
| 6 | 2003CRA003710C | $391.00 | $0.00 | $0.00 | $0.00 | $391.00 |
| 7 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**TOTAL FINES AND COURT COSTS:** $2,235.00

**TOTAL AMOUNTS PAID:** MC/GPS AMT PD $0.00 | PPS AMT PAID $75.00

**TOTAL COLLECTION FEE CREDITS:** $25.00

**TOTAL AMOUNT DUE (NEGATIVE BAL. IS O/P):** $2,135.00

**"CREDIT TAPE":** $0.00

| MMC | $1,601.25 |
|---|---|
| PPS | $533.75 |
| CF CREDIT REMAINING | -$25.00 |

**COLLECTION**

## IN THE MUNICIPAL COURT OF MONTGOMERY
## MONTGOMERY COUNTY, STATE OF ALABAMA

**CITY OF MONTGOMERY**

vs.

_Robert Andrew Wermuth_

| OFFENSE DESCRIPTION | CASE #/UTTC # | TOTAL FINE & COST | O/P CREDIT |
|---|---|---|---|
| driving w/od. L | 03tr+034642 | 178 | |
| Leaving Scene of Acc. | 03tr+034641 | 203 | |
| Theft of Property 3 | 03CRA007029A | 493 | |
| | | | |
| | | | |

### ORDER OF PARTIAL PAYMENTS

**WHEREAS,** disposition have been made against the above named defendant, the Court finds the defendant is capable of paying court-ordered fines and court costs, and such payments shall be made directly to Professional Probation Services, Inc. (PPS).

**THEREFORE,** it is **ORDERED** that the defendant shall pay $ _874_ which represents the total fines and cost due.

Defendant shall obey the following conditions and make partial payments to PPS as follows:

1. Pay $ _50.00_ each month;
2. Not violate the laws of any governmental unit;
3. Report to the PPS Probation Supervisor as directed and behave in a truthful and respectful manner;
4. Work faithfully at suitable employment insofar as may be possible;
5. Not change his/her present place of abode, or leave the State without notifying the probation supervisor;
6. Support his/her legal dependents to the best of his/her ability;
7. Avoid injurious and vicious habits-especially alcoholic intoxication, and dangerous drugs unless prescribed lawfully;
8. Avoid persons and places of harmful or disreputable character;
9. Not to drive without a valid State driver's license;
10. [_] Abstain from the use of alcohol and drugs, and submit to random alcohol/drug testing;
11. [_] Complete an alcohol and drug use evaluation and follow all directives for treatment or counseling;
12. [_] Complete a Risk Reduction course conducted by an agency licensed by the State of Alabama;
13. [_] Complete _____ hours of community service as directed by the PPS Probation Officer;
14. [✓] Probation to be unsupervised upon payment of the fine and cost;
15. [_] Pay restitution in the amount of $_____ to _____ for Citation #_____;
16. [_] Serve _____ days in the Montgomery City Jail; to report on _____ and released on _____;
17. [_] Not to bother, harass, or contact affiant _____;
18. [_] To stay off the property of _____;
19. [_] Pay Attorney's fee in the amount of $ ____ 2-1-03 (D has hold for county)_____;
20. [✓] _50_____;

**UPON THE VIOLATION** of any of this **ORDER**, the Defendant may be arrested and subject to incarceration under Rule 26.11, Alabama Rules of Criminal Procedure. **IT IS SO ORDERED**, this _18_ Day of _November_, 20_03_.

_____
Judge, The Municipal Court of Montgomery, Alabama
Knight

This is to certify that a true and correct COPY of this sentence has been delivered in Person to the Defendant who has been duly instructed regarding the conditions thereof.
This _18_ day of _November_, 20_03_.

_____
**Probation Officer**

X _Robert Wormuth_
**Defendant**

White - Clerk of Court        Yellow - Probation        Pink - Defendant

5-23-05

Dear Mrs. Hopkins, I very much appreciate your sincerity and professionalism. It would make the world a lot better place if there more people like you.

Thank You!

Robert Wermuth
189441   6B-38
Easterling Corr. Facility
200 Wallace dr.
Clio, Al  36017

2005 MAY 26 A 8:00
FILED
CLERK OF COURT
MONTGOMERY MUNICIPAL COURT

## SUBPOENA FEE ASSESSMENT SHEET

NAME OF DEFENDANT

*Robert Andrew Wermuth*

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| 2003 CMA 07029 A | | 1 |

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| | | |

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| | | |

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| | | |

R-84 (Rev. 7-1-96)                **FINAL DISPOSITION REPORT**

Leave Blank

**Note:** This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, also obtain subject's right four finger impressions on this form, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**

(See instructions on **reverse side**)

FBI No.

Final Disposition & Date
(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

Name on Fingerprint Card Submitted to FBI
Last          First              Middle

*Wermuth    Robert*

Date of Birth ___*9-13-70*___   Sex ___*M*___

Henry
Fingerprint
Classification
From FBI 1-B Response

State Bureau No. (SID) | Social Security No. (SOC)
*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*

This Form Submitted By:
(Name, Title, Agency, ORI No., City & State)

Contributor of Fingerprints (Include **complete** name and location of agency, together with ORI number.)

Montgomery City Jail
AL0030100
P. O. Drawer 159
Montgomery, Alabama 36101

Signature                        Date

Title

Arrest No. (OCA) | Date Arrested or Received
*7029*          | *7-30-07*

☐ **COURT ORDERED EXPUNGEMENT:**
Return Arrest Fingerprint Card to Contributing Agency;
Certified or Authenticated Copy of Court Order Attached.

Offenses Charged at Arrest

*T.O.P. III - OSC*

Right Four Fingers Taken Simultaneously

*Unable to print*

If additional space is needed, check ☐ and continue on reverse side of this form.

## INSTRUCTIONS

1. The purpose of this report is to record the initial data of an individual's arrest and thereafter secure the **final disposition** of the arrest at the earliest possible time from either the arresting agency, the prosecutor or the court having jurisdiction. (INTERIM DISPOSITION INFORMATION, e.g., RELEASED ON BOND, SHOULD NOT BE SUBMITTED.) The SUBJECT'S NAME, CONTRIBUTOR and ARREST NUMBER should be exactly the same as they appear on the fingerprint card IN THE FILES OF THE FBI. The FBI number should be indicated, if known. Agency ultimately making final disposition will complete and mail form to: **FBI Criminal Justice Information Services Division, Clarksburg, WV 26306.**

2. **The arresting agency** should fill in all arrest data on left side of form and obtain the finger impressions of the right four fingers simultaneously. This should be done at the same time as the full set of fingerprints are taken on the arrest fingerprint card. If the arrest is disposed of by the arresting agency, as where the arrestee is released without charge, then the arresting agency should fill in this final disposition and mail form to FBI Criminal Justice Information Services Division. Of course, if final disposition is known when arrest fingerprint card is submitted it should be noted thereon and this form is then unnecessary. In the event the case goes to the prosecutor, this form should be forwarded to the prosecutor with arrestee's case file.

3. **The prosecutor** should complete the form to show final disposition at the prosecution level if the matter is not being referred for court action and thereafter submit form directly to FBI Criminal Justice Information Services Division. If court action required, the prosecutor should forward form with case file to court having jurisdiction.

4. **The court** should complete this form as to final court disposition such as when arrested person is acquitted, case is dismissed, on conviction and when sentence imposed or sentence suspended and person placed on probation.

5. When arrested person convicted or enters guilty to lesser or different offense than that charged when originally arrested, this information should be clearly indicated.

6. If subsequent action taken to seal or expunge record, attach certified or authenticated copy of court order to this form so that FBI can rerun arrestee's fingerprints to original contributor.

7. It is **vitally important** for completion of subject's record in the FBI Criminal Justice Information Services Division files that **Final Disposition Report** be submitted in every instance where fingerprints previously forwarded without final disposition noted thereon.

---

**FOR ADDITIONAL INFORMATION**

---

FPI-SST