IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA


ROBERT  ANDREW WERMUTH
PLAINTIFF

VS.                              RECEIVED

                      CIVIL ACTION  2005-644-C
SHANNON CARROL YOUNGBLOOD 2005 NOV 22  A 9: 24
et.,al.,
DEFENDANTS

                      U.S. DISTRICT COURT
                      MIDDLE DISTRICT ALA
                MOTION TO ENTER SANCTIONS FOR
            FAILURE TO COMPLY WITH COURT ORDER


          Comes now, Plaintiff, Robert Andrew Wermuth, Pro-Se,
pursuant to Rule 37, Ala.R.Civ.P., and moves this Court to
enter sanctions against the Defendants for failure to comply
with court order to produce documents, and as cause for such
shows the following:

1)   On October 24, 2005 P•laintiff filed a motion for prod-
uction  of  documents  pursuant  to  Rule  34,  Ala.R.Civ.P.  reques-
ting that Defendants produce standard operating proceedure for
"VEHICLE PURSUIT" and "USE OF FORCE" (ie. using a K-9 to eff
ectuate an arrest) as set out in paragraph 8 and 9 of said
motion.

2)    Plaintiff has shown this Court, for good cause, the nec-
essity of these S.O.P.'s (rules and regulations that govern)
for "VEHICLE PURSUIT" and "USE OF FORCE" (K-9's).

3)   Because Defendants asserted "PEACE OFFICER IMMUNITY"
pursuant to title 6-5-338, Ala. Code 1975, he is sheilded
from liability in a civil action and the burden then shifts
to  the  Plaintiff  to  show  the  officers  acted  willfully,  malic-
iously,  fraudently,  in  bad  faith,  or  under  a  mistaken  interp-
itation of the law as the Court has heli in HOWARD V. CITY OF
ATMORE, 887 so.2d 201 (Ala 2000), quoting Ex Parta Cranman,
792 so.2d 392 (Ala 2000).

4)   It is impossible for the Plaintiff to meet his burden of
proof as to defeat the asserted defense of "PEACE OFFICER
IMMUNITY" if the Defendants will not produce the Department
Rules and Regulations that govern the acts of "VEHICLE PURSUIT"
and "USE OF FORCE" (K-9's).


                              (1)

Plaintiff asserts that he is a Pro-Se litigant in prison
and has basicly no resources as far as discovery goes.
By the Defendants failure to comply with court orders to
produce S.O.P.'s, the Defendants display contempt and
show little respect, not only to Plaintiff, but to the
Judge and the Judiciary as a whole.

6)   Plaintiff again shows this Court that the information
requested is not expensive, hard to obtain, and not unduly
burdensome for the Defendants to provide.

7)   Plaintiff moves for this Court to enter an order
pursuant to Rule 37(a), Ala.R.Civ.P. compelling Defendants
to provide Standard operating proceedure (rules and regu-
lations that govern) for "VEHICLE PURSUIT" ana "USE OF FORCE"
(K 9's) as requested by production so the Plaintiff may meet
his burden of proof as to avoid SUMMARY JUDGEMENT.

8)   Further, Plaintiff moves for the Defendants, for failing
to obey this Court's order to produce S.O.P.'s, to pay reas-
onable expenses, including attorneys fees caused by the
failure to comply and sanctions to be placed on them for the
sum of $500.00for undue delay in litigating this case.

9)   Finally, Plaintiff prays that upon consideration of this
motion that this Court will hereby GRANT Plaintiff's request
and order any further relief it deems necessary.

Robert Wermuth
Respectfully Submitted,

ROBERT ANDREW WERMUTH
189991 6b-38
200 Wallace dr.
Clio, alabama
36017

certificate of service

     I hereby certify that I have served a copy of the
foregoing document by causing the it to be placed in the
U.S. Mail, postage pre-paid and properly addressed to the
following:  Done this 21 st day of November 2005.

Kimberly O.Fhel
CITY OF MONTGOMERY
LEAGAL DEPARTMENT
MONTGOMERY, ALABAMA
36104

OFFICE OF THE CLERK
U.S. STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

(2)