IN THE CIRCUIT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| **ROBERT ANDREW WERMUTH, #18991** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No. 2:05-CV-644 ) |
| **SHANNON CARROL YOUNGBLOOD et al.,** | ) ) ) |
| **Defendant.** | ) ) |

## MOTION TO WITHDRAW

COMES NOW, Wallace D. Mills, attorney of record for the Defendants in the above-entitled case and moves this Honorable Court for permission to withdraw as attorney for the Defendants, and as grounds therefore shows as follows:

1.   That the Movant herein signed the initial pleadings from the Defendants in this case due to the temporary absence, at that time, of Kimberly O. Fehl, the Assistant City Attorney for the City of Montgomery who is now of record and continues in the representation of the Defendants;

2.   That the Movant has not and does not intend to actively represent the Defendants hereafter in this case.

Respectfully submitted,

_____/s/ Wallace D. Mills_____
WALLACE D. MILLS (MIL090)

**CITY OF MONTGOMERY**
**Legal Department**
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 28th day of November, 2005:

Robert Andrew Wermuth
ECF#  189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama  36017-2615

                                              ___/s/ Wallace D. Mills__
                                              WALLACE D. MILLS