IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-644-D ) |
| SHANNON CARROL YOUNGBLOOD, et al), | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as attorney filed by Wallace D. Mills on November 28, 2005 (Court Doc. No. 34), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 29th day of November, 2005.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE