IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-CV-644-C |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to enter sanctions filed by the plaintiff on November 22, 2005 (Court Doc. No. 33), and for good cause, it is

ORDERED that on or before December 14, 2005 the defendants shall show cause why this motion should not be GRANTED.

Done this 29th day of November, 2005.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE