IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 NOV 29 A 9:31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT WERMUTH,
PLAINTIFF

cv-05-644

VS.

SHANNON CARROLL YOUNGBLOOD,
et.,al.,
DEFENDANT

MOTION TO STAY ALL PROCEEDINGS

Comes now, Robert Wermuth, Plaintiff, Pro-Se, and moves this Court to stay all proceedings in the above styled cause and as grounds for such shows the following:

1) Plaintiff filed a motion for "PRODUCTION FOR DOCUMENTS" seeking Standard Operating Proceedure for "VEHICLE PURSUIT" and "USE OF FORCE" (K-9's) that govern these actions at the Montgomery Police Department on October 24, 2005.

2) "ORDER ON MOTION" entered on October 27, 2005 granting motion for production and giving Defendants until November 16, 2005 to object or otherwise respond to discovery request.

3) Defendants on November 16, 2005 entered a motion titled "DEFENDANTS NOTICE OF COMPLIANCE WITH COURT ORDER" claiming they met Court Order but have failed to submit the S.O.P.'s that govern "VEHICLE PURSUIT" and "USE OF FORCE" (K-9's) as clearly requested in paragraphs 8 and 9 of "MOTION FOR PRODUCTION OF DOCUMENTS" entered on October 24, 2005.

4) Without the S.O.P.'s it is near impossible for Plaintiff to comply with court order to respond to Defendants defenses and as required by law, met the burden of proving that Defendants acted willfully, maliciously, fraudently, in bad faith, beyond his or her authority, or under a mistaken interpitation of the law as the Court has held in Howard v City of Atmore, 887 so.2d 201 (Ala 2004) quoting Ex Parta Cranman, 792 so.2d 392 (Ala 2000).

5) Plaintiff moves this Court to stay all proceedings in this cause until Defendants comply with Plaintiff's request and Court's order to produce S.O.P.'s.

6) Further, Plaintiff moves this Court that upon meeting discovery request that this Court, pursuant to Rule 6(b), A.R.Civ.P., hereby grant an enlargement of time to consume and respond to this Courts order to file a motion of opposition due to limited time and access to the law library here at Easterling Correctional Facility.

Respectfully submitted,

Robert Wermuth 189991  6B-38
Easterling Corr. Facility
200 Wallace dr.
Clio, Alabama 36017

Certificate of Service

I hereby Certify that I have served a copy of the forgoing Document by causing it to be placed in the U.S. mail, Postage Pre-Paid and Properly Addressed on this 28th day of November, 2005 to the following:

Kimberly O. Fehl
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, Alabama
36104

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, Alabama
36101-0711