IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHANNON CARROL YOUNGBLOOD, et al), )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05-CV-644-C |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the plaintiff is GRANTED an extension from December 12, 2005 to and including January 4, 2006 to file his response to the defendants' written reports in compliance with the order entered on November 21, 2005.

Done this 30th day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE