IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 2:05-CV-644-C

**ORDER ON MOTION**

Upon consideration of the motion to stay proceedings filed by the plaintiff on November 29, 2005 (Court Doc. No. 37), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 30th day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE