IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-CV-644-C |
| SHANNON CARROL YOUNGBLOOD, et al., ) ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on September 27, 2005 (Court Doc. No. 14), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED with respect to the plaintiff's requests for the incident report and medical treatment records of the plaintiff and officer Welch relevant to the incident which occurred on September 30, 2003.

2. This motion be and is hereby DENIED with respect to all other requests made by the plaintiff.

Done this 30th day of September, 2005.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

