IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

ROBERT ANDREW WERMUTH,                )
#18991                                )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    Case No. 2:05-CV-644-C
                                      )
SHANNON CARROL YOUNGBLOOD et          )
al.,                                  )
                                      )
        Defendant.                    )

## DEFENDANTS' NOTICE OF COMPLIANCE
## WITH COURT ORDER

Defendants, by and through undersigned counsel, submit this Notice of Compliance with

the Order of this Court dated September 30, 2005, by providing to Plaintiff the following

attached documents:

1.  A copy of the incident report relevant to the incident which occurred on September

    30, 2003.

2.  The medical records of Plaintiff, Robert Andrew Wermuth, and the

    medical records of Officer Welch relevant to the incident which

    occurred on September 30, 2003.

Dated this the 19th day of October, 2005.

KIMBERLY O. FEHL (FEH001)
Assistant City Attorney


EXHIBIT
3

**CITY OF MONTGOMERY**
**Legal Department**
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 19th day of October, 2005:

Robert Andrew Wermuth
ECF# 189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama  36017-2615

KIMBERLY O. FEHL

2

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | | COMPLAINANT SSN | | | 1 ☐ INCIDENT ☒ OFFENSE ☐ SUPPLEMENT | 2 CASE # 025505 | | 3 SFX |
|---|---|---|---|---|---|---|---|---|

| 4 ORI# 0 0 3 0 1 0 1 0 | 5 DATE AND TIME OF THIS REPORT 0 9 3 0 0 7 3 0505 ☐ AM ☒ PM ☒ MIL | 6 AGENCY NAME Montgomery Police Department | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|

**8 REPORTED BY** ☒ VICTIM OR

| 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE ( ) |
|---|---|

**VICTIMS, WIT., LE. OFFICERS** 11

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) ☒ 28 35 POF J.C. Welch #361 | 13 ADDRESS (STREET, CITY, STATE, ZIP) 320 North Ripley Street Montgomery, AL 36104 | 14 PHONE (334) 241-2932 |
|---|---|---|

| 15 EMPLOYER/SCHOOL City of Montgomery | 16 OCCUPATION Police Officer | 17 ADDRESS (STREET, CITY, STATE, ZIP) 320 North Ripley Street Montgomery, AL 36104 | 18 PHONE (334) 241-2932 |
|---|---|---|---|

| 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE ☒ B ☐ | 22 SEX ☒ MALE ☐ FEMALE | 23 HGT 6'0'5" | 24 WGT 210 | 25 DOB 1 0 2 6 7 1 | 26 AGE 31 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☒ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL. ☐ MISD. Attempted Assault | 31 DEGREE (CIRCLE) ① 2 3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE 13A-13 |
|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

**EVENT**

| 38 PLACE OF OCCURRENCE 565 North Eastern Boulevard Montgomery, AL    (Kwik Shop) | 39 SECTOR 2 2 |
|---|---|

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ☐ Y ASSAULT INJURY ☐ N |
|---|---|---|---|

| 44 OCCURRED ON OR BETWEEN 0 9 3 0 0 7 3 0350 ☐ AM ☒ PM ☒ MIL | 46 TIME 5 2 6 7 7 8 5 | 47 LIGHTING ☐ NATURAL ☐ MOON ☒ ART. EXT ☐ ART. INT ☐ UNK. | 48 WEATHER ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | 49 PREMISE ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☒ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER | 50 CODE |
|---|---|---|---|---|---|
| 52 TIME 0 3 5 0 ☐ AM ☐ PM ☒ MIL | 53 1 2 3 W 5 6 2 | | | | |

| 54 VERIFY FOR ☒ Y 55 TREAT. FOR ☐ Y RAPE EXAM ☐ N RAPE EXAM ☐ N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT LOCATION: RAPE | 49 CODE |
|---|---|---|

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☒ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN 1989 Jeep Cherokee |
|---|---|

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | Initial Unit 446/Hall | | | | |
| | | | | | |
| | ☐ CONTINUED IN NARRATIVE | | | | |

**DOLLAR VALUE**

| 64 MOTOR VEHICLE S R D C | 65 CURRENCY, NOTES S R D C | 66 JEWELRY S R D C | 67 CLOTHING/FURS S R D C | 68 FIREARMS S R D C | 69 OFFICE EQUIPMENT S R D C |
|---|---|---|---|---|---|
| 70 ELECTRONICS S R D C | 71 HOUSEHOLD S R D C | 72 CONSUMABLE GOODS S R D C | 73 LIVESTOCK S R D C | 74 MISCELLANEOUS S R D C | |

**VEHICLES**

| 75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☒ SUSPECT'S VEH. ☐ VICTIM'S VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|

| 76 # STOLEN | 77 LIC. 3A8297C | 78 LIS. AL | 79 LI.Y. 2003 | 80 TAG COLOR Red/White | 81 VIN 1 J 4 F T 5 8 L 1 K L 4 5 4 0 4 1 |
|---|---|---|---|---|---|
| 82 VYR 1989 | 83 VMA Amer | 84 VMO Che | 85 VST SU | 86 VCO: TOP: Red BOTTOM: Red | 87 ADDITIONAL DESCRIPTION |

| STOLEN MTR. VEH ONLY ☐ BUS. ☐ RES. ☐ RUR. | 88 AREA STOLEN | 89 OWNERSHIP ☐ TAG RECEIPT ☐ BILL OF SALE VERIFIED BY: ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ YES ☐ NO # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 344 UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO WHERE? |
|---|---|---|

**TYPE OR PRINT IN BLACK INK**

ACJIC-32 REV 8-02

INCHES   1   2   3   4   5   6   717

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 9 3 0 0 3 | 0505 | ☐AM ☐PM ☒MIL | 96 CASE # 025505 | 97 SFX | 98 ☒OFFENDER ☐SUSPECT ☐MISSING PERSON | ☐CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) Wermuth, Robert | 100 NICKNAME/ALIAS | 101 RACE ☐W ☐A ☒B ☐I | 102 SEX ☒M ☐F | 103 DOB 0 9 1 3 7 0 | 104 AGE 33 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 948 Garland Drive Montgomery, AL | 106 HGT 6'03" | 107 WGT 170 | 108 EYE Bro | 109 HAIR Blk | 110 COMPLEXION Light |

| 111 PROBABLE DESTINATION M.C.D.F. | 112 ARMED ☐Y ☒N ☐UNK. | 113 WEAPON |

| 114 CLOTHING Red tee shirt, black jeans | ☐ SCARS ☐ MARKS ☐ TATOOS | 115 WEAPON ☒ ARRESTED ☐ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐W ☐A ☐B ☐I | 119 SEX ☐M ☐F | 120 DOB | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED ☐Y ☐N ☐UNK. | 130 WEAPON |

| 131 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATOOS | 132 WEAPON ☐ ARRESTED ☐ WANTED |

| | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|---|
| WITNESS | #1 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | ( ) | ( ) |
| | #2 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | ( ) | ( ) |
| | #3 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | ( ) | ( ) |
| | #4 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | ( ) | ( ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

137

NARRATIVE

On the date and time listed, the defendant attempted to cause serious physical injury to the victim.

CONTINUED ON SUPPLEMENT ☐Y ☒N

| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |

| ADMINISTRATION | 147 CASE STATUS ☐PENDING ☐INACTIVE ☑CLOSED  ENTERED ACIC/NCIC ☐Y ☐N DATE | 148 CASE DISPOSITION ☐CLEARED BY ARREST (JUV.) ☑CLEARED BY ARREST (ADULT) ☐UNFOUNDED ☐ADM. CLEARED | ☐EXCEPTIONAL CLEARANCE ☐SUSPECT/OFFENDER DEAD ☐OTHER PROSECUTION ☐EXTRADITION DENIED ☐LACK OF PROSECUTION ☐JUVENILE, NO REFERRAL ☐DEATH OF VICTIM | 149 REPORTING OFFICER CPL M.D. Hall | ID # 413 |
| | | | | 150 ASSISTING OFFICER | ID # |
| | | | | 151 SUPERVISOR APPROVAL    ID # | 152 WATCH CMDR.    ID # |

# ALABAMA U... ORM INCIDENT / OFFENSE REPO... SUPPLEMENT

*OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION*

| 1 ORI# | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # | 5 SFX |
|---|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 1 1 1 7 0 3  20:30 ☒MIL | 0 3 - 0 2 5 5 0 5 | |

**EVENT**

6 VICTIMS NAME (ORIGINAL REPORT): POF J.C. Welch #361
7 ORIGINAL OFFENSE DATE: 09 30 03
8 TYPE REPORT: ☒ FOLLOW-UP

9 ORIGINAL INCIDENT / OFFENSE: Attempted Assault 1st

15 HAS AN ARREST BEEN HAVE? ☒ YES
16 DATE OF ARREST: 09 30 03
17 HAS WARRANT BEEN OBTAINED? ☒ YES  WARRANT # 2003F-1640
18 DATE OF WARRANT: 09 30 03

20 ☒ DEFENDANT  NAME: Robert Wermuth
RACE: ☒B  SEX: ☒M  DOB: 09 13 70  AGE: 33

**NARRATIVE**

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility.

22 LOCAL USE: U | U K

46 REPORTING OFFICER: Cpl M.D. Hall  ID # 413

ACJIC-33 REV. 11-94

B0327300016 WERMUTH,ROB  A
DOB: 09/13/70  Age: 33Y  MR #:544158
Admit Date/Time:  09/30/03    0502A
916 SHAW,RONALD A

Page 1 of 1

**Baptist Health**

# Emergency Room
# Discharge Instructions

DISCHARGE INSTRUCTIONS – MEDICAL CHART

| Weight | Phone | Allergies | | Location South |
|---|---|---|---|---|

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** | | |
|---|---|---|---|---|
| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
| 1. Keflex 500 mg | T I D | QID x 10 days | ☑ | |
| 2. Forcet + #15TH 94-6 PR pain | | | ☑ | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## INSTRUCTION SHEET(S) GIVEN

☐ Asthma
☐ Back Pain
☐ Cast / Splint Care

☐ Crutches
☐ Fever
☐ Fracture

☐ Head Injury
☐ Otitis Media
☐ Sprains / Bruises
☐ STD

☐ Threatened Ab
☐ Vomiting / Diarrhea
☐ Wound Care
☐ Other(s)

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:
1) Follow wound care instructions
2) wound recheck in 2 days
3) Take medicine as directed
4) Suture removal in 7 days

Referred to:
☑ Dr. _own doctor or ER_
Phone: _____
☑ Call on next business day for follow-up appointment
in _2_ (days)/weeks        ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed    ☐ Instructions Modified: _____
☑ Education provided on new medication _keflex, lorcet_

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _S. W. Horn_
_pt unable to sign, verbalized understanding_

☐ Patient
☐ Relative
☐ Other

Time Released  >  | 0 | 5 | 5 | 5 | Hrs.

Instructed By: _____

Physician: _____

## WORK/ SCHOOL STATEMENT from the Emergency Department

Patient Name _____    Date _____

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
   Restrictions: _____
☐ -------------------------- was here with relative/ child.
☐ Other: _____

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician, unless otherwise stated.

BSB-0082 (06/02)

ROBERT A. WERMUTH
DOB: 09/13/70

09/30/03: City: Incarcerated this a.m. Apparently he was involved in an altercation with the police and was bitten by the police dogs.

PE: He has multiple bites on the right upper extremity, some on his scalp. He was seen in the ER where he was evaluated. He was prescribed KEFLEX and LORCET, which we will start. Patient has no evidence of infection. He has full ROM of the right upper extremity.

A: and P:
1. Follow up dog bites. Proceed with medications as mentioned above.
2. Also patient is an IDDM and has not had his injection last night. Blood sugars are 435. Start NOVOLIN 70/30 30-units a.m. and 20-units p.m. He will check his blood sugars twice daily.
3. Patient also has a neuropathy. He takes ELAVIL 50 mg a.m. and p.m. We will continue that x 30 days.

[illegible handwriting] DOB: [illegible]

| DATE | NOTES |
| --- | --- |
| 7/1/03 | Seen by MD c/o infection to L arm. Order [illegible] [signature] |
| 07/06/03 | BS 287 per glucometer to [illegible] Abner [signature] |
| 07/07/03 | BS 489 per glucometer per Officer [illegible], Mrs. Allen monitoring, sliding scale adm per self [signature] |
| 09/30/03 0645 | Above person came to city jail with dressing to right arm + sutures also sutured to head. Bloody dry, [illegible] to dressing, several [illegible] bite mark to right posterior upper arm. Pressure applied to control bleeding, re-dressed c [illegible] Continue dressing. BS 435 per glucometer [illegible] insulin accompanying subject [signature] |
| 09/30/03 | [illegible] by Dr. [illegible] for [illegible] and Hx from ER per Orders [signature] |
| 9/30/03 0930 | Dressing to right upper arm saturated c bright red blood, sensitive to touch, dressed c Telfa dressing [illegible] pads [signature] |

Emergency Department
JACKSON HOSPITAL & CLINIC, INC.
1725 Pine Street
Montgomery, Alabama 36106

DATE: 9/30/2003

## YOUR DIAGNOSIS / CARE NOTES

1.) (R) Hand Abrasion
2.) (R) Elbow Abrasion
3.) Internal Derangement # (R) Elbow

Treatment Rendered:

☒ X-Ray    ☐ EKG    ☐ Medication    ☐ Tetanus

☐ Sutured    ☐ Lab Test    ☒ Exam    ☐ Hypertet

☐ You were given a medication which may make you sleepy
or less alert. You should not drive, operate heavy
machinery or drink alcohol for 24 hours.

**☐ NO DRIVING TODAY**

☐ You were given a prescription for an antibiotic.
You are to take it until gone unless otherwise instructed.
Continue taking even if symptoms disappear.

☐ If your pain is not adequately relieved or you are having
persistent nausea or vomiting or excessive drowsiness please
call your physician or return to the Emergency Department.

IMPORTANT NOTICE: Your x-ray has been read and reviewed.
Final review by the radiologist is pending. Follow up with your
Primary care doctor for final interpretation.

---

Follow-up with

☐ Your Doctor: _____

☐ Return to Jackson ER on _____

We Are Referring You To:

Dr. Walcott    Call 274-9000

for an appointment on _____

If you become worse or do not get better in 1 - 2 days see
the doctor treating you or return to the emergency department.

Instructions Received By:

X James C. Welch

relationship to patient    Self

☒ Voiced understanding of instructions

Patient Left:

☒ Ambulatory    ☐ Crutches    ☐ Stretcher

☐ Wheelchair    ☐ With Driver    ☐ Carried

_____ RN
Discharge Nurse

---

### Specific Instructions:

Wound care

Sling (R) upper extremity

Ice (elbow)

Back to JH ER for increased
pain, signs of infection or any worsening

Manley MD
Discharge Physician

---

Certificate for Return
to Work or School

Jackson Hospital
Emergency Department

ACCOUNT# ▓▓▓▓▓▓  M/R # 1B-57-40
WELCH,JAMES C
SEX - M  BORN ▓▓▓▓▓  F/C B ED
LAMSENS,STEPHEN D.  ROOM

☐ NA

Has been under my care on 9/30/2003 and is able to
return to work / School on 10/01/2003. The Patient's work
limitations are: no driving, no use (R) arm

J Bull
Discharge Physician

Name=WELCH,JAMES C
DOB=███████        Sex=M
Loc/Svc=/OPS

MRUN=18-57-40

Admit Date=07/06/2004
Discharge Date=07/06/2004

**FINAL REPORT**
REPORT OF OPERATION
=================================================================

DVI #184516

Bytescribe #0707-038

DATE OF OPERATION:  July 6, 2004

PREOPERATIVE DIAGNOSIS:  Right wrist ulnar neuropathy.

POSTOPERATIVE DIAGNOSIS:  Right wrist ulnar neuropathy.

PROCEDURE:  Right wrist ulnar nerve release at Guyon canal.

SURGEON:  Dr. Walcott

ASSISTANT:  Douglas J. Neil, Tech.

ANESTHESIA:  Left axillary block.

COMPLICATIONS:  None noted.

TOURNIQUET TIME:  19 minutes.

INDICATIONS:  Mr. Welch fell on his right upper extremity about 9 months
ago, landing on the palm of his hand and his wrist.  He had pain,
swelling and radial head fracture treated nonoperatively.  He has
developed progressive numbness of his small and ring fingers.  He had a
nerve conduction study that showed ulnar neuropathy at the wrist.  He
understood the risks, benefits, alternatives, diagnosis, treatment
options, and after observing it for 9 months requested surgical
treatment.

DESCRIPTION OF PROCEDURE:  The patient was given IV antibiotics and
axillary block in the holding area, placed in supine position with a
tourniquet over stockinette on the upper arm.  The arm was then prepped
and draped under my supervision.  Then elevated the arm, esmarched it,
inflated the tourniquet to 220 mmHg and made an incision on the volar
ulnar side of his wrist, about 3 to 4 cm in length and dissected down to
Guyon canal and released the Guyon canal, visualizing the ulnar nerve
and artery.  There were no masses.  The nerve was intact.  After it was
freed proximally and distally, I held pressure and deflated the
tourniquet after 19 minutes and made sure there was no bleeding from any
branches of the ulnar artery.  Then closed the wound with near-far,
far-near 4-0 nylon suture and simple nylon sutures and dressed the wound
with Xeroform, 4 x 4's, ABDs, cast padding, and a small volar splint and

Name=WELCH, JAMES C                                                    MRUN=18-57-40
                           Sex=M
                                                    Admit Date=07/06/2004
Loc/Svc=/OPS                                        Discharge Date=07/06/2004
FINAL REPORT
REPORT OF OPERATION
================================================================================
================================================================================
took him to the recovery room in stable condition with no apparent
complications.  Excellent capillary refill in all digits.




================================================================================
    Dictated By=WALCOTT, GEORGE D. JR. (MD)          D/T=07/06/2004 1254
    Text Status=FINAL
      Signed By= _____    D/T= _____
                    WALCOTT, GEORGE D. JR. (MD)
Transcribed By=TANKERSLEY, DIANE                      D/T=07/07/2004 0650

ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.
MEDICAL RECORDS HISTORY
PATIENT: 111245 JAMES C WELCH
PRINTED 15:37:04 25 JUN 2004
PAGE 1



06232004 Current Visit Dr 10 Recorded: 06252004 by 32 MWCAR EAW
HISTORY OF PRESENT ILLNESS:  Followup for his radial head
fracture which is doing pretty well, but now, he has some
progressive numbness in his small finger and ring finger.  It has
been going on since his injury, and he just thinks it is
definitely getting worse instead of better.  It has now been
probably approaching 9 months since his injury.  He has use of
the arm, but he notices that his fingers feel like they want to
curl up and he has a lot of weakness in the hand.

PHYSICAL EXAM:  Today, he is nontender at his radial head.  He is
mildly tender at his ulnar nerve and has a positive Tinel_s
there.  It does not subluxate.  He is mildly tender at his medial
epicondyle.  No gross instability on valgus stress.  Full
pronation and full supination.  Full range of motion of the
elbow.  Distally, he has 5- to 4+ finger abduction and finger
cross strength on the right compared to the left.

X-RAYS:  AP and lateral of the right elbow show what looks like
still a visible radial head fracture with about 1 mm or less of
displacement and acceptable alignment.  It looks to be healing
well.  He has mild arthrosis in the elbow and no other
abnormality.

IMPRESSION:  Right radial head fracture 9 months out now with
progressive ulnar nerve symptoms.

PLAN:  I told him I would get a nerve conduction study/EMG.  If
he has significant ulnar nerve compression possibly as a result
of a traction injury or his soft tissue edema after his elbow
fracture then he might need to have ulnar nerve decompression or
transposition.  We will see him back as soon as we get the test
done.  He can continue normal activities for right now.
GDW/lg    06-24-04
CC:  Worker_s Comp Carrier
     Dr. Michael Turner _ Thank You

James Welch

James Welch, Gender: M, █████████ Encounter Date and Time: 6/21/2004 07:46AM, Examiner: Michael C. Turner, Do

PROCESSED

## Chief complaint
*The Chief Complaint is: Elbow pain/jep.*

## History of present illness
- Elbow joint pain and elbow joint pain.
- A burning sensation and a burning sensation.

## Past medical/surgical history
**Reported History:**

*Reported medications: Antibotic from his dermatologist A recent immunization for tetanus - 1/01/2001.*

*Medical: No reported medical history.*

*Physical trauma: Physical trauma - 9/30/2003 Pt states that he was injuried w/ trying to to a car and fell on his rt elbow breaking the head of his radius. Pt was treated by Dr. Walcott w/ a sleeve and braces for about 1 month. Pt was released back to full duty but is in today c/o of pain in the same elbow. Pt states that now when he supinates his rt hand he has a shooting pain that shoots up his arm. Pt states that with in the past 2 months he has started having numbness in his 3rd-5th digits on his rt hand. Pt states that it is a constant numbness in his fingers. Pt states that he was trying tuff it out but the pain has gottten to back. Pt states that there is nothing he can due to help relieve his pain or sx. Pt has been taking Tylenol for his pain.* ███████████████████████

*Surgical / procedural: Surgical / procedural history* ████████████

## Personal history


██████████████████████████████████████████████████████

## Physical findings
**Vital signs:**
- Weight was 231 lbs.

*Patient has pain with supination of the arm. He states he has numbness to the 4th and 5th digits of the hand now and he is losing his strength.*

## Allergies
No allergies.

## Plan
*Patient is sent back to Dr. Walcott for further evaluation of this elbow which was fractured and is now experiencing parasthesias.*

NEUROLOGY CONSULTANTS OF MONTGOMERY, P.C.
P. Caudill Miller, M.D.  •  Ben C. Wouters, M.D., Ph.D. • Larry W. Epperson, M.D.
Electrodiagnostic Laboratory
1722 Pine Street, Suite 700 • Montgomery, Alabama 36106
Phone (334)834-1300 • Fax (334)834-8347

NAME:  WELCH, JAMES                          REQUESTING PHYSICIAN:   WALCOTT

AGE:   32        SEX:   MALE              DATE OF EMG:   6/24/04

PHYSICIAN:    EPPERSON                    HOSPITAL MEDICAL RECORD NO:

CLINICAL:

NAME OF TEST:  ☐ Nerve conduction velocity ☐ Needle EMG study   ☐ Others (specify)

REPORT OF ELECTRODIAGNOSTIC STUDY
Summary of Findings*:

CLINICAL NOTE:

Patient is a 32-year-old white male who complains with numbness of his right hand and has history of fracture of his right radius in the past.

NCV:

1.  Slow finger to wrist segment of the right ulnar sensory nerve.
2.  Prolonged terminal latency of the right ulnar motor nerve.
3.  Normal NCV's of all motor segments tested of the right upper extremity.

EMG:

1.  Normal needle EMG's of all muscles tested in the right upper extremity.

There is electrophysiological evidence of a mild distal ulnar neuropathy at the right wrist.  There is no evidence of an entrapment neuropathy otherwise in the right upper extremity.  There is no electrophysiological evidence of a cervical radiculopathy in the right upper extremity.

LWE/rie

FAXED
JUN 2 5 2004
BY:

Signature

ABBREVIATIONS:    NCV: Nerve conduction velocity
                  MUP: Motor unit potentials
*See attached page for detailed analysis
PCM-003 (7/87)



LABAMA ORTHOPAEDIC SPF    ALISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH
RINTED 14:40:41 02 JUL 2004
AGE 1

6302004 Current Visit Dr 10 Recorded: 07012004 by 40 MWS.AR EAW
HISTORY OF PRESENT ILLNESS:  He is here for followup for his
numbness in the small and ring fingers.  He says it has not
really changed.  He had the nerve test and the results from his
EMG/nerve conduction study on 6-24-04 show mild distal ulnar
neuropathy at the right wrist.  No evidence of entrapment
neuropathy otherwise at the elbow and no cervical radiculopathy.

PHYSICAL EXAM:  He is mildly tender at the Guyon_s canal and
mildly tender at the elbow.

IMPRESSION:  Right ulnar neuropathy at the wrist for just over 6
months after trauma to his right upper extremity with a fall on
his right upper extremity that resulted in a radial head
fracture.

PLAN:  Right now, he feels like he has waited a long time to see
if it would get better.  He has been taking B vitamins and
nothing seems to help it.  It is a thing that he is aware of it
all the time.  I have told him his options are living it for
awhile and see if it gets worse or contemplating surgery which
would be an ulnar nerve release at Guyon_s canal.  It would be an
outpatient surgery.  The main risks would be infection and nerve
injury.  He would have to have sutures in for about 2 weeks and
would have to be on light duty with a splint or dressing on his
hand for the first 2 weeks and then possibly light duty for a
week or two after that until the wound is fully healed.  We will
try to set that up next week probably on Tuesday afternoon.  I
think that this is related to his injury where he fell on his
right upper extremity with enough force to break his radial head.
It could have been local trauma to the palm of his hand at the
time.  Since that fall was a severe enough injury with being
dragged by a car and falling hard enough to break his elbow, I
think it is likely that it was a localized contusion that caused
swelling at the wrist.
GDW/lg   07-01-04
CC:  Worker_s Comp Carrier

WELCH, JAMES C.
111245
07-20-04
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: Right hand Guyon's canal release. He says it still has no numbness in his fingers and it feels much better.

PHYSICAL EXAM: He has full range of motion and normal function and neurovascular exam. Minimal swelling. I removed the stitches today. The wound looks good. No sign of infection.

IMPRESSION: Doing well.

PLAN: He wants to go back to regular duty. I have said it is okay to go back on Friday for regular duty. He is still going to avoid putting direct pressure on the hand if he can. Right now, he has normal range of motion and normal strength. I will see him back for any problems. He should report any kind of significant problems he is having with it over the next couple of months and let me know. Based on today's exam, he has normal strength and normal range of motion. I anticipate he will have no permanent partial impairment and is approaching MMI.
GDW/lg       07-20-04
CC:    Worker's Comp Carrier
*

WELCH, JAMES S.
111245
06-23-04
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: Followup for his radial head fracture which is doing pretty well, but now, he has some progressive numbness in his small finger and ring finger. It has been going on since his injury, and he just thinks it is definitely getting worse instead of better. It has now been probably approaching 9 months since his injury. He has use of the arm, but he notices that his fingers feel like they want to curl up and he has a lot of weakness in the hand.

PHYSICAL EXAM: Today, he is nontender at his radial head. He is mildly tender at his ulnar nerve and has a positive Tinel's there. It does not subluxate. He is mildly tender at his medial epicondyle. No gross instability on valgus stress. Full pronation and full supination. Full range of motion of the elbow. Distally, he has 5- to 4+ finger abduction and finger cross strength on the right compared to the left.

X-RAYS: AP and lateral of the right elbow show what looks like still a visible radial head fracture with about 1 mm or less of displacement and acceptable alignment. It looks to be healing well. He has mild arthrosis in the elbow and no other abnormality.

IMPRESSION: Right radial head fracture 9 months out now with progressive ulnar nerve symptoms.

PLAN: I told him I would get a nerve conduction study/EMG. If he has significant ulnar nerve compression possibly as a result of a traction injury or his soft tissue edema after his elbow fracture then he might need to have ulnar nerve decompression or transposition. We will see him back as soon as we get the test done. He can continue normal activities for right now.
GDW/lg      06-24-04
CC:    Worker's Comp Carrier
        Dr. Michael Turner – Thank You

WELCH, JAMES C.
111245
07-13-04
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: Followup for Guyon's canal release at the right wrist.

PHYSICAL EXAM: He looks good. The wound looks good. No sign of infection. He is neurovascularly intact with his ulnar nerve. He has good finger cross.

IMPRESSION: Doing well.

PLAN: We are going to leave the stitches in today and put a soft dressing on it and tell him to still stay at light-duty status that he is currently on with no heavy lifting with the right hand. I will see him back in a week. If the wound looks good then, I will take his stitches out.

GDW/lg     07-14-04

CC:    Worker's Comp Carrier

WELCH, JAMES C.
111245
10-28-03
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: He is 4 weeks out radial head fracture nondisplaced. He says he feels well enough to go back to normal duty now. He says it is not really painful. He can do push-ups now.

PHYSICAL EXAM: Today, he has motion from 5-135. He can supinate 80 and pronate 80. Neurovascularly intact distally. Nontender at his radial head.

X-RAYS: AP and lateral show this nondisplaced radial head fracture that looks to be healing.

IMPRESSION: Nondisplaced healing radial head fracture.

PLAN: He wants to go back to work. He is asymptomatic apparently and I cannot elicit any tenderness, and he has normal range of motion and can do push-ups. I told him it is okay to go back to regular duty, although if he has pain that he thinks would limit him from doing his normal activities, I would be worried about him doing his particular job. He thinks he is okay. We will let him go back to regular duty and see him back for a final followup in 1 month with repeat AP and lateral x-rays of the right elbow to make sure he has normal motion and strength and that he does not have any significant impairment rating.

GDW/lg        10-29-03
CC:    Worker's Comp Carrier
*

RECEIVED

OCT 31 2003

CITY OF MONTGOMERY
WORKERS COMP.

LABAMA ORTHOPAEDIC SPECIALISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH 
RINTED 09:41:55 30 OCT 2003
AGE 1



0282003 Current Visit Dr 10 Recorded: 10292003 by 28 MWS.AR EAW
ISTORY OF PRESENT ILLNESS:  He is 4 weeks out radial head
racture nondisplaced.  He says he feels well enough to go back
o normal duty now.  He says it is not really painful.  He can do
ush-ups now.

PHYSICAL EXAM:  Today, he has motion from 5-135.  He can supinate
30 and pronate 80.  Neurovascularly intact distally.  Nontender
at his radial head.

X-RAYS:  AP and lateral show this nondisplaced radial head
fracture that looks to be healing.

IMPRESSION:  Nondisplaced healing radial head fracture.

PLAN:  He wants to go back to work.  He is asymptomatic
apparently and I cannot elicit any tenderness, and he has normal
range of motion and can do push-ups.  I told him it is okay to go
back to regular duty, although if he has pain that he thinks he
would limit him from doing his normal activities, I would be
worried about him doing his particular job.  He thinks he is
okay.  We will let him go back to regular duty and see him back
for a final followup in 1 month with repeat AP and lateral x-rays
of the right elbow to make sure he has normal motion and strength
and that he does not have any significant impairment rating.
GDW/lg   10-29-03
CC: Worker_s Comp Carrier

LABAMA ORTHOPAEDIC SPECIALISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH ▬▬▬▬▬
RINTED 16:25:58 16 OCT 2003
AGE 1



0142003 Current Visit Dr 10 Recorded: 10152003 by 15 MWS.AR EAW
ISTORY OF PRESENT ILLNESS:  Followup for a radial head fracture
  weeks out now in this police officer.

PHYSICAL EXAM:  He looks a lot better.  He has less tenderness at
he lateral elbow and less tenderness at the medial elbow.  He
as some pain that goes down to his wrist.  He is neurovascularly
intact distally at the wrist.  No instability noted at the wrist.
For his motion today, he can extend it to 5 degrees and flex it
to 135 and pronate 80 and supinate 80.

X-RAYS:  Five views of the elbow show a nondisplaced radial head
fracture that is more clearly delineated today.  There also might
be a small avulsion off the medial side of his elbow, but it is
nondisplaced.

IMPRESSION:  Right elbow radial head fracture.

PLAN:  I told him I would free this brace up so it will bend and
straighten completely and let him go to full range of motion.  I
would not do any lifting with it yet.  I would reexamine him in 2
weeks and can re-x-ray him then, AP and lateral of his right
elbow.  If everything looks good then, we will talk about
increasing his work status.  For right now, he would still need
to be a light duty type of job.
GDW/lg    10-15-03
CC:  Worker_s Comp Carrier

ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.
MEDICAL RECORDS HISTORY
PATIENT: 111245 JAMES C WELCH ███████████
PRINTED 13:58:18 02 OCT 2003
PAGE 1

09302003 Current Visit Dr 10 Recorded: 10012003 by 28 MWS.AR EAW
HISTORY OF PRESENT ILLNESS:  He has an injury to his right elbow.
He is a police office in Montgomery who injured his right elbow
earlier today.  He was trying to stop a suspect in a stolen
vehicle and he had the person and they took off and they dragged
him some.  He landed on his right arm and elbow.  He had pain and
was seen in the emergency room this morning at Jackson Hospital
for x-rays.  They told him he might have a fracture but they were
not sure.  He is here for evaluation.  No other major injuries
reported to me right now.  His medical doctor is Dr. Eric Graves.
He is referred by Dr. ___ from the emergency room.

ALLERGIES:  None.

MEDICATIONS:  None.

PAST SURGICAL HISTORY: ████████████████████████████████████████ .
████████████████████████████

FAMILY HISTORY: ███████████████████

PAST MEDICAL HISTORY:  Negative.

PHYSICAL EXAM:  Right elbow: He has abrasions over the right
lateral part of his elbow.  No open wounds that would be
penetrating the skin.  He is neurovascularly intact distally.  He
has a 2+ radial pulse.  Intact anterior interosseous, posterior
interosseous, median, and ulnar nerve function at the hand.  He
is very tender at his radial head.  He can flex it to about 100
but it is painful.  He can extend it to 45 but it is painful.  He
can pronate 80 and supinate 80 but those are all painful.  It is
most painful at his lateral elbow.

X-RAYS:  Limited views in AP, lateral, and some obliques show a
nondisplaced radial head involving about one-third or less of the
articular surface.

IMPRESSION:  Nondisplaced radial head fracture.

PLAN:  Because of his pain, I would immobilize him for about a
week in a long arm posterior splint for comfort.  I will see him
back in a week, reexamine him, get repeat AP, lateral, and
radiocapitellar views of the elbow to make sure the fracture is
still well lined up, and then just get him an Ace wrap bandage
and let him start moving it some.  For work right now, he has to
be light duty like desk job duty.  He cannot use his right arm
for anything other than holding a pen if that is possible.  It is
probably going to take 6 or 8 weeks minimum for the fracture to
heal.  He understands that plan.
GDW/lg    10-01-03
CC:  Worker_s Comp Carrier

LABAMA ORTHOPAEDIC SPECIALISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH           
RINTED 10:26:18 09 OCT 2003
AGE 1

10072003 Current Visit Dr 10 Recorded: 10082003 by 20 MWS.AR EAW
HISTORY OF PRESENT ILLNESS:  He has the right elbow injury and
radial head fracture.  He looks pretty good.

PHYSICAL EXAM:  In his long arm posterior splint, he is
comfortable today.  He is neurovascularly intact.  He goes from
70 degrees to flexing it to 125.  He can pronate 80 and supinate
80, but it is painful at extremes.  He is neurovascularly intact.
He is tender laterally at his radial head and somewhat up at his
capitellum area.  There is no crepitus that I can feel and no
block to mechanical motion that I can appreciate.

X-RAYS:  AP and lateral show a nondisplaced radial head fracture.
There is a questionable small irregularity that could be at the
end of his humerus, but I do not see any obvious capitellum
fracture.

IMPRESSION:  Radial head fracture.

PLAN:  I would continue to treat him nonoperatively for the
radial head fracture that is nondisplaced with getting him a
hinged elbow brace right now that will block his extension at
about 60 degrees and let him take it off and work on range of
motion frequently.  He will still have to be light duty,
sedentary type of work.  I will see him back in a week and check
one more set of x-rays, AP, lateral, and try to get an oblique
view of his radiocapitellar joint when he comes back.  If that
looks normal then we will just increase his range of motion.
GDW/lg    10-08-03
CC:  Worker_s Comp Carrier

WELCH, JAMES C.
111245
10-07-03
DR. WALCOTT
C
HISTORY OF PRESENT ILLNESS:  He has the right elbow injury and radial head fracture.  He looks pretty good.

PHYSICAL EXAM:  In his long arm posterior splint, he is comfortable today.  He is neurovascularly intact.  He goes from 70 degrees to flexing it to 125.  He can pronate 80 and supinate 80, but it is painful at extremes.  He is neurovascularly intact.  He is tender laterally at his radial head and somewhat up at his capitellum area.  There is no crepitus that I can feel and no block to mechanical motion that I can appreciate.

X-RAYS:  AP and lateral show a nondisplaced radial head fracture.  There is a questionable small irregularity that could be at the end of his humerus, but I do not see any obvious capitellum fracture.

IMPRESSION:  Radial head fracture.

PLAN:  I would continue to treat him nonoperatively for the radial head fracture that is nondisplaced with getting him a hinged elbow brace right now that will block his extension at about 60 degrees and let him take it off and work on range of motion frequently.  He will still have to be light duty, sedentary type of work.  I will see him back in a week and check one more set of x-rays, AP, lateral, and try to get an oblique view of his radiocapitellar joint when he comes back.  If that looks normal then we will just increase his range of motion.
GDW/lg       10-08-03
CC:   Worker's Comp Carrier
*