IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

ROBERT ANDREW WERMUTH,        )
#18991                        )
                              )
        Plaintiff,            )
                              )
v.                            )    Case No. 2:05-CV-644-C
                              )
SHANNON CARROL YOUNGBLOOD et  )
al.,                          )
                              )
        Defendant.            )

## DEFENDANTS' NOTICE OF COMPLIANCE
## WITH COURT ORDER

Defendants, by and through undersigned counsel, submit this Notice of Compliance with the Order of this Court dated October 27th , 2005, by providing to Plaintiff the following attached documents:

1.    Copy of assault and theft file for the incident of September 30, 2003.

2.    Copy of the medical records pertaining to the treatment of Officer Welch from the incident which occurred on September 30, 2003.  Defendants previously provided the medical records of Officer Welch pursuant to this Courts Order of September 30, 2005.

Dated this the 16th day of November, 2005.


_____
KIMBERLY O. FEHL (FEH001)
Assistant City Attorney


EXHIBIT
6

**CITY OF MONTGOMERY**
**Legal Department**
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 16th day of November, 2005:

Robert Andrew Wermuth
ECF# 189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama  36017-2615

KIMBERLY O. FEHL

2

DETECTIVE DIVISION
MONTGOMERY POLICE DEPARTMENT

CASE NUMBER: 03-025505
RESTITUTION DUE
(OWE VICTIM)

DEFENDANT:        Robert Wermuth        948 Garland Drive Montgomery, AL    B    U    9/13/70

COMPLAINANT:      POF J.C. Welch #361   320 North Ripley Street Montgomery, AL    (334)241-2932

OFFENSE:          Attempted Assault 1st    9/30/03    0350 hrs.    565 North East Blvd. Montg., AL

ARRESTED BY:      CPL M.D. Hall #413    9/30/03 0409 hours    320 North Ripley Street Montg., AL

WITNESSES:        (1) POF J.C. Welch #361           MPD    (334)241-2932
                  (2) POF M.C. Deramus #1222        MPD    (334)241-2932
                  (3) SGT E.L. Johnson #367         MPD    (334)241-2932
                  (4) CPL M.D. Hall #413            MPD    (334)241-2831

TESTIMONY:        Witness #1 will testify as the victim. Witness #2 will testify as being at the
                  scene. Witness #3 will testify as taking the defendant into custody. Witness #4
                  will testify as the case agent.

ELEMENTS:         On Tuesday, 9/30/03, the defendant did attempt to cause the victim serious
                  physical injury by dragging him with a vehicle.

PROOF OF CASE:    Physical and Oral testimony.

DATE: 11/11/03

TRIAL DATE:
DISPOSITION:
FINAL VERDICT:

APPROVED
NOV 2 3 2003
BY:

CASE AGENT: CPL M.D. Hall #413

CERTIFIED COPY

DEFENDANT'S EXHIBIT
PRESENT TO D.A.

MONTGOMERY POLICE DEPARTMENT
PROPERTY INVENTORY SHEET

PROPERTY INVENTORY NUMBERS:

(1)  3356

(2)  238525

(3)  238526

(4)  239029

NOTHING FOLLOWS

NOTHING FOLLOWS

NOTHING FOLLOWS

| VICTIM SEN? Y | COMPLAINANT SSS? | ☐ INCIDENT ☒ OFFENSE | 2 CASE# | 3 BFX |
|---|---|---|---|---|
| | | ☐ SUPPLEMENT | 025505 | |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | | 6 AGENCY NAME | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|
| 0,0,3,0,1,0,0 | 0,9,3,0,0,3 | 0505 ☐ AM ☒ ML | Montgomery Police Department | |

7a PHONE ( )

8 REPORTED BY ☒ VICTIM? | 9 ADDRESS (STREET, CITY, STATE, ZIP)

| 12 VICTIM: (LAST, FIRST, MIDDLE NAME) | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|
| POF J.C. Welch #361 | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 11 PHONE |
|---|---|---|---|
| City of Montgomery | Police Officer | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 19 ☒ RESIDENT ☐ NON-RESIDENT | 20 INJURY? ☒ Y ☐ N | 21 RACE ☒ A ☐ B | 22 SEX ☒ MALE ☐ FEMALE | 23 HGT 6'0" | 24 WGT 210 | 25 DOB 1,0,2,6,7,1 | 26 AGE 31 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL. ☐ MISD. | 31 DEGREE (CIRCLE) ① 2 3 | 32 (NCIC CODE) | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| Attempted Assault | | | AGI(B) |

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 36 (NCIC CODE) | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 38 PLACE OF OCCURRENCE | | 39 SECTOR |
|---|---|---|
| 565 North Eastern Boulevard Montgomery, AL    (Kwik Shop) | | 1,2,2 |

| 40 POINT OF ENTRY | ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER | 41 METHOD OF ENTRY | ☐ FORCIBLE ☐ ATT. FORCIBLE ☐ NO FORCE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR: ☐ Y ASSAULT INJURY ☐ N |
|---|---|---|---|---|---|

| 44 OCCURRED ON OR BETWEEN | 45 TIME | 46 | 47 LIGHTING | 48 WEATHER | 49 PREMISE | |
|---|---|---|---|---|---|---|
| 0,9,3,0,0,3 | 0350 ☐ AM ☒ ML | 5 1 W 5 6 3 | ☒ NATURAL ☐ MOON ☐ ART. EXT ☐ ART. INT ☐ UNC. | ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNC | ☐ HWY.-ST-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☒ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER |
| 52 TIME | 53 | | | | | |
| | 5 1 W 5 6 3 | | | | | |

| 54 VERIFY FOR: ☒ Y | 55 TREAT. FOR: ☒ Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | |
|---|---|---|---|
| RAPE EXAM ☐ N | RAPE EXAM ☐ N | LOCATION: RAPE | |

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, FEET, ETC. ☒ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|
| | 1989 Jeep Cherokee |

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | Initial Unit 446/Hall | | | | |

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

| 75 CHECK CATEGORIES | ☐ STOLEN ☐ RECOVERED ☒ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|---|

| 76 # STOLEN | 77 LIC. 3A8297C | 78 LIS. AL | 79 LIY. 2003 | 80 TAG COLOR Red/White | 81 VIN 1,J,4,F,T,5,8,L,1,K,L,4,5,4,0,4,1 |
|---|---|---|---|---|---|

| 82 VYR 1989 | 83 VMA Amer | 84 VMO Che | 85 VST SU | 86 VCO TOP: Red BOTTOM: Red | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTTL ☐ VEH ONLY ☐ BUS. ☐ RES. ☐ RUR. | 88 AREA STOLEN | 89 OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ YES ☐ NO # |
|---|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 7444 UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO  WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO  WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC-02, REV 5-92

INCHES        1        2        3        4        5  7/7    6

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 9 3 0 0 3 | 0505 | ☐ AM PM ☒ MIL | 96 CASE # 025505 | | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE ☐ PRODUCT MAY NOT BE PUBLIC INFORMATION |

| 99 NAME (LAST, FIRST, MIDDLE) Wermuth, Robert | 100 NICKNAME/ALIAS | 101 RACE ☐W ☐A ☒B | 102 SEX ☒M ☐F | 103 DOB 0 9 1 3 7 0 | 104 AGE 33 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 948 Garland Drive Montgomery, AL | 106 HGT 6'0 3" | 107 WGT 170 | 108 EYE Bro | 109 HAIR Blk | 110 COMPLEXION Light |

| 111 PROBABLE DESTINATION M.C.D.F. | 112 ARMED ☐Y ☒N ☐UNK | 113 WEAPON |

| 114 CLOTHING Red tee shirt, black jeans | ☐ SCARS ☐ MARKS ☐ TATOOS | 115 WEAPON ☒ ARRESTED ☐ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐W ☐A ☐B | 119 SEX ☐M ☐F | 120 DOB M D Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED ☐Y ☐N ☐UNK | 130 WEAPON |

| 131 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATOOS | 132 WEAPON ☐ ARRESTED ☐ WANTED |

**WITNESS**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| #1 | SEX ☐M☐F RACE ☐W☐A ☐B☐I M D Y | | ( ) | ( ) |
| #2 | SEX ☐M☐F RACE ☐W☐A ☐B☐I M D Y | | ( ) | ( ) |
| #3 | SEX ☐M☐F RACE ☐W☐A ☐B☐I M D Y | | ( ) | ( ) |
| #4 | SEX ☐M☐F RACE ☐W☐A ☐B☐I M D Y | | ( ) | ( ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

**NARRATIVE**

137

On the date and time listed, the defendant attempted to cause serious physical injury to the victim.

CONTINUED ON SUPPLEMENT ☐Y ☒N

| | ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

118 LOCAL USE
119 STATE USE

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |

**ADMINISTRATION**

| 147 CASE STATUS ☐ PENDING ☐ INACTIVE ☐ CLOSED ENTERED ACIC/NCIC ☐Y ☐N DATE | 148 CASE DISPOSITION ☐ CLEARED BY ARREST (JUV.) ☒ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | ☐ EXCEPTIONAL CLEARANCE ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 149 REPORTING OFFICER CPL M.D. Hall | ID # 413 |
| | | | 150 ASSISTING OFFICER | ID # |
| | | | 151 SUPERVISOR APPROVAL    ID # | 152 WATCH CMDR.    ID # |

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 RPT | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # | 5 SFX |
|---|---|---|---|---|
| 0 3 0 1 1 0 0 | Montgomery Police Department | 11 17 03 20:30 PM | 03 - 025505 | |

| 6 VICTIM'S NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| POF J.C. Welch #361 | 09 30 03 | ☐ CONTINUATION ☒ FOLLOW-UP |

| 9 ORIGINAL INCIDENT / OFFENSE | 10 UCR CODE | 11 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| Attempted Assault 1st | | |

| 12 NEW INCIDENT / OFFENSE | 13 UCR CODE | 14 STATE CODE / LOCAL ORDINANCE |
|---|---|---|

| 15 HAS AN ARREST BEEN HAVE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR PREMISE |
|---|---|---|---|---|
| ☒ YES ☐ NO | 09 30 03 | ☒ YES ☐ NO WARRANT # 2003F-1640 | 09 30 03 | YEAR WEAPON ___ |

| 20 ☒ DEFENDANT ☐ SUSPECT NAME: Robert Wermuth | 21 ☐ DEFENDANT ☐ SUSPECT NAME: |
|---|---|

| RACE ☐W ☐A ☒B ☐I | SEX ☒M ☐F | DOB 09 13 70 | AGE 33 | RACE ☐W ☐A ☐B ☐I | SEX ☐M ☐F | DOB M D Y | AGE |

**NARRATIVE**

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility.

| 22 LOCAL USE | U | | U K |
|---|---|---|---|

| 46 REPORTING OFFICER | Cpl M.D. Hall | 413 |

2/2 OR PRINT IN BLACK INK ONLY

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

NARRATIVE

NARRATIVE

NARRATIVE

NO FURTHER

ADDITIONAL INCIDENT/OFFENSE
NARRATIVE CONTINUED

63 TYPE REPORT: ☐ 1. CONTINUATION ☒ 2. FOLLOW-UP

60 DATE AND TIME OF REPORT

| | | | | | | | | |
|1|M|1|D|7|1|0|3|

20:30 ☒ Mil. ☐ PM ☐ AM

51 CASE #

|0|3|-|0|2|5|5|0|5| |

52 OFX

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

MONTGOMERY POLICE DEPARTMENT
SUPPLEMENTARY OFFENSE REPORT

03-025505

| Victim Name as on Original Report: (Last, First, Middle) | Date, Time of Offense: | Date, Time of Supplement: |
|---|---|---|
| POF J.C. Welch #361 | 9/30/03 0350 | 9/30/03 1950 |

| Has arrest been made: Yes / No | Date of Arrest: | Offense as Reported: |
|---|---|---|
| Yes | 9/30/03 | Attempted Assault 1st Degree |

| Has warrant/petition Been signed: Yes / No | Date Warrant/ Petition Signed: | Offense after investigation: |
|---|---|---|
| Yes | 9/30/03 | Attempted Assault 1st Degree |

**COMPLAINT:**

On Tuesday, September 30, 2003, at approximately 0350 hours, City of Montgomery Police Officer J.C. Welch #361, while working as a Third Shift Patrol Officer, was injured in the course of his duties as a Patrol Officer.

**INITIAL INVESTIGATON:**

On 9/30/03 this writer was informed by Sergeant Barnett that POF J.C. Welch #361 received injuries when he when he attempted to take black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive, into custody. SGT Barnett further advised that the defendant had been taken into custody by patrol and K-9 officers.

The defendant was transported to the City of Montgomery Police Department by patrol units. This writer met them on the second floor of the Police Department in an interior hallway. The defendant had blood on his head and also on his right arm. K-9 Unit 145, Corporal E.L. Johnson #367 had taken the defendant into custody with his K-9 partner and the defendant had received bog bites to his head and to his right arm. This writer took photographs of the defendant's injuries which will be added to the case file. The defendant was transported to the emergency room to receive treatment for his injuries.

POF Welch responded to the Detective Division and was escorted to my office located within the Detective Division. At approximately 0451 hours, I took a detailed audio taped statement from POF Welch. He had a bandage on his right hand and was unable to provide a written statement.

POF Welch explained that he and his partner, Police Officer M.C. Deramus #1222, were on routine patrol with POF Deramus driving and POF Welch in the passenger's seat. As they drove through the parking lot of the Kwik Shop, located at 565 North Eastern Boulevard, they observed through the front glass of the business that the clerk was speaking to someone on the telephone and was waving at them and pointing to a vehicle in the parking lot that was occupied by one black male subject. POF Deramus drove the patrol vehicle parallel to the vehicle, which was a 1989 red Jeep Cherokee, and POF Welch exited the vehicle. POF Welch approached the vehicle noticed that the steering column on the vehicle was busted and the subject inside, black male Robert Wermuth, was attempting to start the vehicle with a pair of needle nose pliers. POF Welch then attempted to remove Wermuth from the vehicle but was unable to and Wermuth then started the vehicle with POF Welch holding on to him and the vehicle. Wermuth drove the vehicle across the parking lot of the Kwik Shop with POF Welch trying to run along side still holding on to Wermuth and the vehicle. When Wermuth accelerated the vehicle, POF welch released his hold on Wermuth and the vehicle and fell to the ground causing injuries to his right hand and arm. Wermuth was taken into custody a short time later. It was later determined that Wermuth had stolen two, eighteen packs of Budweiser Beer from the Kwik Shop. Both packs of beer were located in the vehicle with Wermuth when he was taken into custody.

The taped statement ended at approximately 0502 hours and will be transcribed and added to the case file.

After the statement was completed, POF Welch was taken to the emergency room to receive treatment for his injuries.

POF Deramus will provide a statement that will be added to the case file. CPL Johnson will also provide a statement detailing Wermuth being taken into custody be his K-9 partner and himself.

Due to Wermuth attempting to drag POF Welch with his vehicle, which could have resulted in serious physical injuries, a warrant was secured against him for Attempted Assault 1st Degree with a $20,000.00 bond.

After receiving treatment for his injuries, Wermuth was escorted to the Detective Division and to my office by a patrol unit. At approximately 0627 hours, I read Wermuth his Miranda Rights and he stated that he did not wish to give a statement with out a lawyer. Wermuth was then escorted to the Montgomery City Jail and placed there on a Theft of Property 3rd Degree warrant, which was secured against him by the clerk from the Kwik Shop, black female Varaba Lewis, with a hold placed on him for the Montgomery County Detention Facility.

Show this case continuing.

| Unfounded | Exc. Cleared | Investigator |
|---|---|---|
| Cleared By Arrest | Inactivated | Cpl M.D. Hall #413 |

MONTGOMERY POLICE DEPARTMENT
SUPPLEMENTARY OFFENSE REPORT

03-025505

| Victim Name as on Original Report:<br>(Last, First, Middle) | | Date,<br>Time of Offense: | Date,<br>Time of Supplement: |
|---|---|---|---|
| POF Welch, J.C. #361 | | 9/30/03 0350 | 11/17/03 2024 |
| Has arrest been made:<br>Yes / No | Date of Arrest: | Offense as Reported: | |
| Yes | 9/30/03 | Attempted Assault 1st | |
| Has warrant/petition<br>been signed: Yes / No | Date Warrant/Petition | Offense after investigation: | |
| Yes | 9/30/03 | Attempted Assault 1st | |

DISPOSITION:

Show this case cleared by the arrest of black male Robert Wermuth,
DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in
the Montgomery County Detention Facility on a $20,000.00 bond.

| Unfounded | Exc. Cleared | Investigator |
|---|---|---|
| Cleared By Arrest ✓ | Inactivated | Cpl M.D. Hall #413 |

CITY OF MONTGOMERY, ALABAMA
DEPARTMENT OF POLICE

B/M Robert Wermuth   9/13/70
Name (R/S, DOB: mm/dd/yyyy).

10th grade
Education Level.

MPD/PAB  320 North Ripley Street
Place.

9/30/03 0627
Date/Time.

Attempted Assault 1st Degree
Charge/Investigation.

Before asking you any questions, I must explain to you that you can remain silent, that anything you say can be used against you, that you can talk to a lawyer first and that you have the right to the advice and presence of a lawyer even though you cannot afford to hire one.  If you cannot afford to hire a lawyer and want to have one present during interrogation, the Court will appoint one before we question you.  If you want to answer questions now, you can do so, but you can stop at any time.

Cpl M.D. Hall # 413
Officer

I fully understand the foregoing statement and I do willing agree to answer questions.  I understand and known what I am doing.  No promise or threats have been made to me by anyone and no pressure of any kind has been made against me by anyone.

_____

WINTESSES:

_____

_____

Refused

MONTGOMERY POLICE DEPARTMENT
DETECTIVE DIVISION

## WITNESS LOCATOR

WITNESS
NAME:   Robert Wermuth

RESIDENCE
PHONE:   262-4025

OTHER NBR(S)    *PAGER*                    *CELLULAR*

RACE: B    SEX: M    WT 6'03    HT 170    DOB: 9/13/70    AGE: 33    SSN: 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

RESIDENCE
ADDRESS:   948 Garladn Drive                              Montgomery
                    (STREET)                                    (CITY)
                    Montgomery                                  AL
                    (COUNTY)                                    (STATE)

EMPLOYER:                              TELEPHONE:

EMPLOYER
ADDRESS:                                                 Montgomery
                    (STREET)                                    (CITY)
                    Montgomery                                  AL
                    (COUNTY)                                    (STATE)

POSITION HELD AND IMMEDIATE SUPERVISOR:

ALTERNATE CONTACT:

NAME:  Marth Humphrey                    TELEPHONE:    SAA

ADDRESS:    SAA

RELATIONSHIP TO WITNESS:    Friend

## I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

AGENCY:    MONTGOMERY POLICE DEPT.
                                                    ( WITNESS )
DIVISION:    DETECTIVE

OFFICER:    Cpl M.D. Hall #413                         9/30/03
                                                    (DATE)

MONTGOMERY POLICE DEPARTMENT
DETECTIVE DIVISION

## WITNESS LOCATOR

WITNESS
NAME:   POF J.C. Welch # 361                    RESIDENCE
                                                PHONE: ▮▮▮▮▮▮▮

OTHER NBR(S)   *PAGER*                 *CELLULAR*   _____

RACE: W    SEX: M    WT 210    HT 6'05    DOB: ▮▮▮▮    AGE: ▮▮    SSN: _____

RESIDENCE
ADDRESS:   ▮▮▮▮▮▮                                ▮▮▮▮▮▮
                (STREET)                         (CITY)
           ▮▮▮▮▮▮                                ▮▮
                (COUNTY)                         (STATE)

EMPLOYER:   City of Montgomery        TELEPHONE:   334-241-2932

EMPLOYER
ADDRESS:   320 North Ripley Street              Montgomery
                (STREET)                         (CITY)
           Montgomery                            AL
                (COUNTY)                         (STATE)

POSITION HELD AND IMMEDIATE SUPERVISOR:    Police Officer


ALTERNATE CONTACT:

NAME: ▮▮▮▮▮▮                           TELEPHONE:   SAA

ADDRESS:   SAA

RELATIONSHIP TO WITNESS:   ▮▮▮▮


## I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

AGENCY:   MONTGOMERY POLICE DEPT.
                                          ( WITNESS )
DIVISION:   DETECTIVE

OFFICER:   Cpl M.D. Hall #413               9/30/03
                                            (DATE)

VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective       BUREAU: Robbery/Homicide       DATE: 9/30/03

NAME: Officer J. C. Welch, #361                  AGE: ███  SEX/RACE: M/W
ADDRESS: ████████████████████              PHONE: ████████

CONCERNING: Attempted Assault 1st Degree of a Police Officer

LOCATION OF INTERVIEW PAB: YES NO (SPECIFY): Room 212

STATEMENT TAKEN BY: Corporal M. D. Hall, #413

Beginning time 0451 Hours.

Q:    State your name for me please?
A:    Officer J. C. Welch.

Q:    Mr. Welch, are you employed by the City of Montgomery?
A:    Yes, I am.

Q:    How are you employed by the City of Montgomery?
A:    Third Shift Patrol, Police Officer.

Q:    Okay, and earlier tonight at approximately 0350 in the morning, were you
      employed as a Police Officer?
A:    Yes.

Q:    Were you working as a Police Officer on Third Shift?
A:    Yes.

Q:    Okay, and were you at the Kwik Shop located at 565 North Eastern
      Boulevard?
A:    Yes, on routine patrol.

Rm/E7280

_M. D. Hall #413_
Detective Signature                           Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts,
values and/or descriptions given by me in this statement are the whole
truth to the best of my knowledge and belief.

Page 1 of 6    Time:

Q:  Okay, were you riding with a partner?
A:  Yes.

Q:  And what's your partner's name?
A:  Officer Melva Deramus.

Q:  Okay, what'd I'd like for you to do for me is explain to me exactly what happened when you arrived at the Kwik Shop?
A:  Well that night or approximately 350 Hours, we were riding in just routine patrol. Did a, we were riding through the convenience store just to do a routine check to make sure everything was alright. At which time we saw the store clerk on the, on the phone and waving us down. She started pointing at a vehicle that was located in the parking lot of the Kwik Shop and the vehicle was a red Jeep Cherokee, occupied by a Hispanic looking male. At which time I approached the vehicle, the door was still open to the vehicle and as I approached the vehicle I saw the steering column was, you know was popped to the vehicle and...

Q:  Okay, let me stop you just a minute. When you say the vehicle, describe the vehicle to me?
A:  The vehicle is an older style Jeep Cherokee red in color. Possibly earl, late 80's, early 90's model, box style. Its not a newer type model.

Q:  Okay, now go ahead and ____(Inaudible)____
A:  I approached the vehicle, saw the steering column was popped, I reached inside the vehicle to, to take custody of the subject and asked him to step out of the vehicle. At which time the subject never, you know, made eye contact with me, never spoke to me. He just continued to, to jimmy with the pliers that were located on the steering column, trying to crank the vehicle. As he continued to crank the vehicle I steadily was trying to pull him out of the vehicle. At which time with, without any success he, he was able to crank the vehicle and once he got the vehicle cranked he pushed out, pushed off on me and I had to release, I had to release one hand from his arm. I had my left hand on his arm. I had to release that hand and I still had contact with shoulder and neck area trying to pull him out. He took of, he, he started the vehicle, put it in drive and took off. At which time he hit our vehicle, our patrol car and that would be the passenger side front quarter panel with

Rm/E7280

_____

_____                         _____
M.D. Hall #413                                   Witness Signature
Detective Signature

Signature of Person Giving Statement: I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

                              Page 2 of 6     Time:
_____

his left side, driver side quarter panel and with me still halfway in the vehicle, now running along side of the vehicle. I continued to run along side the vehicle, halfway in until I was thrown from the vehicle and at which time I got on the radio and, and advised of what had happened.

Q:  Okay, did, you said you were still halfway in the vehicle and you were, and he was driving across the parking lot, right. Was he dragging you on the ground?

A:  He was not dragging me on the ground. He was, I was steadily running along side of the vehicle trying to prevent me from being drug on the ground. I had one hand, now on the door of the vehicle. It was still open and the other one was located on, still on his shoulder at, or you know halfway inside the vehicle.

Q:  Do you re, did you receive any kind of injury?

A:  I received several lacerations or scrapes to the palm of my left, right hand and a pretty good scrape to the el, to the right elbow and...

Q:  Is that from making contact with the ground?

A:  Yes.

Q:  Okay, and this was after you let go of the vehicle...

A:  Yes.

Q:  ...and he, and he kept traveling out of the parking lot, correct?

A:  He, and he headed south on, on North East Boulevard.

Q:  Okay, you said that the clerk waved ya'll down. Did the clerk advise you of what this subject had done?

A:  Once we, once we pulled off my partner went inside the store to find out what had, you know transpired before we got there. The clerk advised the subject had taken two half cases of beer which were, which when I did approach the vehicle I did see the beer inside his vehicle.

Q:  Okay, you said earlier that he never made eye contact with you. Did you ever identify yourself to him as a Police Officer?

A:  Yes.

Rm/E7280

_____
M.D. Hall ° 413
Detective Signature

_____
Witness Signature

Signature of Person Giving Statement: I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

Q: Okay.
A: And my vehicle was pulled right next to his vehicle.

Q: Were your me, were your emergency lights activated or any time did the lights on the vehicle were activated?
A: No.

Q: Okay, when ya'll first pulled up in the parking lot and the clerk waved ya'll down, was he already inside that vehicle...
A: He was...

Q: ...or was he standing outside of it?
A: ...he was already inside the vehicle attempting to crank the vehicle with the ___(Inaudible)___

Q: Okay, and then when you approached the vehicle and you noticed that the steering column was popped what did that lead you to believe?
A: It led me to believe that the vehicle was possibly stolen and at which time I was trying to get the, the subject out of the vehicle to do a field interview.

Q: Did he ever at any time say anything to you?
A: No, he did not.

Q: He never spoke to you at any time?
A: No, he never spoke to me at any time. He just continued to try and crank the vehicle.

Q: Okay, and then once he was able to you were holding on to, once he was able to start the vehicle, when he started driving away he, you said he initially he, he backed into your vehicle?
A: No, he, he just pulled forward, turned sharply to the left, striking our vehicle.

Q: Okay, so were you parked behind him or were you parked...

*BRIEF PAGING INTERRUPTION*

Rm/E7280

_____

_____M. D. Hall #413_____                    _____
Detective Signature                          Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____                Page 4 of 6     Time:

Q: Where were you parked in relation to his vehicle in the parking lot?
A: We were parked side by side. We, you know I was parked, my, the passenger side of my vehicle was parked right next to his driver side door.

Q: Okay, so, so, okay.
A: It would be like...

Q: Side by side...
A: Side by side.

Q: ...in the parking lot. Okay, and the reason its parked that way is because you weren't going in, your initial intention of going through the parking lot was just to check on the clerk in the store, correct?
A: Just to check on the clerk on the, in the store and we were just doing a courtesy drive, drive through.

Q: And then when she, once she flagged ya'll down ya'll just stopped where you were to see what was going on, correct?
A: Exactly.

Q: Alright, did your partner receive any kind of injuries?
A: No, she never received any injuries. She was on the driver's side of the vehicle and once she saw the vehicle either, you know she thought the dr, vehicle was dragging me. Once she saw the, you know, me running along side the vehicle she tried to run behind me and then got on the radio.

Q: Okay, you said he struck the patrol vehicle, did he strike anything else in the parking lot that you saw, any other objects or anything?
A: Not to my knowledge.

Q: Was he the only subject inside the vehicle?
A: Yes, he was.

Q: And you advised earlier that you did see two 12 packs of...
A: Budweiser.

Rm/E7280

_____

_M.D. Hall #413_
Detective Signature                                    Witness Signature

Signature of Person Giving Statement: I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____
                                   Page 5 of 6    Time:

Q:  ...inside the vehicle that he had taken from the store without paying for it...?
A:  Yes.

Q:  ...correct?  And that's what you found out later from the clerk?
A:  Later found out that the, the beer was unpaid for.

Q:  Okay, so basically he stole the beer from them?
A:  Yes.

Q:  And that...
A:  That's why the clerk had the phone to her ear when we pulled up.

Q:  And that's why she was, and waving ya'll down?
A:  Yes, because she was on the phone with the Police Department trying to call in a beer run or a 34 to the business.

Q:  Okay, and a theft to the business, okay.
A:  Uh-huh.

Q:  And then once, after you were able to get yourself back together you were able to get onto the radio and give a description of the vehicle, correct?
A:  I...

Q:  And his direction of travel?
A:  Yes, I was able to give a, you know, somewhat of a detailed description of a box style Jeep Cherokee with a possible Hispanic male, wearing glasses and a red shirt.

Q:  Okay, and the, what color was the Jeep?
A:  The Jeep was also red.

Q:  Red, okay.  Okay.

Ending time 0502 Hours.


Rm/E7280

_____
_M. D. Hall #413_
Detective Signature

_____
Witness Signature

Signature of Person Giving Statement:  I hereby affirm that the facts, values and/or descriptions given by me in this statement are the whole truth to the best of my knowledge and belief.

_____      Page 6 of 6    Time:

Memorandum

To      :  Sergeant R. Lewis #326

From    :  Officer M. C. Deramus #1222

Subject :  Attempting to apprehend B/M Suspect

Date    :  September 30, 2003

On September 30, 2003 at approximately 0350 hrs, Unit 322, Welch and Deramus were doing our routine patrol of the district. We pulled up in the Quick Shop at Plantation and Northeast Blvd, we witnessed the cashier, Vabara Lewis waving and motioning us to stop the vehicle that was parked in front of the store which was an older model red Jeep Cherokee with a black male in the drivers seat. I then drove up next to the vehicle, me and my partner got out and my partner went up to the defendant's vehicle. At which time my partner asked the defendant to exit his vehicle and he would not. The defendant persisted on trying to crank up the vehicle. At which time I noticed he wasn't using a key but some needle nose pliers to crank up the vehicle. I then with my partner tried to get the defendant to exit the vehicle. At that time my partner held on to the defendant's shoulder to assist the driver out of the vehicle and I was pulling on his arm. At that time the defendant cranked up the vehicle and persisted to drive off and in the process collided into our patrol vehicle causing damage to the right side quarter panel. At that time my partner was still holding on to the defendant's vehicle. The defendant continued to drive while my partner was holding on the door. I was running on the other side motioning and yelling for the defendant to stop but he would not. Then shortly after my partner fell onto the ground as the defendant picked up speed turning on the Northeast Blvd going toward the interstate. My partner received injuries to the right side of his arm due to his falling.

*Mike D. Deramus #1222*
Officer M. C. Deramus #1222

To: Lt. W.W. Caulfield

From: Cpl. E.L. Johnson #367

Date: 09-30-03

Subject: Apprehension of Robert Andrew Wermuth

Sir, on 09-30-03 at approximately 0345 hours Unit# 322 (Welch/Deramus) put a look out on the radio of a red Jeep Cherokee wanted in reference to Assault of a Police Officer and Theft of Property 3rd from the Qwik Serve at 565 North East Blvd. The subject was a light skin black male with a red shirt. The vehicle was last seen going west on the Boulevard.

A short time later Unit #331 observed a Cherokee matching the description on Mt. Meigs at California. He followed the vehicle to Day St. were he attempted to stop it. After a lengthy pursuit, I fell in as an assisting unit at Mill St. and Hill St. We followed the pursuit at a safe distance to Day St. and Hill St. were the subject wrecked into Unit #331's vehicle. I then followed the vehicle to 948 Garland St. were the subject bailed from the vehicle. He matched the description of the look out put out by Unit #322. The subject was given a warning to stand still which he did not heed to. I then released my K-9 Partner Jethro. He then engaged the suspect and took him into custody.

The suspect was B/M Robert Andrew Wermuth (09-13-70) of 948 Garland. He was charged with Assault 1st at the time of this writing. He had a two-inch laceration on the right side of his head and several scratches on his right bicep. He was transported Baptist South by Patrol for treatment of dog bites.

Cpl. E.L. Johnson #367

ALABAMA UNIFORM ARREST REPORT

| | Yes | | Yes |
| | No | | No |

OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION*

| 1 ORI# | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|
| 0,0,3,0,1,0,0 | Montgomery Police Department | | 0,3 - 0,2,5,5,0,5 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Wermuth, Robert | |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | | SCARS | | MARKS | | TATTOOS | | AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M X | W X | 6'03 | 170 | Bro | Blk | Light | | | | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Montgomery, AL | 4,2,4 - 1,9,8,1 - 0,0,8,5 | 0,9,1,3,7,6 | 33 | |

| 20 SID # | 21 FINGERPRINT CLASS KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|

| | HENRY CLASS | | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|
| 24 FBI # | NCIC CLASS | | | |

| 26 X RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| NON-RESIDENT | 948 Garland Drive Montgomery, AL 36108 | (334) 262-4025 | none |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | ( ) |

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? X YES | NO |
|---|---|---|---|
| 948 Garland Drive Montgomery, AL 36108 | 1,1,3 | X IN STATE / OUT STATE / AGENCY | |

| 36 CONDITION OF | DRUNK | SOBER | 37 RESIST ARREST? | 38 INJURIES? | NONE | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|---|---|
| ARRESTEE | X DRINKING | DRUGS | YES X NO | OFFICER X ARRESTEE | | Y X N | HANDGUN / OTHER FIREARM / RIFLE / OTHER WEAPON / SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? | 49 CRIME CODE |
|---|---|---|---|---|---|
| 0,9,3,0,0,3 | 04 09 | AM X MIL | | ON VIEW / CALL / X WARRANT | YES X N / UNKNOWN | |

| 46 CHARGE-1 X FEL MISD | 47 UCR CODE | 48 CHARGE-2 FEL MISD | 49 UCR CODE |
|---|---|---|---|
| Attempted Assault 1st | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | 2003F-1647 | 0,9,3,0,0,3 | | | |

| 56 CHARGE-3 FEL MISD | 57 UCR CODE | 58 CHARGE-4 FEL MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 88 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| HELD / TOT-LE | | |
| BAIL / OTHER | | 89 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
| RELEASED | | |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | | 79 IMPOUNDED? YES NO | 80 STORAGE LOCATION / IMPOUND # |
|---|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | CONTINUED IN NARRATIVE |
|---|---|

**DISPOSITION / JUVENILE**

| 82 JUVENILE | HANDLED AND RELEASED | REF. TO WELFARE AGENCY | REF. TO ADULT COURT | 82 RELEASED TO |
|---|---|---|---|---|
| DISPOSITION | REF. TO JUVENILE COURT | REF. TO OTHER POLICE AGENCY | | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 0,9,3,0,0,3 | AM / PM X MIL | CPL M.D. Hall | MPD/Detective | 413 |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | M.C.D.F. | 250 S.McDonough Street |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| YES NO PARTIAL | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| Dog bites to head and right arm received during the apprehension of the defendant. |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|
| | Cpl M.D. Hall # 413 |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE Y N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| CPL M.D. Hall | 413 | | | ID # | ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-34 REV. 10-90

DISTRICT COURT OF MONTGOMERY, ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE OFFENDER

Defendant's Name: B/M Robert Wermuth                                    D.O.B. 9/13/70

Defendant's SSN: 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          Height: 6'03          Weight: 170

Defendant's Address: 948 Garland Drive Montgomery, AL 36108

Date & Time of Offense: 9/30/03  0350 hours

Place of Occurrence: 565 North Eastern Boulevard Montgomery, AL     (Kwik Shop)

Person or Property Attacked:   POF J.C. Welch #361

How Attacked:   1989 Jeep Cherokee

Damage Done or Property Attacked:  Lacerations to right hand and arm

Value of Property:

Details of Offense:
On the date and time listed, the defendant did attempt to cause serious physical injury to the victim. The defendant was taken into custody in the vehicle a short time after the offense.


THIS IS IN VIOLATION OF CRIMINAL CODE 13A-6-20.

This offense did occur in Montgomery County, Montgomery, Alabama.


I make this affidavit for the purpose of securing a warrant against the said
B/M Robert Wermuth                        . I understand that I am instituting a criminal
proceeding and cannot drop this case. I further understand that if any of the forgoing facts
are untrue, I many, in addition to any other punishment provided by law, be taxed with
court costs in this proceeding.

Sworn to and subscribed before me
this 30th        day of September        20 03          Cpl H.D. Hall #413
                                                         Complainant

VCBurman
        Judge - Clerk - Magistrate
WITNESSES: (Name, Address, Telephone Number)

1)  POF J.C. Welch #361          MPD        334-241-2932
2)  POF M.C. Deramus #1222       MPD        334-241-2932
3)  CPL M.D. Hall #413           MPD        334-241-2831
4)

STATE OF ALABAMA
MONTGOMERY COUNTY

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Montgomery County, Alabama, personally appeared

CPL. M. D. HALL

who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months within said County on or about (date) SEPTEMBER 30, 2003 ___ DOB ___ ROBERT WERMUTH ___ , did (13A-6-20 )

with the intent to commit the crime of ASSAULT 1ST

attempt to commit said offense by ATTEMPTING TO DRAG VICTIM WITH THE VEHICLE

In violation of 13A-4-2 of the Code of Alabama, against the peace and dignity of the State of Alabama,

Sworn to and Subscribed before me this the 30TH

day of ____ SEPTEMBER ____ , 2003 .

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

Complainant's Signature ____ C. M. D. H. #00413

---

STATE OF ALABAMA
MONTGOMERY COUNTY

# WARRANT OF ARREST

THE DISTRICT COURT

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are thereof commanded to arrest ROBERT WERMUTH

and bring him/her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of

ATTEMPTED (ASSAULT 1ST)

and have you then and there this writ with your return thereon.

Dated this ____ 30TH ____ day of ____ SEPTEMBER ____ , 2003

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

The Sheriff will take bond in the sum of $ 20,000.00

---

| WARRANT NO. 2003F-1640 | STATE WITNESSES | Defendant's Address: 948 GARLAND DR. MONTGOMERY, AL |
|---|---|---|
| WARRANT OF ARREST THE DISTRICT COURT OF MONTGOMERY COUNTY, ALABAMA | POF. J. C. WELCH #361 320 N. RIPLEY ST. MONTGOMERY, AL 36104 | Race: BLACK    Sex: MALE DOB: 9-13-70 |
| THE STATE OF ALABAMA v. | POF. M. C. DERAMUS #1222 320 N. RIPLEY ST. MONTGOMERY, AL 36104 | DL No: S.S. Number: 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 |
|  | CPL. M. D. HALL #413 320 N. RIPLEY ST. MONTGOMERY, AL 36104 | Employment: |

Return of the within Warrant by Arresting the within named Defendant and Taking Appearance Bond

```
E0327300016  WERMUTH,ROBERT A
DOB: 09/13/70   Age: 33Y   MR #:544158
Admit Date/Time:  09/30/03     0502A
916 SHAW,RONALD A
```

**Baptist Hea**
## Emergency Room
## Discharge Instructions

DISCHARGE INSTRUCTIONS – MEDICAL CHART

| Weight | Phone | Allergies | | | Location South |
|---|---|---|---|---|---|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID, IF NOT PRINTED WITH CRANBERRY BACKGROUND | | |
|---|---|---|---|---|

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. KEFLEX | | QID x 10 days | ☑ | |
| 2. TYLENOL | | q4-6 | | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

| INSTRUCTION SHEET(S) GIVEN | | | Return for signs of infection |
|---|---|---|---|

☐ Asthma    ☐ Crutches    ☐ Head Injury    ☐ Threatened Ab    > Redness
☐ Back Pain  ☐ Fever       ☐ Otitis Media   ☐ Vomiting / Diarrhea  > Swelling
☐ Cast / Splint Care  ☐ Fracture  ☐ Sprains / Bruises  ☐ Wound Care  > Drainage
                      ☐ STD          ☐ Other(s)_____  > Heat

Additional Instructions:
1) Gave wound care instructions
2) Wound recheck in 2 days
3) Take medicine as directed
4) Suture removal in 7 days

Referred to:
☑ Dr. own doctor or ER
Phone:
☑ Call on next business day for follow-up appointment
   in __2__ (days)/weeks    ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed    ☐ Instructions Modified: _____
☑ Education provided on new medication _Keflex, Tylenol_

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X    S. W. Horn    ☐ Patient
     pt unable to sign, verbalized   ☐ Relative
     understanding              ☐ Other_____

Time Released  >  2155  Hrs.

Instructed By: _____    Physician: _____

----

WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for_____ days*
Restrictions: _____
☐ -------------------------- was here with relative/ child.
☐ Other: _____

Time off from School or Work longer than 3 days should be approved by a Personal or Company Occupational Medicine Physician, unless otherwise stated.

BBS-0081 (06/02)




















MONTGOMERY POLICE DEPARTMENT

VEHICLE IMPOUND REPORT

DATE 9-30-03 _____ TIME 0500 _____ IMPOUND RPT# 3356 _____

SAFE STREETS IMPOUND: YES/NO _____ I/O# _____

VEH MAKE Amer. _____ VEH MODEL Cherokee _____ VEH YEAR 1989

VEH BODY SU _____ VEH COLOR(S) Red _____

VIN# 1J4FTS81KL454041 _____ TAG# 3AY297C _____ ST AL YEAR ___

WHERE FOUND 948 Garland Dr Mont, AL. _____

REASON IMPOUNDED Subject In Custody _____

OWNERS NAME Martha Humphrey _____ DRIVER'S NAME Robert Wermuth

ADDRESS 948 Garland Dr _____ ADDRESS 948 Garland

CITY/ST Mont, AL, _____ CITY/ST Mont, AL _____

PHONE (334) — 212-4025 _____ PHONE ___ — ___ — ___

NCIC CHECKED Yes _____ NCIC RESULTS Neg _____

IF STOLEN, OWNER NOTIFIED _____ DATE/TIME NOTIFIED _____

NOTIFIED BY _____ ID# ___ KEYS W/VEHICLE NO _____

CAN VEHICLE BE RELEASED? YES _____ IF NO, WHY? _____

_____

IMPOUNDING OFFICER N.B. Fitzpatrick _____ ID# 902 _____

TOWING FIRM Wildrip _____ TIME RELEASED TO WRECKER 0515 HRS

WRECKER DRIVER'S SIGNATURE _____

*************************************************************

VEHICLE RELEASED TO: NAME _____

ADDRESS _____ CITY _____ ST ___ ZIP _____

SIGNATURE _____ D/L# _____ ST _____

SAFE STREETS AUTHORIZED DRIVER (IF NOT OWNER) D/L#: _____

NAME: _____ SIGNATURE: _____

DATE/TIME RELEASED _____

OFFICER ISSUING RELEASE _____ ID# _____

MONTGOMERY POLICE DEPARTMENT
PROPERTY INVENTORY

| | | | |
|---|---|---|---|
| Date 9-30-05 | Time 0524 | ☒ A.M. | |
| | | ☐ P.M. | |

OFFICE USE ONLY

238525

Property No.

W E A P O N S   O N L Y

Area/Bin No.

Type Property:  ☒ Evidence

| Ex-Felon Check | YES | NO | NCIC CHECK ☐ YES | NO |
|---|---|---|---|---|
| Ex-Felon | YES | NO | If Stolen attach Print Out | |
| DOB | / / | | Stolen YES NO | |
| | | | Removed from YES NO | |
| | | | NCIC | |

☐ Personal

☒ Found

Officers Name  H.D. Hill
Name                                      413
                                           ID

Detective
Division                        241-2849
                                PX

Where Found

Property Owner
Name                          Address                          Zip Code          Telephone

Offense  Attempted Assault 1st Degree

03-A32545
Report No.

Defendant's Name  Robert Wormath

Description of Property:

1- Video tape from Kwik Shop - 565 N.E. Blvd.

Release Authorization: Release to  Any Persons Detective          BY  Cpl H.D. Hall #413

DATE  9-30-03                                    TIME  0524

PERSONAL OR FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF (334) 241-2523

Property Received By  ado M. G. Dobb 717

WHITE COPY-SUPPLY/GREEN COPY-OWNER/BLUE COPY-OFFICER

19-0773

| | INCIDENT | ☒ OFFENSE | 2 CASE # |
|---|---|---|---|
| | SUPPLEMENT | | 025505 |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | | 6 AGENCY NAME | 7 IF SUPPLEMENT, ORIGINAL OFFENSE DATE |
|---|---|---|---|---|
| 0 3 0 1 0 0 | 0 9 3 0 0 3 | 0505 ☐AM ☒PM ☐MIL | Montgomery Police Department | |

8 REPORTED BY ☒ VICTIM OR

10 PHONE: ( )

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|
| POF J.C. Welch #361 | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|
| City of Montgomery | Police Officer | 320 North Ripley Street Montgomery, AL 36104 | (334) 241-2932 |

| 19 ☒RESIDENT ☐NON-RESIDENT | 20 INJURY ☒N | 21 RACE ☒W | 22 SEX ☒MALE ☐FEMALE | 23 HGT 6'05" | 24 WGT 210 | 25 DOB 1 1 0 2 9 6 7 1 | 26 AGE 31 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐Y ☒N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) |
|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL. ☐ MISD. | 31 DEGREE (CIRCLE) ① 2 3 | 33 STATE CODE/LOCAL ORDINANCE 1 A 0 1 ( 13 ) |
|---|---|---|
| Attempted Assault | | |
| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 32 DEGREE (CIRCLE) 1 2 3 | 35 STATE CODE/LOCAL ORDINANCE 3-3 |

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| 565 North Eastern Boulevard Montgomery, AL    (Kwik Shop) | 1 1 2 2 |

| 40 POINT OF ENTRY ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ ATT. FORCIBLE ☐ NO FORCE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ☐ Y ASSAULT INJURY ☐ N |
|---|---|---|---|

| 45 OCCURRED ON OR BETWEEN 0 9 3 0 0 3 | 46 TIME 0350 ☐AM ☒PM ☒MIL | 46 S M T W T F S | 47 LIGHTING ☒ NATURAL ☐ MOON ☐ ART. EXT ☐ ART. INT ☐ UNK. | 48 WEATHER ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK | 49 PREMISE ☐ HWY-ST-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☒ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER |
|---|---|---|---|---|---|---|
| 62 TIME | ☐AM ☐PM ☐MIL | 63 S M T W T F S | | | | |

| 54 VERIFY FOR ☒ Y ☐ N | 65 TREAT. FOR ☐ Y ☒ N | 66 CIRCUMSTANCES Homicide & Assault | LOCATION: RAPE |
|---|---|---|---|
| RAPE EXAM ☐ Y ☐ N | RAPE EXAM ☐ Y ☐ N | | |

| 67 WEAPON USED ☐ FIREARM ☐ KNIFE ☒ OTHER DANGEROUS | ☐ HANDS, FISTS, VOICE, ETC. | 69 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN 1989 Jeep Cherokee |
|---|---|---|

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | 63 RECOVERED | | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | | | | | |
| | Initial Unit 446/Hall | | | | |
| | | | | | |

CERTIFIED COPY

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE S R D C | 65 CURRENCY, NOTES S R D C | 66 JEWELRY S R D C | 67 CLOTHING/FURS S R D C | 68 FIREARMS S R D C | 69 OFFICE EQUIPMENT S R D C |
|---|---|---|---|---|---|
| 70 ELECTRONICS S R D C | 71 HOUSEHOLD S R D C | 72 CONSUMABLE GOODS S R D C | 73 LIVESTOCK S R D C | 74 MISCELLANEOUS S R D C | |

| 75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☒ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|

| 76 # STOLEN | 77 LIC. 3A8297C | 78 LIS. AL | 79 LIY. 2003 | 80 TAG COLOR Red/White | 81 VIN 1 J 4 F T 5 8 L 1 K L 4 5 4 0 4 1 |
|---|---|---|---|---|---|
| 82 VYR 1989 | 83 VMA Amer | 84 VMO Che | 85 VST SU | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ YES ☐ NO # | 92 PHONE ( ) |
| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR (34) NCIC CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC-32 REV 5-92

INCHES | 1 | 2 | 3 | 4 | 5 | 6

717

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT | | 96 | | 97,98 | OFFICER'S | | PRODUCT MAY NOT BE PUBLIC INFORMATION |
|---|---|---|---|---|---|---|---|---|

INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 4 9 3 0 0 0 3   0505 | □ AM ☒ PM ☒ MIL | 96 CASE # 025505 | 97 □ K 98 □ OFFENDER □ SUSPECT MISSING PERSON ☒ CHECK IF MULTIPLE

| 99 NAME (LAST, FIRST, MIDDLE) | | 100 NICKNAME/ALIAS NAME (LAST) | 101 RACE | 102 SEX | 103 DOB | 104 AGE |
|---|---|---|---|---|---|---|
| Wermuth, Robert | | | □W □A ☒B □I | ☒M □F | 0 9 1 3 7 0 | 33 |

| 106 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |
|---|---|---|---|---|---|
| 948 Garland Drive Montgomery, AL | 6'0 3" | 170 | Bro | Blk | Light |

| 111 PROBABLE DESTINATION | 112 ARMED | 113 WEAPON |
|---|---|---|
| M.C.D.F. | □Y ☒N □UNK. | |

| 114 CLOTHING | | 116 WEAPON |
|---|---|---|
| Red tee shirt, black jeans | □ SCARS □ MARKS □ TATOOS | ☒ ARRESTED □ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE | 119 SEX | 120 DOB | 121 AGE |
|---|---|---|---|---|---|
| | | □W □A □B □I | □M □F | M D Y | |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
|---|---|---|---|---|---|
| | | | | | |

| 128 PROBABLE DESTINATION | 129 ARMED | 130 WEAPON |
|---|---|---|
| | □Y □N □UNK. | |

| 131 CLOTHING | | 132 WEAPON |
|---|---|---|
| | □ SCARS □ MARKS □ TATOOS | □ ARRESTED □ WANTED |

**WITNESS**

| | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|---|
| #1 | | SEX □M □F RACE □W □A M D Y □B □I | | ( ) | ( ) |
| #2 | | SEX □M □F RACE □W □A M D Y □B □I | | ( ) | ( ) |
| #3 | | SEX □M □F RACE □W □A M D Y □B □I | | ( ) | ( ) |
| #4 | | SEX □M □F RACE □W □A M D Y □B □I | | ( ) | ( ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |
|---|---|---|---|
| | | | |

**NARRATIVE**

137

On the date and time listed, the defendant attempted to cause serious physical injury to the victim.

CONTINUED ON SUPPLEMENT □Y ☒N

| | ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |
|---|---|---|---|
| | | | |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

**ADMINISTRATION**

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE □Y □N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 147 CASE STATUS | 148 CASE DISPOSITION | | 149 REPORTING OFFICER | ID # |
|---|---|---|---|---|
| □ PENDING □ INACTIVE □ CLOSED | □ CLEARED BY ARREST (JUV.) □ CLEARED BY ARREST (ADULT) □ UNFOUNDED □ ADM. CLEARED | □ EXCEPTIONAL CLEARANCE □ SUSPECT/OFFENDER DEAD □ OTHER PROSECUTION □ EXTRADITION DENIED □ LACK OF PROSECUTION □ JUVENILE, NO REFERRAL □ DEATH OF VICTIM | CPL M.D. Hall | 413 |
| ENTERED ACIC/NCIC □Y □N DATE | | | 150 ASSISTING OFFICER | ID # |
| | | | 151 SUPERVISOR APPROVAL   ID # | 162 WATCH CMDR.   ID # |

ALABAMA UNIFORM INCIDENT / OFFENSE REPORT

DATA PROCESSED

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI# | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # | 5 SFX |
|---|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 1 1 1 7 0 3  20 30 ☐AM ☐PM ☒MIL | 0 3 - 0 2 5 5 0 5 | |

| 6 VICTIM'S NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| POF J.C. Welch #361 | 0 9 3 0 0 3 | ☐CONTINUATION ☒FOLLOW-UP |

| 9 ORIGINAL INCIDENT / OFFENSE | 10 UCR CODE | 11 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| Attempted Assault 1st | | |

| 12 NEW INCIDENT / OFFENSE | 13 UCR CODE | 14 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| | | |

| 15 HAS AN ARREST BEEN HAVE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN DETAINED? | 18 DATE OF WARRANT | 19 PRIOR PREMISE YEAR WEAPON |
|---|---|---|---|---|
| ☒YES ☐NO | 0 9 3 0 0 3 | ☒YES ☐NO WARRANT # 2003F-1640 | 0 9 3 0 0 3 | |

| 20 ☒DEFENDANT ☐SUSPECT NAME: | Robert Wermuth | | 21 ☐DEFENDANT ☐SUSPECT NAME: | |
|---|---|---|---|---|

| RACE ☐W ☐A ☒B ☐I | SEX ☒M ☐F | DOB 0 9 1 3 7 0 | AGE 33 | | RACE ☐W ☐A ☐B ☐I | SEX ☐M ☐F | DOB M D Y | AGE |

Show this case cleared by the arrest of black male Robert Wermuth, DOB 9/13/70, of 948 Garland Drive. He was arrested and placed in the Montgomery County Detention Facility.

3-2 # 200300005003

RECEIVED
NOV 2 6 2003

| 22 LOCAL USE |
|---|
| U | U K |

| 23 STATE USE |
|---|
| | |

| 24 MOTOR VEHICLE | 25 CURRENCY, NOTES | 26 JEWELRY | 27 CLOTHING / FURS | 28 FIREARMS | 29 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D | S R D | S R D | S R D | S R D | S R D |

| 30 ELECTRONICS | 31 HOUSEHOLD | 32 CONSUMABLE GOODS | 33 LIVESTOCK | 34 MISCELLANEOUS |
|---|---|---|---|---|
| S R D | S R D | S R D | S R D | S R D |

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 2### UCR CODE | 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐ Yes ☐ No WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐Yes ☐No WHERE? |
|---|---|---|

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | 39 CASE # | 40 SFX | 41 CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 44 CASE STATUS ☐PENDING ☒INACTIVE ☐CLOSED ENTERED ACIC/NCIC ☐Yes ☐No DATE | 45 CASE DISPOSITION: | ☐CLEARED BY ARREST (JUV) ☒CLEARED BY ARREST (ADULT) ☐UNFOUNDED ☐ADM. CLEARED | ☐EXCEPTIONAL CLEARANCE: ☐SUSPECT / OFFENDER DEAD ☐OTHER PROSECUTION ☐EXTRADITION DENIED ☐LACK OF PROSECUTION ☐JUVENILE, NO REFERRAL ☐DEATH OF VICTIM | 46 REPORTING OFFICER Cpl M.D. Hall | ID # 413 |
|---|---|---|---|---|---|
| | | | | 47 ASSISTING OFFICER | |
| | | | | 48 SUPERVISOR APPROVAL        ID # | 49 WATCH CMDR.        ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-33 REV. 11-94

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

# ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED

| 50 DATE AND TIME OF REPORT | | 51 CASE # | 52 SFX |
|---|---|---|---|
| M 11 D 17 Y 03 | 20:30 ☐ AM ☐ PM ☒ MIL. | 03-0255505 | |

63 TYPE REPORT: ☐ 1. CONTINUATION ☒ 2. FOLLOW-UP

NARRATIVE

NO FURTHER

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

WRITE OR PRINT IN BLACK INK ONLY

AL___BAMA UNIFORM ARREST REPORT

☐ Yes  ☐ Yes
☐ No   ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION*

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SPX |
|---|---|---|---|
| 0,0,3,0,1,0,0 | Montgomery Police Department | 0,3 - 0,2,5,5,0,5 | |

**IDENTIFICATION**

5 LAST, FIRST, MIDDLE NAME
Wermuth, Robert

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ W ☐ | ☒ W ☐ B ☐ | 6'03 | 170 | Bro | Blk | Light | | ☐ SCARS ☐ MARKS ☐ TATTOOS ☐ AMPUTATIONS | |

15 PLACE OF BIRTH (CITY, COUNTY, STATE)
Montgomery, AL

| 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| 4,2,4 - 9,8 - 0,0,8,5 | 0,9,1,9,7,0 | 33 | |

| 20 SID # | 21 FINGERPRINT CLASS KEY   MAJOR   PRIMARY   SCDV   SUB-SECONDARY   FINAL | 22 DL # | 23 ST |
|---|---|---|---|
| | HENRY CLASS | | |
| 24 FBI # | NCIC CLASS | 25 IDENTIFICATION COMMENTS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 948 Garland Drive Montgomery, AL 36108 | 28 RESIDENCE PHONE (334) 262-4025 | 29 OCCUPATION (BE SPECIFIC) none |
|---|---|---|---|

30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 948 Garland Drive Montgomery, AL 36108 | 34 SECTOR # 1,1,3 | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO ☒ IN STATE ☐ OUT STATE ☐ AGENCY | |
|---|---|---|---|

| 36 CONDITION OF | ☐ DRUNK | ☐ SOBER | 37 RESIST ARREST? ☒ NO | 38 INJURIES? ☐ NONE | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|---|
| ARRESTEE: | ☒ DRINKING | ☐ DRUGS | ☐ YES ☒ NO ☐ OFFICER ☒ ARRESTEE | | ☐ Y ☒ N | ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |

| 41 DATE OF ARREST 0,9,3,0,0,3 | 42 TIME OF ARREST 04 09 ☐ AM ☒ PM ☐ MIL | 43 DAY OF ARREST S,M,T,W,☒,F,S | 44 TYPE ARREST ☒ ON VIEW ☐ BAIL ☐ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN | | |
|---|---|---|---|---|---|---|

| 46 CHARGE-1 ☒ FEL ☐ MISD Attempted Assault 1st | 48 CHARGE-2 ☐ FEL ☐ MISD | 49 |
|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # 2003F-1647 | 52 DATE ISSUED 0,9,3,0,0,3 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE-3 ☐ FEL ☐ MISD | 56 CHARGE-4 ☐ FEL ☐ MISD | 57 |
|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☐ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | 67 IF OUT ON RELEASE WHAT TYPE ? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION / IMPOUND # |
|---|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED                                                          ☐ CONTINUED IN NARRATIVE

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO | |
|---|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE 0,9,3,0,0,3 ☐ AM ☒ PM ☐ MIL | 92 RELEASING OFFICER NAME CPL M.D. Hall | 93 AGENCY/DIVISION MPD/Detective | 94 ID # 413 |
|---|---|---|---|

| 95 RELEASED TO M.C.D.F. | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS 250 S.McDonough Street |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)
Dog bites to head and right arm received during the apprehension of the defendant.

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER Cpl M.D. Hall # 413 |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) CPL M.D. Hall | 112 ID # 413 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY                                                    ACJIC-04 REV. 10-90

TYPE OR PRINT IN BLACK INK ONLY

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

NARRATIVE

NARRATIVE

NARRATIVE

120 ADDITIONAL ARREST INFORMATION

ADDITIONAL ARREST
NARRATIVE CONTINUED

117 DATE AND TIME OF ARREST

118 CASE #

119 SEX

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

CASE ACTION SUMMARY
MONTGOMERY MUNICIPAL COURT

| City of Montgomery vs | | |
|---|---|---|
| ROBERT ANDREW WERMUTH (SSN: ) | 10/01/2003 | Docket No. |
| Street Address | Date of Birth | 2003CRA007029A |
| 948 GARLAND DR | 09/13/1970 | |
| City, State, ZIP | Sex | Race |
| MONTGOMERY | | B |
| Offense | | |
| 05C   THEFT OF PROPERTY 3 | | |
| Date of Arrest | Officer | |
| 09/29/2003 | VARBARA LEWIS | |
| Bondsman | | Bond Amount |
| | | 0.00 |

| First Appearance | Type of Plea | Findings | Date of Disposition |
|---|---|---|---|
| 10/01/2003 | N G | G | 11/18/03 |

UPON HEARING THE EVIDENCE IN THIS CASE, THE DEFENDANT IS AD-
JUDGED GUILTY AND IS ORDERED TO:                                    SO ORDERED

1. SERVE _____ DAYS IN JAIL, SUSPEND _____ DAYS
2. SERVE _____ DAYS IN JAIL, SUSPEND _____ DAYS AND PAY FINE
   OF $_____ DOLLARS, PLUS COURT COST $_____
3. PAY FINE OF $ 244 DOLLARS, PLUS COURT COST $ 91          JUDGE, CITY OF MONTGOMERY

4. OTHER _____                    DEFENSE COUNSEL
                                        X
_____                            McCartha
_____
_____

| Date | Actions, Judgements, Case notes |
|---|---|
| OCT 01 2003 | SAP  11-17-XX  7PM |

NOV 2003
COLLECTIONS

JUN 2005
COMMUTE TO
DAYS

SEBP 3/03

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT.

PATRICK J. MURPHY
CLERK OF
MONTGOMERY MUNICIPAL COURT

DATE: 11-16-05

STATE OF ALABAMA
COUNTY OF MONTGOMERY

## GENERAL RELEASE

       For and in consideration of the City of Montgomery, Alabama, forebearing criminal prosecution against _____, in Case No.(s) _____, presently pending in the Municipal Court of Montgomery, Alabama, the undersigned and the undersigned's heirs, executors, or administrators, do hereby release, remise, acquit and forever discharge the City of Montgomery and all of its agents, servants, employees, officers, successors, administrators, assigns, parent companies, subsidiary companies, associated companies, insurance carriers, attorneys, and the released parties, from any and all past, present and future claims, demands, actions, causes of action, suits, damages, loss and expenses, including litigation expenses and attorneys' fees, of whatever kind or nature, and whether known or unknown, including, but not limited to, any and all actions or claims for damages to property, bodily, or personal injury, resulting from false arrest, false imprisonment, or malicious prosecution, arising under the laws or Constitution of the State of Alabama or the United States, for or on account of or resulting or to result from the incident which occurred on or about _____, the facts and circumstances giving rise to Case No.(s) _____ and/or Claim No.(s) _____, and from any other claim, of every type and nature whatsoever, that could be made against the released parties for any act occurring up to the date of the execution of this Release.

       The released parties do not admit liability of any sort but to the contrary expressly deny the same, and said released parties have made no agreement or promise to do or omit to do any act or thing not herein set forth, and the undersigned further understands that this Release is being executed to terminate all controversy and/or claims for injuries or damages of whatsoever nature, known or unknown, including future developments thereof, in any way growing out of or connected with said incident.

       The undersigned acknowledges and agrees that he/she has read, and/or has had read out loud to him/her the foregoing Release and fully understands its contents.

       I am signing this Release freely and voluntarily and intend to be bound by it.

       Executed, this the _____ day of _____, _____.


_____
(Name of the accused)


_____
(Witness)


_____
(Witness)

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT

PATRICK J. MURPHY
CLERK OF
MONTGOMERY MUNICIPAL COURT

DATE: 11 16 05

State of Alabama
Unified Judicial System

Form C-64(a)(front) Rev. 11/92

**DEPOSITION**

*2003n 4832*
Case Number

IN THE  **MUNICIPAL**  COURT OF  **MONTGOMERY,**  **ALABAMA**
(Circuit, District or Municipal)  (Name of Municipality or County)

☐ STATE OF ALABAMA  ☒ MUNICIPALITY OF **MONTGOMERY**

v. _____ , Defendant

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

| | |
|---|---|
| Name of Accused (or Alias) Robert Andrew Wermuth | Telephone Number |

| Social Security Number 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 | Driver's License Number AL - | Date of Birth 9-13-70 | Age 33 | Race Black | Sex Male |
|---|---|---|---|---|---|

| Height 6'3" | Weight 190 | Hair Black | Eyes Brown | Complexion Light mixed w/ something |
|---|---|---|---|---|

| Address of Accused 948 Garland Drive | City Montgomery | State AL | Zip 36108 |
|---|---|---|---|

Name of Employer _____  Employer's Telephone Number _____

Address of Employer _____  City _____  State _____  Zip _____

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense: Theft of Property 3rd

Date and Time of Offense: 3:45 a.m. - 29 Sept. 03

Place of Occurrence: Kwik Shop #120 - 565 N Eastern Blvd. Mtgy, AL 36117

Person Attacked or Property Damaged: Stole 2-18pk Bud rose

How Attacked: Walked out with 2-18pk of beer

Did Accused Possess or Use a Weapon?  ☐ Yes  ☒ No  Type: _____

Damage Done or Injuries Received: _____

Value of Property: 2-18pk - $28⁵⁸

Details of Offense: - Tall - 5'10" mixed male (white, black, hispanic) walked to the beer cooler asked how much was the 18pack beer. After he was told. He brought 3-18pk to the counter for purchase. I paused to ask him how is he going to pay for this purch. He said cash. I asked him where was his money he said he had it. And was going to go ahead an take the 2-18pk to the car and come back. I told him no you can not you pay for it first then you can leave with it. He then pick-up the 2-18pk and walked out the door to his vehicle. I told him I will be calling the police. At the time I was calling the police. police unit curved up in the parking lot. And I motion to them in the window to stop the vehicle. Police pulled up and got out of their vehicle to stop this man. The man continue to try and start his vehi the police kept asking him to shut the vehicle off. The man got the car started and he threw the car in drive with police officer hanging on to him and the vehicle. He threw the police officer off the vehicle as he exit the parking lot of the store and speedy up the service road. The beer value was $28⁵⁸. Police identified him as Robert A. Wermuth.

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT.

PATRICK J. MURPHY
CLERK OF
MONTGOMERY MUNICIPAL COURT

DATE: _____11-16-05_____

Form C-64 (a) (back)    Rev. 11/92

## DEPOSIT    N

Any Law Enforcement Agency Contacted?   ☒ Yes    ☐ No
If yes, which one?   MPD

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ABOUT YOURSELF

| Name of Complainant Barbara Lewis | | | | Telephone Number | |
|---|---|---|---|---|---|
| Social Security Number | Driver's License Number | Date of Birth | Age | Race | Sex |
| Home Address | | City | | State | Zip |

Name of Employer   Kwik Shop #120    Employer's Telephone Number  (334)-273-8355
Address of Employer  565 N. Eastern Blvd   City Montgomery   State AL   Zip 36116

I make this statement for the purpose of securing a **WARRANT/SUMMONS** against the named accused. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and Subscribed before me this

_____ 30TH _____ day of

Sept. , 2003.

_____
Judge/Clerk/Magistrate

Barbara M. Lewis
Complainant

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |

## MAGISTRATE NOTES

Warrant or Summons Issued?   ☐ Yes   ☐ No    Warrant Number: _____

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT.

PATRICK J. MURPHY
CLERK OF
MONTGOMERY MUNICIPAL COURT.

DATE: 11·16·05

State of Alabama
Unified Judicial System

Form CR-6          Rev. 8/98

# COMPLAINT
(Felonies, Misdemeanors, or Violations -
District or Municipal Court)

2003M0

Case Numb

IN THE _____ **MUNICIPAL** _____ **COURT OF** _____ **MONTGOMERY** _____ , ALABAM₂
(Circuit, District, or Municipal)                    (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF MONTGOMERY v. _____ ROBERT ANDREW WERMUTH  (000723910A)
                                                    Defendant (NWS Jacket Number)

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe that _____ ROBERT ANDREW WERMUTH
, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about
_____ 09/30/2003 _____ (date of occurrence) commit the offense of _____ **THEFT OF PROPERTY, THIRD DEGREE**
within the
☐ County of _____

☒ City/Town of _____ **MONTGOMERY** _____ or in the police jurisdiction thereof, in that he/she did: (State specific facts here. Continue on a separate sheet of paper if needed.) (select as appropriate):

[X] did knowingly obtain or exert unauthorized control over the following property, to wit: (2) 18 PACKS OF BUDWEISER BEER
_____
_____
_____

the property of, to wit: _____ QWIK SHOP #120 _____ , and having a value not in excess of $500.00 dollars,
with the intent to deprive the owner of the said property;

☐ did knowingly obtain, by deception, control over the following property, to wit: _____
_____
_____
_____

the property of, to wit: _____ , and having a value not in excess of $500.00 dollars,
with the intent to deprive the owner of the said property,

in violation of
☐ Section _____ , Alabama Code 1975.

☐ Municipal Ordinance Number _____ which embraces Section _____ Alabama Code 1975,
previously adopted, effective and in force at the time the offense was committed.

☒ Other _____ Municipal Ordinance Number 125-79, which embraces ACT 2003-335, Alabama Legislature, 2003 Regular Session, previously adopted, effective and in force at the time the offense was committed.

Sworn to and Subscribed before me this
_____ 30ᵗʰ _____ day of

_____ Sept _____ , 2003

_____

Judge/Magistrate/Warrant Clerk

Varlam M. Lewis
Complainant

565 N. Eastern Blvd  Mtgy, AL
Address                              36117

(334) - 273-8355
Telephone Number

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Additional Witnesses on Reverse Side.

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT.

PATRICK J. MURPHY
CLERK OF
MONTGOMERY MUNICIPAL COURT
DATE: 1·16·05

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>2003M04837 |
|---|---|---|
| Form CR-58 (front)          Rev. 8/98 | | Case Number |

IN THE _____**MUNICIPAL**_____ COURT OF _____**MONTGOMERY**_____ , ALABAMA
<div align="center">(Circuit, District, or Municipal)          (Name of Municipality or County)</div>

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF MONTGOMERY v. _____ROBERT ANDREW WERMUTH   (000723910A)_____
<div align="center">Defendant (NWS Jacket Number)</div>

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)

　ROBERT ANDREW WERMUTH

charging the offense of **THEFT OF PROPERTY, THIRD DEGREE**

_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of _____

_____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate
of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon.
If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before
the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $ **500.00** with sufficient sureties approved by an authorized
officer or by depositing cash or negotiable bonds in the amount with the court clerk.
---**OR**---

☒ If the accused person posts an appearance bond in the amount of $ **500.00**

☐ On his or her personal recognizance.

Tuesday, September 30, 2003  05:38 AM
Date

_____
Judge/Court Clerk/Magistrate/Warrant Clerk

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT.

PATRICK J. MURPHY
CLERK OF
MONTGOMERY MUNICIPAL COURT

DATE: 11·16·05

Form CR-58 (back)   Rev. 8/98

**WARRANT OF ARREST**
(Felonies, Misdemeanors, or Violations)

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **WARRANT OF ARREST** by arresting the accused person named (or described) therein at _0555_ o'clock [X] a.m. [ ] p.m.

on the _30_ day of _09_, 20 _03_

in **MONTGOMERY** COUNTY, ALABAMA.

After arrest, the accused person was:

[ ] Released as authorized at _____ o'clock [ ] a.m. [ ] p.m. _____, 20 _____

[ ] Taken before [ ] Judge [ ] Magistrate at _____ o'clock [ ] a.m. [ ] p.m.

_____, 20 _____

_09-30-2003_
Date

_Cpl. M. D. Fox 288_
Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | Telephone Number |
|---|---|---|---|---|
| ROBERT ANDREW WERMUTH | | | | 334/262/4025 |

| Social Security Number | Drivers License Number & State | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|
| 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 | | 09/13/1970 | | B | M |

| Height | Weight | Hair | Eyes | Complexion |
|---|---|---|---|---|
| 603 | 170 | Black | Brown | |

| Address of Accused | City | State | Zip Code |
|---|---|---|---|
| 948 GARLAND DR | MONTGOMERY | AL | 36108 |

| Name of Employer | | Telephone Number |
|---|---|---|
| | | |

| Address of Employer | City | State | Zip Code |
|---|---|---|---|
| | | | |

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

### ACKNOWLEDGEMENT BY ACCUSED PERSON

[ ] I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: _320 NORTH RIPLEY STREET, MONTGOMERY, ALABAMA 36104-2722 (334) 241-2776_

Date: _____, 20 _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharged.

[ ] I promise to appear as directed before the court, as follows:

Place: _320 NORTH RIPLEY STREET, MONTGOMERY, ALABAMA 36104-2722 (334) 241-2776_

Date: _____, 20 _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharged.

Date _____

Signature of Accused Person _____

I HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL DOCUMENT ON
FILE IN THE MONTGOMERY MUNICIPAL COURT.

PATRICK J. MURPHY
CLERK OF
MONTGOMERY MUNICIPAL COURT

DATE: 11-16-05

# MONTGOMERY MUNICIPAL COURT

## CASE ACTION SUMMARY SUPPLEMENT SHEET

| Defendant: | Robert A Wernath | Docket No.: | |
|---|---|---|---|
| Date | | Actions, Judgements, Case Notes | |
| | | | |
| 6-1-05 | all pending cause to be run cc | | |
| | w/ state prison time — early release | | |
| | 5 '07 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

```
                        ALABAMA DEPARTMENT OF CORRECTIONS              INST:   017
C3R715-3                INMATE SUMMARY AS OF 03/09/2004                 CODE: CRSUM
```

════════════════════════════════════════════════════════════════════════════════

AIS: 001899913   INMATE: WERMUTH, ROBERT ANDREW            RACE: B   SEX: M

INST: 017 - RCC                                  DORM:  00  JAIL CR: 000Y 02M 02D

DOB: 03/13/1970  SSN: 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

ALIAS: WERMUTH, BOBBY                  ALIAS: WERMUTH, ROBER

ALIAS: WORTHUT, ROBERT                 ALIAS: WORLEY, ROBERT

ADM DT: 06/11/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: MED-5   CURRENT CUST DT: 08/09/2004  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT445 LAW IN CLASS IV       CURRENT CLASS DATE:   06/10/2004
INMATE IS EARNING : STRAIGHT TIME

COUNTY      SENT DT  CASE NO  CRIME                          JL-CR     TERM
MONTGOMERY 06/11/04 N01001336 THEFT OF PROPERTY II          02920 000Y 00M 00D C0
                              3YRS PROBATION
          ATTORNEY FEES : $000000    HABITUAL OFFENDER : Y
          COURT COSTS   : $0000062   FINES : $0000000   RESTITUTION : $0000033
MONTGOMERY 06/10/04 N04000106 ASSAULT II                    00920 000Y 00M 00D C0
                              3YRS PROBATION
          ATTORNEY FEES : $000150    HABITUAL OFFENDER : Y
          COURT COSTS   : $0000335   FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM      MIN REL DT      GOOD TIME BAL      GOOD TIME REV     LONG DATE
 000Y 00M 00D    04/07/2007      000Y 00M 00D       000Y 00M 00D      04/07/2007

INMATE LITERAL: ENROLL IN SAP: GIVE 60 DAY NOTICE PRIOR TO EOS
════════════════════════════════════════════════════════════════════════════════

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
════════════════════════════════════════════════════════════════════════════════

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE D.O.C.-C.I.S. RECORDING BEGAN IN 1978
════════════════════════════════════════════════════════════════════════════════

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

| State of Alabama<br>Unified Judicial System<br><br>Form C-87    Rev. 11/92 | NOTICE TO SHOW CAUSE FOR FAILURE<br>TO PAY FINE, COSTS,<br>RESTITUTION, OR OTHER COSTS | Case Number:<br><br>03TRT034641 |

IN THE _____MUNICIPAL_____ COURT OF _____MONTGOMERY_____ ALABAMA
        *(Circuit, District, or Municipal)*              *(Name of Municipality or County)*

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF ___MONTGOMERY___

V.  ROBERT WERMUTH    DOB: 09/13/1970  (TR) _____ • Defendant

It being made known to the Court that the above-named defendant, having failed to pay any fines, court costs, restitution or other costs, as previously Ordered by this Court,

It has been ORDERED and ADJUDGED that the above-named defendant shall pay the following sums to the Clerk of this Court by (date)  DECEMBER 30, 2004 AT 2:00 PM , or appear in Court on the date and show cause, if any, as to why he/she should not be jailed or incarcerated for contempt of court or punished pursuant to Rule 26.11, ARCRP for his/her willful failure to pay fine, costs, restitution, victim compensation assessment, or other costs as ordered.

6-1-05- D is
currently incarcerated in
state prison- Early        FINES        $ 2,798.00
release date is '07.       COSTS        $ _____
D removed from PPS  RESTITUTION  $ _____
and placed on d. sup.      OTHER        $ _____
Lolla~                     TOTAL        $ 2,798.00

In the event the defendant fails to comply with this Order or give sufficient cause or reason for noncompliance by (date)  DECEMBER 30, 2004 AT 2:00 PM , the court clerk may be directed to issue a warrant for arrest and have the defendant incarcerated or jailed according to law.

This the ___20TH___ day of _____DECEMBER_____ ,20 _04_

_____
V C Beenan
Judge/Clerk

*Original: Court*
*Copy: Defendant*

# PROFESSIONAL PROBATION SERVICE⌐, INC.
## COLLECTION DELINQUENCY REPORT

**Name:** Robert Wermuth

**Date:** December 30, 2004

**Case No(s):** 03TRT034642; 03TRT034641; 03CRA007029A

**To:** Judge Massey

**Offense(s):** Driving Without Driving License; Leaving Scene Of Accident; Theft Of Property 3RD

**From:** T. Robinson, P.O.

**Sentence Date:** 11/18/03

**Court:** Montgomery Municipal

**County:** Montgomery

=====================================================================
### Circumstances of Delinquency:

The defendant violated CONDITION #1, in that he/she failed to make his monthly fine payments in the amount of $50.00 per month to Professional Probation Services, Inc., resulting in a fine arrearage of $500.00.  The defendant violated CONDITION #3, in that he/she failed to report as directed on February 13, 2004.
=====================================================================
### Summary of Behavior Under Supervision:

The defendant was sentenced to collections on November 18, 2003. In court on November 18, 2003, the defendant expressed a complete understanding for the conditions of his/her sentence.  However, the defendant has failed to make adequate payments resulting in a fine arrearage of $500.00 toward a fine balance of $2,798.00.

The defendant has paid a total of $100.00 toward his/her fines since sentenced in November 2003. The balance remaining on the fines total $2,798.00. The defendant appears to have absconded from supervision in that he/she did not make his monthly payments as directed nor did he report.  A Showcause was mailed to the defendant's last known address on December 22, 2004. The defendant is currently in the custody of Alabama's Department Of Corrections with a release date of April 7, 2007.

Probation  Recommendations:
[] Issuance of Warrant              [X] Showcause

The probation department respectfully recommends that due to the
above stated violations, that the defendant be revoked from
probation.

_Tonya Robinson_ (signature)                    _12/30/04_

**Probation Supervisor (Signature)**            **Date**

FINDINGS:

❏     DEFENDANT FTA
❏     COMMUTED TO DAYS
❏     PAY AT WINDOW
❏     ISSUANCE OF RE-ARREST AND COMMIT WARRANT

cc: Court File
Probation Office

Court: __MONTGOMERY__   CASE # S _____   Judge: _____

## CASE HISTORY / FIELD SHEET

### I - PERSONAL                    PPSI# _____

| | |
|---|---|
| NAME (LAST) Wermuth   (FIRST) Robert   (MIDDLE) Andrew | |
| SS# 424·98·0085 | D.O.B. 9·13·70 |
| HOME ADDRESS 948 Garland Drive | HOME PHONE: 262·4025 |
| CITY/STATE/ZIP Montgomery, AL 34108 | CELL PHONE: N/A |
| EMPLOYER  Unemployed | |
| WORK ADDRESS | PHONE |
| CITY/STATE/ZIP | COUNTY |

| SEX M | RACE B | HT 6'2 | WGT 175 lbs. | EYES Brown | HAIR Black |
|---|---|---|---|---|---|

DISABILITIES:
[X] PHYSICAL  [ ] DRUGS  [ ] SCARS/TATTOOS  Diabetic!   Cane 1/w
[ ] MENTAL   [ ] ALCOHOL  [ ] R/W

### II - COURT DATA

| OFFENSE | FINE | NUMBER | TERM | COUNT | DATES | |
|---|---|---|---|---|---|---|
| Driving w/o DL | 178 | 03trt 034642 | | 1 | SENTENCE: | 11·18·03 |
| Leaving Scene of Accident | 203 | 03trt 034649 | | 1 | START: | 12·1·03 |
| Theft of Property 3rd | 493 | 03CRA 007029A | | 1 | EXPIRATION: | |
| | | | | | NEW EXP: | |
| | | | | | TOLLING: | |
| | | | | | UNTOLLING: | |
| | | | | | NEW EXP: | |

### III - SPECIAL CONDITIONS

FINES 874
(MONTHLY) 50

Δ have hold for County

REVOCATION HEARING DATE _____   DATE COMPLETED _____   MODIFICATION _____

DATE RELEASED FROM PROBATION _____   COMMENTS _____

_____        Bosbon        _____
DATE              OFFICER              I.D.#

| NAME Jessie Mae Smith | NAME Martha Humphrey |
|---|---|
| ADDRESS | ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| PHONE 265. 9335 | PHONE 221. 4698 |
| RELATIONSHIP friend | RELATIONSHIP friend |

## V - PRIOR ARRESTS/TICKETS

| DATE | PLACE | OFFENSE | DISPOSITION | DATE | PLACE | OFFENSE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## VI - SUPPLEMENTAL

| FIRST OFFICE CONTACT DATE : 11/18/03 △ was in csty | psf arr | fine arr | FB |
|---|---|---|---|
| jail noc 12/2/03 @ 9:00am △ | | | |
| 12/1/03 FOC w/△: △ pd Ø | | | |
| no atc; info verified | | | 874.⁰⁰ |
| △ expressed understanding. RV | | | |
| noc: 12-12-03 @ 10:00Am | | | |
| 12/12/03 OC w/△ △ pd 15⁰⁰ | | | |
| no atc; info verified | | | |
| noc: 12/19/03 @ 4:00 B | | 35 | 859 |
| 12-19-03 OC △ pd 35⁰⁰ | | | |
| no atc; | | | |
| NOC 1-15-04 9:30HH | | Ø | 824 |
| 1-15-04 OC w/△; △ pd 50. | | 5Ø | 774 |
| NO atc; info verified | | | |
| NOC 2-13-04 @ 9:00 | | | |
| 2/13/04 FTR | | | |
| 6/13/04 AHC w/△ = Spoke w/Female | | | |
| Louise, △ is in Montgomery Co | | 50 | 774 |
| jail. RR | | | |

Name _Wermuth Robert_          Monthly Payment _50.⁵⁰_

| Date | Amount | Supplemental Data | psf arr | fine arr | FB |
|------|--------|-------------------|---------|----------|-----|
| 12/11/04 | | P.O Contact Montgomery Co jail Δ is not in custody Δ in Prison in Troy Easterlin P.O Verified info w/release date 4/7/07. W | | | 774 |
| 12/9/04 | | Showcase typed Δ hearing set for 12/30/04 @ 2:00. Δ mailed copy | | | |
| 12/28/04 | | DR typed hearing set 12/30/04 @ 2:00. W | | 500 | 2748 |

PPS Payment History    12/29/2004

PPSI: 310100110006708                    WERMUTH, ROBERT ANDREW

SSN: 424980085                           948 GARLAND DRIVE

DOB: 09/13/1970                          MONTGOMERY

| REC# | DATE | ID | TYPE | AMOUNT | DESC |
|------|------|-----|------|--------|------|
| 28324 | 12/12/2003 | 2003TRT034642 | COLL | 15.00 | TS |
| 28869 | 12/18/2003 | 2003TRT034642 | COLL | 35.00 | PARKER |
| 30988 | 01/15/2004 | 2003CRA007029A | COLL | 50.00 | TS |
| | | | TOTAL PAID: | 100.00 | |



# City of Montgomery, Alabama

ROBERT WERMUTH                                      May 18, 2005
#189991
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Dear Mr. Wermuth,

I received your letter concerning your probation revocation. You have a total of eight charges with our court. Six charges were placed on probation November 18, 2003. You were revoked December 20, 2004 and those cases along with two new traffic citations were put in rearrest status. If you want the judge to put a final disposition on the traffic tickets, please complete the enclosed Plea of Guilty/Waiver of Rights forms. Have the forms notarized with a raised seal and return them as soon as possible. The court will also need official documentation that shows your incarceration date, the length of your sentence, and your release date. The judges will not make a ruling without it.

If I can be of any further assistance to you, please do not hesitate to contact me at the Municipal Court.

Sincerely Yours,

Marilyn D. Hopkins
Marilyn D. Hopkins

MEMORANDUM

To:        ROBERT ANDREW WERMUTH    DOB 09/13/1970

From:      **Montgomery Municipal Court**
           **320 N. Ripley Street**
           **Montgomery, AL 36104**
           **(334) 241-2776**

Subject:   Letter/Request

Date:      MAY 18, 2005

The letter/request you sent to the Court has been read and your case(s) have been reviewed. The following action has been taken pursuant to your letter/request:

☐ The case(s) in your file have been carefully reviewed and it has been determined that all cases were properly attributed against you.

☐ The case(s) in your file have been carefully reviewed and it has been determined that all cases were not properly attributed against you. Your new release date is _____ or your payout is _____

☐ Your request for community service has been **denied.**

☐ Your request for community service has been **granted.** See the enclosed Order for Community Service.

☐ Your request for the Driver Improvement Program (DIP) has been **granted.** See the enclosed DIP form.

☐ Your request for the Driver Improvement Program has been **denied.**

☐ Your request for early release has been **denied.**

☐ Your request for early release has been **granted** and your release date is _____

☐ Your jail sentence was correctly calculated and no adjustment is due to your release date.

☐ An adjustment was made to your jail sentence and your new release date is _____

☐ Your request to run your jail term from another jail facility concurrently with your Municipal Court sentence has been **denied.**

☐ Your request to run your jail term from another jail facility concurrently with your Municipal Court sentence has been **granted.**

☐ You must pay a total fine and costs for your case(s) in the amount of $ _____ no later _____ or appear before the Court at 320 N. Ripley Street at 8:00 a.m. on that date.

☐ Records show that you have served _____ days in the City Jail and your payout is $_____ as of this date. You are being credited for $ _____ for each day served in jail.

☐ You must call the Court at (334) 241-2776 to schedule a court appearance.

☐ You may plead guilty by signing the enclosed Waiver of Rights/Plea of Guilty Form(s).

☐ You must return the Waiver of Rights/Plea of Guilty Form(s) no later than _____

☐ The Court will notify you of the total fine and cost assessed and due upon your conviction.

☒ The fine, court cost and fees for your case is $ 2,426.00 _____ Total payment due: OVERDUE _____

☒ Copies of your file are enclosed.

☐ Your request for an earlier court date has been **granted.** Your new court date is _____

☐ Your request for an earlier court date has been **denied.**

☐ Your request to change your plea has been **denied.**

☐ Your request to change your plea has been **granted.** You will be called to appear before the Court.

☐ Your court date is _____

☐ The Cannons of Judicial Ethics prohibits communication with the Judge outside the presence or knowledge of the City Prosecutor. Any requests/motions you make must be done in court with the knowledge and presence of the City Prosecutor. You may call the above-listed number and schedule a court date if you wish to appear in court and make your request/motion. You are responsible for taking action by the due date on your ticket.

☐ The bond amount has been reduced for your, case(s). The amount required for your release is $ _____

☐ You have an outstanding charge(s) that has no final disposition. You may plead not guilty and a court date shall be set upon your release from the state/federal correctional facility. Or, you may plead guilty and the court will notify you of the disposition of your case. If you wish to plead guilty, a Public Defender with the Municipal Court will be appointed to represent you.

☐ The Court has placed a detainer upon you so you may be transferred to the Montgomery City Jail upon your release from the state/federal correctional facility.

cc: Defendant File

* * * SEE REVERSE SIDE FOR OTHER COMMENTS * * *

City of Montgomery
V.
Robert Wermuth

CASE #
Municipal Court of
Montgomery

## Motion to Revoke Probation

Comes Now, Defendant, Robert Wermuth, Pro Se, Pursuant to Rule 27.5 (b)(i)(2) Ala.R.Crim.P., Defendant Respectfully moves this Honorable Municipal Court of the City of Montgomery to Revoke Probation in the Above styled cause. Defendant voluntarily Admits, under the Requirements of Rule 27.6 (C), Ala. R. Crim. P., that he committed the Violation(s); of Failure to Report; And Failure to Pay court cost, Fines/OR Restitution.

Due to being incarcerated in Alabama Department of Corr., Pursuant to Rule 27.6 (A)(b), Defendant wishish to Knowingly And Voluntarily Waive his Right to A hearing And Right to be Present And Right to be Represented by counsel.

Pursuant to Rule 27.6 (C)(1-4), Ala. R. Crim. P., Defendant Admits that he fully understand the Provisions set out in this Rule And moves this Honorable Court to Accept this motion As An Admission that Defendant has Violated the terms of his Probation.

Pursuant to Rule 27.6 (E), Ala. R. Crim. P., Defendant moves this Honorable court to find him guilty, due to the Above stated cause And hereby Revoke his Probation.

Pursuant to Rule 26.11 (i) Ala.R.Crim.P., Defendant moves this Honorable court, that After consideration of the defendant's situation, means, And conduct with Regaurd to the Non-Payment of the Fine And/OR Restitution, the Court shall determine the Period of incarceration in default of Payment And sentence him; According to with the Rule 26.11 (i)(i)(ii), Ala.R.Crim.P.,

FILED
CLERK OF COURT
HON. JUDGE, MONTGOMERY MUNICIPAL COURT
2005 MAY -6 A 7 39,

Respectfully submitted on this 25th day of April 2005.

Robert Wermuth
Defendant

I hereby certify that A true And correct copy of the above And foregoing was served upon the Honorable Clerk of the City of Montgomery; by Placing the same in the United States mail, Properly And Post marked on this 25th day of April 2005.

Robert Wermuth
189991  6A-30
Easterling Corr. Facility
200 wall ace dr
Clio, Ala 36017

Honorable Clerk,

    I do not have the case number to this cause.
I was sentenced on Nov. 18, 2003. Would you Please
Find it and Properly Mark this enclosed motion.

                      Thank You.
                      Robert Wormuth





Home | Contacts | Se

DOC INFO
Latest News
History
Newsletters

INDUSTRIES
Overview
Custom Signs
Online Catalog

PUBLIC INFO
Statistical Reports
Inmate Search

CORRECTIONAL
FACILITIES
Facility Map
Facility Addresses

EMPLOYMENT
OPPORTUNITIES
Officers
Other Positions

# Inmate Search

| Data Last Updated on<br>12/10/2004 | General Search Info |
|---|---|
| Search Criteria | • This database only contains currently incarcerated inmates. Histo<br>not available on-line at this time. |
| AIS Number | • The AIS (Alabama Institutional Serial) number field takes prece<br>searches. The AIS number is the unique six-digit number assig<br>inmate incarcerated by the Alabama Department of Corrections ar<br>the quickest way to find a particular inmate. If you enter data in the |
| First Name<br>robert | search field, the only record shown will be the one where the AIS r<br>database exactly matches the data you've entered. The First Na<br>Name fields are ignored anytime data is entered in the AIS Number |
| Last Name<br>wermuth | • The First and Last Name search fields can be used separately or ii<br>to find inmate records. If data is entered in both name fields,<br>matching both fields will be shown. The data entered in these fiel |
| Find Records | an open-ended search of the inmate records. In other words, if yc<br>**char** in the last name field, you'll see all inmates with last names b<br>those four letters. |
| | • Records are always shown in alphabetical order by the inmate's nar |
| | • The maximum number of records that will be displayed at one time<br>search results in more than 50 records being selected, only the firs<br>order, will be shown. |

| AIS | Inmate Name | Race | Sex | Birth Date | Current Location | Release |
|---|---|---|---|---|---|---|
| 189991 | WERMUTH, ROBERT ANDREW | B | M | 09/13/1970 | Easterling CF | 04/07/20 |

Results Key:

Current   -  The inmate's assigned location as of the date of the last data update noted at the top of this page. Alab
Location      Department of Corrections facilities are designated as CF (Correctional Facility), WR (Work Release) o
           of special locations, spelled out completely (i.e. Red Eagle Honor Farm, Frank Lee Youth Center, etc).
           containing the word **County** indicate an inmate assigned to a local facility within that county. Locations
           the letters SIR indicate an inmate assigned to the Supervised Intensive Release program in that county
           currently assigned to other states will appear with the name of that state in the current location field.

Release   -  Current projected release date. This date is subject to change if the inmate loses good time due to disc
Date      or escape.

Code     -  Special sentence codes to explain records without release dates. The codes are as follows:
           DR = Death Row
           LW = Life Without Parole
           LB = Life & Barred from Parole
           LP = Life with Parole Possible
           BP = Barred from Parole

PPS Collection Activity - 0 ₁/01/2004 thru 01/31/2004

| Name: | | | SSN: | DOB: | OFFENSES: |
|---|---|---|---|---|---|
| WERMUTH, ROBERT ANDREW | | | 424980085 | 09/13/1970 | THEFT OF PROPERTY |

| Rec No | Date | Citation | Amount | Court% | PPS% |
|---|---|---|---|---|---|
| 30988 | 01/15/2004 | 2003CRA007029A | 50.00 | 37.50 | 12.50 |
| | | | 50.00 | 37.50 | 12.50 |

2/20/2004      $11,342  18:18
2003CRA007029A           37.50
MONTGOMERY MUNICIPAL COURT
R E C E I P T

2/20/2004      10:10:46
000211342            37.50

FOR DEPOSIT ONLY
GLANDRUM

# MONTGOMERY MUNICIPAL COURT
## PROBATION SERVICES - DEFENDANT PAYOUT WORKSHEET

DATE OF REPORT: Monday, January 03, 2005

DEFENDANT NAME: WERMUTH, ROBERT ANDREW (09/13/70)

MUNICIPAL COURT EMPLOYEE:

MRIVERS

| | CASE NUMBER | FINES AND COSTS | MC/GPS AMT PD | PPS AMT PAID | LESS CF CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 1 | 2003TRT03464Z | $178.00 | $0.00 | $37.50 | $12.50 | $128.00 |
| 2 | 2003TRT03464I | $203.00 | $0.00 | $0.00 | $0.00 | $203.00 |
| 3 | 003CRA007029A | $493.00 | $0.00 | $37.50 | $12.50 | $443.00 |
| 4 | 2003CRA003710B | $485.00 | $0.00 | $0.00 | $0.00 | $485.00 |
| 5 | 2003CRA003710A | $485.00 | $0.00 | $0.00 | $0.00 | $485.00 |
| 6 | 2003CRA003710C | $391.00 | $0.00 | $0.00 | $0.00 | $391.00 |
| 7 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| TOTAL FINES AND COURT COSTS | TOTAL AMOUNTS PAID | | TOTAL COLLECTION FEE CREDITS | TOTAL AMOUNT DUE (NEGATIVE BAL. IS O/P) | "CREDIT TAPE" |
|---|---|---|---|---|---|
| $2,235.00 | $0.00 | $75.00 | $25.00 | $2,135.00 | $0.00 |

| MMC | $1,601.25 | PPS | $553.75 | CF CREDIT REMAINING | -$25.00 |
|---|---|---|---|---|---|

**COLLECTION**

I'' THE MUNICIPAL COURT OF 1ONTGOMERY
MONTGOMERY COUNTY, STATE OF ALABAMA

## CITY OF MONTGOMERY
vs.

Robert Andrew Wermuth

| OFFENSE DESCRIPTION | CASE #/UTTC # | TOTAL FINE & COST | O/P CREDIT |
|---|---|---|---|
| driving w/od. L | 03tr+034642 | 178 | |
| Leaving Scene of Acci. | 03tr+034641 | 203 | |
| Theft of Property 3 | 03CRA007029A | 493 | |
| | | | |
| | | | |

## ORDER OF PARTIAL PAYMENTS

WHEREAS, disposition have been made against the above named defendant, the Court finds the defendant is capable of paying court-ordered fines and court costs, and such payments shall be made directly to Professional Probation Services, Inc. (PPS).

THEREFORE, it is ORDERED that the defendant shall pay $ ___874___ which represents the total fines and cost due.

Defendant shall obey the following conditions and make partial payments to PPS as follows:

1.   Pay $___50.00___ each month;
2.   Not violate the laws of any governmental unit;
3.   Report to the PPS Probation Supervisor as directed and behave in a truthful and respectful manner;
4.   Work faithfully at suitable employment insofar as may be possible;
5.   Not change his/her present place of abode, or leave the State without notifying the probation supervisor;
6.   Support his/her legal dependents to the best of his/her ability;
7.   Avoid injurious and vicious habits-especially alcoholic intoxication, and dangerous drugs unless prescribed lawfully;
8.   Avoid persons and places of harmful or disreputable character;
9.   Not to drive without a valid State driver's license;
[__] 10.   Abstain from the use of alcohol and drugs, and submit to random alcohol/drug testing;
[__] 11.   Complete an alcohol and drug use evaluation and follow all directives for treatment or counseling;
[__] 12.   Complete a Risk Reduction course conducted by an agency licensed by the State of Alabama;
[__] 13.   Complete _____ hours of community service as directed by the PPS Probation Officer;
[✓] 14.   Probation to be unsupervised upon payment of the fine and cost;
[__] 15.   Pay restitution in the amount of $_____ to_____for Citation #_____;
[__] 16.   Serve _____ days in the Montgomery City Jail; to report on _____and released on_____;
[__] 17.   Not to bother, harass, or contact affiant _____;
[__] 18.   To stay off the property of _____;
[__] 19.   Pay Attorney's fee in the amount of $_____ to_____;
[✓] 20.   ___50___ 12-1-03 (∆ has hold for county)

UPON THE VIOLATION of any of this ORDER, the Defendant may be arrested and subject to incarceration under Rule 26.11, Alabama Rules of Criminal Procedure. IT IS SO ORDERED, this ___18___ Day of ___November___, 20_03_.

_____
Judge, The Municipal Court of Montgomery, Alabama
Knight

This is to certify that a true and correct COPY of this sentence has been delivered in Person to the Defendant who has been duly instructed regarding the conditions thereof.
This ___18___ day of ___November___ 20_03_.

_____
Probation Officer

X Robert Wermuth
Defendant

White - Clerk of Court      Yellow - Probation      Pink - Defendant

5-23-05

DEAR MRS. HopKins, I very much Appreciate your
sincerity And professionalism. It would mAKe the
World Alot better place if there more people
like you.

2005 MAY 26  A 10:0
FILED
CLERK OF COURT
MONTGOMERY MUNICIPAL COURT

ThAnK You!

Robert WermUth
189991  6B-38
EAsterling CoRR. Facility
200 WAllAce dR.
Clio, Al  36017

## SUBPOENA FEE ASSESSMENT SHEET

NAME OF DEFENDANT

*Robert Andan Wermuth*

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| 2N3CNT07029A | | 1 |

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| | | |

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| | | |

| CASE NUMBER | NUMBER OF SUBPOENAS | TOTAL FEE |
|---|---|---|
| | | |

R-84 (Rev. 7-1-96)

**FINAL DISPOSITION REPORT**

| | Leave Blank |
|---|---|

**Note:** This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, also obtain subject's right four finger impressions on this form, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**

(See instructions on **reverse side**)

| FBI No. | Final Disposition & Date (If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.) |
|---|---|

Name on Fingerprint Card Submitted to FBI
Last        First        Middle

*Wermuth   Robert*

Date of Birth — *9-13-70* — Sex — *M*

Henry Fingerprint Classification From FBI 1-B Response

| State Bureau No. (SID) | Social Security No. (SOC) *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* | This Form Submitted By: (Name, Title, Agency, ORI No., City & State) |
|---|---|---|

Contributor of Fingerprints (Include **complete** name and location of agency, together with ORI number.)

Montgomery City Jail
AL0030100
Drawer 159
Elmore, Alabama 36025

Signature                Date

Title

| Arrest No. (OCA) *7029* | Date Arrested or Received *7-30-03* | ☐ COURT ORDERED EXPUNGEMENT: Return Arrest Fingerprint Card to Contributing Agency; Certified or Authenticated Copy of Court Order Attached. |
|---|---|---|

Offenses Charged at Arrest

*T.O.P. III - OSC*

Right Four Fingers Taken Simultaneously

*Unable to print*

If additional space is needed, check ☐ and continue on reverse side of this form.

## INSTRUCTIONS

1. The purpose of this report is to record the initial data of an individual's arrest and thereafter secure the **final disposition** of the arrest at the earliest possible time from either the arresting agency, the prosecutor or the court having jurisdiction. (INTERIM DISPOSITION INFORMATION, e.g., RELEASED ON BOND, SHOULD NOT BE SUBMITTED.) The SUBJECT'S NAME, CONTRIBUTOR AND ARREST NUMBER should be exactly the same as they appear on the fingerprint card IN THE FILES OF THE FBI. The FBI number should be indicated, if known. Agency ultimately making final disposition will complete and mail form to: **FBI Criminal Justice Information Services Division, Clarksburg, WV 26306.**

2. **The arresting agency** should fill in all arrest data on left side of form and obtain the finger impressions of the right four fingers simultaneously. This should be done at the same time as the full set of fingerprints are taken on the arrest fingerprint card. If the arrest is disposed of by the arresting agency, as where the arrestee is released without charge, then the arresting agency should fill in this final disposition and mail form to FBI Criminal Justice Information Services Division. Of course, if final disposition is known when arrest fingerprint card is submitted it should be noted thereon and this form is then unnecessary. In the event the case goes to the prosecutor, this form should be forwarded to the prosecutor with arrestee's case file.

3. **The prosecutor** should complete the form to show final disposition at the prosecution level if the matter is not being referred for court action and thereafter submit form directly to FBI Criminal Justice Information Services Division. If court action required, the prosecutor should forward form with case file to court having jurisdiction.

4. **The court** should complete this form as to final court disposition such as when arrested person is acquitted, case is dismissed, on conviction and when sentence imposed or sentence suspended and person placed on probation.

5. When arrested person convicted or enters guilty to lesser or different offense than that charged when originally arrested, this information should be clearly indicated.

6. If subsequent action taken to seal or expunge record, attach certified or authenticated copy of court order to this form so that FBI can retrun arrestee's fingerprints to original contributor.

7. It is **vitally important** for completion of subject's record in the FBI Criminal Justice Information Services Division files that **Final Disposition Report** be submitted in every instance where fingerprints previously forwarded without final disposition noted thereon.

---

### FOR ADDITIONAL INFORMATION

---

FPI-SST

Emergency Department
JACKSON HOSPITAL & CLINIC, INC.
1725 Pine Street
Montgomery, Alabama 36106

DATE: 9/30/2003

YOUR DIAGNOSIS / CARE NOTES
1.) *Wound Avulsion*
2.) *(R) elbow laceration*
3.) *Internal Derangement (R) Elbow*

Treatment Rendered:
☒ X-Ray   ☐ EKG   ☐ Medication  ☐ Tetanus
☐ Sutured  ☐ Lab Test  ☒ Exam   ☐ Hypertet

☐ You were given a medication which may make you sleepy
  or less alert. You should not drive, operate heavy
  machinery or drink alcohol for 24 hours.

☐ **NO DRIVING TODAY**

☐ You were given a prescription for an antibiotic.
  You are to take it until gone unless otherwise instructed.
  Continue taking even if symptoms disappear.

☐ If your pain is not adequately relieved or you are having
  persistent nausea or vomiting or excessive drowsiness please
  call your physician or return to the Emergency Department.

IMPORTANT NOTICE: Your x-ray has been read and reviewed.
Final review by the radiologist is pending. Follow up with your
Primary care doctor for final interpretation.

---

### Specific Instructions:
*Wound care*

*Sling (R) upper extremity*

*Fu/ltcalte*

*Back to the ER for increased*
*pain, signs of infection or any worsening*
*Maurice* _____ MD
      Discharge Physician

---

Follow-up with
☐ Your Doctor: _____
☐ Return to Jackson ER on _____

We Are Referring You To:
Dr. *Walcott* _____ Call *274-9000*
for an appointment on _____

If you become worse or do not get better in 1 - 2 days see
the doctor treating you or return to the emergency department.

Instructions Received By:
X *James C. Walsh*
relationship to patient *Self*
☑ Voiced understanding of instructions

Patient Left:
☒ Ambulatory      ☐ Crutches       ☐ Stretcher
☐ Wheelchair   ☐ With Driver        ☐ Carried
                    _____ Discharge Nurse _____ RN

---

Certificate for Return
to Work or School

Jackson Hospital
Emergency Department

ACCOUNT# ▓▓▓▓▓  M/R # 1B-57-40
WELCH,JAMES C
SEX - M  BORN ▓▓▓▓▓  F/C B ED
LAMSENS,STEPHEN D.  ROOM

☐ NA

Has been under my care on *9 30 /2003* and is able to
return to work / School on *10 /81/2003*. The Patient's work
limitations are: *no driving, brace (R) arm*

*Maurice* _____
      Discharge Physician

```
Name=WELCH,JAMES C                                    MRUN=18-57-40
DOB=███████████        Sex=M
Loc/Svc=/OPS                              Admit Date=07/06/2004
FINAL REPORT                          Discharge Date=07/06/2004
REPORT OF OPERATION
===================================================================
DVI #184516

Bytescribe #0707-038

DATE OF OPERATION:  July 6, 2004

PREOPERATIVE DIAGNOSIS:  Right wrist ulnar neuropathy.

POSTOPERATIVE DIAGNOSIS:  Right wrist ulnar neuropathy.

PROCEDURE:  Right wrist ulnar nerve release at Guyon canal.

SURGEON:  Dr. Walcott

ASSISTANT:  Douglas J. Neil, Tech.

ANESTHESIA:  Left axillary block.

COMPLICATIONS:  None noted.

TOURNIQUET TIME:  19 minutes.
```

INDICATIONS:  Mr. Welch fell on his right upper extremity about 9 months ago, landing on the palm of his hand and his wrist.  He had pain, swelling and radial head fracture treated nonoperatively.  He has developed progressive numbness of his small and ring fingers.  He had a nerve conduction study that showed ulnar neuropathy at the wrist.  He understood the risks, benefits, alternatives, diagnosis, treatment options, and after observing it for 9 months requested surgical treatment.

DESCRIPTION OF PROCEDURE:  The patient was given IV antibiotics and axillary block in the holding area, placed in supine position with a tourniquet over stockinette on the upper arm.  The arm was then prepped and draped under my supervision.  Then elevated the arm, esmarched it, inflated the tourniquet to 220 mmHg and made an incision on the volar ulnar side of his wrist, about 3 to 4 cm in length and dissected down to Guyon canal and released the Guyon canal, visualizing the ulnar nerve and artery.  There were no masses.  The nerve was intact.  After it was freed proximally and distally, I held pressure and deflated the tourniquet after 19 minutes and made sure there was no bleeding from any branches of the ulnar artery.  Then closed the wound with near-far, far-near 4-0 nylon suture and simple nylon sutures and dressed the wound with Xeroform, 4 x 4's, ABDs, cast padding, and a small volar splint and

Name=WELCH,JAMES C                              MRUN=18-57-40

                        Sex=M                    Admit Date=07/06/2004
Loc/Svc=/OPS                                     Discharge Date=07/06/2004
FINAL REPORT
REPORT OF OPERATION
=================================================================
=================================================================
took him to the recovery room in stable condition with no apparent
complications.  Excellent capillary refill in all digits.

=================================================================
  Dictated By=WALCOTT,GEORGE D. JR. (MD)         D/T=07/06/2004 1254
  Text Status=FINAL
    Signed By= _____           D/T= _____
               WALCOTT,GEORGE D. JR. (MD)
                                                 D/T=07/07/2004 0650

LABAMA ORTHOPAEDIC SPE    LISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH
RINTED 15:37:04 25 JUN 2004
AGE 1



6232004 Current Visit Dr 10 Recorded: 06252004 by 32 MM  R EAW
ISTORY OF PRESENT ILLNESS:  Followup for his radial head
racture which is doing pretty well, but now, he has some
rogressive numbness in his small finger and ring finger.  It has
een going on since his injury, and he just thinks it is
efinitely getting worse instead of better.  It has now been
robably approaching 9 months since his injury.  He has use of
he arm, but he notices that his fingers feel like they want to
url up and he has a lot of weakness in the hand.

PHYSICAL EXAM:  Today, he is nontender at his radial head.  He is
mildly tender at his ulnar nerve and has a positive Tinel_s
there.  It does not subluxate.  He is mildly tender at his medial
epicondyle.  No gross instability on valgus stress.  Full
pronation and full supination.  Full range of motion of the
elbow.  Distally, he has 5- to 4+ finger abduction and finger
cross strength on the right compared to the left.

X-RAYS:  AP and lateral of the right elbow show what looks like
still a visible radial head fracture with about 1 mm or less of
displacement and acceptable alignment.  It looks to be healing
well.  He has mild arthrosis in the elbow and no other
abnormality.

IMPRESSION:  Right radial head fracture 9 months out now with
progressive ulnar nerve symptoms.

PLAN:  I told him I would get a nerve conduction study/EMG.  If
he has significant ulnar nerve compression possibly as a result
of a traction injury or his soft tissue edema after his elbow
fracture then he might need to have ulnar nerve decompression or
transposition.  We will see him back as soon as we get the test
done.  He can continue normal activities for right now.
GDW/lg    06-24-04
CC:  Worker_s Comp Carrier
     Dr. Michael Turner _ Thank You

James Welch

James Welch, Gender: M, ▓▓▓▓▓▓▓▓▓ Encounter Date and Time: 6/21/2004 07:46AM, Examiner: Michael C. Turner, Do

PROCESSED

## Chief complaint
*The Chief Complaint is: Elbow pain/jep.*

## History of present illness
- Elbow joint pain and elbow joint pain.
- A burning sensation and a burning sensation.

## Past medical/surgical history
Reported History:

*Reported medications: Antibotic from his dermatologist A recent immunization for tetanus - 1/01/2001.*

*Medical: No reported medical history.*

*Physical trauma: Physical trauma - 9/30/2003 Pt states that he was injuried w/ trying to to a car and fell on his rt elbow breaking the head of his radius. Pt was treated by Dr. Walcott w/ a sleeve and braces for about 1 month. Pt was released back to full duty but is in today c/o of pain in the same elbow. Pt states that now when he supinates his rt hand he has a shooting pain that shoots up his arm. Pt states that with in the past 2 months he has started having numbness in his 3rd-5th digits on his rt hand. Pt states that it is a constant numbness in his fingers. Pt states that he was trying tuff it out but the pain has gottten to back. Pt states that there is nothing he can due to help relieve his pain or sx. Pt has been taking Tylenol for his pain.*

*Surgical / procedural: Surgical / procedural history* ▓▓▓▓▓▓▓▓▓▓▓▓▓

## Personal history


## Physical findings
Vital signs:
- Weight was 231 lbs.

*Patient has pain with supination of the arm. He states he has numbness to the 4th and 5th digits of the hand now and he is losing his strength.*

## Allergies
No allergies.

## Plan
*Patient is sent back to Dr. Walcott for further evaluation of this elbow which was fractured and is now experiencing parasthesias.*

NEUROLOGY CONSULTANTS OF MONTGOMERY, P.C.

P. Caudill Miller, M.D.  •  Ben C. Wouters, M.D., Ph.D. • Larry W. Epperson, M.D. 

Electrodiagnostic Laboratory

1722 Pine Street, Suite 700  •  Montgomery, Alabama 36106

Phone (334)834-1300  •  Fax (334)834-8347

NAME:   WELCH, JAMES        | REQUESTING PHYSICIAN:   WALCOTT

AGE:   32         SEX:   MALE | DATE OF EMG:   6/24/04

PHYSICIAN:   EPPERSON | HOSPITAL MEDICAL RECORD NO:

CLINICAL:

NAME OF TEST:   ☐ Nerve conduction velocity ☐ Needle EMG study   ☐ Others (specify)

## REPORT OF ELECTRODIAGNOSTIC STUDY
### Summary of Findings*:

CLINICAL NOTE:

Patient is a 32-year-old white male who complains with numbness of his right hand and has history of fracture of his right radius in the past.

NCV:

1.  Slow finger to wrist segment of the right ulnar sensory nerve.
2.  Prolonged terminal latency of the right ulnar motor nerve.
3.  Normal NCV's of all motor segments tested of the right upper extremity.

EMG:

1.  Normal needle EMG's of all muscles tested in the right upper extremity.

There is electrophysiological evidence of a mild distal ulnar neuropathy at the right wrist. There is no evidence of an entrapment neuropathy otherwise in the right upper extremity. There is no electrophysiological evidence of a cervical radiculopathy in the right upper extremity.

LWE/rie

FAXED

JUN 2 5 2004

BY:

Signature

ABBREVIATIONS:     NCV: Nerve conduction velocity
                   MUP: Motor unit potentials
*See attached page for detailed analysis
FORM-005 (7/97)

LABAMA ORTHOPAEDIC SPF    ALISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH
RINTED 14:40:41 02 JUL 2004
AGE 1

06302004 Current Visit Dr 10 Recorded: 07012004 by 40 MWS.AR EAW
HISTORY OF PRESENT ILLNESS:  He is here for followup for his
numbness in the small and ring fingers.  He says it has not
really changed.  He had the nerve test and the results from his
EMG/nerve conduction study on 6-24-04 show mild distal ulnar
neuropathy at the right wrist.  No evidence of entrapment
neuropathy otherwise at the elbow and no cervical radiculopathy.

PHYSICAL EXAM:  He is mildly tender at the Guyon_s canal and
mildly tender at the elbow.

IMPRESSION:  Right ulnar neuropathy at the wrist for just over 6
months after trauma to his right upper extremity with a fall on
his right upper extremity that resulted in a radial head
fracture.

PLAN:  Right now, he feels like he has waited a long time to see
if it would get better.  He has been taking B vitamins and
nothing seems to help it.  It is a thing that he is aware of it
all the time.  I have told him his options are living it for
awhile and see if it gets worse or contemplating surgery which
would be an ulnar nerve release at Guyon_s canal.  It would be an
outpatient surgery.  The main risks would be infection and nerve
injury.  He would have to have sutures in for about 2 weeks and
would have to be on light duty with a splint or dressing on his
hand for the first 2 weeks and then possibly light duty for a
week or two after that until the wound is fully healed.  We will
try to set that up next week probably on Tuesday afternoon.  I
think that this is related to his injury where he fell on his
right upper extremity with enough force to break his radial head.
It could have been local trauma to the palm of his hand at the
time.  Since that fall was a severe enough injury with being
dragged by a car and falling hard enough to break his elbow, I
think it is likely that it was a localized contusion that caused
swelling at the wrist.
GDW/lg   07-01-04
CC:  Worker_s Comp Carrier

WELCH, JAMES C.
111245
07-20-04
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: Right hand Guyon's canal release. He says it still has no numbness in his fingers and it feels much better.

PHYSICAL EXAM: He has full range of motion and normal function and neurovascular exam. Minimal swelling. I removed the stitches today. The wound looks good. No sign of infection.

IMPRESSION: Doing well.

PLAN: He wants to go back to regular duty. I have said it is okay to go back on Friday for regular duty. He is still going to avoid putting direct pressure on the hand if he can. Right now, he has normal range of motion and normal strength. I will see him back for any problems. He should report any kind of significant problems he is having with it over the next couple of months and let me know. Based on today's exam, he has normal strength and normal range of motion. I anticipate he will have no permanent partial impairment and is approaching MMI.

GDW/lg      07-20-04
CC:    Worker's Comp Carrier
*

WELCH, JAMES S.
111245
06-23-04
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: Followup for his radial head fracture which is doing pretty well, but now, he has some progressive numbness in his small finger and ring finger. It has been going on since his injury, and he just thinks it is definitely getting worse instead of better. It has now been probably approaching 9 months since his injury. He has use of the arm, but he notices that his fingers feel like they want to curl up and he has a lot of weakness in the hand.

PHYSICAL EXAM: Today, he is nontender at his radial head. He is mildly tender at his ulnar nerve and has a positive Tinel's there. It does not subluxate. He is mildly tender at his medial epicondyle. No gross instability on valgus stress. Full pronation and full supination. Full range of motion of the elbow. Distally, he has 5- to 4+ finger abduction and finger cross strength on the right compared to the left.

X-RAYS: AP and lateral of the right elbow show what looks like still a visible radial head fracture with about 1 mm or less of displacement and acceptable alignment. It looks to be healing well. He has mild arthrosis in the elbow and no other abnormality.

IMPRESSION: Right radial head fracture 9 months out now with progressive ulnar nerve symptoms.

PLAN: I told him I would get a nerve conduction study/EMG. If he has significant ulnar nerve compression possibly as a result of a traction injury or his soft tissue edema after his elbow fracture then he might need to have ulnar nerve decompression or transposition. We will see him back as soon as we get the test done. He can continue normal activities for right now.

GDW/lg     06-24-04
CC:    Worker's Comp Carrier
       Dr. Michael Turner – Thank You

WELCH, JAMES C.
111245
07-13-04
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: Followup for Guyon's canal release at the right wrist.

PHYSICAL EXAM: He looks good. The wound looks good. No sign of infection. He is neurovascularly intact with his ulnar nerve. He has good finger cross.

IMPRESSION: Doing well.

PLAN: We are going to leave the stitches in today and put a soft dressing on it and tell him to still stay at light-duty status that he is currently on with no heavy lifting with the right hand. I will see him back in a week. If the wound looks good then, I will take his stitches out.

GDW/lg      07-14-04
CC:   Worker's Comp Carrier

WELCH, JAMES C.
111245
10-28-03
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: He is 4 weeks out radial head fracture nondisplaced. He says he feels well enough to go back to normal duty now. He says it is not really painful. He can do push-ups now.

PHYSICAL EXAM: Today, he has motion from 5-135. He can supinate 80 and pronate 80. Neurovascularly intact distally. Nontender at his radial head.

X-RAYS: AP and lateral show this nondisplaced radial head fracture that looks to be healing.

IMPRESSION: Nondisplaced healing radial head fracture.

PLAN: He wants to go back to work. He is asymptomatic apparently and I cannot elicit any tenderness, and he has normal range of motion and can do push-ups. I told him it is okay to go back to regular duty, although if he has pain that he thinks would limit him from doing his normal activities, I would be worried about him doing his particular job. He thinks he is okay. We will let him go back to regular duty and see him back for a final followup in 1 month with repeat AP and lateral x-rays of the right elbow to make sure he has normal motion and strength and that he does not have any significant impairment rating.

GDW/lg    10-29-03
CC:    Worker's Comp Carrier
*

RECEIVED

OCT 3 1 2003

CITY OF MONTGOMERY
WORKERS COMP.

ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.
MEDICAL RECORDS HISTORY
PATIENT: 111245 JAMES C WELCH ████████████
PRINTED 09:41:55 30 OCT 2003
PAGE 1



10282003 Current Visit Dr 10 Recorded: 10292003 by 28 MWS.AR EAW
HISTORY OF PRESENT ILLNESS: He is 4 weeks out radial head
fracture nondisplaced. He says he feels well enough to go back
to normal duty now. He says it is not really painful. He can do
push-ups now.

PHYSICAL EXAM: Today, he has motion from 5-135. He can supinate
80 and pronate 80. Neurovascularly intact distally. Nontender
at his radial head.

X-RAYS: AP and lateral show this nondisplaced radial head
fracture that looks to be healing.

IMPRESSION: Nondisplaced healing radial head fracture.

PLAN: He wants to go back to work. He is asymptomatic
apparently and I cannot elicit any tenderness, and he has normal
range of motion and can do push-ups. I told him it is okay to go
back to regular duty, although if he has pain that he thinks
would limit him from doing his normal activities, I would be
worried about him doing his particular job. He thinks he is
okay. We will let him go back to regular duty and see him back
for a final followup in 1 month with repeat AP and lateral x-rays
of the right elbow to make sure he has normal motion and strength
and that he does not have any significant impairment rating.
GDW/lg    10-29-03
CC: Worker_s Comp Carrier

LABAMA ORTHOPAEDIC SPECIALISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH ███████████
RINTED 16:25:58 16 OCT 2003
AGE 1



10142003 Current Visit Dr 10 Recorded: 10152003 by 15 MWS.AR EAW
HISTORY OF PRESENT ILLNESS:  Followup for a radial head fracture
2 weeks out now in this police officer.

PHYSICAL EXAM:  He looks a lot better.  He has less tenderness at
the lateral elbow and less tenderness at the medial elbow.  He
has some pain that goes down to his wrist.  He is neurovascularly
intact distally at the wrist.  No instability noted at the wrist.
For his motion today, he can extend it to 5 degrees and flex it
to 135 and pronate 80 and supinate 80.

X-RAYS:  Five views of the elbow show a nondisplaced radial head
fracture that is more clearly delineated today.  There also might
be a small avulsion off the medial side of his elbow, but it is
nondisplaced.

IMPRESSION:  Right elbow radial head fracture.

PLAN:  I told him I would free this brace up so it will bend and
straighten completely and let him go to full range of motion.  I
would not do any lifting with it yet.  I would reexamine him in 2
weeks and can re-x-ray him then, AP and lateral of his right
elbow.  If everything looks good then, we will talk about
increasing his work status.  For right now, he would still need
to be a light duty type of job.
GDW/lg    10-15-03
CC:  Worker_s Comp Carrier

ALABAMA ORTHOPAEDIC SPECIALISTS, P.A.
MEDICAL RECORDS HISTORY
PATIENT: 111245 JAMES C WELCH
PRINTED 13:58:18 02 OCT 2003
PAGE 1

09302003 Current Visit Dr 10 Recorded: 10012003 by 28 MWS.AR EAW
HISTORY OF PRESENT ILLNESS:  He has an injury to his right elbow.
He is a police office in Montgomery who injured his right elbow
earlier today.  He was trying to stop a suspect in a stolen
vehicle and he had the person and they took off and they dragged
him some.  He landed on his right arm and elbow.  He had pain and
was seen in the emergency room this morning at Jackson Hospital
for x-rays.  They told him he might have a fracture but they were
not sure.  He is here for evaluation.  No other major injuries
reported to me right now.  His medical doctor is Dr. Eric Graves.
He is referred by Dr. ___ from the emergency room.

ALLERGIES:  None.

MEDICATIONS:  None.

PAST SURGICAL HISTORY: ████████████████████████████████
████████████████████████████

FAMILY HISTORY: ██████████████████

PAST MEDICAL HISTORY:  Negative.

PHYSICAL EXAM:  Right elbow: He has abrasions over the right
lateral part of his elbow.  No open wounds that would be
penetrating the skin.  He is neurovascularly intact distally.  He
has a 2+ radial pulse.  Intact anterior interosseous, posterior
interosseous, median, and ulnar nerve function at the hand.  He
is very tender at his radial head.  He can flex it to about 100
but it is painful.  He can extend it to 45 but it is painful.  He
can pronate 80 and supinate 80 but those are all painful.  It is
most painful at his lateral elbow.

X-RAYS:  Limited views in AP, lateral, and some obliques show a
nondisplaced radial head involving about one-third or less of the
articular surface.

IMPRESSION:  Nondisplaced radial head fracture.

PLAN:  Because of his pain, I would immobilize him for about a
week in a long arm posterior splint for comfort.  I will see him
back in a week, reexamine him, get repeat AP, lateral, and
radiocapitellar views of the elbow to make sure the fracture is
still well lined up, and then just get him an Ace wrap bandage
and let him start moving it some.  For work right now, he has to
be light duty like desk job duty.  He cannot use his right arm
for anything other than holding a pen if that is possible.  It is
probably going to take 6 or 8 weeks minimum for the fracture to
heal.  He understands that plan.
GDW/lg    10-01-03
CC:  Worker_s Comp Carrier

LABAMA ORTHOPAEDIC SPECIALISTS, P.A.
EDICAL RECORDS HISTORY
ATIENT: 111245 JAMES C WELCH
RINTED 10:26:18 09 OCT 2003
AGE 1

10072003 Current Visit Dr 10 Recorded: 10082003 by 20 MWS.AR EAW
HISTORY OF PRESENT ILLNESS: He has the right elbow injury and
radial head fracture. He looks pretty good.

PHYSICAL EXAM: In his long arm posterior splint, he is
comfortable today. He is neurovascularly intact. He goes from
70 degrees to flexing it to 125. He can pronate 80 and supinate
80, but it is painful at extremes. He is neurovascularly intact.
He is tender laterally at his radial head and somewhat up at his
capitellum area. There is no crepitus that I can feel and no
block to mechanical motion that I can appreciate.

X-RAYS: AP and lateral show a nondisplaced radial head fracture.
There is a questionable small irregularity that could be at the
end of his humerus, but I do not see any obvious capitellum
fracture.

IMPRESSION: Radial head fracture.

PLAN: I would continue to treat him nonoperatively for the
radial head fracture that is nondisplaced with getting him a
hinged elbow brace right now that will block his extension at
about 60 degrees and let him take it off and work on range of
motion frequently. He will still have to be light duty,
sedentary type of work. I will see him back in a week and check
one more set of x-rays, AP, lateral, and try to get an oblique
view of his radiocapitellar joint when he comes back. If that
looks normal then we will just increase his range of motion.
GDW/lg   10-08-03
CC: Worker_s Comp Carrier

WELCH, JAMES C.
111245
10-07-03
DR. WALCOTT
C

HISTORY OF PRESENT ILLNESS: He has the right elbow injury and radial head fracture. He looks pretty good.

PHYSICAL EXAM: In his long arm posterior splint, he is comfortable today. He is neurovascularly intact. He goes from 70 degrees to flexing it to 125. He can pronate 80 and supinate 80, but it is painful at extremes. He is neurovascularly intact. He is tender laterally at his radial head and somewhat up at his capitellum area. There is no crepitus that I can feel and no block to mechanical motion that I can appreciate.

X-RAYS: AP and lateral show a nondisplaced radial head fracture. There is a questionable small irregularity that could be at the end of his humerus, but I do not see any obvious capitellum fracture.

IMPRESSION: Radial head fracture.

PLAN: I would continue to treat him nonoperatively for the radial head fracture that is nondisplaced with getting him a hinged elbow brace right now that will block his extension at about 60 degrees and let him take it off and work on range of motion frequently. He will still have to be light duty, sedentary type of work. I will see him back in a week and check one more set of x-rays, AP, lateral, and try to get an oblique view of his radiocapitellar joint when he comes back. If that looks normal then we will just increase his range of motion.

GDW/lg     10-08-03
CC:     Worker's Comp Carrier
*