# Montgomery Police Department



# Training Manual
# Policies and Procedures.



EXHIBIT

8

# MONTGOMERY POLICE DEPARTMENT

# CANINE UNIT

# RULES AND POLICY MANUAL

**CANINE COMMANDER: LIEUTENANT W.W. CAULFIELD**
**REVISED:  02/14/03**

Then purpose of these Guidelines is to assist each Canine Officer in the performance of his duties. This cannot cover every situation, but each situation can be properly resolved with the use of good judgment, common sense and the following of the Guidelines set forth.

## I.    MISSION

The Montgomery Police Department Canine Unit will provide Criminal Detection, Criminal Apprehension, and Crime Deterrence through the use of irregular patrol techniques, and through the use of properly trained Police Service Canines. The use of Police Service Canines can help prevent Officers from resorting to the use of Deadly Force. Also the use of Canines dramatically decrease the danger associated with the apprehension of suspects hiding in buildings, in woods, and fleeing the scene of a serious crime. It will also enhance the safety to other Officers, bystanders, and the suspect.

## II.    PERSONAL APPERANCE

A}    All sections and subsections of the MPD Rules and Regulations for uniformed Officers will be followed by the members of the MPD Canine Unit.

## III.    CANINE VEHICLES

A}    All sections and subsections of the MPD Rules and Regulations governing issued equipment will be followed by members of the Canine Unit.

B}    All Officers will keep vehicles properly cleaned, washed, and fueled up before and after the shift.

C}    It will be the responsibility of the officer to take their vehicle to the City shop for any maintenance needed.

D}    Spare vehicles will be assigned to Officers and it will be their responsibility to make sure the vehicle is maintained.

E}    Anyone who uses a spare vehicle will make sure the vehicle is Fueled, cleaned, and keys placed back on the board before the next shift.

## IV.    CANINE MAINTENANCE

A}    It is your duty and responsibility to keep your K-9 Partner in excellent condition.

1)    Bathe your Partner regularly.
2)    Comb your Partner daily.
3)    Check teeth daily.
4)    Dip your Partner when needed.

B}    If anything unusual appears on your Partner advise the Supervisor and take your Partner to the Veteranarian.

C}    Canine heart worming should be kept updated and the Canines stool should be checked regularly for parasites.

     1)    If parasites are found, your Partner should be taken to the Veteranarian as soon as possible.

D}    In the event of an emergency situation or injury, the handler will be responsible for immediately having his Partner seen by our Veteranarian.

     1)    One of the doctors is on call 24 hours a day and will respond.

     2)    A Supervisor will be notified as soon as possible.

## V. TRAINING

A}    Each Officer is responsible for the continued training of his Partner.

B}    Training reports will be completed by each Officer.

     1)    The standard MPD Canine Training Form will be used.

     2)    Each time any training is completed a training form will be written and reviewed by a Supervisor.

     3)    Training sessions must and will be documented for any Court action against the City and/or the Officer.

C}    Each Officer is urged to train with other officers each night, during duty hours.

D}    Wednesday of each week is set-aside for Out of Service Training and each Officer need to be present.

     1)    Problem areas will be worked on.

     2)    Videotaping will be completed as equipment permits.

E} The Supervisor cannot know if small training problems arise, therefore it is your responsibility to let your Supervisor know so the problem can be resolved.

F} REMEMBER: When your Partner was taken off training status, he was properly trained. It is up to you to keep him trained.

## VI.  CANINE APPREHENSIONS

A} Because the Handler has the best knowledge of the capabilities of his Partner, he will be the only person other than his Unit Supervisors to decide and direct the actions to be taken by the Canine Team on any calls responded to.

B} A Canine Unit may use force when:

1) In protection of the Handler, other Officers or citizens.

2) Hiding Felony suspects who refuse to surrender after warning.

3) Fleeing Felony suspects who refuse to stop after warning.

4) When Canine is being assaulted.

NOTE: The word Felony is used in parts (b) and (c) above and unless required by the particular situation, Canines are not used in the apprehension of Misdemeanor suspects.

C) All suspects whether hidden or fleeing will be given the opportunity to surrender.

D) Canine Warnings will be issued before a Canine is released.

1) Exceptions: When entering a building known to contain weapons or armed suspects and during Handler when the Canine responds to a threat to the Handler.

E}    Medical attention will be offered to all suspects apprehended
by the Canine.

    1)    Paramedics will be called to the scene if the injury
requires immediate treatment.

    2)    Suspects will be taken to the Emergency Room further
medical treatment.

F}    Pictures of all injuries sustained will be taken.

G}    Notification of Supervisor and/or Commander are required.

    1)    Assistant Patrol Commander and/or Patrol Commander
Will be notified.

H}    Statements and K-9 Incident Reports will be written.

    1)    Assistant Division Commander will receive the
following:

        (a)    Original Supervisor/Coordinator statement.

        (b)    Original officer statement.

        (c)    Copy of K-9 Incident Report.

        (d)    Copy of Hospital/Treatment Form (Original).

        (e)    Pictures of Injury to suspect.

I}    Department Serious Incident Report will be completed.

J}    The following will be placed in the Apprehension file in the
Bureau Office and sealed.

    1)    Copy of Supervisor or Coordinator statement/Pictures.

    2)    Copy of Officers statement.

    3)    Original Officers statement.

    4)    Copy of Hospital Report if applicable.

## VII. ALARM AND BURGLARY CALLS

A}   Canine Officers will respond to all Business alarms, and Burglary in Progress calls occurring in their assigned patrol areas.

B}   Canine should also respond to the area of Residential Burglary in Progress calls should Patrol need assistance.

1)   Residences may be searched by a Canine Unit; however, the homeowner must be present at the residence before a search is initiated.

2)   Canine Officers must speak with the homeowner to insure no relatives or friends are present at the residence before a search is initiated.

3)   It should also be determined if other animals are present inside the residence. (i.e. dogs, cats, etc.)

4)   If animals are present, a Canine search is not recommended.

5)   Key holders do not qualify as the homeowner and cannot authorize the search.

C}   When responding to any of the above, Canine Officers will advise the dispatcher they are in route.

## VIII. BUILDING SEARCHES

A}     Upon arrival at a Burglary call the Canine Unit will take immediate control of the scene.

B}     The Canine Officer will personally check the immediate area and the Point of Entry to determine if the Canine should be utilized.

     1)     It is the handler's discretion to utilize his Partner.

     2)     If it is determined the Canine will not be utilized the Handler will either call for a second Canine Unit and both Handlers will check the building or turn the scene over to Patrol Units and allow them to walk the building.

C}     When entering the building the Canine Handler will issue three canine warnings to allow a hidden suspect the chance to surrender.

     1)     This also will give a legitimate employee a chance to advise the Handler of his presence should this not be a Burglary.

     2)     The standard MPD Canine Warning should be as follows: **"Police Officer speak now or I will release my dog"**.

     3)     These warnings must be given in a loud voice as to be heard by any person inside the building and should also be issued when moving from one floor to the next.

     4)     The only exception to issuing Canine Warnings is when a search of a building known to contain weapons is to be made. (i.e. Pawn Shops, Gun Stores, etc).

D}     If the Handler receives a response to the Canine Warnings, he will give the person inside the building every chance to exit without releasing the Canine.

E}     After a Canine has located a suspect inside a building the Handler will remove the suspect before continuing the search.

      1)     The Handler may either walk the suspect out or Call for a second handler to remove the suspect from the building.

      2)     Under NO CIRCUMSTANCES will a Handler search a building with a suspect in custody.

      3)     Under NO CIRCUMSTANCES will a handler Place his Partner on "Guard" and continue the search alone.

F}     After a search has been completed, whether a suspect has been located or not, the building will be rechecked by the handler and Officers before am Manager is allowed to enter.

## IX.   VEHICLE STOPS

A}     Canine Units should not initiate vehicle stops.

      1)     Canine Units are not marked.

      2)     Canine Units have no emergency equipment.

B}     If a vehicle stop is required, you will call for a marked Unit.

C}     When the stop is made you will give the location and vehicle tag number.

## X.  PURSUITS

A}  Canine Units WILL NOT be involved in chases or pursuits.

B}  Canine Units may follow a Patrol pursuit at a safe speed and distance in instances where a Felony has been committed and there is a possibility a Canine Unit may be called.

C}  If a Canine Unit calls for assistance in stopping a vehicle And the vehicle attempts to elude the marked unit, the Canine Unit will immediately drop out of the pursuit.

## XI.  TRACKING POLICY (GENERAL)

A}  The MPD Canine Unit will respond to calls for assistance From all Law Enforcement Agencies.

B}  Canines will not be taken out of the City limits without Approval by either the Assistant Patrol Division Commander or the Patrol Division Commander.

## XII.  TRACKING POLICY (MISSING PERSON OR JUVENILE)

A}  No less than two Officers.

1)  Patrol Officers may be used to assist.

2)  If a Juvenile is missing contact Canine Supr. Or Coordinator, and he will contact Juvenile.

## XIII.   TRACKING POLICY (MISDEMEANOR)

A} It is not recommended to run a track on a suspect with Only Misdemeanor charges, but may be done if situation requires it.

B} No less than two Officers, and a Patrol Unit may assist.

## XIV.   TRACKING POLICY (ARMED SUSPECTS)

A} No less than three Officers.

    1) Tracking K-9/Handler, Backup Officer carrying shotgun, and Communication Officer.

    2) Backup Officer must stay in close proximity to the tracking Officer.

B} If possible additional Canine Officers will assist during the tracking of an armed suspect.

## XV.   CROWD CONTROL

A} The Canine should only be used as a last resort.

B} The Canine may be used at the Handlers discretion in life threatening situations or Officer safety.

C} The Canine should be used in this situation only by order of the following.

    1) Canine Sergeant.
    2) Canine Commander.
    3) Assistant Patrol Commander.
    4) Patrol Division Commander.
    5) Deputy Chief of Police.
    6) Chief of Police.
    7) Mayor.

# XVI. COLLECTION OF CONTRABAND

A}     When contraband is located during a search.

    1)     Point out the contraband to the officer requesting the search so he/she can collect it.

    2)     You must stay with the contraband until it is collected to ensure chain of custody.

B}     After contraband has been located, you must:

    1)     Keep Chain of Custody.

    2)     Contact your supervisor.

    3)     Do a thorough statement.

    4)     Fill out Activity Form and required paperwork.

# XVII. VEHICLE SEARCHES

A}     The Canine is used as a tool for probable cause.

    1)     If Officers have not entered or searched the vehicle, you may conduct your sniff of the exterior of the vehicle.

    2)     If alert is given on outside of vehicle, you have probable cause to search further.

    3)     If you encounter luggage or locked briefcases inside of a vehicle, the expectation of privacy is a bit higher, and a separate sniff of these articles is required.

    4)     If an alert is given on the inside of the vehicle, such as the glove compartment, reward your partner then search the area yourself.

B}     If officers have already searched the vehicle before you arrive then you are not needed.

## XVIII.  RESIDENCE AND BUSINESS SEARCHES

A}     One of the following must apply:

    1)     Consent to search.

       a)     Request made by owner or manager.

       b)     Prior approval of Canine Bureau Commander or Supervisor.

    2)     Search Warrant.

       a)     Special Operations may initiate call out.

       b)     Other Divisions will obtain prior approval.

## XIX. SEARCH OF SCHOOLS

A}     Public Schools

    1)     Request will be made by School Enforcement Bureau.
    2)     Canine Bureau Commander or Supervisor will assign Team to assist.
    3)     Narcotics Detector Dog Team will meet with School Enforcement unit at given time.
    4)     When an alert is made on a locker advise School Enforcement Officer of locker number, he/she will conduct Search.
    5)     When an alert on a vehicle is made, advise School Enforcement Officer so vehicle can be identified and the Student summoned for access to vehicle. School Enforce officer will conduct search.

## XX.  POST OFFICE SEARCHES

A}      Postmaster General or Branch Manager will flag a package.

1)      They will contact Special Operations Division and Request a Canine.

2)      Narcotics Supervisor will notify Canine Supervisor.

**Initiate call-out as described previously.**

3)      Narcotics team will search several packages laid out in no particular pattern.   Suspect package to be included.

4)      When alert is made, follow their procedure and/or secure for search warrant.   Narcotics officer will take control of package.

**NOTE:   All Narcotics Detector Dogs will be certified by the NNDDA (National Narcotic Detector Dog Association) or by another nationally recognized certification.   The certification should be no more than 18 months apart.**

# Montgomery Police Department

# K-9 Bureau

# Training Manual

**Written by:**
Cpl P.A. Reynolds
Cpl C.A. Mora

December 2001

# **Introduction**

   This is the training manual that will be used by all K-9 Teams of the Montgomery Police Department K-9 Unit. The training that you receive will allow you to become a member of an elite unit. You will be expected to spend large amounts of time with your new partner, both on and off duty. Your performance as a K-9 team will be based solely on your enthusiasm to train and time spent with your K-9. If you believe this will be a problem now is the time to reconsider your transfer to the K-9 Unit.

   Your training will take anywhere from 3-4 months, depending on your K-9 and how aggressive you are in your training. You must show your partner that you are the ALPHA MALE of this team and he is now the BETA DOG.

   There are several phases of training that you must complete before you will be certified to ride the streets as a K-9 team.
   1) Bonding
   2) Obedience
   3) Stake work
   4) Bite work
   5) Building searches
   6) Area searches
You will be given instruction on the proper technique in completing each phase. There may be times when it is necessary to backup in training to correct a problem, but don't get discouraged, we will work the problem out.

   The goal of this unit is to have aggressive, but social K-9 partners. This means that when your partner is in "play mode" it is sociable with other handlers and K-9's, and is not a threat to the public. You will only take instructions from your K-9 Trainer or Supervisor.

   Being a K-9 Handler will be different than anything you have ever done. Now you have a partner that is totally dependent on you and as a result your bond will be greater than it has been with any human partner you have ever had.

# K-9 Care and Maintenance

**Kennel Maintenance-** Cleanliness is one of the important factors for good health of the police service dog. Sanitary measures must be enforced in and around the kennel area. A good standard of sanitation is the result of the cooperation between all handlers and the supervisors.

Sanitation is one of the chief measures of disease prevention and control. The importance of disease control in the kennel area cannot be over-emphasized. The existence of a disease in one dog that might be passed on to other dogs must be the concern of all handlers.

A disease that spreads through the kennel may seriously impair the effectiveness of the unit if several dogs become ill and have to be removed from duty. Disease control and sanitation cannot be separated. There are many ways to keep a good level of sanitation.

1) The food preparation area must be kept as clean as possible. All food pans should be thoroughly cleaned in warm soapy water after each use. The dog food container should be kept covered to prevent water and other objects from contaminating the food.

2) The kennel area should be sprayed out as often as needed but as a minimum should be sprayed at the completion of each shift. Insure that all feces, urine, and dog hair are removed as these attract and breed flies, which carry disease.

3) The outside kennel area should be free of trash or food that could attract rats or insects.

**Grooming and Inspection-** Grooming and inspection are essential to the dogs health and well being and must be done daily. Because of the physical closeness between the dog and handler during this period, a psychological bond is developed.

1) In grooming, give the dog a brisk rubdown with the fingertips moving against the grain. This loosens dead skin, hair, or dirt, bringing it to the surface, and massages the skin. Brushing against the grain follows. Next, brush the coat with the grain to return the hair to its

natural position. Finally, hand rub the coat with the grain. This distributes the oil and gives the coat a glossy appearance.

2) An occasional bath may be necessary, but may remove the oils that keep the skin soft, prevent drying and cracking, and make the coat water repellant. Thoroughly rinse the coat to remove soap that may become sticky, collect dirt, or cause skin irritations.

Daily inspection is a part of the grooming period. During inspections, check each part of the dog's anatomy for signs or symptoms of illness or injury. After a short acquaintance, the handler knows how the dog should look and act when healthy, what is normal for the dog, how the coat looks, frequency of bowel movements, and eating habits. In daily inspection, this knowledge helps reveal anything abnormal, and, if treatment begins early, the dog's recovery is more rapid.

1) Illnesses are frequently accompanied by changes in the dog's eyes and many illnesses affect only the eyes. Usually, a dog's eyes are bright and clear and the surrounding membranes have a healthy pink color. The following are symptoms of illnesses or injury: red or yellow discoloration of the membranes and whites of the eyes, paleness of the membranes, white or yellow discharges, cloudiness or other discoloration of the clear portion of the eye, puffiness of the lids, lids partially or completely closed.
2) The black pad at the end of the dog's nose is usually shiny and moist. If it is persistently dry and dull, this may be a symptom of illness. Other symptoms are watery, yellowish, or reddish discharge, sneezing, snorting, and pawing at the nose.
3) A small amount of brownish wax in the dog's ear is normal. Signs of illness would include: A reddish discoloration, swelling, a large amount of discharge in the ear, or a foul odor coming from the ear canal.
4) In the dog's mouth, gums and inner lips are a healthy pink. Teeth are firm and white. Symptoms of illness include paleness of gums, sores, persistent drooling, bloody saliva, gagging or pawing at the mouth, and foul breath.
5) Indications of skin trouble are reddening, scabbing, moist discharges, scratching, abnormal shedding, and loss of hair in spots.
6) The dog's feet are inspected for foreign objects, cuts, bruises, and abrasions of the dog's pads.

7) Check the dog's legs for wounds, swelling, and sores.
8) A dog's temperature is an excellent indication of the animals health. Usually, it is between 101.0 to 102.0 degrees.
9) The dog's attitude is one of the best indications of its general health. If the dog begins to show undue nervousness, loss of energy, an increased desire for sleep, or inattentiveness while on duty or while training this could be due to illness. Also report any changes in appetite, thirst, or breathing. Watch for vomiting, soft or watery stool, Blood in the urine or stool, or difficulty during urination or bowel movements.

**Heat Stroke-** Heat stroke is usually due to a combination of high heat and humidity. Due to our weather conditions during the summer months this should be a concern to all handlers. Factors that can contribute to this condition include a lack of available water, confinement in an enclosed area, or over-exertion. All of these conditions may exist during a normal shift and should be monitored.

**Symptoms:**
1) confusion
2) weakness/collapse
3) "brick-red" gums
4) extreme panting
5) body temperatures greater than 105 F can cause severe problems if not addressed promptly.

**First Aide:**
1) If suspected, immediately hose down K-9- especially non-haired areas (abdomen, paws, and groin areas).
2) Take temperature and check the color of the gums
3) Contact the veterinarian (Taylor Crossing Animal Hospital 260-8787) and transport immediately.
4) Remember- **Heat stroke is a life threatening ailment.**

Any abnormality or signs of illness should immediately be brought to the attention of a supervisor to determine further medical treatment.

# Obedience

**Purpose:** To establish uniform and standardized basic and advanced obedience training within the K-9 Bureau. Also to establish guidance for new handlers assigned to this unit.

Obedience will be the foundation of all future training that will be conducted. Lack of control over your K-9 partner could result in injury to the K-9, other handlers, or civilians.

**Bonding-** Your task for 1-2 weeks is to build a bond with your new K-9 partner. You will spend 8 hours a day with your partner and be required to feed him on your off days. You will build this bond by playing with your partner, giving him 'Treats", and caring for him. Remember NO corrections. When the Trainer feels you have an inseparable bond you may procede to the Obedience phase.

The commands that you will learn are **Sit, Down, Heel, Stay, and Come.** The K-9 must be trained to respond both to verbal and hand commands. During the initial phases of training these commands will be given in an encouraging tone of voice in order to keep the dog motivated. Later on after the K-9 has learned the correct response to each command a more authoritative tone will be used.

The handler must learn to use his voice to entice the K-9 to perform the correct response to the command given. There are several different tones of voice that must be used.

**Praise-** High pitched and excited. This is used to instill in the k-9 that he has performed as asked and that you are pleased.

**Command-** Stern and authoritative. This does not have to be loud but you want to get the K-9's attention.

**Correction-** Very deep and loud. This tone will probably be the hardest to learn but is the most important. The K-9 **must** know that he has performed incorrectly and this is not acceptable. The only word that should be used in this tone is "**NO**".

**Sit-** This will be the first command taught to the K-9. While holding the lead in his right hand the handler will bring the K-9 around to his left side.

Once around the handler will give the command **SIT** simultaneously pulling straight up on the lead with his right hand and pushing down on with k-9's hips with his left hand. As the K-9's rear end touches the ground the handler will reward the dog with a small food reward and also praise the dog verbally and with petting.

Heel- The correct heel position is for the K-9 to be at a 45-degree angle to the handler with his shoulders parallel to the handler's knees. This applies while sitting, down, or while walking. The K-9 should be in a sit position at the handlers left side with the lead in the handlers' right hand. The Handler will step off with his left foot simultaneously slapping his left thigh with his left palm and give the command **HEEL**. To make a right turn the handler will pivot on his left foot keeping his right hand in tight on his right side, giving the **HEEL** command and slapping his left thigh. On a left turn the handler is too pivot on his right foot bringing his right forearm across his chest parallel with the ground simultaneously giving the verbal and hand command to **HEEL.**

The only way to teach a K-9 is through repetition. To instill the **Sit** and **Heel** commands the handler could sit the dog then give the heel command taking several steps, then stop and give the sit command again. This should be done for about 20 yards. Keep in mind each training session should last no more than 10 minutes so that the K-9 does not become bored.

Down- You will start this exercise with your k-9 partner in the **Heel/Sit** position. Give the **Down** command and simultaneously pull down and forward with the lead, pulling the dogs neck down. It may be necessary to sweep the dogs front legs with your left forearm to get the k-9 to go down. As soon as the k-9 is down reward him with a small treat and lots of praise. It is not necessary that the k-9 downs perfectly in the beginning so long as he goes down.

Stay- Place your k-9 in either the **Heel/Sit** or **Heel/Down** position. Hold the end of your lead in your right hand and release all slack. Bring your left arm straight down, palm open and facing the k-9, give the command **Stay.** Step off with your right foot taking one step to your right. Return to your k-9 and reward him. Once your partner is remaining in position 100% of the time you can progress and increase the distance between handler and k-9. Always remember to get 100% performance before moving on to a harder task.

**Come-** You should be able to **Stay** your partner and walk to the end of the lead before attempting this command. The hand command is to bring your right forearm across your chest and parallel to the ground slapping your chest with an open palm and giving the command to **Come**. Give the **Come** Command and pull the k-9 towards you. It may be necessary to encourage the k-9 at first. Once to you the k-9 should **Sit** directly in front of and facing the handler. To instill this command perform several repetitions.

All your initial training will be done with food and praise as a reward however at some point it will be necessary to correct your partner. The only equipment that will be used for this purpose is the lead and choke chain. The proper method for giving a on-lead correction is to give a quick jerk on the lead and the command **NO!** This requires some practice and should not be attempted without the correct supervision. After some practice you will be allowed and expected to conduct training on your own.

These are the only verbal commands that are used for obedience. The hand commands will vary slightly once you and your partner have progressed to longer distances and off-lead obedience work. Remember you and your K-9 are a team and will only progress with time and hard work. Your ultimate goal will be to sit your K-9 at a distance of 30ft for 1 minute and down him for 3 minutes at 30 ft. However your imagination is your only barrier as to what you and your partner can do!

# K-9 Aprehension (Bite work)

Bite work will be started only after all obedience work has been completed. This will ensure you have total control over your K-9 and lessen the risk of accidental injury.

## Stake work
1) The agitator will run past your dog, not allowing him to bite. A whip may be used, but do not strike the K-9.
2) The agitator will present a small wrap for the K-9 to engage.
3) The agitator will give a few shakes with the wrap before giving it to the K-9. You will get the wrap from the K-9 and get his attention back on the decoy.
4) The agitator will present the K-9 a sleeve while doing run-byes. The agitator will allow the k-9 to engage the sleeve, give a few shakes and then slip the sleeve to the K-9. Again you will retrieve the sleeve from your K-9 and get his attention back on the decoy.
5) The agitator will allow the K-9 to engage the sleeve and start to move side to side. When the decoy stops moving you will command your K-9 to "Leave It". If your K-9 does not respond give a Verbal "NO" and lead correction and again command "Leave It"

## Long Lead Bite Work
You will fire-up your K-9 on the decoy and give the command **STOP HIM**. As the K-9 engages the decoy you will praise him. The decoy will stop moving at this point and you will give the command **LEAVE IT**. If the K-9 does not release his bite you will give a strong verbal correction **"NO"** and at the same time give a lead correction. Again give the command to **LEAVE IT**.

## Long Lead Recall
Send your K-9 as above, but before he reaches the end of the lead command him to **Leave It**. If the K-9 does not disengage his pursuit as he reaches the end of the lead give a strong verbal correction **"NO"**. The K-9 will automatically receive the lead correction as he reaches the end of the lead. Again command him to **Leave It**.

## Off Lead Bite

You will stand next to your K-9 while he is in the Sit/Down position. You will issue 3 standard K-9 warnings **"Police Officer stop or I'll release my dog"** and then give the command to **Stop Him.** Your K-9 should pursue and engage the subject while you remain at the same location. After a short bite you will give the command **Leave it-Heel.** Your K-9 should immediately release his bite and quickly return to the heel position. If your K-9 does not release his bite you are to go to him and hook the lead to his choke chain and give a strong vebal/lead correction. Again give the **Leave it-heel** command. Be aware this is a dangerous time for the decoy, should your K-9 miss the sleeve and get hold of the decoy you will need to get him off immediately.

## Off Lead Recall

1) You will send the K-9 to apprehend the decoy as described above however, when he gets approximately 20 feet away you will command him to **Leave It-Heel.** If the K-9 disengages his pursuit you are to encourage him to return to heel and give him a lot of praise for performing correctly.
2) If the K-9 engages the decoy go to the K-9 hook the lead to his choke chain and verbally/lead correct the K-9 back to the starting point (**No-Leave it, No-Leave It, No-Leave It)**
3) The purpose of the Long Recall is to prevent injury to the subject should he surrender, to prevent accidental bites should he target an innocent bystander or police officer, or to prevent injury to the K-9 should he find himself in a dangerous situation (about to cross a busy street).

## False Start

You will Place your K-9 in either a heel/sit or heel/down position. The decoy will run towards the k-9 and then run away. Your K-9 should remain in position and not attempt to engage the decoy. Should the k-9 break from his position a verbal/ lead correction will be given followed by Sit/Down command.

## Pat Down

Once a successful apprehension has been made it will be necessary to conduct a search of the subject. Giving your K-9 the command "Guard" and simultaneously stepping off with your right foot will perform this. Approach the decoy and conduct you pat down. Once the search is completed step away from the decoy to a safe distance and at a 45-degree angle. Call your

K-9 to the heel position. If you're K-9 should break towards the decoy give him a verbal correction and return him to the start position.

## Handler Protection

You will perform a pat down as described above. While performing your search the decoy will attack you, your K-9 should engage the decoy without a command from the handler. Once you have control of the decoy you with recall your k-9 and attempt to perform another pat down.

## Vehicle Work

You will first have to teach your K-9 how to exit the window of your vehicle. While standing at the front of your vehicle give your K-9 the command to **Come** he should jump out the window and come to you. If the K-9 refuses to exit the vehicle it will be necessary to hook him to a long lead. Again command the K-9 to **Come**, gently pull on the lead and verbally encourage him to exit. Once the K-9 has exited the vehicle you will need to give the K-9 a lot of praise for performing this task. You should not give any corrections while teaching this task. After a few repetitions your K-9 should readily exit the vehicle when called.

## Field Interview from a Vehicle

As you exit your vehicle you will command the decoy into a safe position at the front of your vehicle. As you step away from your door give your K-9 either a **Stay** or **Guard** command. While you conduct the search your K-9 should be alert and remain in the vehicle. Should the K-9 exit the vehicle a strong verbal correction should be given and the K-9 put back in the vehicle. Repeat this task.

## Handler Protection from a Vehicle

This is performed the same as a field interview however, at some point the decoy with attack the handler. The K-9 should exit the vehicle without command and engage the decoy. Be aware the K-9 may loose eye contact with you as he exits the vehicle. This may cause him to target you, if this happens tell him **NO** and redirect him onto the decoy.

## Apprehension From A Vehicle

The decoy will run away from your vehicle. As your vehicle comes to a stop you will command your K-9 to **Stop Him**. Your K-9 should exit the front window over your body. If the K-9 cannot exit this way, it may be

necessary to exit the vehicle then deploy your K-9 from the open door. Tactically follow your K-9 and make the apprehension.

## Apprehension with Gunfire

The decoy will position himself approximately 25 yards from the K-9 Team. The decoy will fire one **BLANK** .38 cal. round at which time the K-9 will be sent to make an apprehension. As the K-9 reaches the mid way point, 12-15 yards, another round will be fired. A third round will be fired once the K-9 has engaged the decoy. The K-9 should not show any fear or hesitation during the pursuit or while on the bite. If the K-9 does appear to be Shy around gunfire it may be necessary to utilize a smaller caliber gun or a cap gun to overcome this.

These are the BASICS that will be necessary to be certified in Apprehension work. You will need to place yourself and your K-9 in various scenarios to see how he will perform in these situations. When you are responding to actual calls is not the time to find out how your K-9 will react.

Remember you will be ultimately responsible for all K-9 bites (apprehension/ accidental) caused by your K-9. Therefore it is imperative that you maintain the K-9's training and are familiar with the Montgomery Police Department K-9 Unit Policy and Procedures Manual.

# Area Searches

An Area Search is used to locate hidden suspects in areas such as fields, large wooded areas, or vehicle impound lots when a track would not be feasible. It allows the K-9 to search a large area utilizing the wind to his advantage. The K-9 will use all of his senses (sight, hearing, taste, and smell ) to locate the suspect.

**Sight-** During the initial training the K-9 will be allowed to see the decoy run away. The handler will place himself and his k-9 on the downwind side of the area to be searched. This will allow to k-9 to take full advantage of the wind. The decoy will approach the k-9 in a threatening manner and agitate the k-9. Once the k-9 has target identification, the decoy will run away to a point out of sight of the k-9. The handler will give 3 standard k-9 warnings "Police Officer speak to me now or I'll release my dog" give the command **Find Him** and release his k-9. The k-9 should run to the area he last saw the decoy and start looking for him. These should be very easy searches so the k-9 does not become frustrated. Once the k-9 is proficient on these searches the handler should increase the distance the decoy runs and the length of time before the k-9 is released.

**Smell-** By now the k-9 should be using his eyes and also his nose to locate the decoy on short searches. Now it is time to stop letting the K-9 see the decoy. The area to be searched should be small so the k-9 does not loose interest. The decoy should be placed in a spot known to the handler but not the k-9, this will allow the handler to help his k-9 if needed. The k-9 team should start on the down wind side utilizing the wind to their advantage. The handler will issue 3 k-9 warnings and give the command **Find Him**. It may be necessary for the handler to direct the k-9 to search certain areas. Once the K-9 picks up the decoys odor he should exhibit noticeable changes in behavior. He may raise his head high to get a better scent, or weave back and forth checking the edges of the scent cone. It is up to the handler to observe his partners reactions when he is on scent. Once the k-9 is performing well on these short searches, you will need to increase the size of the area to be searched. Also increase the time between decoy hiding and the start of the search.

During area searches we are using what dogs do naturally, hunt for food, and using it to our advantage. It is a dog's natural instinct to chase prey, now the prey is the decoy.

Several things to remember when conducting area searches:
1) All searches are REAL- routine and laziness can get you killed.
2) Break your k-9 before searching- if your k-9 needs to relieve himself or is thirsty, his attention will not be on searching.
3) Use the dead ring on choke chain- If the k-9 cant breath he cant search.
4) Use cover- the suspect may be waiting for you to show yourself.
5) Flashlight- use a flashlight only when absolutely necessary. It ruins your night vision and illuminates your location.
6) Trust your K-9- this cannot be stressed enough. During training you should have learned that your k-9 can smell, see, and hear better than you. TRUST HIM!

# Building Searches

The building search is the most utilized and most dangerous task you will be called on to perform as a K-9 Team. You will be required to search for Felony suspects that will be well hidden and possibly armed. These suspects will know they are trapped inside and will not hesitate to do whatever is necessary to escape. You will be tasked with finding these suspects utilizing your K-9's keen senses of smell, sight, and hearing. You must have the total confidence in your K-9's abilities that only comes through realistic training.

Training your K-9 to conduct building searches will be broken down into 4 phases:
1) Use of his eyes
2) Use of his ears
3) Use of his nose
4) Hide and find

**Use of his Eyes-** The decoy will stand in the doorway of the building and agitate your K-9. Once your partner is keyed in on him, the decoy will run to a point where the k-9 still has visual contact. You will issue 3 K-9 warnings "Police Officer speak to me now or I will release my dog". At the completion of the final warning you will command your K-9 to **Find Him** and release your K-9. Your K-9 should engage the suspect and hold him. Recall your partner to heel and hook him to your lead. You will chase the decoy out of the building, making a large circle. The decoy will run back into the building and you will stop at the doorway. You will again give your warnings and release your K-9. This will be performed 3 times. After the final time you will run your K-9 to the vehicle giving him a lot of praise for a job well done.

**Use of Ears-** The decoy will be hidden approximately 20-50 feet from the doorway of the building. You will give 3 warnings and command your k-9 to **Find Him**. Your k-9 will enter the building looking for the decoy. If your K-9 has difficulty locating the decoy, the decoy will make light tapping noises to get the K-9's attention. If your K-9 shows an indication to the noises tell him **Find Him** in an excited voice. When the K-9 locates the decoy, **PRAISE PRAISE PRAISE.**

**Use of Nose-** At this point your K-9 should be associating human scent with a hidden decoy. The decoy will hide out of sight of the K-9. You will approach the building as you would all building searches and give your warnings. Give your K-9 the **Find Him** command whoever, this time you will remain at the entrance and allow your K-9 to search the front entrance area. Your K-9 should be utilizing all his senses (sight, smell, taste ,and hearing) to locate the decoy. Once your K-9 has cleared the front portion of the building you will enter and observe you K-9 work. As your K-9 gets close to the decoy or picks up his scent he will show several different changes. His breathing may become deeper, he may raise his head or become more excited, if the decoy is behind a door the K-9 may start barking or scratching trying to get to him. This will be repeated until the trainer is totally satisfied your K-9 is utilizing all his senses.

**Hide and Find-** This will be a test to see how well you and your K-9 search as a team. The trainer will look for the following:
1) Building entry
2) Warning and commands
3) If you let the K-9 search for you
4) How well the K-9 searches
5) Ability to locate decoy
6) Does K-9 engage decoy
7) Call Off
8) Pat-down

This search will be as realistic as possible. It may contain numerous suspects. It may be a bite or no-bite situation. This will test all that you have been taught to this point to include officer safety.

# **Training Forms**

The Montgomery Police Department K-9 Bureau utilizes two types of patrol training forms, the K-9 Daily Training Record and K-9 Tracking Report.

**K-9 Daily Training Record-** This form will be completed every time training is conducted. While on training status you are to complete a training form at the completion of the shift and will be turned in to your assigned Training Officer. Once you are taken off training status you will complete a minimum of 8 training forms per month and these will be placed in a training booklet which will be reviewed monthly by one of the Training Coordinators.

**K-9 Tracking Report-** This form will be completed whenever a track is ran. This form will be completed by the handler running the tracking dog and turned in to a K-9 Supervisor for review.

**Canine Bureau Handler Progress Report-** In addition to the forms you will be required to complete, your training officer will complete a progress report every 2 weeks. This will document your progress through training whether good or bad.

## Montgomery Police Department
## K-9 Daily Training Record

| K-9 Officer: | | | K-9: | |
|---|---|---|---|---|
| Date: | | | Total Training Time: | |
| In-Service: | | Out-of-Service: | On Training: | Demo: |

| Exercise/Drill | Poor | Fair | Good | Improved | Remarks |
|---|---|---|---|---|---|
| Obedience On-Lead: | | | | | |
| Obedience Off-lead: | | | | | |
| **Apprehension** Exposed Sleeve: Hidden sleeve : | | | | | |
| Leave,Heel | | | | | |
| Guard | | | | | |
| Long Recall | | | | | |
| False Start | | | | | |
| **Field Interview** Vehicle: On Foot: | | | | | |
| **Handler Protection** Pat-Down: Vehicle: | | | | | |
| Tracking | | | | | |
| Area Start | | | | | |
| Building Search Size: | | | | | |
| Tactical Movement | | | | | |
| **Socialization** People: Canines: | | | | | |
| Gunfire Caliber: | | | | | |
| Confidence Course | | | | | |
| Bite suit | | | | | |
| Muzzle | | | | | |
| **Additional Remarks:** | | | | | |

| Training Location: | | |
|---|---|---|
| Assisting Officers: | | |
| Handlers Signature: | Supervisors Initials: | |

## MONTGOMERY POLICE DEPARTMENT
## K-9 TRACKING REPORT

| Date: | | Canine Name: | | Handler: | |
|---|---|---|---|---|---|
| Track:  Actual | | Training | | | |
| Location: | | | | | |
| Assisting Officers: | | | | | |
| Other K-9's on track | | | | | |

### Check all that apply

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Weather: | Clear | Cloudy | | Rain | | Fog | |
| Wind: | High | Moderate | | Light | | None | |
| Light Conditions: | Dawn | Light | | Dusk | | Dark | |
| Terrain: | Woods | Pasture | | Asphalt/Concrete | | Dirt/Gravel | |
| Area: | Residential | Business | | Country | | | |
| Temperature: | | | | | | | |

**Narrative:**



**Supervisors Comments:**



| Suspect Located: | | Yes | | No | | | |
|---|---|---|---|---|---|---|---|
| Evidence Located | | Yes | | No | | None | |
| Reporting Officers Signature | | | | | | | |
| Supervisors Signature | | | | | | | |

# Montgomery Police Department
## Canine Bureau
### Handler Progress Report

Handler _____ ID# _____ Training Officer _____ ID# _____

Training Period Covered From: _____ to _____ Week numbers _____ and _____

**Instructions for use**: Rate the handler using the rating system listed below. The rating should take into consideration the amount of time the handler has been on training status, and the progress he/she has made to this point in the training. If an Unsatisfactory Rating is given on any area, the reason for this rating will be explained in the Training Officer Remarks section, along with an explanation of plans to correct the deficiency. If a handler has shown improvement in an area during this training period, it should be noted in the narrative section.

(1) Unsatisfactory   (2) Needs Improvement   (3) Satisfactory   (N/A) Not observed during this period

_____ Willing participation in all phases of training

_____ Respect towards supervision

_____ Ability to accept constructive criticism

_____ Ability to follow instructions

_____ Ability to perform with minimal supervision

_____ Care of canine partner

_____ Proper and timely documentation of training

_____ Proper lead handling

_____ Proper correction techniques

_____ Canine agitation (decoy) skills

_____ Proper praise techniques

_____ Safety skills during training exercises

_____ Proper voice variation (inflection, volume, tone)

_____ Safety skills during practical exercises

_____ Ability to retain what is taught

_____ Care and use of assigned equipment

_____ Ability to "read" canine partner

_____ Tracking technique