IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION NO. 2:05-CV-644-C<br>) |
| SHANNON CARROL YOUNGBLOOD, et al), | )<br>) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the documents filed in this case, and for good cause, it is

ORDERED that on or before January 9, 2006 the defendants shall file with the court and furnish to the plaintiff a copy of the standard operating procedures of the Montgomery Police Department governing vehicle pursuit. If no such document exists, the defendants shall so advise the court.

Done this 16th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE