IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #189991, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 2:05-CV-644-C |
| SHANNON CARROL YOUNGBLOOD, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for sanctions filed by the plaintiff on November 22, 2005 (Court Doc. No. 33), and in light of the response filed by the defendants on December 14, 2005, it is

ORDERED that the motion for sanctions be and is hereby DENIED.

Done this 16th day of December, 2005.

           /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE