IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, )<br>#189991, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHANNON CARROL YOUNGBLOOD, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:05-CV-644-C |

**ORDER**

Upon consideration of the motion for sanctions filed by the plaintiff on December 20, 2005 (Court Doc. No. 43), and for good cause, it is

ORDERED that the motion for sanctions be and is hereby DENIED.

Done this 5th day of January, 2006.

                                                /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE