IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

RECEIVED
2006 JAN -9 P 3: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ROBERT ANDREW WERMUTH, #18991, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:05-CV-644-C ) |
| SHANNON CARROL YOUNGBLOOD et al., | ) ) ) ) |
| Defendant. | ) |

### DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER

Defendants, by and through undersigned counsel, submit this Notice of Compliance with the Order of this Court dated December 16, 2005, by providing to Plaintiff the following attached documents:

1. A copy of the Motor Vehicle Pursuit Policy used by the Montgomery Police Department.

Dated this the 4th day of January, 2006.

_____
KIMBERLY O. FEHL (FEH001)
Assistant City Attorney

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 9th day of January, 2006:

Robert Andrew Wermuth
ECF# 189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

                                  KIMBERLY O. FEHL