**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 6, 2005

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style: Robert Andrew Werumuth v. Shannon Carrol Youngblood et al

Case No.:   2:05cv00644-CSC
   Document 12 Response in Opposition to Special Report
    Filed on 9/27/05

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf for Exhibit JJ (Affidavit of Robert Andrew Wermuth). A copy of the corrected Exhibit JJ is attached to this notice of correction and the Response has been corrected.