IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT ANDREW WERMUTH,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CASE NO: 2:05cv644-CSC |
| | * | |
| **SHANNON CARROL YOUNGBLOOD** | * | |
| et al., | * | |
| | * | |
| | * | |
| Defendants. | | |

### DEFENDANTS' EVERETTE L. JOHNSON, DAVID R. HILL, RODERICK BYRNE, R.D. CALHOUN AND SHANNON YOUNGBLOOD NOTICE OF APPEARANCE AS TRIAL COUNSEL

**COMES NOW** Michael D. Boyle, and gives notice to this Honorable Court that he is filing his appearance as trial counsel on behalf of the above named defendants, in the above-styled action.

Respectfully submitted this the 21st day of April, 2006.

/s/ Michael D. Boyle
MICHAEL D. BOYLE (BOY 032)

**OF COUNSEL:**

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 241-2050
Facsimile: (334) 241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 21st day of April, 2006:

Robert Andrew Wermuth
ECF#  189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama  36017-2615


/s/ Michael D. Boyle
MICHAEL D. BOYLE