IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED 2006 APR 26 A 9:48

Robert Andrew Wermuth,

    Plaintiff,

VS:                   Action No. 2:05-CV-644-D

Shannon Carroll Youngblood, et.al.,

    Defendants,

OBJECTIONS TO MAGISTRATES ORDER

PURSUANT TO F.R.Cv.Pr. RULE 72

    Comes now Plaintiff, Robert Andrew Wermuth, Pro Se and makes the following objections to the Magistrates Order entered in this cause on April 14, 2006;

    1) The Magistrates Memorandum Opinion and Order grants Defendant Youngblood's Motion for summary judgment stating that " " Youngblood is entitled to discretionary function immunity pursuant to Ala. Code § 6-5-338 (1975) on Wermuths assault claim against Yuongblood."

    2) The Magistrate erred in granting the defendant discretionary function immunity as the defendant was clearly violating established Standard Operating Procedures of the Montgomery Police Department

when engaging in a vehicle pursuit, during which pursuit Youngblood attempted to use his vehicle to "Ram" Wermuth and end the pursuit.

3) The Magistrate has determined that defendant YOungblood was performing a discretionary function when the alleged wrong occured and the burden then has shifted to Plaintiff to demonstrate that the defendant acted in bad faith, with malice or willfulness, Plaintiff asserts that Defendant's exhibit # 8  "Motor Vehicle Pursuit " policy clearly states that pursuit is to be terminated when the idenity of the subject is known, and that boxing in, ramming and roadblocks are not to be used.

The Defendant is not entitled to immunity when violating standard operating procedure.

Wherefore, plaintiff asserts that the portion of the Magistrate Order granting Defendant Youngblood Summary Judgment should be reversed by this Court and a Trial Date set for resolution of the plaintiff's claims against Youngblood.

Done on this    day of April 2006          Robert Wermuth

                                            200 Wallace dr.

                                            Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of 1) Objections to Magistrates Order on the persons who's addresses are below by placing same in the U.S. mail.

City of Montgomery

Legal Department

Kimberly D. Fehl

103 N. Perry St.

MOntgomery Al 36104


United States District Court

Clerk of Court

P.O. Box 711

MOntgomery Al 36101-0711


Done on this 21st day of April 2006

Robert Wermuth

200 WAllace dr.

Clio, Al 36017