IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:05-CV-00644-CSC |
| | ) |
| SHANNON CARROL | ) |
| YOUNGBLOOD, *et al*, | ) |
| | ) |
| Defendants. | ) |

ORDER

On April 26, 2006, the plaintiff filed objections to the court memorandum opinion and order entered on April 14, 2006. Ostensibly, the objections were filed pursuant to FED.R.CIV.P. 72 which permits a party to object to a Magistrate Judge's recommendations on referred dispositive matters. Rule 72 is not applicable in this case. On September 16, 2005, pursuant to the written consent of the parties this case was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c) for the conduct of all further proceedings and entry of final judgment.

Upon consideration of the plaintiff's objections, it is

ORDERED that the objections be and are hereby OVERRULED.

Done this 27th day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE