IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ROBERT ANDREW WERMUTH,**  *
*
    **Plaintiffs,**  *
*
vs.  *     CASE NO: 2:05cv644-CSC
*
**SHANNON CARROL YOUNGBLOOD**  *
**et al.,**  *
*
*
    **Defendants.**  *

## DEFENDANTS' WITNESS LIST

    Defendants, pursuant to the Order of this Court dated April 14, 2006, submit the following list of probable witnesses to be called in the trial of this matter;

1.     Officer Everette L. Johnson
   City of Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL  36104

2.     Officer David R. Hill
   City of Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL  36104

3.     Lt. Roderick Byrne
   City of Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL  36104

4.     Officer Shannon Youngblood
   City of Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL  36104

5.     Lieutenant William Caulfield
   City of Montgomery Police Department
   320 North Ripley Street
   Montgomery, AL  36104

6. Officer James C. Welch
City of Montgomery Police Department
320 North Ripley Street
Montgomery, AL 36104

7. Officer Melva C. Deramus
City of Montgomery Police Department
320 North Ripley Street
Montgomery, AL 36104

8. Robert Andrew Wermuth
ECF #189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

9. Any witness necessary for rebuttal or impeachment testimony.

10. All witnesses identified on Plaintiff's Witness List.

11. Any witnesses discovered hereafter.

12. The Defendant, reserves the right to amend this witness list if necessary.

Respectfully submitted this the 28th day of April, 2006.

/s/ Michael D. Boyle
Michael D. Boyle (ASB 1585-E68B)
Attorney for Defendants

**OF COUNSEL:**
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, AL 36104
(334) 241-2050

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 28th day of April, 2006:

Robert Andrew Wermuth
ECF #189991
Dorm 6/B-38
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

                                          /s/Michael D. Boyle
                                          Of Counsel