IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHANNON CARROL )<br>YOUNGBLOOD, *et al* , )<br>)<br>    Defendants. ) | CIVIL ACT. NO.  2:05-cv-00644-CSC |

**ORDER**

Now pending before the court is the May 8, 2006, motion to withdraw (doc. # 53) filed by Kimberly O. Fehl, counsel for defendants Johnson, Hill, and Byrne, and as these defendants will be represented at trial by other counsel, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 10th day of May, 2006.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE