IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT WERMUTH
189991
plaintiff
   v.

SHANNON CORROL YOUNGBLOOD
et. al.,
DEFENDANT

CV-05-644

MOTION FOR ORDER TO TRANSPORT

   Comes now, Robert Wermuth, Plaintiff, Pro-Se and moves this Courtto issue on order for transort in the above styled a cause and presents the following:

   On 04-14-2006 , page 13 0f 13 paragraph 4 labled PRODUCTION OF PLAINTIFF. "THE PERSONS HAVING CUSTODY OF THE PLAINTIFF SHALL PRODUCE THE PLAINTIFF AT TRIAL"

   At this time, the Plaintiff moves this court to enter a "Specific Order" to transport Plaintiff and have him present for a non-jury trial on March 30 2006, Courtroom 4(b) ,UNITED STATES COURTHOUSE COMPLEX, One CHURCH ST., MMONTGOMERY AlABAMA.

   Done this _9th_ day of __MAY__, 2006.  Robert Wermuth

CERTIFICATE OF SERVICE
I hereby certify that a copy of the forgoing motion has been placed in the U.S MAIL to the following:

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. Mail, postage prepaid and properly addressed to the following:

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama
36101


Michael D. Boyle
Legal Department
P.O. BOX 1111
Montgomery, Alabama
36101- 1111

Done this 9th day of MAY 2006.    Robert Wermuth