IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

Robert Wermuth,

    Plaintiff,

VS:                              Action No. CV.-05.644

Shannon Carol Youngblood, et.al.,

    Defendants,

WITNESS LIST

    Comes now Plaintiff, Robert Wermuth, Pro-Se, and files this witness list in compliance with M.D. Ala. LR 45.1 (a) and submitts the following :

    1) Plaintiff's witness Mrs. Martha Humphrey will appear without subpoena.

    2) Mrs. Humphrey is expected to testify about a excessive use of force, that was witnessed first hand by her, when the Montgomery Police officer(s) took Plaintiff into custody on the morning of September 30, 2003 at 948 Garland Drive, Montgomery, Alabama 36108.

    3) Plaintiff reserves the right to call any witness necessary for cross-examination.

    4) Plaintiff includes all witness's on defendant's list.

    5) Plaintiff reserves the right to call any witness discovered hereafter.

    6) Plaintiff reserves the right to amend this list if necessary.

Done on this 9th day of May 2006

                                                  Robert Wermuth

                                                  200 Wallace DR.

                                                  Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by causing it to be placed in the U.S. Mail, postage prepaid and properly addressed to the following:

office of the Clerk,
United states district court
Montgomery, Alabama
36101


Michael D. Boyle
Legal department
P.O. Box 1111
Montgomery, Alabama 36101-1111


Done this  9th  day of  MAY , 2006.

Robert Warmuth