IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:05-CV-00644-CSC |
| | ) |
| SHANNON CARROL | ) |
| YOUNGBLOOD, *et al* , | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the May 11, 2006, motion for order to transport (doc. # 55) filed by the plaintiff. On April 14, 2006, this court ordered that the persons having custody of the plaintiff produce him for the non-jury trial set for May 30, 2006. The plaintiff is in state custody, and the court is confident that proper arrangements have been made by the state transfer agents for his appearance as ordered. Accordingly, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 12th day of May, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE