In The United States District Court
For the Middle District of Alabama
Northern Division

RECEIVED
2006 MAY 16 A 9:40

[CLERK stamp: U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

Robert Andrew Wermuth
  Plaintiff,

v.

Shannon Carrol Youngblood,
et. Al.
  Defendants

Civil Action No.
2:05 CV 644-D

---

## Notification of Change of Address

Comes now, Robert Wermuth, Pro-Se, and hereby notifies this Court of change of address and submits the following:

Change to: Vintress Corr. Facility
P.O. Box 767
Clayton, Alabama
36016

Done on 19th day of May, 2006

Robert Wermuth
Vintress Corr. Facility
P.O. Box 767
Clayton, Alabama
36016