# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 5/30/06 | AT | 9:02 a.m. to 10:11 a.m. |
| DATE COMPLETED: 5/30/06 | AT | FTR RECORDING |

ROBERT ANDREW WERMUTH

    Plaintiff

vs..

SHANNON CARROL YOUNGBLLOD, et al

    Defendant

CIVIL CASE NO. 2:05CV644-CSC

### APPEARANCES:

| PLAINTIFF | DEFENDANT |
|---|---|
| Mr. Robert Andrew Wermuth, Pro Se | Atty. Michael D. Boyle |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: WYNN D. ALLEN

( ) OTHER PROCEEDINGS:     *NON-JURY TRIAL*
(X) TRIAL

## SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Non-Jury Trial - 05cv664-CSC | | |
|---|---|---|---|
| Date | 5/30/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:02:37 AM | Court | Court convenes; parties present as noted; |
| 9:02:54 AM | Court | City request the rule be invoked; witnesses who will be called to testify are excused from the courtroom; Plaintiff advised that he has to burden of proof to demonstrate by a propnderence of the evidence that he entitled to the relief he's seeking; Discussionss as to the remaining issues of the Fourth amendment of excessive force claim against Officers, Johnson, Hill and Byrne and a State law assault and battery claim; |
| 9:04:34 AM | Mr. Wermuth | Addresses the court, would like to speak with witness. |
| 9:05:34 AM | Court | Will give 10 minutes to allow plaintiff to speak with witness; |
| 9:05:57 AM | Court | Court is recessed until 9:15 a.m.; |
| 9:13:57 AM | Court | Ms. Humphrey to wait outside; |
| 9:14:01 AM | Mr. Wermuth | Calls Officer Sgt. Everett L. Johnson, MPD; witness is sworn and seated; |
| 9:14:01 AM | Court | |
| 9:17:01 AM | Atty. Boyle | Cross - examination; |
| 9:20:38 AM | Mr. Wermuth, Pro Se | Re-direct; |
| 9:21:30 AM | Court | Witness is excused; |
| 9:21:37 AM | Mr. Wermuth, Pro Se | Calls Lt. Roderick Francis Byrne, MPD, witness is sworn and seated; |
| 9:22:53 AM | Court | Question as to what happened at scene; |
| 9:23:04 AM | Mr. Byrne | Response; |
| 9:25:13 AM | Atty. Boyle | Cross - examination; Discussions as to any misconduct of other officers on the scene; |
| 9:26:00 AM | Court | Witness is excused; |
| 9:26:10 AM | Mr. Wermuth, Pro Se | Calls Martha Humphrey; witness is sworn and seated; |
| 9:30:10 AM | Atty. Boyle | Cross - examination; Discussion and review of Deft Exh. #1 and #2; |
| 9:36:24 AM | Court | Witness is excused; |
| 9:36:48 AM | Mr. Wermuth | Have no other witness; |
| 9:36:48 AM | Court | You do not wish to testify; |
| 9:36:48 AM | Mr. Wermuth | No sir.; |
| 9:36:50 AM | Atty. Boyle | Oral Motion for Judgment as a matter of law; |
| 9:37:17 AM | Court | Discussion as to lack of evidence of the policy; |
| 9:37:25 AM | Atty. Boyle | Response; |
| 9:37:37 AM | Court | Discussion as to the individual claims against each of the officers involved, there is no need for a policy to establishe their liability; |
| 9:37:46 AM | Atty. Boyle | Response; |
| 9:38:45 AM | Court | Discussion regarding argument confuses state and federal law claims; ORAL ORDER denying motion; |

| Time | Speaker | Event |
|---|---|---|
| 9:39:02 AM | Atty Boyle | Calls Officer Detective David Hill; witness is sworn and seated; |
| 9:42:10 AM | Court | Questions as to how the accident happen; |
| 9:42:10 AM | Officer Hill | Response; |
| 9:42:22 AM | Atty. Boyle | Cont'd testimony; |
| 9:44:52 AM | Mr. Wermuth, Pro Se | Cross- examination; |
| 9:46:27 AM | Court | Witness is excused; |
| 9:46:39 AM | Atty. Boyle | Calls Lt. William Caulfield, witness is sworn and seated; |
| 9:50:26 AM | Mr. Wermuth, Pro Se | Cross - examination; |
| 9:52:42 AM | Court | Witness is excused; |
| 9:52:49 AM | Atty. Boyle | Calls Officer James C. Welch, 3rd Shift Supervisor; |
| 9:59:42 AM | Mr. Wermuth | Cross - examination; |
| 10:02:14 AM | Mr. Boyle | Ask that the court review affidavit of Officer Welch; |
| 10:02:31 AM | Court | Witness is excused; |
| 10:02:34 AM | Mr. Boyle | Recalls Sgt. Johnson; Discussions as to canine engaged; |
| 10:04:38 AM | Court | Question to witness as to where was Mr. Wermith when the dog was released; |
| 10:04:52 AM | Witness | Response; |
| 10:04:55 AM | Mr. Wermuth | Cross - examination; |
| 10:05:57 AM | Court | Witness is excused; |
| 10:06:19 AM | Mr. Wermuth | Testimony of Plaintiff, Robert Wermuth, Plaintiff given oath and takes the stand; |
| 10:08:02 AM | Atty. Boyle | Cross - examination; |
| 10:10:08 AM | Court | Plaintiff excused from stand; |
| 10:10:22 AM | Court | Will take matters under advisement; |
| 10:10:27 AM | Atty. Boyle | Renew motion for judgment as a matter of law; |
| 10:11:00 AM | Court | Court is recessed. |