IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT ANDREW WERMUTH | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 2:05CV644-CSC |
| SHANNON CARROL YOUNGBLOOD | * | |
| Defendant | * | |

## WITNESS LIST:

**PLAINTIFF**

1. Officer Everett Johnson
2. Lt. Roderick Francis Byrne
3. Ms. Martha Humphrey
4. Robert Wermuth

**DEFENDANT**

5. Officer David Hill.
6. Lt. William Caulfield
7. Officer James C. Welch