IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WERMUTH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:05-CV-00644-CSC |
| | ) |
| SHANNON CARROL YOUNGBLOOD, *et al*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that this action be and is hereby dismissed with prejudice, and that the defendants recover the costs of this action.

Done this 5th day of July, 2006.

                                /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE