In the United States District Court for the Middle District of Alabama Northern Division

RECEIVED
2006 JUL 27 A 9: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Wermuth,
Plaintiff

V.   CV-05-644

Shannon Carroll Youngblood,
Defendant. et. A.L

## Notification of Change of Address

Comes Now, Robert Wermuth, Pro-Se And hereby notifies this Honorable Court that the new mailing Address will be As Follows:

Ventress Corr. Facility
P.O. Box 767
Clayton, Alabama
36016

Done this __19th__ day of __July__, 2006

## Certificate of Service

I hereby certify that I have served a copy of the preceeding motion was served on City Attorney's office, by placing the same in the United States mail, properly postmarked on this __19th__ day of __July__, 2006.

Robert Wermuth
189991